# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

### AMARILLO DIVISION

| | | |
|---|---|---|
| GWENDOLYN DOLORES ROGERS PATRICK, Individually and on Behalf of the Estate of ALTON ROGERS, Deceased, | § § § § | |
| PLAINTIFFS, | § | |
| vs. | § § | CIVIL ACTION CAUSE NUMBER |
| BARRY MARTIN, *et al.,* | § § | 2:16-CV-216-J |
| DEFENDANTS. | § | |

### ORDER GRANTING IN PART MOTION TO MODIFY DEADLINES

Before the Court is the joint motion, filed January 10, 2017, wherein the parties request the Court modify the original Rule 16 scheduling order's deadlines so as to allow extra time for serve nine (9) potential defendants who have not yet been served with process. This motion is granted in part as follows. All Rule 16 deadlines are hereby extended by thirty (30) days. Counsel are ordered to immediately begin written discovery in this case. Because this case properly raises immunity issues, counsel are to direct initial discovery towards issues related to a defendant's entitlement to qualified immunity from suit, or lack thereof.

It is SO ORDERED.

Signed this the _____18_____ day of January, 2017.

**MARY LOU ROBINSON**
SENIOR UNITED STATES DISTRICT JUDGE