IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **RODGERS, ESTATE OF ALTON** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | Cause No. 2:16-cv-00216-D-BR |
| | § | |
| **BARRY MARTIN,** *et al.*, | § | |
| *Defendants.* | § | |
| | § | |

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE DEFENDANTS MOTION TO SEAL EXHIBIT A OF DEFENDANTS MOTIONS FOR SUMMARY JUDGMENT**

Defendants, through the Attorney General for the State of Texas, request permission of the Court to file Exhibit A of Defendants Appendix to all Texas Department of Criminal Justice's Defendants Motions for Summary Judgment under seal. Defendants seek to file these documents under seal because Plaintiff's confidential medical records and an confidential law enforcement information is contained within this exhibit. These documents are protected by the Health Insurance Portability and Accountability Act of 1996 Privacy Rule (HIPAA), 45 CFR parts 160-164, and the Tex. Civ. Prac. & Rem. Code §30.010(a); Omnibus Consolidated and Emergency Supplemental Appropriations Act, 1999, Pub. L. No. 105-277, § 127(2), 112 Stat. 2681. Release of such information is a criminal offense. TEX. GOV'T. CODE ANN. § 552.352.

.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**DARREN L. MCCARTY**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Chief, Law Enforcement Defense Division

*/s/ BRUCE R. GARCIA*
**BRUCE R. GARCIA**
Assistant Attorney General
Attorney-in-charge
State Bar No. 07631060
Bruce.Garcia@oag.texas.gov

**ATTORNEY FOR DEFENDANTS**
**Barry Martin, Dustin Anderson, Kayla Chapman Gurola, Jamie Burkholder, Jason Dorsey, Julio Lucero, Raul Bernal, Fernando Franco, Curtis Taylor, Trevin Mogilnicki, and the Texas Department of Criminal Justice**

## NOTICE OF ELECTRONIC FILING

I, **BRUCE R. GARCIA**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing **Defendants' Motion to Seal Exhibit A of Defendants Motion for Summary Judgment** to the Court, on December 13, 2018, in the Northern District of Texas, Amarillo Division.

*/s/ BRUCE R. GARCIA*
**BRUCE R. GARCIA**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **BRUCE R. GARCIA**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendants' Motion to Seal Exhibit A of Defendants Motion for Summary Judgment** has been served via the following on December 13, 2018, on:

Jesse Quackenbush　　　　　　　　***Via ECF***
Quackenbush Law Firm
801 S. Fillmore Suite 460
Amarillo, TX 79101
**Attorney for Plaintiff**

Carolyn M. Nichols　　　　　　　　***Via ECF***
Maggie Lane　　　　　　　　　　　***Via ECF***
The Rothstein Law Firm
500 4th St NW, Suite 400
Albuquerque, New Mexico 87102
**Co-Counsel for Plaintiff**

Briana M. Webb　　　　　　　　　***Via ECF***
Assistant Attorney General
P.O. Box 12548
Austin, TX 78711
**Attorney for Defendant**
**Texas Tech University**
**Health Science Center**

　　　　　　　　　　　　　　　　　　　　　*/s/ BRUCE R. GARCIA*
　　　　　　　　　　　　　　　　　　　　　**BRUCE R. GARCIA**
　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General