## IN THE UNITED STATES DISTRICT
## COURT FOR THE NORTHERN DISTRICT
## OF TEXAS AMARILLO DIVISION

| | | |
|---|---|---|
| GWENDOLYN DOLORES RODGERS PATRICK, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ALTON RODGERS, DECEASED, | § § § § | |
| | § | Case No. 2:16-cv-00216-D-BR |
| Plaintiff, | § § | |
| v. | § § | |
| BARRY MARTIN, et al., | § § | |
| Defendants. | § § § | |

**SEALED OIG INVESTIGATIVE FILE PURSUANT TO COURT ORDER [DOC. 439]**