

# OIG

## CRIMINAL CASE #1600000656
## CAPITAL MURDER

## CASE FILE FOLDER-REPORT

## ATTACHEMENTS #1.1 THRU #19.16

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00207

-00SSB-01-16                      INCIDENT REPORT                      PAGE   1
REPARED BY (USERID/NAME/DATE/TIME):
  MA00104  ANASTASIO MADRID                        BC  01/18/2016 17:16
U*ORIZED BY(TITLE/LAST, FIRST MI)
(   IEUTENANT            MADRID,ANASTASIO *          1600000656
NCIDENT OCCURRED: 01/18/2016 TIME: 07:20 AT: BC  SECUR LVL: 005 RGN: 5
ATE UN/FA AWARE: 01/18/2016 TIME: 15:00
EPORTED ON: 01/18/2016 TIME: 15:54  BY: BC   SECUR LVL: 005 RGN: 5
UOF:               TYPE OF INCIDENT: HOMICIDE
OCALE: CELL (HIGH SECURITY)
PECIFIC LOCATION: HS-C-210 CELL
NITIAL INCIDENT COMMANDER (TITLE/LAST, FIRST MI): (IF APPLICABLE)
  SERGEANT              ANDERSON,DUSTIN G
INAL INCIDENT COMMANDER (TITLE/LAST, FIRST MI): (IF COMMAND TRANSFERRED)
  SERGEANT              ANDERSON,DUSTIN G
ESPONSE TEAM:   A    B    C    D    E   X N/A   RACIAL: N
IG NOTIFIED: 01/18/2016 07:35
IG PERSONNEL NOTIFIED:BURGE,TIMOTHY *


================     LIST OFFENDER(S) INVOLVED:  Y   ================

DCJ: 01369028 SID: 06126100 NAME: RODGERS,ALTON LAMONT
  CUST: G5 RACE: B GENDER: M AGE: 31 HGT: 602 WGT: 167
  STG: CRP      SUSPECTED:   CONFIRMED: Y EX:
  ROLE: V INJURY: Y CHEM INJURY: N DECONTAMINATED: N MEDICAL EXAM: Y
  TREATMENT: Y
  TRANSFER BY: EMS TO: NORTHWEST TEXAS HOSPITAL
  ALLEDGED SEX ASSAULT: N EVIDENCE KIT:   REP PROVIDED:
   REP:
(  RONOUNCED DECEASED DATE: 01/19/2016 TIME: 12:14
  -BY: DR.            GALVAN,* *
   PRELIMINARY CAUSE: HOMICIDE (UNOFFICIAL)
   DEATH COUNTY: 188 POTTER
   NOTIFIED:CONTRACTED FUNERAL HOME:  Y JP:N NEXT OF KIN (NOK):N
    NOK (LAST, FIRST MI):
     DATE NOK NOTIFIED:          TIME:         NOK WILL CLAIM BODY:
     NOK RELATIONSHIP:
DCJ: 01877464 SID: 05332003 NAME: GREGGS,JOE
  CUST: G5 RACE: B GENDER: M AGE: 40 HGT: 602 WGT: 180
  STG:        SUSPECTED:   CONFIRMED:   EX:
  ROLE: A INJURY: Y CHEM INJURY: N DECONTAMINATED: N MEDICAL EXAM: Y
  TREATMENT: Y
  TRANSFER BY:      TO:
  ALLEDGED SEX ASSAULT: N EVIDENCE KIT:   REP PROVIDED:
   REP:
  PRONOUNCED DECEASED: NO


================     LIST EMP(S)/OTH(S) INVOLVED:  N   ================


================     CHEMICAL AGENTS USED:  N   ================

---------------     CONTINUED ON NEXT PAGE     ---------------

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

1.1

WEAPONS/CONTRABAND FOUND:   N

SECURITY RESOURCES USED:   N

DID A LOCKDOWN OCCUR:   N

NARRATIVE:

N JANUARY 18, 2016, AT APPROXIMATELY 0720 HOURS, SERGEANT DUSTIN
NDERSON WAS PRESENT ON HS-C-POD DROPPING OFFENDERS FOR OUTSIDE
ECREATION. WHILE CONDUCTING A SECURITY CHECK, SERGEANT
NDERSON ARRIVED AT HS-C-210 CELL. OFFENDER GREGGS, JOE TDCJ 1877484
AS OBSERVED SITTING ON THE DESK STOOL. OFFENDER RODGERS, ALTON 1369028
AS OBSERVED LAYING ON THE TOP BUNK FACING AWAY FROM THE DOOR
ND COVERED WITH A BLANKET. SERGEANT ANDERSON ATTEMPTED SEVERAL
IMES TO GET A RESPONSE FROM OFFENDER RODGERS TO NO AVAIL. OFFENDER
REGGS WAS REMOVED FROM THE CELL AND ESCORTED TO A HOLDING CELL.
ERGEANT ANDERSON ENTERED THE CELL AND AGAIN ATTEMPTED TO GET A
ESPONSE FROM OFFENDER RODGERS. OFFENDER RODGERS REMAINED
NRESPONSIVE AND THE INCIDENT COMMAND SYSTEM WAS INITIATED REQUESTING A
ELLY BELT AND MEDICAL STAFF. RN MARIA CARRIZALES RESPONDED AND
ETERMINED OFFENDER RODGERS WHO REMAINED UNRESPONSIVE, NEEDED TO
E ESCORTED VIA GURNEY TO THE UNIT INFIRMARY FOR FURTHER POSSIBLE
REATMENT. UPON ARRIVING IN THE UNIT INFIRMARY, MEDICAL STAFF EVALUATED
HE OFFENDER AND DETERMINED OFFENDER RODGERS WOULD NEED TO BE
RANSPORTED BY AMBULANCE TO NORTHWEST TEXAS HOSPITAL IN AMARILLO TEXAS.
O⊐ ENDER RODGERS WAS TRANSPORTED BY AMBULANCE AND UPON ARRIVING AT
OR⊐WEST TEXAS HOSPITAL HE RECEIVED (1) INJECTION OF RADIOACTIVE
ATERIAL TO MEASURE BLOOD FLOW TO THE BRAIN. OFFENDER RODGERS WAS ALSO
LACED ON A VENTILATION MACHINE AND GIVEN AN IV WHICH WILL BE USED TO
ROVIDE FLUIDS AND NUTRIENTS TO OFFENDER RODGERS. DUTY WARDEN DARRELL
ASH AND CAPTAIN WILBUR KEMPH WERE NOTIFIED. MR. TIMOTHY BURGE AT THE
FFICE OF THE INSPECTOR GENERAL WAS CONTACTED AT 0735 HOURS AND
ESPONDED TO THE WILLIAM P. CLEMENTS JR UNIT. OFFENDER GREGGS WAS
NTERVIEWED AND ADMITTED TO STRIKING OFFENDER RODGERS ONE TIME IN THE
OUTH WHILE "SHADOW BOXING" APPROXIMATELY 3-4 DAYS AGO. NO OFFENDERS
ILL BE CHARGED AT THIS TIME. MS. HOLLIS MURRAY AT THE EMERGENCY
CTION CENTER WAS CONTACTED AT 1554 HOURS AND ISSUED INCIDENT NUMBER
-00858-01-16 AND STATED AN ADMINISTRATIVE REVIEW WOULD BE REQUIRED.
LL NECESSARY UNIT NOTIFICATIONS WERE MADE AND ANY FURTHER INFORMATION
ILL BE SENT AS IT BECOMES AVAILABLE OR REQUESTED.
FFENDER RODGERS SUSTIANED (1) 1/5 INCH HEMATOMA TO HIS FOREHEAD.
UPEFICAL ABRASION TO HIS RIGHT ELBOW AND SHOULDER AREA. MINOR
BRAASION TO RIGHT SIDE OF FACE. MEDICAL STAFF ALSO NOTED A "BED SORE"
O THE LEFT SIDE OF HIS HIP.
FFENDER GREGGS WAS ALSO SCREENED BY MEDICAL STAFF, HE SUSTAINED
N ABRASION TO HIS RIGHT MIDDLE KNUCKLE AND SWELLING TO HIS RIGHT
AND.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONTINUED ON NEXT PAGE

*1.2*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

-00858-

UPDATE INCIDENT REQUEST

-00858-01-16

REQUEST BY:   MA00104   ANASTASIO MADRID                   01/19/2016 14:14:17

REQUESTED CHANGES:

ON JANUARY 19TH, 2016, DR. GALVAN AT THE NORTHWEST TEXAS HOSPITAL
PRONOUNCED OFFENDER RODGERS, ALTON #1369028 DECEASED AT 1214 HOURS.
THE CAUSE OF DEATH HAS BEEN RULED AN "UNOFFICIAL HOMICIDE", THIS
INCIDENT IS CURRENTLY UNDER INVESTIGATION AND ALL UPDATES WILL
BE SENT AS THEY BECOME AVAILABLE.

/.3

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00210

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE
EMERGENCY ACTION CENTER**

**INTER-OFFICE COMMUNICATIONS**

**TO**:   See Distribution                          **DATE**:   January 19, 2016

**FROM**:  William Stephens               **SUBJECT**:  Homicide – Clements Unit
           Director                                            Rodgers, Alton #1369028
           Correctional Institutions Division

On January 18, 2016, at approximately 0720 hours, in Expansion Cellblock/C-210 cell, security personnel observed Offender Greggs, Joe, TDCJ #1877484, B/M/40/G5, sitting on a stool while his cellmate, Offender Rodgers, Alton, TDCJ #1369028, B/M/31/G5, was lying on the top bunk unresponsive. Offender Greggs was restrained and removed from the cell.  Offender Rodgers was escorted to the unit infirmary by gurney. Offender Rodgers was noted with swelling in the middle of his forehead, and his oxygen level and blood pressure were seriously low. Once stabilized, he was transported by ambulance to Northwest Texas Hospital in Amarillo, Texas.  Tests conducted on offender Rodgers revealed serious head trauma, as well as multiple facial fractures, and he was admitted to the ICU. The Office of the Inspector General was notified. Offender Greggs was examined by unit medical and noted with a swollen hand that required no treatment. Upon being questioned, offender Greggs stated he struck offender Rodgers in the mouth.
On January 19, 2016, at 1215 hours, offender Rodgers was pronounced deceased by Dr. Galvan. Attempts to contact the next of kin are ongoing. A unit investigation is ongoing.

The TDCJ received Offender Greggs on September 16, 2013, from Trinity County to serve a twelve-year sentence for Assault, Family Violence, Strangulation.

Offender Rodgers is a confirmed 357 Gangster Crip Member. He was received on June 5, 2006, from Dallas County to serve a life sentence for Capital Murder.

WS/jl

Distribution:   Hon. Dale Wainwright          Darrell Davila
                Thomas Fordyce               Jimmy Blacklock
                John "Eric" Gambrell         Daniel Hodge
                Judge Larry Gist             Martha Bell Liner
                Terrell McCombs              Terra Tucker
                Larry D Miles                Larance Coleman
                Derrelynn Perryman           State Representative Price Four

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

Leopoldo Vasquez
Tomas P. Wingate

State Senator Kel Seliger

c:    Brad Livingston
Bryan Collier
Jeff Baldwin
Oscar Mendoza
Paul Morales
Bobby Lumpkin
Robert Eason
Lorie Davis
Angie McCown
Jason Heaton

Debra Booker
Jill Lewis
Karen Hall
Joseph Buttitta
Jason Clark
Bruce Toney
Brooke Ellison
Cody Ginsel
Barry Martin
File (00858-01-16)

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL

# INVESTIGATOR'S REPORT
# OF CUSTODIAL DEATH

| OIG TRANSITORY #: (if necessary) | | | | |
|---|---|---|---|---|

| CASE #: | EAC #: | OFFICIAL DATE & TIME OF DEATH: | | AUTOPSY ORDERED? |
|---|---|---|---|---|
| 1600000656 | I-00858-01-16 | 1-19-2016 12:14 ☐ AM ☑ PM | | ☑ YES ☐ NO |

| DECEDENT NAME: (LAST, First, MI) | | RACE: | SEX: | AGE: | DOB: |
|---|---|---|---|---|---|
| Rodgers, Alton L. | | B | M | 31 | ▓▓▓▓ |

| IDENTIFICATION #: | UNIT OF ASSIGNMENT: | DATE & TIME FOUND: |
|---|---|---|
| 1369028 | Clements | 1-19-2016    ☐ AM ☐ PM |

| PLACE OF DEATH: | CITY | COUNTY: | ZIP CODE |
|---|---|---|---|
| NWTH | Amarillo | Potter | 79106 |

| J.P. / M.E. NOTIFIED: (Name) | PRECINCT # | DATE & TIME J.P. / M.E. NOTIFIED | PHOTOGRAPHS? |
|---|---|---|---|
| Debbie Horn | | 1-19-2016  11:02  ☑ AM ☐ PM | ☑ YES ☐ NO |

| PLACE OF INQUEST: | DATE & TIME OF INQUEST: |
|---|---|
| NWTH B-110 | 1-19-2016   11:50  ☑ AM ☐ PM |

## ★ LOCATION, POSITION and SURROUNDINGS of BODY ★

In hospital Room on Medical bed with Medical Monitoring equipment Attached.

## ★ SUMMARY of HOW DEATH OCCURRED ★

Stopped breathing and heart stopped beating

| TRANSPORTING FUNERAL HOME: | RECEIVING FUNERAL HOME: |
|---|---|
| A to D Transport | Carnes |

| INVESTIGATOR SIGNATURE: | TELEPHONE #: |
|---|---|
| Timothy W. Burge #410 | ▓▓▓▓ |

Law Enforcement Agency:  **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**OFFICE OF THE INSPECTOR GENERAL**
**P.O. Box 4003 – Huntsville, TX 77342-4003**
**(936) 437-6735**

CC-0265 (07/2005)                                                                 Page 1 of 2

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00213

# INVESTIGATOR'S REPORT OF CUSTODIAL DEATH
## (Continued)
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE – OFFICE OF THE INSPECTOR GENERAL

| CASE #: | DECEDENT NAME: (LAST, First MI) | IDENTIFICATION #: |
|---|---|---|
| 1600000656 | Rodgers, Alton L. | 1369028 |

## ★ CLOTHING WORN BY DECEDENT ★

- [x] None
- [ ] Pants
- [ ] Shoes/Boots
- [ ] Jacket
- [ ] Belt
- [ ] Gown/Blouse
- [ ] Dress
- [ ] Other (list details below)

## ★ PROPERTY SENT WITH DECEDENT ★

None

## ★ MEDICAL HISTORY ★

Was death attended? [x] Yes [ ] No          Previous history of illness? [ ] Yes [ ] No

History of suicide? [ ] Yes [ ] No          HIV? [ ] Yes [ ] No

| HOSPITAL NAME: | ADDRESS: | TELEPHONE: |
|---|---|---|
| Northwest Tx. | 1501 S. Coulter | (806)354-1000 |
| PHYSICIAN CONTACTED: (Name) | ADDRESS: | TELEPHONE: |
| DR. Ivan Galvan | 1501 S. Coulter | (806)354-1000 |

DIAGNOSIS: Autopsy Pending

## ★ NEXT OF KIN INFORMATION ★

| NEXT OF KIN: | ADDRESS: | TELEPHONE: |
|---|---|---|
| | | |

| NEXT OF KIN NOTIFIED BY: (Name) | TELEPHONE: | DATE & TIME NOTIFIED: |
|---|---|---|
| Chaplain Jerry D. Billington | ▮▮ | 01/20/2016  6:05  [x] AM [ ] PM |

| ★ IDENTIFICATION ★ | ★ DOCUMENTATION ★ |
|---|---|

HOW: [x] Offender Records   [ ] Fingerprints

[x] Viewed at Hospital/Scene   [ ] Other _____

Sgt. James R. Snyder

Verification Made By: _____ Relationship to Decedent: _____

- [x] Order for Autopsy
- [ ] ER Report (if available)
- [x] Clinic Notes (last 72 hrs)
- [x] Copy of Travel Card

REPORT DISTRIBUTION: (Include Complete Documentation)
(1) Case File     (2) J.P.     (3) To Accompany Body

---

CC-0265 (07/2005)

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

2.2

OIG_00214

AD-03.29 (rev. 7)
Attachment A
Page 13 of 21

## Texas Department of Criminal Justice
## TRANSPORT AUTHORIZATION FOR OFFENDER REMAINS

The undersigned authorizes and directs the coordinating funeral home

and/or its said agents or staff to make the removal of the said remains of

_Alton Rodgers_    from _Bill Clements_ ,
    *(Print Offender Name)*             *(Print Unit/Location)*

who died on _01-19-2016_ , and to hold until further notification
           *(Date of Death)*

from the Warden of the unit with regards to the approval for an autopsy.

**NOTE:  If an offender death is determined to be from natural cause by a certified medical physician, the offender's family will be provided the opportunity to object to an autopsy.**

---

*Instructions: If death occurs on the unit the Warden shall sign this form authorizing the transport of the remains. If death occurs off the unit the Warden shall sign the form and shall the deliver the form by the most expedient means to the appropriate medical staff at the location of the death.*

---

_____
Signature of Warden/Designee

_____
Medical Physician's/Registered Nurse's Signature

M. Nations RN

Address of Physician/Registered Nurse:

_____

_____

_____

_____
Printed Name

Darrell Nash

_____
Printed Name

Meagan Nations RN

*3.1*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

AD-03.29 (rev. 7)
Attachment C
Page 15 of 21

# Texas Department of Criminal Justice
## AUTOPSY ORDER

In accordance with Section 501.055 of the Government Code, the following Order shall serve as authorization to perform an autopsy on the body of the deceased offender identified below.

Offender Name: _Alton Rodgers_ (Print Name)        TDCJ #: _1369028_

Date of Birth: ████████████  Race: _B_  Sex: ☒ Male  ☐ Female

Offender Pronounced dead at _1214 PM_ (Print time, include am or pm) on _19 January 2016_ (Print date, month, date, year).

Location of Death: ☐ Unit _____ (Print Unit Name)  ☒ Other _North West Texas Hospital_ (Print location, i.e. hospital name)

Acting in my capacity as an authorized official of the Texas Department of Criminal Justice, I hereby order and decree that an autopsy be performed on the body of the above described offender. Said autopsy should be performed to determine the cause of death of the offender who died of natural causes while attended by a physician or registered nurse.

Said autopsy should include a determination of the cause of death and toxicological examinations of the urine, blood and other bodily matter as deemed necessary to determine types and amounts of alcohol or drugs if any are present in the body. I further order that said autopsy be performed by the UTMB Autopsy Service Physicians and/or associates.

It is understood that due care shall be taken to avoid unnecessary disfigurement of the body.

Further, said body shall be transported to _Tarrant Co ME_ (location of autopsy) by a representative or associate of _Carnes_ Funeral Home, located in _Texas City_, Texas. Upon completion of the said autopsy, the body should be relinquished to a representative of the delivering funeral home who can be reached at (phone number) _1-888-822-7637_, for transport.

Please forward copy of preliminary findings and reports to:

TDCJ Death Records Technician, Health Services Division
3009 Hwy. 30 West, Rm. 162
Huntsville, TX 77340
(936) 437-3631 (phone) (936) 437-3638 (fax)

_signature_
Warden (or designee)

County _Potter_

City _Amarillo_, Texas Zip Code _79107_

3.2

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00216



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## OFFICE OF THE INSPECTOR GENERAL

**John M. Moriarty**
**Inspector General**

# Facsimile Transmission

| | | | |
|---|---|---|---|
| **To:** | Cindi Eastham | **From:** | Inv. Timothy W. Burge |
| **Fax:** | 936.437.5010 | **Pages:** | 7W/cover |
| **Phone:** | 936.437.5150 | **Date:** | 01/25/2016 |
| **Re:** | AG's report | **CC:** | |

## CONFIDENTIALITY STATEMENT

"The information contained in this facsimile message is confidential information only for the use of the individual or entity named above. If you are not the INTENDED RECIPIENT, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and return the original message to us at the below address via United States Postal Service."

**Comments:**

---

Office of the Inspector General
2503 Lake Road, Suite 5 • Huntsville, Texas 77340 • Phone: (936) 437-5184 • Fax: (936) 438-8443

4.1

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00217

# CUSTODIAL DEATH REPORT

For reporting requirements and procedure, see Section 39.05 of the Penal Code, Article 49.18(b) (c) of The Code of Criminal Procedure and Article 501.055(b) of The Government Code

Section 39.05 Failure to Report Death of Prisoner:
    (a) A person commits an offense if the person is required to conduct an investigation and file a report by Article 49.18, Code of Criminal Procedure, and the person fails to investigate the death, fails to file the report as required, or fails to include in a filed report facts known or discovered in the investigation.
    (b) A person commits an offense if the person is required by Section 501.055, Government Code, to:
        (1) give notice of the death of an inmate and the person fails to give the notice; or
        (2) conduct an investigation and file a report and the person:
            (A) fails to conduct the investigation or file the report, or
            (B) fails to include in the report facts known to the person or discovered by the person in the investigation.
    (c) An offense under this section is a Class B misdemeanor.

Article 49.18 (a) (b) (c).  Death in Custody
    (a) If a person confined in a penal institution dies, the sheriff or other person in charge of the penal institution shall as soon as practicable inform the justice of the peace of the precinct where the penal institution is located of the death.
    (b) If a person dies while in the custody of a peace officer or as a result of a peace officer's use of force or if a person incarcerated in a jail, correctional facility, or state juvenile facility dies, the director of the law enforcement agency of which the officer is a member or of the facility in which the person was incarcerated shall investigate the death and file a written report of the cause of death with the attorney general no later than the 30th day after the date on which the person in custody or the incarcerated person died.  The director shall make a good faith effort to obtain all facts relevant to the death and include those facts in the report.  The attorney general shall make the report, with the exception of any portion of the report that the attorney general determined is privileged, available to any interested person.
    (c) Subsection (a) does not apply to a death that occurs in a facility operated by or under contract with the Texas Department of Criminal Justice.  Subsection (b) does not apply to a death that occurs in a facility operated by or under contract with the Texas Department of Criminal Justice if the death occurs under circumstances described by Section 501.055 (b) (2), Government Code.
    (d) In this article:
        (1) "Correctional facility" means a confinement facility or halfway house operated by or under contract with any division of the Texas Department of Criminal Justice.
        (2) "In the custody of a peace officer" means:
            (A) under arrest by a peace officer, or
            (B) under the physical control or restraint of a peace officer.
        (3) "State juvenile facility" means any facility or halfway house:
            (A) operated by or under contract with the Texas Youth Commission or
            (B) described by Section 51.02 (13) or (14), Family code.

> Mail To:  Office of the Attorney General
>           Criminal Law Enforcement Division
>           P.O. Box 12548
>           Austin, Texas 78711-2548
>           (512) 463-2170

**Date of Report:**  01/25/2016

**1)**    **AGENCY/FACILITY INFORMATION:**

**Name of Agency/Facility:**    **TDCJ – Office of the Inspector General**

**Address:**    **P.O. Box 4003**

**City, Zip Code:**    **Huntsville, TX  77342-4003**

**Telephone: Number:**    **(936) 437-5052**
**Fax:**    **(936) 437-5010**
**Signature of Director of**

Revised 5/08 Replaces Form of 07/03/ which is obsolete
CC-0267 (02/2008)

42

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00218

2) **IDENTITY OF DECEASED:**
Name of deceased: **Alton L. Rodgers**          SSN ▮▮▮▮▮▮▮
Race/Ethnic Group:
☒ African-American
☐ Native American
☐ Anglo
☐ Asian ☐ Hispanic
☐ Middle East
☐ Native Hawaiian/Pacific Islander
☐ Other (Specify)

Sex ☒ Male  DOB: ▮▮▮▮▮▮
☐ Female  Age: **31**

3) **DATE OF CUSTODY (arrest, incarceration):**
Date:  **06/05/2006**
Time: Hour: _____ Min _____ am☐   pm☐

4) **DATE/TIME OF DEATH:**
Month: **January**      Day: **19**      Year: **2016**
Time: Hour: **12**   Min: **14**      am☐   pm☒

5) **WHERE DID THE EVENT CAUSING THE DEATH OCCUR?**
Street Address: **9601 Spur 591**
City: **Amarillo**
County: **Potter**

**HAS A MEDICAL EXAMINER OR CORONER CONDUCTED AN EVALUATION
TO DETERMINE A CAUSE OF DEATH?**
☐ Yes, results are available
☒ Yes, results are pending
☐ No, evaluation pending
☐ No, evaluation not planned

7) **MANNER OF DEATH:**
1. ☐ Accidental Injury to self
2. ☐ Accidental Injury by others
3. ☐ Alcohol/Drug Intoxication
4. ☐ Justifiable Homicide
5. ☐ Other Homicide
6. ☐ Suicide
7. ☐ Natural Causes/Illness-Specify
8. ☒ Other-Specify: **Capital Murder, Blunt force trauma to the head.**

8) **MEDICAL CAUSE OF DEATH:   Left Subdoral Brain Trauma**

9) **WAS THE CAUSE OF DEATH THE RESULT OF A PRE-EXISTING MEDICAL CONDITION OR DID THE
DECEASED DEVELOP THE CONDITION AFTER ADMISSION?**
1. ☐ Pre-existing medical condition
2. ☐ Deceased developed condition after admission
3. ☒ N/A – cause of death was accidental injury, intoxication, suicide, or homicide.
4 ☐ Don't Know

Revised 5/06 Replaces Form of 07/03/ which is obsolete
CC-0267 (02/2008)

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00219

10) **HAD THE DECEASED BEEN RECEIVING TREATMENT FOR ANY MEDICAL CONDITION PRIOR TO ADMISSION TO YOUR JAIL'S JURISDICTION?**

☒ Not Applicable

☐ No

☐ Yes-If yes, describe below (Include only treatment and medication related to the medical condition that caused the deceased's death. Exclude emergency care provided at time of death):

_____

_____

_____

11) **WHAT TYPE OF CUSTODY/FACILITY WAS THE OFFENDER IN/AT PRIOR TO THE TIME OF DEATH?**

☐ Police Custody (pre-booking)

☒ Penitentiary

☐ Municipal Jail

☐ County Jail

12) **SPECIFIC TYPE OF CUSTODY/FACILITY**

☐ Custody of Peace Officer during/fleeing arrest

☐ Custody of Peace Officer subsequent to arrest

☒ TDCJ-ID (Unit):  William P. Clements Jr.

☐ Jail-single cell

☐ Jail-detox cell

☐ Jail-Multiple occupancy cell

☐ Jail-holding cell

☐ Jail-day room/recreation area

☐ Correctional/Rehabilitation Facility

☐ Hospital/Infirmary

☐ Halfway House/Restitution Center

☐ Non-law enforcement detox facility    Name: _____

☐ TYC-Facility:

☐ TJPC Detention Center:

13) **WHAT WERE THE MOST SERIOUS OFFENSE(S) WITH WHICH THE DECEASED WAS (OR WOULD HAVE BEEN) CHARGED WITH AT THE TIME OF DEATH (required)**

1. Capital Murder with a Deadly Weapon

2. _____

3. _____

☐ Filed

☒ Convicted

☐ Probation/Parole

☐ Not filed at time of death

**Type of Charges**

☒ Violent Crime against Persons

☐ Child Abuse

☐ Serious Crime against Property

☐ Alcohol/Drug Offense

☐ Other-specify :

Revised 5/06 Replaces Form of 07/03/ which is obsolete
CC-0267 (02/2008)

44

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                    OIG_00220

14) **DID THE DECEASED DIE FROM A MEDICAL CONDITION OR FROM INJURIES SUSTAINED AT THE CRIME/ARREST SCENE?**

- [ ] Medical condition only
- [x] Injuries only
- [ ] Both medical condition and injuries
- [ ] Don't Know
- [ ] Not Applicable

15) **IF INJURED AT THE CRIME/ARREST SCENE, HOW WERE THESE INJURIES SUSTAINED?**

- [ ] Inflicted by law enforcement officers
- [x] Inflicted by others at crime/arrest scene
- [ ] Self-inflicted-accidental
- [ ] Self-inflicted-suicide
- [ ] Unknown
- [ ] Not Applicable

16) **WAS THE DECEASED UNDER RESTRAINT IN THE TIME LEADING UP TO THE DEATH OR THE EVENTS CAUSING THE DEATH?**

- [x] No
  - [ ] Yes,  If yes, mark which restraint devices were used:
  - [ ] Handcuffs
  - [ ] Leg shackles
  - [ ] Other device-Specify

17) **WHAT TYPE OF WEAPON(S) CAUSED THE DEATH?  (MARK ALL THAT APPLY)**

- [ ] Handgun
- [ ] Rifle/Shotgun
- [ ] Nightstick or baton
- [ ] Stun gun or tazer
- [x] Other-specify
- [ ] Not applicable

18) **AT ANY TIME DURING THE ARREST/INCIDENT DID THE DECEASED:  MARK ALL THAT APPLY**

- [ ] Appear intoxicated (either alcohol or drugs)
- [ ] Threaten the officer(s) involved?
- [ ] Resist being handcuffed or arrested ?
- [ ] Try to escape/flee from custody?
- [ ] Grab, hit or fight with the officer(s) involved?
- [ ] Use a weapon to threaten or assault the officer(s)  Specify
- [ ] Other – specify
- [x] Not applicable

19) **WHERE DID THE DECEASED DIE?**

- [ ] At law enforcement facility
- [ ] At the crime/arrest scene
- [x] At medical facility
- [ ] En route to medical facility
- [ ] En route to booking center/police lookup
- [ ] Elsewhere – Specify:

20) **WHAT WAS THE TIME AND DATE OF THE DECEASED'S ENTRY INTO THE LAW ENFORCEMENT FACILITY WHERE THE DEATH OCCURRED?**

- [ ] N/A

Month: June          Day: 06          Year: 2006

Time: Hour:_____      Min:_____      AM: [ ]      PM: [ ]

Revised 8/06 Replaces Form of 07/03/ which is obsolete
CC-0267 (02/2008)

*45*

**21)  AT THE TIME OF ENTRY INTO THE FACILITY DID THE DECEASED:   MARK ALL THAT APPLY**

- ☐ Appear intoxicated (either alcohol or drugs)?
- ☐ Exhibit any mental health problems?
- ☐ Exhibit any medical problems?
- ☒ Not applicable

**22)  IF DEATH WAS AN ACCIDENT OR HOMICIDE, WHO CAUSED THE DEATH?**

- ☐ Deceased
- ☒ Other detainees
- ☐ Law enforcement/correctional staff
- ☐ Other persons-specify
- ☐ Don't know
- ☐ Not applicable; cause of death was suicide, intoxication or illness/natural causes

**23)  IF DEATH WAS AN ACCIDENT, HOMICIDE OR SUICIDE, WHAT WAS THE MEANS OF DEATH?**

- ☐ Firearm
- ☐ Blunt instrument
- ☐ Knife, cutting instrument
- ☐ Hanging, strangulation
- ☐ Drug overdose
- ☒ Other – specify  Blount force trauma to the head by his head being slammed onto the concrete floor at least three times.
- ☐ Not applicable; cause of death was intoxication or illness/natural causes

**24)  ATTACH A SUMMARY OF HOW THE DEATH OCCURRED:**

)

4.6

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00222

On January 18, 2016, at approximately 7:20 AM, Offender Rodgers was housed in Extended Cell Block, C-pod, cell #210.  He was found unconscious, had vitals, and was bleeding from his mouth Medical was notified, responded, and transported Offender Rodgers to the infirmary emergency room.  An ambulance was summoned, arrived and took him to Northwest Texas Hospital.  Scans were conducted and disclosed he had a fractured skull and multiple facial bone fractures.  Investigation disclosed that his cellmate had physically assaulted him on approximately 1/14/2016, and on 1/17/2016, by picking him up and slamming his head onto the concrete floor causing the injuries.

On January 19, 2016, Hospital Dr. Dan Galvan pronounced him deceased at 12:14 PM.

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scms
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877483

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

5.2

OIG_00225





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

5.3

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00226





Criminal Case #1600000656 Offender Alton L. Rodgers, TDCJ-CID #1872484

01/18/2016

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

5.4

OIG_00227



Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED





Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00229





Criminal Case 1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

6.2

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00230





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

6.3

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00231





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

6.4

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00232





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

6.5

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00233





6.6

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00234





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

6.7

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00235





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED





Criminal Case #1600000656, Offender Alvin L. Rodgers, TDCJ-CID #1877584

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00237

6.9





nal Case #1600000656, Offender Alton E. Rodgers, TDCJ-CID X187?484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by sch
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

6.10

OIG_00238



Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scmp
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED





Criminal Case #1600000656, Offender Alton L. Rodgers, #DCJ-UID #1807431

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                                          OIG_00241





Criminal Case #1600000656, Offender Alton P. Rodgers, TDCJ # 1577484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

73





Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

7.4





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877434

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scan
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

7.7

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED





Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00247





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

7.9





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

7/8

OIG_00249





Criminal Case #1600000656, **Offender Alton L. Rodgers,** TDCJ-CID #1877484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

7/1

OIG_00250





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

7/2

OIG_00251





Criminal Case A1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

7.13

OIG_00252





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00253





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

7.15





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scmc
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

2/6





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

7/7
OIG_00256





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

7/9

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00258





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1872484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED





Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED



Criminal Case #1600000656, Offender Alton L. Rodgers, TDCJ-CID #1877484

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm. 7.23
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                OIG_00262

MED REC#   751578

| T8 90926403 | PATIENT NAME RODGERS, ALTON | | | |
|---|---|---|---|---|

| ADDRESS 9601 SPUR 591 | | | | | COUNTY 325 |
|---|---|---|---|---|---|

| CITY AMARILLO | STATE TX | ZIP 791079605 | PHONE (806)381-7080 | PATIENT LANGUAGE ENGLISH |
|---|---|---|---|---|

| AGE 31Y | SEX M | RACE 2 | MS S | ETHNICITY N | PREVIOUS NAME | RELIGION NON | INFANT AGE |
|---|---|---|---|---|---|---|---|

| PT EMPLOYEE INMATE | TELEPHONE | EXT | OCCUPATION INMATE |
|---|---|---|---|

EMPLOYER ADDRESS

| CITY | STATE | ZIP | RETIREMENT DATE // |
|---|---|---|---|

## Contact Information

| NEAREST RELATIVE NAME CLEMENTS, TDC | | | | |
|---|---|---|---|---|
| RLTN W | ADDRESS 9601 SPUR 591 | | | |

| CITY AMARILLO | STATE TX | ZIP 791079606 | PHONE (806)381-7080 | EXT. |
|---|---|---|---|---|

| EMERGENCY CONTACT NAME CLEMENTS, TDC | | | | |
|---|---|---|---|---|
| RLTN W | ADDRESS 9601 SPUR 591 | | | |

| CITY AMARILLO | STATE TX | ZIP 791079606 | PHONE (806)381-7080 | EXT. |
|---|---|---|---|---|

## Guarantor Information

| GUARANTOR NAME CLEMENTS, TDC | | | RLTN W |
|---|---|---|---|
| ADDRESS 9601 SPUR 591 | | | PHONE (806)381-7080 |

| CITY AMARILLO | STATE TX | ZIP 791079606 | OCCUPATION PRISON | EXT. |
|---|---|---|---|---|

| GUARANTOR EMPLOYER PRISON | PHONE | EXT. |
|---|---|---|

ADDRESS

CITY                          STATE          ZIP

## Insurance Information

| | | | | | | | FC H |
|---|---|---|---|---|---|---|---|
| INSURANCE NAME 1 TX DEPT OF CORRECTNS | PLAN H59 | PHONE (806)381-7081X336 | POLICY# 1369028 | GROUP# | | AUTH# | AUTHORIZED BY |
| MAILING ADDRESS MS PROCTOR UM COORD   9601 SPUR 591 | | | | CITY AMARILLO | | STATE TX | ZIP 79107 |
| SUBSCRIBER NAME RODGERS, ALTON | | MAIL TO NAME CLEMENTS UNIT TDC, | | INS SEX M | D.O.B. 19840427 | GN# | |
| COB 1 | PAYOR ID H59 | UR PHONE | EXT | INS VERIFIED | SUBSCRIBER RLTN S | | |

| INSURANCE NAME 2 | PLAN | PHONE | POLICY# | GROUP# | | AUTH# | AUTHORIZED BY |
|---|---|---|---|---|---|---|---|
| MAILING ADDRESS | | | | CITY | | STATE | ZIP |
| SUBSCRIBER NAME | | MAIL TO NAME | | INS SEX | D.O.B. | GN# | |
| COB | PAYOR ID | UR PHONE | EXT | INS VERIFIED | SUBSCRIBER RLTN | | |

| INSURANCE NAME 3 | PLAN | PHONE | POLICY# | GROUP# | | AUTH# | AUTHORIZED BY |
|---|---|---|---|---|---|---|---|
| MAILING ADDRESS | | | | CITY | | STATE | ZIP |
| SUBSCRIBER NAME | | MAIL TO NAME | | INS SEX | D.O.B. | GN# | |
| COB | PAYOR ID | UR PHONE | EXT | INS VERIFIED | SUBSCRIBER RLTN | | |

## Admitting Information

| ADM DATE 01/18/2016 | TIME 0845 | SRC EO | PT TYPE T | PR8 X | ACCIDENT INFO. H | 01/18/2016 0800 | VOLUNTARY ADM | ORGAN DNR | ISOL | PT ST8 ET |
|---|---|---|---|---|---|---|---|---|---|---|
| ATTENDING PHYSICIAN ED STAFF PHYSICIAN | | | ATTENDING # 030999 | REF SRC | ADM BY GIPSOL | | PREV ADM DATE | PREVIOUS FACILITY | | |
| ADM DIAGNOSIS UU | | | | HOSP SVC EMR | DIAGNOSTIC CODE | SURGERY DATE // | BLD LESS N | NS EMR | RMBED | E#mnity |
| ADMITTING PHYSICIAN ED STAFF PHYSICIAN | | | ADMITTING # 030999 | DISCHARGE DATE // | TIME | DISCHARGE DISP | PREVIOUS DISCHARGE DATE | | | |
| PROCEDURE | | | CLINICAL COMMENT | | | MODE OF ARRIVAL / ACCOMPANIED BY AMB AMBULANCE | | | | |
| REFERRING PHYSICIAN NO REFERRING DOCTOR | | | REFERRING # 999870 | | | | | | | |
| REL OF INFO | ADV DIR | LIVING WILL | LOCATION OF WILL / DIRECTIVE | | | FAMILY DOCTOR NO PCP NO FAMILY DR | | | FAMILY DOCTOR # 999987 | DIV |

**N Northwest Texas Healthcare System**   Northwest Texas Healthcare System
1501 Coulter Dr
Amarillo, TX 79106

**MEDICAL RECORD**

Patient Identification



90926403-751578

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Case 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

RODGERS, ALTON
19840427   31Y   SX: M   EMR
MRN: 751578   ADM/REG DT: 01/18/2016
Northwest Texas Healthcare System

OIG_00263

UHS-9002



**Physician Assessment**

Wound Location: _____

Classification: *(check one)*
Pressure Ulcer - Stage: □ I   □ II   □ III   □ IV
□ Unstageable
Present on Admission: □ Yes     □ No

_____   _____
Physician Signature          Date / Time

**Nursing Assessment**

Physician Notified/Date/Time _____
Wound Location: _____
Stage: □ I   □ II
Size: _____
Wound Color: _____
Erythema around wound: □YES   □NO
Drainage: □YES   □NO
Description of drainage: _____
Odor: □YES   □NO
Stage III or IV wound: contacted MD for consult □Yes □ NA

_____   _____
RN Signature          Date / Time

Photographic wound documentation to be performed as applicable for: Initial assessment (present on admission), Identification of a new wound (hospital acquired), or with progression of wound to advanced stage.

---

PHOTO #1

To insert photo:
   Click on "Insert"
   Click on "Picture → From File
   Find the picture you want to insert
   Click Insert

To resize Photo:
   Right click on it
   Select "format picture"
   Select "size" tab
   Check box "lock aspect proportions"
   In the TOP width box, type 2.5
   Click OK

**Physician Assessment**

Wound Location: _____

Classification: *(check one)*
Pressure Ulcer - Stage: □ I   □ II   □ III   □ IV
□ Unstageable
Present on Admission: □ Yes     □ No

_____   _____
Physician Signature          Date / Time

**Nursing Assessment**

Physician Notified/Date/Time _____
Wound Location: _____
Stage: □ I   □ II
Size: _____
Wound Color: _____
Erythema around wound: □YES   □NO
Drainage: □YES   □NO
Description of drainage: _____
Odor: □YES   □NO
Stage III or IV wound: contacted MD for consult □Yes □ NA

_____   _____
RN Signature          Date / Time

Photographic wound documentation to be performed as applicable for: Initial assessment (present on admission), Identification of a new wound (hospital acquired), or with progression of wound to advanced stage.

---

**Northwest Texas Healthcare System**

P.O. Box 1110
Amarillo, Texas

**PHOTOGRAPHIC WOUND DOCUMENTATION**



90926403-751578
RODGERS, ALTON
DOB: _____ 31Y   SX: M   EMR
MRN: 751578   ADM/REG DT: 01/18/2016
Northwest Texas Healthcare System

8.2

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED



PN0013

623-005   09/17/2009
Page 1 of 1

OIG_00264

Page# _____

PR: _____   QRS: _____   QT: _____

GERS   NWT210 1/18/2016 19:31:19  SpO2   Low Perf   HR 135   SINUS TACHY   PULSE 1347   PVC 0   ABP 88/69 (75)   CVP 2   NBP 95/77 (81)   RESP



PR: _____   QRS: _____   QT: _____

RODGERS   NWT210 1/18/2016 23:17:39   HR 99   SINUS RHYTHM   PULSE 99   PVC 0   ABP 95/77 (85)   CVP 4   RESP 15   Trect 36.6   SpO2 100   25 mm/s



PR: _____   QRS: _____   QT: _____

NWT210 1/19/2016 03:18:48   HR 97   SINUS RHYTHM   SVPBs 1   PULSE 97   PVC 0   ABP 96/74 (82)   CVP 6   RESP 15   Trect 36.5   SpO2 100   25 mm/s



**Northwest Texas Healthcare System**
P.O. Box 1110
Amarillo, Texas

TELEMETRY
SHEETS

PATIENT IDENTIFICATION

90926403-751578

RODGERS, ALTON
SX: M  EMR:
ADM/REG DT: 01/18/2016
Northwest Texas Healthcare System

611-004
Page 1 of 1

CA0010 Telemetry

83

OIG_00265

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order 416 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION

Page# _____

PR: _____   QRS: _____   QT: _____

RODGERS   NWT210 1/18/2016 12:51:52   HR 60   SINUS BRADY   PULSE 59?   PVC 0   NBP 104/63 (72)   RESP 15   Trect 34.7   SpO2 1002   Pls

PR: _____   QRS: _____   QT: _____

RODGERS   NWT210 1/18/2016 14:37:03   HR 59   SINUS BRADY   PULSE 56   PVC 1   RESP 15   Trect 35.0   SpO2 100   25 mm/sec

PR: _____   QRS: _____   QT: _____

## Northwest Texas Healthcare System

P.O. Box 1110
Amarillo, Texas

**TELEMETRY SHEETS**

611-004
10/06

**PATIENT IDENTIFICATION**



90926403-751578

**RODGERS, ALTON**
DOB: _____   31Y   SX: M
MRN: _____   ADM/REG DT: 01/18/20
Northwest Texas Healthcare System

84

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective ... 416 on 08/18/2017 by.scn
CA0016-Telemetry
UNAUTHORIZED COPYING OR DISTRIBUTION
OIG_00266

* Auth (Verified) *

Certified copy of OIG criminal case 1600000656 to Rohtstein Donatelli re : Protective Order: Cause 2:16-CV-216 on 08. 18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

RODGERS, ALTON                      ID:000751578              18-JAN-2016 09:07:11        NW TEXAS HEALTHCARE SYSTEM-ER-1  ROUTINE RECORD

27-APR-1984 (31 yr)     Vent. rate          76    BPM        Normal sinus rhythm
Male      Caucasian     PR interval        140    ms         Right atrial enlargement
                        QRS duration        70    ms         Right axis deviation
Room:                   QT/QTc         422/474    ms         Pulmonary disease pattern
Loc:15                  P-R-T axes      81  122    61         Abnormal ECG
                                                             No previous ECGs available
                                                             Confirmed by NAMBIAR MD, RAJESH (22) on 1/18/2016 10:26:32 AM

            Technician:ALLISON ALTMAN
            Test Ind:uu

COMMENTS:                                      Referred by:                        Electronically signed by: RAJESH NAMBIAR MD



25mm/s    10mm/mV    150Hz    8.0 SP2    12SL 241 HD  CID: 0

EID:22 EDT: 10:26 18 JAN-2016 ORDER:1393907299 ACCOUNT: 90926403 VISIT: 90926403
Page 1 of 1

Facility: NWT Hospital

Patient Name: RODGE ... ALTON
Date of Birth

MRN: NV ... 751578
FIN: NWT000 ...926403

* Auth (Verified) *

Certified copy of OIG criminal case 16000000656 to Rohstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by Sym

UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

RODGERS, ALTON                ID: 000751578        18-Jan-2016    9:07:11    NORTHWEST TEXAS HEALTHCARE SYSTEM ER

31years                Vent. rate      76 bpm     Normal sinus rhythm
Male      Caucasian    PR interval    140 ms      Right atrial enlargement
                       QRS duration    70 ms      Right axis deviation
Room:                  QT/QTc     422/474 ms       Pulmonary disease pattern
Loc: 15                P-R-T axes  81  122  61     Abnormal ECG

90926403-751578
RODGERS, ALTON
DOB:            31Y   SX: M   EMR
MRN: 751578         ADM/REG DT: 01/18/2016
Northwest Texas Healthcare System

Technician: 12754
Test ind: uu

Visit: 90926403

Referred by: smith

Order no.: 13939072
Unconfirmed



COMMENTS

150 Hz    25.0 mm/s    10.0 mm/mV        GE Healthcare    4 by 2.5s + 1 rhythm 1ds    MAC55 010B    II 12SL v241 m
P/N 7009826 024                                          PRINTED IN U.S.A.                              2

Facility: NWT Hospital

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

## Consultation

DOCUMENT NAME:                     Consultation
SERVICE DATE/TIME:                 1/18/2016 11:15 CST
RESULT STATUS:                     Auth (Verified)
PERFORM INFORMATION:               Paullus MD,Wayne (1/18/2016 11:15 CST)
SIGN INFORMATION:                  Paullus MD,Wayne (1/19/2016 01:08 CST)

**NWTHS Consultation**

A 31-year-old black male apparently found down at the prison this morning at 7:30.  He
was unresponsive at that time and has remained unresponsive.  He was brought here where
he is intubated and remains unresponsive.  Pupils are fixed and dilated.  He has no gag,
no corneal, no response to command.  His CT scan demonstrates an extremely large acute
subdural hematoma, left side, with significant left to right shift.

IMPRESSION: Probable less likely herniation syndrome.  This is a non-retrievable
condition in my opinion.  No surgical intervention is indicated.  I would recommend
supportive care and consultation with hospice or organ donation if his brain flow study
is absent and shows no flow.


Dictated By: WAYNE PAULLUS, MD


3244/330051/ DT: 01/18/2016 11:15:35CST / TT: 01/18/2016 16:48:26CST / Job#: 13476870/
Doc#: 14506179/
Patient: RODGERS, ALTON / Visit: 90926403/ Rev: 01/18/2016 17:48:26

cc:

*Electronically Signed By: Paullus, Wayne MD*
*On: 01.19.2016 01:08 CST*

---

## Emergency Department

DOCUMENT NAME:                     ED Clinical Summary
SERVICE DATE/TIME:                 1/18/2016 12:01 CST
RESULT STATUS:                     Auth (Verified)
PERFORM INFORMATION:               Granados RN,Ricardo F.(1/18/2016 12:01 CST)
SIGN INFORMATION:                  Granados RN,Ricardo F.(1/18/2016 12:01 CST)

**ED Clinical Summary**

## NORTHWEST TEXAS HEALTHCARE SYSTEM

### 1501 S. Coulter, Amarillo, TX 79106

*87*

Certified copy of OIG criminal case 1600000656 to Rohlstein Donatell in: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00269

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ▆▆▆▆ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

---

## Emergency Department

### (806) 354-1000

**Patient Information:**

Name: RODGERS, ALTON
Sex: Male
MRN: NWT00751578
Arrival Date: 1/18/2016 8:45 AM

Age: 31 Years
Language: ENG-English
FIN: NWT0000090926403
Disposition: Admit to Inpatient

DOB: ▆▆▆▆ 12:00 AM
PCP: No pcp no family, Dr
FC:
Discharge:
ED Depart Time: 1/18/2016
12:01 PM

*Address:* 9601 SPUR 591 AMARILLO TX 791079606

*Phone:* (806)381-7080

**Medical Information:**

*Diagnosis Information:*

*Allergy Information:*

**No Known Allergies**

**Medication Information:**

**Vaccination/Immunologic Information**

*Medications Administered in the Emergency Department:*

| Medication | Dose | Route |
|---|---|---|
| Sodium Chloride 0.9% | 1000 mL | IV Piggyback |
| mannitol | 50 gm | IV Piggyback |
| iopamidol | 100 mL | IV |

*Prescriptions Given to Patient/Caregiver(s):*

*Home Medications per Patient/Caregiver(s):*

**Patient Education Information:**

Print Date/Time 1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00270

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:              Disch Time:
FIN: NWT0000090926403

---

## Emergency Department

**Instructions Provided:**

**Follow-up and/or Special Medication Instructions:**

**Physician Documentation / Notes:**

**Patient: RODGERS, ALTON**      **MRN: NWT00751578**      **FIN: NWT0000090926403**
Age: **31 years**   Sex: **Male**   DOB ███████
Associated Diagnoses: **None**
Author: **Smith MD, Thomas E**

**Procedure**
   **Endotracheal intubation**
      **Time:** 01/18/16 09:00:00 .
      **Confirmed:** Patient, procedure, and site correct.
      **Consent:** Emergent.
      **Indication:** Respiratory failure.
      **Airway assessment:** Mallampati class: III-soft palate, base of uvula.
      **Procedural sedation:** None, Patient received ketamine enroute by EMS.
      **Monitoring:** Cardiac, blood pressure, continuous pulse oximetry.
      **Preparation:** Pre oxygenated, Inline stabilization of cervical spine maintained.
      **Technique:** Oral intubation: A 7.5 ET tube was inserted, Glidescope.
      **Confirmation of tube placement:** Bilateral chest rise, Positive color change indicated on end title $CO_2$, Chest x-ray.
      **Post procedure exam:** Equal breath sounds, No epigastric breath sounds.
      **Complications:** None.
      **Performed by:** Self.
      **Total time:** 10 minutes.

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                        OIG_00271

NWT- Northwest Texas Hospital

| | |
|---|---|
| Patient: RODGERS, ALTON | Admit: 1/18/2016 |
| MRN: NWT00751578 | Disch:      Disch Time: |
| DOB/Sex: ███████ / Male | FIN: NWT0000090926403 |
| Attending: Galvan,Dan MD | |

## Emergency Department

DOCUMENT NAME:               ED Patient Education Note
SERVICE DATE/TIME:        1/18/2016 12:01 CST
RESULT STATUS:             Auth (Verified)
PERFORM INFORMATION:     Granados RN,Ricardo F.(1/18/2016 12:01 CST)
SIGN INFORMATION:          Granados RN,Ricardo F.(1/18/2016 12:01 CST)

**ED Patient Education Note**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8)0

OIG_00272

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:     NWT0000090926403

| Emergency Department |
| --- |

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

ED Patient Summary
1/18/2016 12:01 CST
Auth (Verified)
Granados RN,Ricardo F.(1/18/2016 12:01 CST)
Granados RN,Ricardo F.(1/18/2016 12:01 CST)

**ED Patient Summary**

## NORTHWEST TEXAS HEALTHCARE SYSTEM

### Confirmation of Receipt of Instructions

**Name: RODGERS, ALTON**

**Age: 31 Years Date of Birth:** ▮▮▮▮▮ **12:00 AM**

**MRN: NWT00751578 FIN:  Arrival Time: 1/18/2016 8:45 AM**

**Diagnosis:**

**Patient Visit Summary:**

**RODGERS, ALTON** has been provided patient education materials, follow-up instructions and prescriptions.

**My Signature Below Indicates:**

> I have received and understood the oral instructions regarding my current medical problem.

> I will arrange follow-up care as instructed, outlined in this and any following page(s).

> I acknowledge continuing medications prescribed by my regular doctor.

> I acknowledge receipt of the written instructions as outlined in this and any previous page(s).

> I will read and review these instructions.

> I acknowledge that I will contact my Primary Care Physician or return to the Emergency Department immediately if symptoms worsen or persist.

( ) Patient Refuses to Sign

( ) Patient Left Without Signing

( ) Patient was informed of their non-emergent status

_____

Patient Signature

_____

Parent / Guardian (if patient is a minor)

_____

Nurse Signature (if not patient signature)

Print Date/Time 1/19/2016 11:26 CST          **Medical Record**

*811*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00273

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON          Admit: 1/18/2016
MRN:     NWT00751578             Disch:              Disch Time:
DOB/Sex: ███████ / Male          FIN:   NWT0000090926403
Attending: Galvan,Dan MD

---

*Emergency* Department

---

Hospital Witness Signature (if no patient signature)

### NOTE: Permanent Medical Record

### Northwest Texas Healthcare System

### 1501 S. Coulter, Amarillo, TX 79106

### (806) 354-1000

**Name: RODGERS, ALTON**

**Age:  31 Years Date of Birth: ███████ 12:00 AM**

**MRN: NWT00751578 FIN:  Arrival Time: 1/18/2016 8:45 AM**

**Diagnosis:**

**Emergency Department Care Team:**

*Provider:* Galvan, Dan   MD

The Emergency Department physician has reviewed the information that you have provided concerning medications that have been prescribed previously and found there to be no conflict with any therapy recommended by the Emergency Department physicians. Unless instructed by the Emergency Department physician to discontinue specific medications, you should continue medications prescribed by your regular doctor and follow-up with your doctor or with the physician/facility recommended by the ED as appropriate.

If you plan on operating a motor vehicle or using any dangerous equipment within the next several hours, please check with your physician or nurse to make sure that none of the medicines that you received in the Emergency Department could interfere with your performance of these tasks.

The physicians and staff of the Northwest Texas Healthcare System encourage you to lead a healthy lifestyle. If you smoke, we strongly urge you to quit. Contact your local American Lung Association for additional information.

**Allergies:**

No Known Allergies

**Vaccination/Immunologic Information**

**Prescriptions Given to Patient/Caregiver(s):**

*812*

Print Date/Time 1/19/2016 11:26 CST    Medical Record
Certified copy of OIG criminal case 1600000656 to Rothstein Donat Re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00274

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

---

*Emergency Department*

---

*Medication Special Considerations:*

**Patient Education Materials Provided:**

*Comment:*

**Follow-up Instructions:**

**Major Tests and Procedures:**

The following procedures and tests were performed during your ED visit.

**Laboratory Orders**

| Name | Status | Details |
|------|--------|---------|
| Acetamin Lvl | Completed | Blood, Nurse collect, Stat, ST - Stat, 01/18/16 9:00:00 CST, 01/18/16 9:00:00 CST, Print label Y/N, Print Label By Order Location |
| Alcohol % Diag | Completed | Serum, Nurse collect, Stat, ST - Stat, 01/18/16 9:00:00 CST, 01/18/16 9:00:00 CST, Print label Y/N, Print Label By Order Location |
| Ammonia Lvl | Completed | Blood, Nurse collect, Stat, ST - Stat, 01/18/16 9:00:00 CST, 01/18/16 9:00:00 CST, Print label Y/N, Print Label By Order Location |
| Auto Diff | Completed | Blood, Nurse collect, Collected, Stat, ST - Stat, 01/18/16 9:22:00 CST, 01/18/16 9:22:00 CST, 01/18/16 9:22:00 CST, 56612230.000000, Print Label By Order Location |
| BMP | Ordered | Blood, Nurse collect, AM Draw, RT - Routine, 01/19/16 4:00:00 CST, Once, 24,037, 01/19/16 4:00:00 CST, Print label Y/N, Print Label By Order Location |
| C Respiratory | Ordered | Sputum, Induced, Nurse collect, Stat, ST - Stat, 01/18/16 9:09:00 CST, 01/18/16 9:11:00 CST, 01/18/16 9:11:00 CST, Print label Y/N, Print Label By Order Location |
| C Urine | Ordered | Urine, Clean Catch, Nurse collect, Stat, ST - Stat, 01/18/16 9:00:00 CST, 01/18/16 9:00:00 CST, 01/18/16 9:00:00 CST, Print label Y/N, Print Label By Order Location |
| CBC w/Diff | Completed | Blood, Nurse collect, Stat, ST - Stat, 01/18/16 9:00:00 CST, 01/18/16 9:00:00 CST, Print label Y/N, Print Label By Order Location |
| CBC w/Diff | Ordered | Blood, Nurse collect, AM Draw, RT - Routine, 01/19/16 4:00:00 CST, Once, 24,037, 01/19/16 4:00:00 CST, Print label Y/N, Print Label By Order Location |
| CMP | Completed | Blood, Nurse collect, Stat, ST - Stat, 01/18/16 9:00:00 CST, 01/18/16 9:00:00 CST, Print label Y/N, Print Label By Order Location |

Certified copy of OIG criminal case 1600000656 to Rothstein Donahue re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scd
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*813*

OIG_00275

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                      Disch Time:
FIN: NWT0000090926403

| Emergency Department |
|---|

| Lactic Acid Lvl | Completed | Blood, Nurse collect, Stat, ST - Stat, 01/18/16 9:00:00 CST, 01/18/16 9:00:00 CST, Print label Y/N, Print Label By Order Location |
| Lactic Acid Lvl | Ordered | Blood, TS, TS - Timed Study, 01/18/16 12:00:00 CST, 01/18/16 12:00:00 CST, Print label Y/N |
| Man Diff | Completed | Blood, Nurse collect, Collected, Stat, ST - Stat, 01/18/16 9:22:00 CST, 01/18/16 9:22:00 CST, 01/18/16 9:22:00 CST, 56612230.000000, Print Label By Order Location |
| POC Art CG8+ | Completed | Blood, Collected Y/N, RT, RT - Routine, 01/18/16 9:24:00 CST |
| POC Art G3+ | Ordered | Blood, Collected Y/N, Routine, RT - Routine, 01/18/16 9:00:00 CST |
| PT INR | Completed | Blood, Nurse collect, Stat, ST - Stat, 01/18/16 9:00:00 CST, 01/18/16 9:00:00 CST, Print label Y/N, Print Label By Order Location |
| PTT | Completed | Blood, Nurse collect, Stat, ST - Stat, 01/18/16 9:00:00 CST, 01/18/16 9:00:00 CST, Print label Y/N, Print Label By Order Location |
| Procalcitonin | Completed | Blood, Nurse collect, Stat, ST - Stat, 01/18/16 9:00:00 CST, 01/18/16 9:00:00 CST, Print label Y/N, Print Label By Order Location |
| Salicylate | Completed | Blood, Nurse collect, Stat, ST - Stat, 01/18/16 9:00:00 CST, 01/18/16 9:00:00 CST, Print label Y/N, Print Label By Order Location |
| T4 Free | Completed | Blood, Nurse collect, Stat, ST - Stat, 01/18/16 9:00:00 CST, 01/18/16 9:00:00 CST, Print label Y/N, Print Label By Order Location |
| TSH | Completed | Blood, Nurse collect, Stat, ST - Stat, 01/18/16 9:00:00 CST, 01/18/16 9:00:00 CST, Print label Y/N, Print Label By Order Location |
| Tox Scrn I | Completed | Urine, Nurse collect, Stat, 01/18/16 9:00:00 CST, ST - Stat, 01/18/16 9:00:00 CST, 01/18/16 9:00:00 CST, Print label Y/N, Print Label By Order Location |
| UA w/Microsc | Completed | Urine, Catheterized, Nurse collect, Stat, 01/18/16 9:00:00 CST, ST - Stat, 01/18/16 9:00:00 CST, Print label Y/N, Print Label By Order Location |

**Radiology Orders**

| Name | Status | Details |
|---|---|---|
| CT Chest/Abdomen/ Pelvis w/ Contrast | Completed | 01/18/16 9:00:00 CST, Stat, Other (Please Specify), Head Trauma, Transport Mode: Patient Bed |
| CT Head or Brain w/o Contrast | Completed | 01/18/16 9:00:00 CST, Stat, Altered level of Consciousness, Transport Mode: Patient Bed |
| CT Maxillofacial w/o Contrast | Completed | 01/18/16 9:00:00 CST, Stat, Altered level of Consciousness, Transport Mode: Patient Bed |

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00276

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                Disch Time:
FIN:   NWT0000090926403

| *Emergency Department* | | |
|---|---|---|
| CT Spine Cervical w/o Contrast | Completed | 01/18/16 9:00:00 CST, Stat, Other (Please Specify), Head Trauma, Transport Mode: Patient Bed |
| EC EKG | Completed | 01/18/16 9:00:00 CST, Stat, Other (Please Specify), Altered Mental Status, Transport Mode: Walked Independently, 01/18/16 9:00:00 CST |
| NM Brain Imaging Comp w/Ordered Vascular Flow | | 01/18/16 11:37:00 CST, Urgent, Reason: Other (Please Specify), Reason: SDH, Transport Mode: Walked Independently |
| XR Chest 1 View Frontal | Completed | 01/18/16 9:00:00 CST, Stat, Other (Please Specify), Altered Mental Status, Transport Mode: Portable, 01/18/16 9:00:00 CST |

**Cardiology Orders**
No cardiology orders were placed.

Print Date/Time  1/19/2016 11:26 CST          **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00277

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

| Emergency Department |
| --- |

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

ED Physician Record
1/18/2016 09:17 CST
Auth (Verified)
Smith MD,Thomas E (1/18/2016 09:20 CST)
Smith MD,Thomas E (1/18/2016 09:20 CST)

**Endotracheal intubation**

Patient: **RODGERS, ALTON**    **MRN: NWT00751578**    **FIN: NWT0000090926403**
Age: **31 years**   Sex: **Male**   DOB: ▮▮▮▮
Associated Diagnoses: **None**
Author: **Smith MD, Thomas E**

**Procedure**
  **Endotracheal intubation**
    **Time:** 01/18/16 09:00:00 .
    **Confirmed:** Patient, procedure, and site correct.
    **Consent:** Emergent.
    **Indication:** Respiratory failure.
    **Airway assessment:** Mallampati class: III-soft palate, base of uvula.
    **Procedural sedation:** None, Patient received ketamine enroute by EMS.
    **Monitoring:** Cardiac, blood pressure, continuous pulse oximetry.
    **Preparation:** Pre oxygenated, Inline stabilization of cervical spine maintained.
    **Technique:** Oral intubation: A 7.5 ET tube was inserted, Glidescope.
    **Confirmation of tube placement:** Bilateral chest rise, Positive color change indicated on end title CO2, Chest x-ray.
    **Post procedure exam:** Equal breath sounds, No epigastric breath sounds.
    **Complications:** None.
    **Performed by:** Self.
    **Total time:** 10 minutes.

*Electronically Signed By: Smith, Thomas MD*
*On: 01.18.2016 09:20 CST*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00278

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:  NWT00751578
DOB/Sex:  ███████ / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:  NWT0000090926403

---

### Emergency Department

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

ED Physician Record
1/18/2016 09:01 CST
In Progress
Smith MD,Thomas E (1/18/2016 09:01 CST)

**Altered mental status**

Patient:  **RODGERS, ALTON**      **MRN: NWT00751578**      **FIN: NWT0000090926403**
Age: **31 years**   Sex: **Male**   DOB: ███████
Associated Diagnoses:  **None**
Author:  **Smith MD, Thomas E**

**Basic Information**
   **Time seen:** Date & time 01/18/16 08:52:00, Provider Assignment
Smith MD, Thomas E assigned at 01/18/2016 08:52

**History of Present Illness**
   The patient presents with altered mental status.  Additional history: Per report the patient was found unconscious in his jail cell.  He has chronic wounds and is emaciated from self starvation.  There is a 1.5 cm round wound on the forehead with edema.  Per EMS report his cellmate has a broken hand.  Prison personel were unable to give a time of last known normal mental status.

**Review of Systems**
      **Additional review of systems information:** Unable to obtain due to: Clinical condition, altered mental status.

**Health Status**
   **Allergies:**
      No active allergies have been recorded..
   **Medications:** Review/Insert Medication List (Selected)
      Inpatient Medications
         *Ordered*
            Sodium Chloride 0.9% Bolus: 1,000 mL, 1,000 mL/hr, IV Piggyback, Once.

**Past Medical/ Family/ Social History**

   **Medical history**
      Unknown.
   **Medical history:** PMH/Problems ST
   No problems documented.

   **Surgical history:**
      No active procedure history items have been selected or recorded..
   **Family history:**
      No family history items have been selected or recorded..
   **Social history:** Unknown.
   **Social history:** Social History ST
   No Data Available

**Physical Examination**

---

Print Date/Time 1/19/2016 11:26 CST          **Medical Record**                                               *8J7*
Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                                   OIG_00279

NWT- Northwest Texas Hospital

| Patient: | RODGERS, ALTON | Admit: 1/18/2016 | |
|---|---|---|---|
| MRN: | NWT00751578 | Disch: | Disch Time: |
| DOB/Sex: | ███████ / Male | FIN: NWT0000090926403 | |
| Attending: | Galvan,Dan MD | | |

## *Emergency Department*

**Vital Signs**
Vital Signs ST

| Vital Signs (24 hrs) | Last Charted | | Minimum | | Maximum | |
|---|---|---|---|---|---|---|
| Temp | L 33.7 | (JAN 18 09:16) | L 33.7 | (JAN 18 09:16) | L 33.7 | (JAN 18 09:16) |
| Heart Rate Monitored | 64 | (JAN 18 09:26) | 64 | (JAN 18 09:26) | 64 | (JAN 18 09:26) |
| Resp Rate | 15 | (JAN 18 09:26) | 14 | (JAN 18 09:16) | 15 | (JAN 18 09:26) |
| SBP | L 88 | (JAN 18 09:16) | L 88 | (JAN 18 09:16) | L 88 | (JAN 18 09:16) |
| DBP | 71 | (JAN 18 09:16) | 71 | (JAN 18 09:16) | 71 | (JAN 18 09:16) |
| SpO2 | 96 | (JAN 18 09:26) | 94 | (JAN 18 09:16) | 96 | (JAN 18 09:26) |
| | on 50 % | | on 50 % | | | |
| | Ventilator | | Ventilator | | Ventilator | |

**General:** Ill-appearing, Emaciated.
**Glasgow coma scale:** Total score: Total score: 3.
**Neurological:** Level of consciousness: Unresponsive.
**Skin:** Dry.
**Head:** 1.5cm abrasion central forehead with surrounding edema, edema about left eye.
**Neck:** Trachea midline, C-Collar in place.
**Eye:** Pupil: Dilated, fixed, Cornea: dry.
**Ears, nose, mouth and throat:** LMA in place.
**Cardiovascular:** Regular rate and rhythm.
**Respiratory:** Breath sounds are equal, ventilated bag/ETT.
**Gastrointestinal:** Soft, Non distended.
**Back:** Normal alignment, no step-offs.

**Medical Decision Making**
**Differential Diagnosis:** Cerebral vascular accident, transient ischemic attack, hypoglycemia, urinary tract infection, pneumonia, alcohol intoxication, drug abuse, delirium, dehydration, electrolyte imbalance, intracranial hemorrhage, Trauma.
**Electrocardiogram:** Time 01/18/16 09:07:00, rate 76, normal sinus rhythm, no ectopy, normal PR & QRS intervals, The Axis is rightward. , STT segments V4, V5, T wave Peaked.
**Head Computed Tomography:**

## * Final Report *

### Reason For Exam
Altered level of Consciousness

### RADIOLOGY
Exam:  CT Head or Brain w/o Contrast
Accession#:  30-CT-16-001327

HISTORY altered consciousness

COMPARISON: None Available

FINDINGS: A noncontrast CT scan of the brain was performed.

*818*

**Medical Record**
Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by sam.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00280

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:               Disch Time:
FIN:   NWT0000090926403

---

### Emergency Department

There is a large left subdural hematoma overlying the entire left convexity and
measuring up to 1.4 cm in thickness .
A small amount of subdural blood also extends along the falx and tentorium

There is severe mass effect with effacement of the left sulci, effacement of the left
lateral ventricle and severe subfalcine herniation with midline shift to the right.
     The
septum is shifted x 1.56 cm to the right
Basal cisterns are obliterated and the midbrain is distorted and compressed and there
     is
severe herniation of the left uncus transtentorially with associated severe
     compression
of the midbrain.

Hypodensity of the midbrain pons and also of the anterior aspect of the left temporal ,
medial aspect of the left temporal lobe, inferior aspect of the left frontal lobe
     aspect
and inferior aspect of the right frontal lobe is present likely due to infarction due
     to
compromised blood flow secondary to severe transtentorial and severe subfalcine
herniation.

There is mild dilatation of the posterior horn and temporal horn of right lateral
ventricle secondary to compression of the right foramina of Monroe/ trapped ventricle

There is fracture the nasal bones
There may be fractures of the orbital floors .
Cannot exclude fractures of the lamina papyracea bilaterally
There is blood in the maxillary sinuses and ethmoid air cells.
There is soft tissue swelling of the right cheek

The mastoid air cells and middle ear cavities are well aerated.

IMPRESSION:
There is a large left subdural hematoma overlying the entire left convexity and
measuring up to 1.4 cm in thickness .
A small amount of subdural blood also extends along the falx and tentorium

There is severe mass effect with effacement of the left sulci, effacement of the left
lateral ventricle and severe subfalcine herniation with midline shift to the right.
     The
septum is shifted x 1.56 cm to the right
Basal cisterns are obliterated and the midbrain is distorted and compressed and there
     is
severe herniation of the left uncus transtentorially with associated severe
     compression

---

Print Date/Time  1/19/2016 11:26 CST        **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scr
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*819*

OIG_00281

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ████████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

| Emergency Department |
| --- |

of the midbrain.

Hypodensity of the midbrain pons and also of the anterior aspect of the left temporal ,
medial aspect of the left temporal lobe, inferior aspect of the left frontal lobe
    aspect
and inferior aspect of the right frontal lobe is present likely due to infarction due
    to
compromised blood flow secondary to severe transtentorial and severe subfalcine
herniation.

There is mild dilatation of the posterior horn and temporal horn of right lateral
ventricle secondary to compression of the right foramina of Monroe/ trapped ventricle

There is fracture the nasal bones
There may be fractures of the orbital floors .
Cannot exclude fractures of the lamina papyracea bilaterally
There is blood in the maxillary sinuses and ethmoid air cells.
There is soft tissue swelling of the right cheek

The above emergent findings discussed with Dr. Smith at approximately 10:40 a.m. On
1/18/16

cc:
31096// DT: 01/18/2016 11:00:56CST / TT: 01/18/2016 10:44:24CST / Job#: 13476788/
    Doc#:
14504908/ Rev: 01/18/2016 11:44:24 / Dictated by:   RICHARD MURRAY, MD

This document was electronically signed by RICHARD MURRAY, MD on
01/18/2016 11:01:06CST .

Radiology results:

**\* Final Report \***

**Reason For Exam**
Head Trauma;Other (Please Specify)

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by sem
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

820

OIG_00282

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

**Emergency Department**

---

**RADIOLOGY**
Exam:  CT Spine Cervical w/o Contrast
Accession#:  30-CT-16-001328

HISTORY: Head trauma

COMPARISON: None Available

FINDINGS: A noncontrast CT scan of the cervical spine was performed. There is no
evidence of fracture or dislocation. I do not see any significant degenerative change.
Alignment is satisfactory. Prevertebral soft tissues are normal.

IMPRESSION: No evidence of fracture, dislocation, or significant degenerative change
        of
the cervical spine.

cc:
31096// DT: 01/18/2016 11:03:06CST / TT: 01/18/2016 11:01:37CST / Job#: 13476796/
      Doc#:
14504987/ Rev: 01/18/2016 12:01:37 / Dictated by:    RICHARD MURRAY, MD

This document was electronically signed by RICHARD MURRAY, MD on
01/18/2016 11:03:07CST .

**Procedure**
   **Critical care note**
      Critical care total time: 30-74 minutes spent engaged in work directly related to patient care and/ or available for direct patient
         care.
      Critical condition(s) addressed for impending deterioration include: airway, respiratory, cardiovascular, central nervous system,
         metabolic, renal, hepatic.
      Associated risk factors: hypotension, shock, hypoxia, bleeding, trauma, dysrhythmia, metabolic changes, dehydration, drug or
         med overdose.
      Management: bedside assessment, supervision of care, Interpretation (chest x-ray, blood gases, electrocardiogram, blood
         pressure), Interventions (hemodynamic management, ventilator management, vascular access).
      Performed by: self.

**Impression and Plan**

Print Date/Time 1/19/2016 11:26 CST          **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                    OIG_00283

821

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON                    Admit: 1/18/2016
MRN:       NWT00751578                       Disch:                    Disch Time:
DOB/Sex: ███████  / Male                     FIN:   NWT0000090926403
Attending:  Galvan,Dan MD

## Emergency Department

SDH with herniation

**Calls-Consults**
    - Amy Sappington with Dr. Paullus notified.  Dr. Galvan notified in the OR via a circulating nurse.
**Plan**
    **Condition:** Stable.

*Electronically Signed By: Smith, Thomas MD*

*8,22*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00284

Patient Name: RODGERS, ALTON
Date of Birth [redacted]

MRN: NWT00751578
FIN: NWT0000090926403

* Auth (Verified) *

# AMR

## AMR ABBREVIATED REPORT / TRAUMA TRIAGE DATA

INCIDENT #: 1993   DATE: 1/18/16

| Call Received | Dispatch | En Route | Arrive Scene | With Patient | Depart Scene | Arrive Dest |
|---|---|---|---|---|---|---|
| 073509 | 07350 T | 073507 | 074518 | 07520 ) | 081911 | 084011 |

Pt Name ALTON L RODGERS.   Age: 31   DOB: [redacted]   Sex: ☒M ☐F
75"

MECHANISM OF INJURY / CHIEF COMPLAINT   WEIGHT 100 ☒LBS ☐KG

| Veh Damage: Minor☐ Mod☐ Severe☐ | Compartment Intrusion: None☐ Driver☐ Passenger☐ Inches |

u/u                    Hx PSYCH   NKDA   Rx TRACODONE
(R) HIP WOUND, RENAL
POSSIBLE TRAUMA

INJURIES SUSTAINED / ADDITIONAL COMPLAINTS

VITAL SIGNS:                    ☐ *PREGNANT / WEEKS GESTATION

| Time | Temp | Pulse | Resp | B/P | O2 Sat | GCS | RTS |
|---|---|---|---|---|---|---|---|
| | — | 110 VR | 12 | 88/50 | 55 RA | 3 | — |
| | — | 90 UR | 18 | (illegible) 120/C2 | 90/60 | 3 | — |

TREATMENTS AND PT. RESPONSE:

O₂ 15 LPM   D-stick 225 mslblC

IV #1 - Site IO (L) TIB Solution ___   IV #2 – Site ___   Solution ___

Total amt. infused prearrival 100W

Spinal Stabilization   Cleared in Field ☒   C-Collar☐   LSB☐   CID☐   Splinting☐
Meds                  50mg
Administered ☒ ROC ; 100 KETAMINE

Other information ___

Printed name of Nurse receiving report: [signature]   Facility NWTH
Signature of Nurse receiving report: [signature]

Crew Members CRABTREE/BELL I WHITE   Medic Unit 7
Destination Determined By: Trauma Triage☐   Protocol☒   Patient☐   Family☐   Physician☐

8.23

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00285

Facility: NWT Hospital

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON                    Admit: 1/18/2016
MRN:      NWT00751578                      Disch:              Disch Time:
DOB/Sex: ████████ / Male                   FIN:   NWT0000090926403
Attending: Galvan,Dan MD

---

## *Emergency Department*

DOCUMENT NAME:                    Pre-Arrival Note
SERVICE DATE/TIME:                1/18/2016 08:56 CST
RESULT STATUS:                    Auth (Verified)
PERFORM INFORMATION:              Granados RN,Ricardo F.(1/18/2016 08:56 CST)
SIGN INFORMATION:                 Granados RN,Ricardo F.(1/18/2016 08:56 CST)

**Pre-Arrival Note**

### Pre-Arrival Summary

**Name:** tdc,           Current Date: 1/18/2016 08:56:22 CST
**Gender:**
**Date of Birth:**
**Age:**
**Pre-Arrival Type:** EMS
**ETA:** 1/18/2016 08:22:00 CST
**Primary Care Physician:**
**Presenting Problem:**
**Pre-Arrival User:** Flores RN, Sherry M
**Referring Source:**
**Location:** 19

---

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*8.24*

OIG_00286

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ▇▇▇▇ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

## Emergency Department

DOCUMENT NAME:              Triage Note
SERVICE DATE/TIME:          1/18/2016 09:16 CST
RESULT STATUS:              Auth (Verified)
PERFORM INFORMATION:        Granados RN,Ricardo F.(1/18/2016 09:16 CST)
SIGN INFORMATION:           Granados RN,Ricardo F.(1/18/2016 09:16 CST)

**ED Languages Entered On: 1/18/2016 9:16 CST**
**Performed On: 1/18/2016 9:16 CST by Granados RN, Ricardo F.**

**Languages**
*Preferred Mode of Communication :*  Verbal
*Primary Language :*  English
*Preferred Languages :*  English

Granados RN, Ricardo F. - 1/18/2016 9:16 CST

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*8.25*

OIG_00287

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ▬▬▬ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

### Emergency Department

DOCUMENT NAME:                          Triage Note
SERVICE DATE/TIME:                      1/18/2016 09:16 CST
RESULT STATUS:                          Auth (Verified)
PERFORM INFORMATION:                    Granados RN, Ricardo F. (1/18/2016 09:16 CST)
SIGN INFORMATION:                       Granados RN, Ricardo F. (1/18/2016 09:16 CST)

**ED Triage Vitals Entered On: 1/18/2016 9:18 CST**
**Performed On: 1/18/2016 9:16 CST by Granados RN, Ricardo F.**

**ED Vitals**
*Systolic Blood Pressure :* 88 mmHg (LOW)
*Diastolic Blood Pressure :* 71 mmHg
*BP Site :* Left arm
*Peripheral Pulse Rate :* 76 bpm
*O2 Therapy :* Ventilator
*Respiratory Rate :* 14 br/min
*SpO2 :* 94 %
*Temperature :* 33.7 DegC (LOW)
*Temperature Convert C to F :* 92.7 DegF

Granados RN, Ricardo F. - 1/18/2016 9:16 CST

---

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*826*

OIG_00288

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:              Disch Time:
FIN:    NWT0000090926403

| *Emergency Department* |
|---|

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Triage Note
1/18/2016 09:14 CST
Auth (Verified)
Granados RN,Ricardo F.(1/18/2016 09:14 CST)
Granados RN,Ricardo F.(1/18/2016 09:14 CST)

**ED Abuse/Neglect Adult Entered On: 1/18/2016 9:15 CST**
**Performed On: 1/18/2016 9:14 CST by Granados RN, Ricardo F.**

**Abuse/Neglect Assessment**
*Threatened/Physically Hurt in past year :* Unable to obtain
*ED DV Harm or Neglect Question :* Other: pt. is an inmate.
*Abuse and Neglect Types :* Physical assault, Unable to obtain details
(Comment: possible assault at prison. [Granados RN, Ricardo F. - 1/18/2016 09:14 CST] )

Granados RN, Ricardo F. ~ **1/18/2016 9:14 CST**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00289

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:       NWT00751578
DOB/Sex: ▓▓▓▓▓ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

---

### Emergency Department

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Triage Note
1/18/2016 09:14 CST
Auth (Verified)
Granados RN,Ricardo F.(1/18/2016 09:14 CST)
Granados RN,Ricardo F.(1/18/2016 09:14 CST)

**ED Social History Entered On: 1/18/2016 9:14 CST**
**Performed On: 1/18/2016 9:14 CST by Granados RN, Ricardo F.**

**Social History**
*Smoking History–MU :*  Unknown if ever smoked
*Tobacco Use Screening :*  Unable to Obtain Due to Cognitive Impairment
*Cultural Practices to be honored? :*  Unable to obtain

Granados RN, Ricardo F. - 1/18/2016 9:14 CST

Social History

(As Of: 1/18/2016 09:14:33 CST)

---

Print Date/Time 1/19/2016 11:26 CST          Medical Record
Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00290

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:      NWT0000090926403

---

*Emergency Department*

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Triage Note
1/18/2016 09:11 CST
Auth (Verified)
Granados RN,Ricardo F.(1/18/2016 09:11 CST)
Granados RN,Ricardo F.(1/18/2016 09:11 CST)

**ED Triage General/Screening Adult Entered On: 1/18/2016 9:12 CST**
**Performed On: 1/18/2016 9:11 CST by Granados RN, Ricardo F.**

**General/Screenings Adult**
*Suicide Assessment :*   Unable to obtain
*Document Fall Risk Screening :*   Fail (Yellow Armband in Place)
*Clinical Trial Participant — MU :*   None

Granados RN, Ricardo F. - 1/18/2016 9:11 CST

**Morse Fall Risk**
*History of Immediate/Previous Fall :*   Yes
*Presence of Secondary Diagnosis :*   Yes
*Use of Ambulatory Aid :*   None, bedrest, wheelchair, nurse
*IV/Heparin Lock :*   Yes
*Gait Weak or*
*Impaired Fall Risk :*   Impaired
*Mental Status :*   Forgets limitations
*Score :*   95

Granados RN, Ricardo F. - 1/18/2016 9:11 CST

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                                          OIG_00291

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:       NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                      Disch Time:
FIN:    NWT0000090926403

---

### Emergency Department

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Triage Note
1/18/2016 09:09 CST
Auth (Verified)
Granados RN,Ricardo F.(1/18/2016 09:09 CST)
Granados RN,Ricardo F.(1/18/2016 09:09 CST)

**ED Triage RFV/Problems Entered On:  1/18/2016 9:11 CST**
**Performed On:  1/18/2016 9:09 CST by Granados RN, Ricardo F.**

**Reason for Visit/Medical History ED**
*Reviewed Past Medical HX with Patient :*  No

Granados RN, Ricardo F. - 1/18/2016 9:09 CST
(As Of: 1/18/2016 09:11:15 CST)

Diagnoses(Active)
Altered mental status

*Date:*  1/18/2016 ; *Diagnosis Type:*  Reason For Visit ;
*Confirmation:*  Confirmed ; *Clinical Dx:*  Altered mental status ;
*Classification:*  Medical ; *Clinical Service:*  Emergency
medicine ; *Code:*  PNED ; *Probability:*  0 ; *Diagnosis Code:*
0048084F-1C9E-401C-BBFC-460A9CB4F917

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                                          OIG_00292

**NWT- Northwest Texas Hospital**

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ▇▇▇▇▇ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                Disch Time:
FIN:    NWT0000090926403

---

### Emergency Department

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Triage Note
1/18/2016 09:08 CST
Auth (Verified)
Granados RN,Ricardo F.(1/18/2016 09:08 CST)
Granados RN,Ricardo F.(1/18/2016 09:08 CST)

**ED Triage Primary Pain Assessment Entered On:  1/18/2016 9:08 CST**
**Performed On:  1/18/2016 9:08 CST by Granados RN, Ricardo F.**

**Primary Pain**
*Numeric Rating :*   0 = No pain

Granados RN, Ricardo F. - 1/18/2016 9:08 CST

---

### History and Physical Reports

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:

SIGN INFORMATION:

History and Physical
1/18/2016 12:03 CST
Modified
Galvan,Dan MD (1/18/2016 13:13 CST); Harper PA,David
Shane (1/18/2016 12:06 CST)
Galvan,Dan MD (1/18/2016 13:13 CST); Harper PA,David
Shane (1/18/2016 12:06 CST)

**Addendum by Galvan, Dan MD on January 18, 2016 13:12:42 CST**
I examined the patient and I concur with the history, physical, assessment and plan as outlined above by Mr. S. Harper, PA.  We will be ordering a nuclear flow scan of the brain this afternoon as he appears clinically dead.
Dan A. Galvan, MD

*Electronically Signed By: Galvan, Dan*
*On: 01.18.2016 13:13 CST*

**Chief Complaint/Reason for Consultation**
pt. arrived via EMS. Was found unconscious and unresponsive by his cellmate this morning at approximately 0700. EMS placed LMA. Pt arrived gcs 3. No pupil response. He is noted to have left hip wound that appears necrotic. He appears extremely cachetic.

**History of Present Illness**
Patient was subsequently intubated at time of arrival to protect his airway. Per report patient had been found unconscious and unresponsive by his cellmate at 0700 on today's date. Patient was subsequently transported North West Texas Hospital via ground EMS. Intubation attempt was made in the field but was unsuccessful and subsequently a LMA was placed for airway. Trauma surgery was consulted secondary to concern for possible traumatic mechanism. A time evaluation by trauma patient remains intubated and unresponsive. Accompanying guards state history as above. Guards unable to provide when patient was last seen awake and alert. Past medical history, past surgical history, social history, family history and review of systems unable to be obtained secondary to patient's intubated state and altered mental status. Per guards oh patient had been known to be starving himself secondary to "trying to die".

**Histories**
**Allergies**
(Active and Proposed Allergies Only)
No Known Allergies (Severity: Unknown
severity, Onset: Unknown)

**Past Medical History**
No problems documented.

**Past Surgical History**
No surgery history documented.

**Social History**
No social history documented.

**Family History**

Print Date/Time 1/19/2016 11:26 CST                          **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*8 31*

OIG_00293

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ████████ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                   Disch Time:
FIN:   NWT0000090926403

---

### History and Physical Reports

**Review of Systems**
Unable to be obtained secondary to intubated state

**Objective**

**Measurements (most recent)**
Height 190.5cm      Granados RN, Ricardo F. - 01/18 09:09
Weight 54.43kg      Granados RN, Ricardo F. - 01/18 09:09
Body Mass Index 15kg/m2      Granados RN, Ricardo F. - 01/18 09:09

| Vital Signs (24 hrs) | Last Charted | | Minimum | | Maximum | |
|---|---|---|---|---|---|---|
| Temp | L 34.1 | 01/18/2016 12:00 | L 33.7 | 01/18/2016 09:16 | L 34.1 | 01/18/2016 12:00 |
| Heart Rate Monitored | L 56 | 01/18/2016 12:00 | L 54 | 01/18/2016 10:30 | 72 | 01/18/2016 10:00 |
| Resp Rate | 15 | 01/18/2016 12:00 | 14 | 01/18/2016 09:16 | 15 | 01/18/2016 09:26 |
| SBP | 108 | 01/18/2016 12:00 | L 82 | 01/18/2016 10:00 | 137 | 01/18/2016 10:30 |
| DBP | 65 | 01/18/2016 12:00 | 65 | 01/18/2016 12:00 | H 99 | 01/18/2016 09:30 |
| MAP | 76 | 01/18/2016 12:00 | 76 | 01/18/2016 12:00 | 103 | 01/18/2016 10:30 |
| SpO2 | 100 | 01/18/2016 11:38 | 94 | 01/18/2016 09:16 | 100 | 01/18/2016 11:38 |
| O2 Therapy | Ventilator | | Ventilator | | Ventilator | |

**Ventilator Settings (Last Within 24hrs)**
Ventilator Mode: APV-CMV (Adaptive Pressure Ventilation- Continuous Mandatory Ventilation) 09:30
Ventilator Frequency, Mandatory: 15 09:30
Tidal Volume, Delivered: 500 09:30
Inspiratory to Expiratory Ratio: 1:2.0 09:30
FIO2: 50 09:30
Positive End Expiratory Pressure: 5 09:30

**I&O 24 Hour Total**

| | 01/18 11:23 01/18 12:03 | 01/18 07:00 01/18 12:03 | 01/17 07:00 01/18 06:59 | 01/16 07:00 01/17 06:59 |
|---|---|---|---|---|
| Intake | 1200 | 1200 | 0 | 0 |
| Output | 0 | 0 | 0 | 0 |

No family history documented.

**Medications**
**Home Medications**
No home medications documented.
**Inpatient Medications**
**Medications (3) Active**
Scheduled: (1)
**mannitol 25% vial 50 mL** 50 gm 200 mL, IV Push, Once
Continuous: (1)
**Sodium Chloride 0.9% 1,000 mL** 1,000 mL, IV, 125 mL/hr
PRN: (1)
**Naloxone 0.4 mg/mL inj 1 mL** 0.1 mg 0.25 mL, IV Push, q2Min Interval

**Results**
**Recent Labs**
**General Hematology**

| | | |
|---|---|---|
| WBC | 28.7 x10e3/mcL (High) | 01/18/20 16 09:22 |
| RBC | 6.45 x10e6/mcL (High) | 01/18/20 16 09:22 |
| Hgb | 17.0 gm/dL | 01/18/20 16 09:22 |
| Hct | 55 % (High) | 01/18/20 16 09:22 |
| POC Hgb | 15.0 gm/dL | 01/18/20 16 09:24 |
| POC Hct | 44.0 % | 01/18/20 16 09:24 |
| MCV | 86 Femtoliter | 01/18/20 16 09:22 |
| MCH | 26.4 pg (Low) | 01/18/20 16 09:22 |

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

832

OIG_00294

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

## History and Physical Reports

| **Net Total** | 1200 | 1200 | 0 | 0 |
|---|---|---|---|---|

**Physical Exam**
General: Adult, African American Male, cachetic, emaciated appearing, intubated, ventilated
Head: Normocephalic, small contusion noted about forehead– 1.5 cm in diameter
ENT: Pupils 4 mm bilaterally, fixed and nonreactive, ETT/OGT in place, O/P MMM, External ears appear WNL, TM/EACs WNL bilaterally, Cervical collar in place
Cardiac: S1S2 without m/r/g, PMI within normal limits, central and distal pulses intact, intermittent bradycardia
Pulmonary: CTA bilaterally, equal expansion
Abdomen: Soft, flat, nondistended, BS x4
Musculoskeletal: No gross deformities, cachetic extremities x4
Neurologic: No corneal reflex, no pupillary reflex, no cough reflex, no gag reflex, GCS 3T, no withdrawal to pain/stimuli
Skin: Cool and dry to touch, 4 cm chronic wound noted about lateral aspect of left hip– no purulence present

**Assessment/Plan**
**Acute respiratory failure (J96.00):** Secondary to head injury
Serial ABGs and adjustments as needed

**Closed fracture nasal bone (S02.2XXA):** Closed nasal bone fractures per initial facial CT
No immediate surgical intervention needed at this time

**Closed medial orbital wall fracture (S02.8XXA):** Bilateral fractures of the medial wall of the orbits per initial facial CT
No immediate surgical intervention needed at this time

**Coagulopathy (D68.9):** Elevated INR on initial labs
Probably secondary to malnutrition

**Fracture of inferior orbital wall (S02.3XXA):** Closed fracture
Bilateral fractures of the inferior wall of the orbits per initial facial CT
No immediate surgical intervention needed at this time

**History of starvation (Z86.39):** Per report patient had been starving himself in prison

**Pneumomediastinum (J98.2):** Per initial chest CT
Serial exams

**Pulmonary embolism (I26.99):** Noted on initial chest CT
Right middle lobe pulmonary artery

**Subdural hematoma (I62.00):** Left side
With midline shift and herniation
Dr. Paullus, Neurosurgery consulted, no surgical intervention indicated at this time

**Venous Thromboembolism (VTE) Prophylaxis:** SCDs
* **VTE Prophylaxis Assessment - Assessme1.nt Performed: Low**

**PLAN:**
1. Patient will be admitted to surgical trauma intensive care unit for continued therapies and observation.

| Test | Value | Date/Time |
|---|---|---|
| MCHC | 30.8 gm/dL (Low) | 01/18/2016 09:22 |
| RDW-CV | 14.5 % | 01/18/2016 09:22 |
| Plt | 221 x10e3/mcL | 01/18/2016 09:22 |
| MPV | 9.8 Femtoliter | 01/18/2016 09:22 |
| Neut % Auto | 86.2 % (High) | 01/18/2016 09:22 |
| Lymph % Auto | 6.5 % (Low) | 01/18/2016 09:22 |
| Mono % Auto | 7.0 % | 01/18/2016 09:22 |
| Eos % Auto | 0.0 % | 01/18/2016 09:22 |
| Baso % Auto | 0.3 % | 01/18/2016 09:22 |
| Neut # Auto | 24.7 x10e3/mcL (High) | 01/18/2016 09:22 |
| Lymph # Auto | 1.9 x10e3/mcL | 01/18/2016 09:22 |
| Mono # Auto | 2.00 x10e3/mcL (High) | 01/18/2016 09:22 |
| Eos # Auto | 0.0 x10e3/mcL | 01/18/2016 09:22 |
| Baso # Auto | 0.1 x10e3/mcL | 01/18/2016 09:22 |

Print Date/Time 1/19/2016 11:26 CST          **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

833

OIG_00295

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON

MRN:     NWT00751578

DOB/Sex: ████████ / Male

Attending: Galvan,Dan MD

Admit: 1/18/2016

Disch:                    Disch Time:

FIN:    NWT0000090926403

## *History* and Physical Reports

2. Dr. Wayne Paullus with neurosurgery has seen and evaluated patient in the trauma bay stating patient is not a candidate for acute neurosurgical intervention.
3. Analgesics will be administered as indicated.
4. We will proceed with nuclear medicine brain flow study to evaluate for cerebral blood flow.
5. Complications occult findings will be addressed as a present or declare themselves.
6. Patient's clinical course will be dictated by his response medical and surgical therapies.
7. Patient is currently incarcerated have advised guards to proceed with notification of family as this is a very poor prognosis.

| | | |
|---|---|---|
| Segs Man | 89 % (High) | 01/18/2016 09:22 |
| Band Man | 1 % | 01/18/2016 09:22 |
| Lymphs Man | 6 % (Low) | 01/18/2016 09:22 |
| Mono Man | 4 % | 01/18/2016 09:22 |
| Segs # Man | 25.5 x10e3/mcL (High) | 01/18/2016 09:22 |
| Lymphs # Man | 1.7 x10e3/mcL | 01/18/2016 09:22 |
| Mono # Man | 1.15 x10e3/mcL (High) | 01/18/2016 09:22 |
| Aniso | 1+ | 01/18/2016 09:22 |
| Poik | 1+ | 01/18/2016 09:22 |
| Hypo | 1+ | 01/18/2016 09:22 |
| Plt Est | Adequate | 01/18/2016 09:22 |

**General Coagulation**

| | | |
|---|---|---|
| PT | 18.7 Seconds (High) | 01/18/2016 09:22 |

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8 34

OIG_00296

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:    NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                Disch Time:
FIN:    NWT0000090926403

## History and *Physical* Reports

| | | |
|---|---|---|
| INR | 1.66 (High) | 01/18/20 16 09:22 |
| PTT | 30.8 Seconds | 01/18/20 16 09:22 |

**General Chemistry**

| | | |
|---|---|---|
| Glucose Level | 177 mg/dL (High) | 01/18/20 16 10:50 |
| POC Glucose | 210 mg/dL (High) | 01/18/20 16 09:24 |
| Sodium | 159 mmol/L (Critical) | 01/18/20 16 10:50 |
| POC Na | 162 mmol/L (Critical) | 01/18/20 16 09:24 |
| Potassium | 3.7 mmol/L | 01/18/20 16 10:50 |
| POC K | 3.3 mmol/L (Low) | 01/18/20 16 09:24 |
| Chloride | 128.0 mmol/L (High) | 01/18/20 16 10:50 |
| CO2 | 24.0 mmol/L | 01/18/20 16 10:50 |
| Anion Gap 7 (Low) | | 01/18/20 16 10:50 |
| BUN | 77.0 mg/dL (High) | 01/18/20 16 10:50 |

Print Date/Time 1/19/2016 11:26 CST          **Medical Record**

*8.35*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00297

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:    NWT00751578
DOB/Sex: ▒▒▒▒ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

## History and Physical Reports

| | | |
|---|---|---|
| Creatinine | 2.20 mg/dL (High) | 01/18/2016 10:50 |
| BUN/Creat Ratio | 35.00 (High) | 01/18/2016 10:50 |
| Calcium | 7.1 mg/dL (Low) | 01/18/2016 10:50 |
| POC iCA | 1.09 mmol/L (Low) | 01/18/2016 09:24 |
| Albumin. Level | 2.6 gm/dL (Low) | 01/18/2016 10:50 |
| TP | 5.4 gm/dL (Low) | 01/18/2016 10:50 |
| T Bili | 1.3 mg/dL | 01/18/2016 10:50 |
| Alk Phos | 59.0 units/L | 01/18/2016 10:50 |
| AST | 143.0 units/L (High) | 01/18/2016 10:50 |
| ALT | 77.0 units/L (High) | 01/18/2016 10:50 |
| Estimated Creatinine Clearance | 37.45 mL/min | 01/18/2016 11:42 |
| eGFR Non-African American | 35.09 | 01/18/2016 10:50 |

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00298

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:    NWT00751578
DOB/Sex: ■■■■■ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

## *History and Physical Reports*

| | | |
|---|---|---|
| eGFR African American | 42.52 | 01/18/2016 10:50 |
| **Lactic Acid Lvl** | **4.2 mmol/L (Critical)** | **01/18/2016 09:22** |
| **Ammonia Level** | **54 mcmol/L (High)** | **01/18/2016 09:22** |
| Calc Osmo | 342 (High) | 01/18/2016 10:50 |

**Thyroid**

| | | |
|---|---|---|
| T4 Free | 0.80 ng/dL | 01/18/2016 10:50 |
| TSH | 1.26 mc Intl units/mL | 01/18/2016 10:50 |

**Other Chemistry**

| | | |
|---|---|---|
| Procalcitonin | 3.870 mcg/L | 01/18/2016 09:22 |

**Blood Gases**

| | | |
|---|---|---|
| pH Arterial | 7.26 pH units (Low) | 01/18/2016 09:24 |
| Art pCO2 | 41.1 mmHg | 01/18/2016 09:24 |
| Art pO2 | 67 mmHg (Low) | 01/18/2016 09:24 |

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

832

OIG_00299

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                  Disch Time:
FIN: NWT0000090926403

## History and Physical Reports

| | | |
|---|---|---|
| Art HCO3 | 19 | 01/18/2016 09:24 |
| Art BE | -9 mmol/L (Low) | 01/18/2016 09:24 |
| Art sO2 | 90 % (Low) | 01/18/2016 09:24 |
| Art Total CO2 | 20 mmol/L (Low) | 01/18/2016 09:24 |
| Allen's Test | N/A | 01/18/2016 09:24 |
| Pt Temp | 37.0 | 01/18/2016 09:24 |
| Site | L Brachial | 01/18/2016 09:24 |
| FiO2% | 50 % | 01/18/2016 09:24 |
| PEEP | 5 | 01/18/2016 09:24 |
| Sample Type | ABG | 01/18/2016 09:24 |
| Tidal Volume | 500 | 01/18/2016 09:24 |
| Vent Mode | APV CMV | 01/18/2016 09:24 |
| Vent Rate | 15 | 01/18/2016 09:24 |
| Delivery Mode | Vent | 01/18/2016 09:24 |
| TimeRcv-RptTime | 0920.0930 | 01/18/2016 09:24 |

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

833

OIG_00300

**NWT- Northwest Texas Hospital**

| | |
|---|---|
| Patient: RODGERS, ALTON | Admit: 1/18/2016 |
| MRN: NWT00751578 | Disch: Disch Time: |
| DOB/Sex: ▮▮▮▮ / Male | FIN: NWT0000090926403 |
| Attending: Galvan,Dan MD | |

## History and Physical Reports

| | | |
|---|---|---|
| Reported To: | Smith | 01/18/2016 09:24 |

**Therapeutic Drug Monitoring**

| | | |
|---|---|---|
| **Acetaminophen Lvl** | **<10.0 mcg/mL (Low)** | **01/18/2016 10:50** |

**Toxicology**

| | | |
|---|---|---|
| **Salicylate** | **<4.0 mg/dL (Low)** | **01/18/2016 10:50** |
| Ur Amphetamine | None Detected | 01/18/2016 09:22 |
| Ur Barbiturates | None Detected | 01/18/2016 09:22 |
| Ur Cannabinoids | None Detected | 01/18/2016 09:22 |
| Ur Cocaine | None Detected | 01/18/2016 09:22 |
| Ur Opiates | None Detected | 01/18/2016 09:22 |
| U PCP | None Detected | 01/18/2016 09:22 |
| U Benzo | None Detected | 01/18/2016 09:22 |
| Alcohol | <10.00 mg/dL | 01/18/2016 09:22 |

Print Date/Time 1/19/2016 11:26 CST          **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00301

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ███████ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

## History and *Physical Reports*

| | | |
|---|---|---|
| % Alcohol | <0.010 % | 01/18/2016 09:22 |
| **Urinalysis** | | |
| Ur Color | Yellow | 01/18/2016 09:22 |
| Ur Clarity | Clear | 01/18/2016 09:22 |
| Ur Spec Grav | >=1.030 | 01/18/2016 09:22 |
| Ur pH | 5.0 | 01/18/2016 09:22 |
| Ur Leuk Est | Negative | 01/18/2016 09:22 |
| Ur Nitrite | Negative | 01/18/2016 09:22 |
| Ur Protein | 2+ | 01/18/2016 09:22 |
| UR Glucose | Negative | 01/18/2016 09:22 |
| Ur Ketones | Negative | 01/18/2016 09:22 |
| Ur Urobilinogen | 1.0 EU/dL | 01/18/2016 09:22 |
| Ur Bili | 2+ | 01/18/2016 09:22 |
| Ur Blood | 3+ | 01/18/2016 09:22 |

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by schl.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00302

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

## History and Physical Reports

| | | |
|---|---|---|
| Ur WBC | **11-25** | 01/18/2016 09:22 |
| Ur RBC | 26-50 | 01/18/2016 09:22 |
| Ur Bacteria | **None Seen** | 01/18/2016 09:22 |
| Ur Squam Epithelial | 0-6 | 01/18/2016 09:22 |
| Ur Amorphous | 2+ | 01/18/2016 09:22 |

**CBC, BMP, Coagulation Trend (last 4 resulted)**

| WBC | H 28.7 (JAN 18) | |
|---|---|---|
| Hgb | 17.0 (JAN 18) | 15.0 (JAN 18) |
| Hct | H 55 (JAN 18) | 44.0 (JAN 18) |
| Plt | 221 (JAN 18) | |
| Gluco se Le | H 177 (JAN 18) | |
| Na | C 159 (JAN 18) | |

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

841

OIG_00303

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:    NWT00751578
DOB/Sex: [redacted] / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:              Disch Time:
FIN:    NWT0000090926403

## History and Physical Reports

| K | 3.7 (JAN 18) |
| --- | --- |
| Cl | H 128.0 (JAN 18) |
| CO2 | 24.0 (JAN 18) |
| BUN | H 77.0 (JAN 18) |
| Cr | H 2.20 (JAN 18) |
| Ca | L 7.1 (JAN 18) |
| PT | H 18.7 (JAN 18) |
| INR | H 1.66 (JAN 18) |
| PTT | 30.8 (JAN 18) |

Print Date/Time 1/19/2016 11:26 CST   Confidential copy of Medical Record to Rothstein Donatelli for Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
Medical Record   UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

842

OIG_00304

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

---

## History and Physical Reports

| ALT/S GPT | H 77.0 (JAN 18) |
| Alb Lvl | L 2.6 (JAN 18) |
| Alk Phos p | 59.0 (JAN 18) |
| AST/ SGOT | H 143.0 (JAN 18) |
| Bili T | 1.3 (JAN 18) |
| Protei n | L 5.4 (JAN 18) |

**BMP, Mg, and Phos (Last Within 24hrs)**
Sodium: 159 Critical 11:42
Potassium: 3.7 11:42
Chloride: 128.0 High 11:42
CO2: 24.0 11:42
BUN: 77.0 High 11:42
Creatinine: 2.20 High 11:42
Glucose Level: 177 High 11:42
Calcium: 7.1 Low 11:42

**Coagulation Profile (Last Within 24hrs)**
INR: 1.66 High 09:59
PT: 18.7 High 09:59
PTT: 30.8 09:59

**LFT (Last Within 24hrs)**
AST: 143.0 High 11:42
ALT: 77.0 High 11:42
Alk Phos: 59.0 11:42
T Bili: 1.3 11:42

*843*

Print Date/Time 1/19/2016 11:26 CST        **Medical Record**
Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED        OIG_00305

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex:         ████ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:     NWT0000090926403

---

### History and Physical Reports

TP: 5.4 Low 11:42
Albumin. Level: 2.6 Low 11:42

**Urinalysis (Last Within 24hrs)**
Ur Color: Yellow. 10:28
Ur Clarity: Clear. 10:28
Ur Spec Grav: >=1.030 10:28
Ur pH: 5.0 10:28
Ur Leuk Est: NEG UA 10:28
Ur Nitrite: NEG UA 10:28
Ur Protein: 2+ 10:28
UR Glucose: NEG UA 10:28
Ur Ketones: NEG UA 10:28
Ur Urobilinogen: 1.0 EU/dL UA 10:28
Ur Bili: 2+ 10:28
Ur Blood: 3+ 10:28
Ur WBC: 11-25 10:28
Ur RBC: 26-50 10:28
Ur Bacteria: None Seen 10:28
Ur Squam Epithelial: 0-6 10:28
Ur Amorphous: 2+ 10:28

**Microbiology**

**Culture Urine  Collected**

Source: Urine,  Body
:        Clean   Site:
         Catch

Collected 01/18/20 Last    01/18/20
Dt/Tm:    16 09:22 Updated  16 09:00
                   Dt/Tm:

**Culture          In-Lab
Respiratory**

Source: Sputum, Body
:       Induced  Site:

Collected 01/18/20 Last    01/18/20
Dt/Tm:    16 09:22 Updated  16 09:11
                   Dt/Tm:

**Blood Gases (Last Within 24hrs)**
pH Arterial: 7.26 Low 10:00

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00306

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ████████ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

---

### History and Physical Reports

Art pO2: 67 Low **10**:00
Art pCO2: 41.1 **10**:00
Art HCO3: 19 **10**:00
Art BE: -9 Low **10**:00
Art sO2: 90 Low **10**:00
**Image(s)**

CT Chest/Abdomen/Pelvis w/ Contrast: CT Chest/Abdomen/Pelvis w/ Contrast 01/18/2016 10:10

IMPRESSION: Trace pericardial effusion is present. There is pneumomediastinum. There is atelectasis/infiltrate of the posterior aspect of the left lower lobe and fluid is seen filling the bronchus supplying this segment suggesting aspirationThere is a small peripheral area of infiltrate in the right lower lobe. There is some tree in bud-like opacity in the posterior aspect of the right upper lobe suggesting aspiration. There is a large pulmonary embolus in the right interlobar pulmonary artery and extending also into the right lower lobe pulmonary arteries . There is also some pulmonary embolus in the right middle lobe pulmonary artery. A few bubbles of air anterior to the liver are probably in the extrapleural tissues ofthe anterior abdominal wall more likely than intra-abdominal and appear to be contiguous with the pneumomediastinum.The stomach is distended with air preesumably with air insufflated during intubation. No acute intra-abdominal organ injury identified. There is a subacute healing fracture of the left eleventh rib posteriorly. No other fractures evident

CT Head or Brain w/o Contrast: CT Head or Brain w/o Contrast 01/18/2016 10:10

IMPRESSION:There is a large left subdural hematoma overlying the entire left convexity and measuring up to 1.4 cm in thickness .A small amount of subdural blood also extends along the falx and tentorium. There is severe mass effect with effacement of the left sulci, effacement of the left lateral ventricle and severe subfalcine herniation with midline shift to the right. Theseptum is shifted x 1.56 cm to the right. Basal cisterns are obliterated and the midbrain is distorted and compressed and there is severe herniation of the left uncus transtentorially with associated severe compression of the midbrain.Hypodensity of the midbrain pons and also of the anterior aspect of the left temporal, medial aspect of the left temporal

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
Medical Record
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8.45

OIG_00307

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:      NWT0000090926403

---

### History and Physical **Reports**

lobe, inferior aspect of the left frontal lobe aspect and inferior aspect of the right frontal lobe is present likely due to infarction due to compromised blood flow secondary to severe transtentorial and severe subfalcine herniation. There is mild dilatation of the posterior horn and temporal horn of right lateral ventricle secondary to compression of the right foramina of Monroe/ trapped ventricle. There is fracture the nasal bones. There may be fractures of the orbital floors . Cannot exclude fractures of the lamina papyracea bilaterally. There is blood in the maxillary sinuses and ethmoid air cells. There is soft tissue swelling of the right cheek.

CT Maxillofacial w/o Contrast: CT Maxillofacial w/o Contrast 01/18/2016 10:10

IMPRESSION:1. Bilateral fractures of the inferior wall and medial wall of the orbits.2. There is a nasal bone fracture. Fractured nasal septum.

CT Spine Cervical w/o Contrast: CT Spine Cervical w/o Contrast 01/18/2016 10:10

IMPRESSION: No evidence of fracture, dislocation, or significant degenerative change of the cervical spine.

XR Chest 1 View Frontal: XR Chest 1 View Frontal 01/18/2016 09:01

IMPRESSION: Limited study. ET tube lies at the T2 level. It should be advanced 3 cm. Gastric distention with air

**Consult(s)**
Other Consult
Dr. Wayne Paullus, Neurosurgery

*Electronically Signed By: Harper, David PA
On: 01.18.2016 12:06 CST*

---

### Operative Record

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Procedure Note
1/18/2016 21:06 CST
Auth (Verified)
Santos MD,Ariel (1/18/2016 21:12 CST)
Santos MD,Ariel (1/18/2016 21:12 CST)

**Procedure Name**
Right Radial Arterial line placement

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*8/46*

OIG_00308

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:     NWT0000090926403

## Operative Record

### Indication
31 year old African American gentleman who was assaulted in prison and sustained severe head injury. He will need Arterial line for monitoring purposes as well as for blood draw.

### Technique
Allen's test was done and noted patency of the arch. The area was scrubbed and prepped in sterile fashion. A French 20 radial A-line was placed using a Seldinger technique during first attempt and this was then hooked to monitor with good waveform. This was secured using Silk-0 and Tegaderm. No complications noted, sharps were disposed accordingly.

*Electronically Signed By: Santos, Ariel MD*
*On: 01.18.2016 21:12 CST*

*847*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00309

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

## Operative Record

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Procedure Note
1/18/2016 15:42 CST
Auth (Verified)
Harper PA,David Shane (1/18/2016 15:47 CST)
Harper PA,David Shane (1/18/2016 15:47 CST)

### Procedure Name
Placement of left internal jugular central venous catheter by David Shane Harper, PA-C
Date of procedure; 1/18/2016

### Consent
Verbal consent was obtained from accompanying prison guards

### Indication
Need for central venous access in the setting of traumatic brain injury for monitoring of central venous pressure and medication administration.

### Sedation
None

### Technique
5 minute timeout was carried out by bedside RN verifying procedure indication and consent obtainment. Patient was laid in supine position the left lateral aspect of the neck was cleaned with chlorhexidine ×1. Patient was cleaned with chlorhexidine ×1 and then draped in common sterile fashion. Presumed insertion point was identified under ultrasound guidance and the left internal jugular vein was noted to be patent and appeared free of abnormality. Presumed insertion point was subsequently anesthetized with 3 cc of 1% lidocaine injected subcutaneously. After adequate time for anesthetic had taken effect introducer needle was placed into the left internal jugular vein with return of venous blood flow. Guidewire was placed through introducer needle into the vessel without difficulty. Introducer needle was removed over the guidewire. Small skin nick was then made at the insertion point with a #11 blade scalpel. Dilator was then placed over the guidewire and advanced to the insertion point, into the vessel and withdrawn without difficulty. Central venous catheter was placed over the guidewire and advanced to the insertion point into the vessel, and into position without difficulty. Guidewire removed to the distal port of the triple lumen catheter. All ports of the catheter flushed and flowed without difficulty. Catheter was then secured to the skin with #2 simple interrupted sutures placed laterally to the catheter hub. Catheter was furthermore secured with aid of Tegaderm dressing. Postprocedural chest x-ray reveals catheter in good position with no adverse findings noted. At the cessation of the procedure patient was left in the care of his bedside RN in unchanged condition. Estimated blood loss less than 1cc.

*Electronically Signed By: Harper, David PA*
*On: 01.18.2016 15:47 CST*

*Galvan, Dan*

## Progress Notes

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Nursing Note-Text
1/19/2016 03:29 CST
Auth (Verified)
Campbell RN, Shelby (1/19/2016 03:29 CST)
Campbell RN, Shelby (1/19/2016 03:29 CST)

**Nursing Note Entered On: 1/19/2016 3:31 CST**
**Performed On: 1/19/2016 3:29 CST by Campbell RN, Shelby**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED
OIG_00310

NWT- Northwest Texas Hospital

| | |
|---|---|
| Patient: RODGERS, ALTON | Admit: 1/18/2016 |
| MRN: NWT00751578 | Disch: Disch Time: |
| DOB/Sex: ▓▓▓▓▓ / Male | FIN: NWT0000090926403 |
| Attending: Galvan,Dan MD | |

## Progress Notes

**Nursing Note**
*Nursing Note :* 0130 D. Trebuish, house supervisor took photo of unstagable pressure sore on left hip.

Campbell RN, Shelby - 1/19/2016 3:29 CST

**Medical Record**
Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*349*

OIG_00311

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                      Disch Time:
FIN:    NWT0000090926403

---

### *Progress Notes*

DOCUMENT NAME:              Nursing Note-Text
SERVICE DATE/TIME:         1/19/2016 01:14 CST
RESULT STATUS:             Auth (Verified)
PERFORM INFORMATION:       Campbell RN,Shelby (1/19/2016 01:14 CST)
SIGN INFORMATION:          Campbell RN,Shelby (1/19/2016 01:14 CST)

**Nursing Note Entered On: 1/19/2016 1:15 CST**
**Performed On: 1/19/2016 1:14 CST by Campbell RN, Shelby**

**Nursing Note**
*Nursing Note :*   1900 Patient in soft cuff restraints for TDC.

Campbell RN, Shelby – 1/19/2016 1:14 CST

---

Print Date/Time 1/19/2016 11:26 CST          **Medical Record**

*8.50*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00312

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:       NWT00751578
DOB/Sex:   ████████ / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                        Disch Time:
FIN:     NWT0000090926403

## *Progress* Notes

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Nursing Note-Text
1/18/2016 19:13 CST
Auth (Verified)
Nations RN,Meagan (1/18/2016 19:13 CST)
Nations RN,Meagan (1/18/2016 19:13 CST)

**Nursing Note Entered On: 1/18/2016 19:14 CST**
**Performed On:  1/18/2016 19:13 CST by Nations RN, Meagan**

**Nursing Note**
*Nursing Note :*   Dr. Santos notified of pt change in condition. New orders received. CP Paullus notified as well.
                                        Nations RN, Meagan - 1/18/2016 19:13 CST

*851*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                          OIG_00313

**NWT- Northwest Texas Hospital**

Patient: RODGERS, ALTON
MRN:    NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                Disch Time:
FIN:   NWT0000090926403

---

### Progress Notes

DOCUMENT NAME:                          Nursing Note-Text
SERVICE DATE/TIME:                      1/18/2016 11:39 CST
RESULT STATUS:                          Auth (Verified)
PERFORM INFORMATION:                    Dillard RN,Alissa A (1/18/2016 11:39 CST)
SIGN INFORMATION:                       Dillard RN,Alissa A (1/18/2016 11:39 CST)

**Nursing Note Entered On: 1/18/2016 11:39 CST**
**Performed On:  1/18/2016 11:39 CST by Dillard RN, Alissa A**

**Nursing Note**
*Nursing Note :*  Pt taken upstairs at this time with RT, SICU RNs, Ricardo, RN, TDC staff and security.
                                        Dillard RN, Alissa A - 1/18/2016 11:39 CST

---

Medical Record
Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                OIG_00314

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:       NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending:   Galvan,Dan MD

Admit: 1/18/2016
Disch:                          Disch Time:
FIN:    NWT0000090926403

## Progress Notes

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Nursing Note-Text
1/18/2016 11:33 CST
Auth (Verified)
Dillard RN,Alissa A (1/18/2016 11:41 CST)
Dillard RN,Alissa A (1/18/2016 11:41 CST)

**Nursing Note Entered On:  1/18/2016 11:43 CST**
**Performed On:  1/18/2016 11:33 CST by Dillard RN, Alissa A**

**Nursing Note**
*Nursing Note :*  Level 1 trauma activated at this time after we recieved confirmation from prision that pt had been
assaulted. Dr. Galvan and Dr. Pallus had already been consulted on case at 1030 both at beside at 1030.

Dillard RN, Alissa **A** - 1/18/2016 11:41 CST

Print Date/Time  **1/19/2016 11:26 CST**              **Medical Record**

*8 53*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00315

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ▮▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

---

*Progress Notes*

DOCUMENT NAME:                          Nursing Note-Text
SERVICE DATE/TIME:                      1/18/2016 11:30 CST
RESULT STATUS:                          Auth (Verified)
PERFORM INFORMATION:                    Granados RN,Ricardo F.(1/18/2016 11:30 CST)
SIGN INFORMATION:                       Granados RN,Ricardo F.(1/18/2016 11:30 CST)

**Nursing Note Entered On: 1/18/2016 11:31 CST**
**Performed On: 1/18/2016 11:30 CST by Granados RN, Ricardo F.**


**Nursing Note**
*Nursing Note :*  Bedside report given to Meagan RN. Jennifer RN from SICU here to take pt upstairs.
                                    Granados RN, Ricardo F. - 1/18/2016 11:30 CST

---

Print Date/Time 1/19/2016 11:26 CST          **Medical Record**

*g 54*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00316

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex:          / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

---

## *Progress Notes*

DOCUMENT NAME:                    Nursing Note-Text
SERVICE DATE/TIME:                1/18/2016 11:23 CST
RESULT STATUS:                    Auth (Verified)
PERFORM INFORMATION:              Granados RN,Ricardo F.(1/18/2016 11:23 CST)
SIGN INFORMATION:                 Granados RN,Ricardo F.(1/18/2016 11:23 CST)

**Nursing Note Entered On:  1/18/2016 11:23 CST**
**Performed On:  1/18/2016 11:23 CST by Granados RN, Ricardo F.**

**Nursing Note**
*Nursing Note :*  Andrea RN from Lifegift here.

Granados RN, Ricardo F. - 1/18/2016 11:23 CST

---

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00317

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON                          Admit: 1/18/2016
MRN:      NWT00751578                             Disch:                    Disch Time:
DOB/Sex:  [redacted]  / Male                     FIN:   NWT0000090926403
Attending: Galvan,Dan MD

## Progress Notes

DOCUMENT NAME:                    Nursing Note-Text
SERVICE DATE/TIME:                1/18/2016 10:55 CST
RESULT STATUS:                    Auth (Verified)
PERFORM INFORMATION:              Granados RN,Ricardo F.(1/18/2016 11:00 CST)
SIGN INFORMATION:                 Granados RN,Ricardo F.(1/18/2016 11:00 CST)

**Nursing Note Entered On: 1/18/2016 11:01 CST**
**Performed On: 1/18/2016 10:55 CST by Granados RN, Ricardo F.**

**Nursing Note**
*Nursing Note :*  Dr. Smith orders 50 grams of mannitor IV push.

                                    Granados RN, Ricardo F. - 1/18/2016 11:00 CST

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

856

OIG_00318

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON          Admit: 1/18/2016
MRN:    NWT00751578              Disch:              Disch Time:
DOB/Sex: ▮▮▮▮▮▮ / Male          FIN:   NWT0000090926403
Attending: Galvan,Dan MD

## Progress Notes

DOCUMENT NAME:                   Nursing Note-Text
SERVICE DATE/TIME:               1/18/2016 10:34 CST
RESULT STATUS:                   Auth (Verified)
PERFORM INFORMATION:             Granados RN,Ricardo F.(1/18/2016 10:34 CST)
SIGN INFORMATION:                Granados RN,Ricardo F.(1/18/2016 10:34 CST)

**Nursing Note Entered On: 1/18/2016 11:00 CST**
**Performed On: 1/18/2016 10:34 CST by Granados RN, Ricardo F.**

**Nursing Note**
*Nursing Note :*  1015 pt. taken to ct scan with portable monitor and rt at bedside. Pt. HR noted to have decreased to 50's and became pulseless for approximately 1 minute. Pt. was then noted to have apical pulse present. CT completed and pt transferred back to room #3.

Granados RN, Ricardo F. - 1/18/2016 10:34 CST

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

857

OIG_00319

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:       NWT00751578
DOB/Sex:              / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                        Disch Time:
FIN:     NWT0000090926403

---

*Progress Notes*

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Nursing Note-Text
1/18/2016 08:42 CST
Modified
Granados RN,Ricardo F.(1/18/2016 09:33 CST)
Granados RN,Ricardo F.(1/18/2016 11:53 CST); Granados
RN,Ricardo F.(1/18/2016 09:33 CST)

**Nursing Note Entered On:  1/18/2016 9:55 CST**
**Performed On:  1/18/2016 8:42 CST by Granados RN, Ricardo F.**

**Nursing Note**
*Nursing Note :*  pt. arrived via EMS from Clemets unit. He was found unconscious and unresponsive at approximately 0700 hrs this morning. EMS attempted to intubate pt but was unsuccessful and they placed an LMA. An IO was placed in the left tibia by ems. EMS report they administrered ketamine for sedation although pt had only minimal painful response according to EMS.
Dr. Smith at bedside intubating pt. RT at bedside. Prision guards questioned when the was the last time pt. was awake. Guards called the prision and were unable to get any information regarding pts. last well known time.
Pt. appears very cachetic with skeletal bones very apparent thorugh skin. He is cold to touch and his pupils are dried and non reactive. Pt. was trauma stripped and warm blakets and warm fluids were initiated. A Bair Hugger was applied to pt for warming measures.
Xray in room. 18 gauge left ac and 18gauge right ac initiated. Dr. Smith orders to administer 3 liters of NS.
0954 Susan Bailey RN called lifegift. #10225496.
Pt. is noted to have a hematoma to the mid forehead as well as some swelling and a small laceration to the  left side just lateral to the left eye. Pt is noted to have what appears to be a pressure ulcer that is approximately 5 inches in circumference to the left hip area that appears necrotic and has a foul smelling yellow exudate draining.

Granados RN, Ricardo F. - 1/18/2016 11:53 CST

~~{[pt. arrived via EMS from Clemets unit. He was found unconscious and unresponsive at approximately 0700 hrs this morning. EMS attempted to intubate pt but was unsuccessful and they placed an LMA. An IO was placed in the left tibia by ems. EMS report they administrered ketamine for sedation although pt had only minimal painful response according to EMS.~~

~~Dr. Smith at bedside intubating pt. RT at bedside.~~
~~Pt. appears very cachetic with skeletal bones very apparent thorugh skin. He is cold to touch and his pupils are dried and non reactive.~~
~~Xray in room. 18 gauge left ac and 18gauge right ac initiated. Dr. Smith orders to administer 3 liters of NS.~~
~~0954 Susan Bailey RN called lifegift. #10225496.~~

~~]  previously charted by Granados RN, Ricardo F. at 1/18/2016 9:33 CST];~~

---

Print Date/Time  1/19/2016 11:26 CST          **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*858*

OIG_00320



NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:              Disch Time:
FIN:   NWT0000090926403

---

### Progress Notes

---

DOCUMENT NAME:              Progress Note-Physician
SERVICE DATE/TIME:         1/19/2016 11:17 CST
RESULT STATUS:             Auth (Verified)
PERFORM INFORMATION:       Harper PA,David Shane (1/19/2016 11:20 CST)
SIGN INFORMATION:          Harper PA,David Shane (1/19/2016 11:20 CST)

**Subjective**
Overnight events; patient became hypotensive and tachycardic- IV fluid bolus administered with adequate results, patient later became hypotensive requiring vasopressor administration. Remains this Am on 2 vasopressors. Neuro exam worsen per nursing.
No family at bedside
Correctional facility guards at bedside

Date of Service 1-19-16 (0830-0900)

**Objective**

**Measurements (most recent)**
Height 190.5cm       Granados RN, Ricardo F. - 01/18 09:09
Weight 54.43kg       Granados RN, Ricardo F. - 01/18 09:09
Body Mass Index 15kg/m2       Granados RN, Ricardo F. - 01/18 09:09

| Vital Signs (24 hrs) | Last Charted | | Minimum | | Maximum | |
|---|---|---|---|---|---|---|
| Temp | 36.7 | 01/19/2016 11:00 | L 33.5 | 01/18/2016 11:38 | 37.0 | 01/19/2016 01:00 |
| Heart Rate Monitored | H 114 | 01/19/2016 11:00 | L 55 | 01/18/2016 12:45 | H 144 | 01/18/2016 18:00 |
| Resp Rate | 15 | 01/19/2016 11:00 | 12 | 01/18/2016 22:15 | 18 | 01/18/2016 15:15 |
| SBP | 95 | 01/18/2016 18:45 | L 86 | 01/18/2016 17:30 | 135 | 01/18/2016 16:30 |
| DBP | 77 | 01/18/2016 18:45 | L 49 | 01/18/2016 17:30 | H 99 | 01/18/2016 17:15 |
| MAP | 81 | 01/18/2016 18:45 | 59 | 01/18/2016 17:30 | 104 | 01/18/2016 17:15 |
| SpO2 | 100 | 01/19/2016 11:00 | L 92 | 01/18/2016 17:00 | 100 | 01/18/2016 11:38 |
| O2 Therapy | | | | | Ventilator | |

**Hemodynamic Measures (Last Within 24hrs)**
Mean Arterial Pressure, Invasive: 69 11:14
Mean Arterial Pressure, Invasive: 77 11:14
Mean Arterial Pressure, Invasive: 77 11:14
Mean Arterial Pressure, Invasive: 74 11:14
Central Venous Pressure.: 4 00:18
Central Venous Pressure.: 4 00:18
Central Venous Pressure.: 4 00:18
Central Venous Pressure.: 4 00:18
Central Venous Pressure.: 4 00:18

**Ventilator Settings (Last Within 24hrs)**
Ventilator Mode: APV-CMV (Adaptive Pressure Ventilation- Continuous Mandatory Ventilation) 08:29
Ventilator Frequency, Mandatory: 15 08:29
Tidal Volume, Delivered: 500 08:29

Print Date/Time 1/19/2016 11:26 CST              Medical Record
Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scro
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:       NWT00751578
DOB/Sex:           / Male
Attending:  Galvan,Dan MD

Admit:  1/18/2016
Disch:                         Disch Time:
FIN:     NWT0000090926403

---

### Progress Notes

Inspiratory to Expiratory Ratio: 1:5 08:29
FIO2: 100 08:29
Positive End Expiratory Pressure: 5 08:29

**I&O 24 Hour Total**

|            | 01/18 11:23<br>01/19 11:18 | 01/19 07:00<br>01/19 11:18 | 01/18 07:00<br>01/19 06:59 | 01/17 07:00<br>01/18 06:59 |
|------------|------------|------------|------------|------------|
| **Intake**    | 5834 | 260 | 5574 | 0 |
| **Output**    | 3130 | 0   | 3130 | 0 |
| **Net Total** | 2704 | 260 | 2444 | 0 |

**Physical Exam**
General: Adult, African American Male, cachetic, emaciated appearing, intubated, ventilated
Head: Normocephalic, small contusion noted about forehead- 1.5 cm in diameter
ENT: Pupils 4 mm bilaterally, fixed and nonreactive, ETT/OGT in place, O/P MMM, External ears appear WNL
Cardiac: S1S2 without m/r/g, PMI within normal limits, central and distal pulses intact
Pulmonary: CTA bilaterally, equal expansion
Abdomen: Soft, flat, nondistended, BS x4
Musculoskeletal: No gross deformities, cachetic extremities x4
Neurologic: No corneal reflex, no pupillary reflex, no cough reflex, no gag reflex, GCS 3T, no withdrawal to pain/stimuli
Skin: Cool and dry to touch, 4 cm chronic wound noted about lateral aspect of left hip- no purulence present

**Home Medications**
traMADol 50 mg, Oral, qHS, 0 Refill(s)

**Inpatient Medications**
**Medications (11) Active**
Scheduled: (3)
chlorhexidine 0.12% Liquid 15 mL 15 mL, Oral-Swish and SPIT, q12H
pantoprazole 40 mg vial 40 mg, IV Push, Daily
thiamine + Sodium Chloride 0.9% 50 mL 200 mg 2 mL, IV Piggyback, Daily
Continuous: (4)
norepinephrine 16 mg [1 mcg/min] + Sodium Chloride 0.9% 250 mL 250 mL, IV, 0.94 mL/hr
phenylephrine 50 mg [0.5 mcg/kg/min] + Sodium Chloride 0.9% 250 mL 250 mL, IV, 8.16 mL/hr
Sodium Chloride 0.9% 1,000 mL 1,000 mL, IV, 200 mL/hr
Sodium Chloride 3% 500 mL 500 mL, IV
PRN: (4)
fentaNYL 50 mcg/mL PF inj 2 mL 50 mcg 1 mL, IV Push, q1H Interval
midazolam 1 mg/mL PF inj 2mL 2 mg 2 mL, IV Push, q2H
Naloxone 0.4 mg/mL inj 1 mL 0.1 mg 0.25 mL, IV Push, q2Min Interval
ophthalmic lubricant Oint 1 app, OPTH, Daily

**Tube Feedings**

| Product:            | Jevity 1.2              |
|---------------------|-------------------------|
| Route:              | Orogastric Tube (OGT)   |
| Start Rate in mL/hr: | 20                     |
| Goal Rate _ mL/hr:  | 55                      |
| Last Rate:          | 40 mL/hr                |

Print Date/Time  1/19/2016 11:26 CST           Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*360*

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON

MRN: NWT00751578

DOB/Sex: ███████ / Male

Attending: Galvan,Dan MD

Admit: 1/18/2016

Disch:                    Disch Time:

FIN: NWT0000090926403

---

*Progress Notes*

---

**Results**
**Recent Labs**
**General Hematology**

| | | |
|---|---|---|
| **WBC** | **23.0 x10e3/mcL (High)** | **01/19/2016 03:16** |
| RBC | 5.40 x10e6/mcL | 01/19/2016 03:16 |
| **Hgb** | **14.3 gm/dL (Low)** | **01/19/2016 03:16** |
| Hct | 45 % | 01/19/2016 03:16 |
| MCV | 83 Femtoliter | 01/19/2016 03:16 |
| **MCH** | **26.5 pg (Low)** | **01/19/2016 03:16** |
| MCHC | 31.8 gm/dL | 01/19/2016 03:16 |
| RDW-CV | 14.8 % | 01/19/2016 03:16 |
| Plt | 181 x10e3/mcL | 01/19/2016 03:16 |
| MPV | 9.4 Femtoliter | 01/19/2016 03:16 |
| **Neut % Auto** | **78.4 % (High)** | **01/19/2016 03:16** |
| Lymph % Auto | 17.5 % | 01/19/2016 03:16 |
| Mono % Auto | 3.5 % | 01/19/2016 03:16 |
| Eos % Auto | 0.3 % | 01/19/2016 03:16 |
| Baso % Auto | 0.3 % | 01/19/2016 03:16 |
| **Neut # Auto** | **18.0 x10e3/mcL (High)** | **01/19/2016 03:16** |
| **Lymph # Auto** | **4.0 x10e3/mcL (High)** | **01/19/2016 03:16** |
| Mono # Auto | 0.80 x10e3/mcL | 01/19/2016 03:16 |
| Eos # Auto | 0.1 x10e3/mcL | 01/19/2016 03:16 |
| Baso # Auto | 0.1 x10e3/mcL | 01/19/2016 03:16 |

**General Chemistry**

| | | |
|---|---|---|
| Glucose Level | 95 mg/dL | 01/19/2016 03:16 |
| **POC Glucose** | **127 mg/dL (High)** | **01/18/2016 20:39** |
| **Sodium** | **171 mmol/L (Critical)** | **01/19/2016 07:57** |
| **Potassium** | **3.5 mmol/L (Low)** | **01/19/2016 03:16** |
| **Chloride** | **143.0 mmol/L (High)** | **01/19/2016 03:16** |
| **CO2** | **20.0 mmol/L (Low)** | **01/19/2016 03:16** |
| **Anion Gap** | **7 (Low)** | **01/19/2016 03:16** |
| **BUN** | **60.0 mg/dL (High)** | **01/19/2016 03:16** |
| **Creatinine** | **1.60 mg/dL (High)** | **01/19/2016 03:16** |
| **BUN/Creat Ratio** | **37.50 (High)** | **01/19/2016 03:16** |
| **Calcium** | **7.6 mg/dL (Low)** | **01/19/2016 03:16** |
| Ionized Calcium | 1.15 mmol/L | 01/19/2016 03:16 |
| **Mg Lvl** | **3.5 mg/dL (High)** | **01/19/2016 03:16** |
| **Phosphorus** | **2.6 mg/dL (Low)** | **01/19/2016 03:16** |

Print Date/Time 1/19/2016 11:26 CST         **Medical Record**         *861*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00323

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ██████  / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

## Progress Notes

| | | |
|---|---|---|
| Estimated Creatinine Clearance | 51.50 mL/min | 01/19/2016 03:49 |
| eGFR Non-African American | 50.67 | 01/19/2016 03:16 |
| eGFR African American | 61.41 | 01/19/2016 03:16 |
| Lactic Acid Lvl | 1.9 mmol/L | 01/18/2016 12:06 |
| **Calc Osmo** | **352 (High)** | **01/19/2016 03:16** |

**Cardiac**

| | | |
|---|---|---|
| **CKMB** | **35.60 ng/mL (High)** | **01/18/2016 16:58** |
| **Troponin I** | **0.06 ng/mL (High)** | **01/18/2016 16:58** |
| **Myoglobin** | **1275.5 ng/mL (High)** | **01/18/2016 16:58** |

**Blood Gases**

| | | |
|---|---|---|
| **pH Arterial** | **7.15 pH units (Critical)** | **01/19/2016 08:44** |
| **Art pCO2** | **61.4 mmHg (High)** | **01/19/2016 08:44** |
| **Art pO2** | **123 mmHg (High)** | **01/19/2016 08:44** |
| Art HCO3 | 21 | 01/19/2016 08:44 |
| **Art BE** | **-8 mmol/L (Low)** | **01/19/2016 08:44** |
| Art sO2 | 97 % | 01/19/2016 08:44 |
| Art Total CO2 | 23 mmol/L | 01/19/2016 08:44 |
| Allen's Test | N/A | 01/19/2016 08:44 |
| Pt Temp | 37.0 | 01/19/2016 08:44 |
| Site | A LIne | 01/19/2016 08:44 |
| FiO2% | 60 % | 01/19/2016 08:44 |
| PEEP | 5 | 01/19/2016 05:14 |
| Sample Type | ABG | 01/19/2016 08:44 |
| Tidal Volume | 500 | 01/19/2016 05:14 |
| Vent Mode | APV CMV | 01/19/2016 05:14 |
| Vent Rate | 15 | 01/19/2016 05:14 |
| Art TempC,PCO2 | 61.4 mmHg | 01/19/2016 08:44 |
| Art TempC,pH | 7.15 pH units | 01/19/2016 08:44 |
| Art TempC,PO2 | 123 mmHg | 01/19/2016 08:44 |
| Delivery Mode | TPiece | 01/19/2016 08:44 |
| Reported To. | S.HARPER.PA | 01/19/2016 08:44 |
| TimeRcv-RptTime | 0840.0844 | 01/19/2016 08:44 |

**CBC, BMP, Coagulation Trend (last 4 resulted)**

Print Date/Time  1/19/2016 11:26 CST          **Medical Record**                                          862

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00324

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                     Disch Time:
FIN:    NWT0000090926403

---

*Progress Notes*

| | | | | |
|---|---|---|---|---|
| **WBC** | H 23.0 (JAN 19) | H 28.7 (JAN 18) | | |
| **Hgb** | L 14.3 (JAN 19) | 17.0 (JAN 18) | 15.0 (JAN 18) | |
| **Hct** | 45 (JAN 19) | H 55 (JAN 18) | 44.0 (JAN 18) | |
| **Plt** | 181 (JAN 19) | 221 (JAN 18) | | |
| **Glucose Le** | 95 (JAN 19) | H 177 (JAN 18) | | |
| **Na** | C 171 (JAN 19) | C 170 (JAN 19) | C 169 (JAN 18) | C 166 (JAN 18) |
| **K** | L 3.5 (JAN 19) | 3.7 (JAN 18) | | |
| **Cl** | H 143.0 (JAN 19) | H 128.0 (JAN 18) | | |
| **CO2** | L 20.0 (JAN 19) | 24.0 (JAN 18) | | |
| **BUN** | H 60.0 (JAN 19) | H 77.0 (JAN 18) | | |
| **Cr** | H 1.60 (JAN 19) | H 2.20 (JAN 18) | | |
| **Mg** | H 3.5 (JAN 19) | H 3.5 (JAN 18) | | |
| **Phos** | L 2.6 (JAN 19) | H 4.8 (JAN 18) | | |
| **Ca** | L 7.6 (JAN 19) | L 7.1 (JAN 18) | | |
| **PT** | H 18.7 (JAN 18) | | | |
| **INR** | H 1.66 (JAN 18) | | | |
| **PTT** | 30.8 (JAN 18) | | | |
| **ALT/SGPT** | H 77.0 (JAN 18) | | | |
| **Alb Lvl** | L 2.6 (JAN 18) | | | |
| **Alk Phosp** | 59.0 (JAN 18) | | | |

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

863

OIG_00325

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ████████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

---

*Progress* Notes

| AST/SGOT | H 143.0 (JAN 18) |
|----------|------------------|
| Bili T | 1.3 (JAN 18) |
| Protein | L 5.4 (JAN 18) |

**CBC (Last Within 24hrs)**
WBC: 23.0 High 03:52
Hgb: 14.3 Low 03:52
Hct: 45 03:52
Plt: 181 03:52

**Differential (Last Within 24hrs)**
- Automated -
Neut % Auto: 78.4 High 03:52
Lymph % Auto: 17.5 03:52
Mono % Auto: 3.5 03:52
Eos % Auto: 0.3 03:52
Baso % Auto: 0.3 03:52
Neut # Auto: 18.0 High 03:52
Lymph # Auto: 4.0 High 03:52
Mono # Auto: 0.80 03:52
Eos # Auto: 0.1 03:52
Baso # Auto: 0.1 03:52

**BMP, Mg, and Phos (Last Within 24hrs)**
Sodium: 171 Critical 08:58
Potassium: 3.5 Low 03:49
Chloride: 143.0 High 03:49
CO2: 20.0 Low 03:49
BUN: 60.0 High 03:49
Creatinine: 1.60 High 03:49
Glucose Level: 95 03:49
Calcium: 7.6 Low 03:49
Mg Lvl: 3.5 High 03:48
Phosphorus: 2.6 Low 03:48

**LFT (Last Within 24hrs)**
AST: 143.0 High 11:42
ALT: 77.0 High 11:42
Alk Phos: 59.0 11:42
T Bili: 1.3 11:42
TP: 5.4 Low 11:42
Albumin. Level: 2.6 Low 11:42

**Microbiology**

# Culture Urine                              Preliminary

Print Date/Time 1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00326

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

## Progress Notes

Source:              Urine, Clean Catch
Collected Dt/Tm:     01/18/2016 09:22

Body Site:
Last Updated Dt/Tm:   01/19/2016 08:48

No growth in 1 day.

## Culture Respiratory
Source:              Sputum, Induced
Collected Dt/Tm:     01/18/2016 09:22

**Preliminary**
Body Site:
Last Updated Dt/Tm:   01/19/2016 08:25

Too young to be evaluated

**Blood Gases (Last Within 24hrs)**
pH Arterial: 7.15 Critical 09:03
Art pO2: 123 High 09:03
Art pCO2: 61.4 High 09:03
Art HCO3: 21 09:03
Art BE: -8 Low 09:03
Art sO2: 97 09:03
**Procedure(s)**
  Procedure Note 01/18/2016 21:06

  Procedure Note: Texas Tech Surgery Procedure Note 1-18-16: Left IJ CVC placement 01/18/2016 15:42

**Consult(s)**
  Other Consult
  Dr. Wayne Paullus, Neurosurgery

**Assessment/Plan**
**Diagnoses**
Acute respiratory failure (J96.00)
Closed fracture nasal bone (S02.2XXA)
Closed medial orbital wall fracture (S02.8XXA)
Coagulopathy (D68.9)
Fracture of inferior orbital wall (S02.3XXA)
History of starvation (Z86.39)
Pneumomediastinum (J98.2)
Pulmonary embolism (I26.99)
Subdural hematoma (I62.00)

**Assessment:** Nutrition: Jevity tube feeds
Analgesia: Fentanyl PRN
Sedation: Versed PRN
Thromboprophylaxis: SCDs
HOB >30 degrees
Ulcer Prophylaxis: Protonix
Glucose control: BS appropriate at this time

**Acute respiratory failure (J96.00):** Secondary to head injury
Serial ABGs and adjustments as needed

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00327

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

## Progress Notes

**Closed fracture nasal bone (S02.2XXA):** Closed nasal bone fractures per initial facial CT
No immediate surgical intervention needed at this time

**Closed medial orbital wall fracture (S02.8XXA):** Bilateral fractures of the medial wall of the orbits per initial facial CT
No immediate surgical intervention needed at this time

**Coagulopathy (D68.9):** Elevated INR on initial labs
Probably secondary to malnutrition

**Fracture of inferior orbital wall (S02.3XXA):** Closed fracture
Bilateral fractures of the inferior wall of the orbits per initial facial CT
No immediate surgical intervention needed at this time

**History of starvation (Z86.39):** Per report patient had been starving himself in prison

**Pneumomediastinum (J98.2):** Per initial chest CT
Serial exams

**Pulmonary embolism (I26.99):** Noted on initial chest CT
Right middle lobe pulmonary artery
Chemical thromboprophylaxis unable to be performed in setting of ICH

**Subdural hematoma (I62.00):** Left side
With midline shift and herniation per CT
Dr. Paulius, Neurosurgery consulted, no surgical intervention indicated at this time
Cerebral blood flow done 1-18-16- Flow present
Cerebral flow repeated on 1-19-16

**Venous Thromboembolism (VTE) Prophylaxis:** SCDs
**\* VTE Prophylaxis Assessment** - Assessment Performed: **Low**

**Discharge Planning:** Discharge planning in place
Attending: Galvan

*Electronically Signed By: Harper, David PA*
*On: 01.19.2016 11:20 CST*

*Galvan, Dan*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm 266
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00328

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▬▬▬ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

---

## Progress Notes

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Progress Note-Physician
1/18/2016 15:33 CST
Auth (Verified)
Paullus MD,Wayne (1/18/2016 15:35 CST)
Paullus MD,Wayne (1/18/2016 15:35 CST)

**Subjective**
Remains intubated and unresponsive

**Allergies**
(Active and Proposed Allergies Only)
No Known Allergies (Severity: Unknown severity, Onset: Unknown)

**Past Medical History**
No problems documented.

**Past Surgical History**
No surgery history documented.

**Social History**
No social history documented.

**Psychosocial History**
Threatened/Physically Hurt in Past Year: Unable to obtain
Abuse and Neglect Types: Physical assault, Unable to obtain details
Smoking History — MU: Unknown if ever smoked
Tobacco Use Screening: Unable to Obtain Due to Cognitive Impairment

**Family History**
No family history documented.

**Objective**

**Measurements (most recent)**
**Height** 190.5cm        Granados RN, Ricardo F. - 01/18 09:09
**Weight** 54.43kg        Granados RN, Ricardo F. - 01/18 09:09
**Body Mass Index** 15kg/m2        Granados RN, Ricardo F. - 01/18 09:09

| **Vital Signs (24 hrs)** | **Last Charted** | | **Minimum** | | **Maximum** | |
|---|---|---|---|---|---|---|
| Temp | L 34.7 | 01/18/2016 12:45 | L 33.7 | 01/18/2016 09:16 | L 34.1 | 01/18/2016 12:00 |
| Heart Rate Monitored | L 55 | 01/18/2016 12:45 | L 54 | 01/18/2016 10:30 | 72 | 01/18/2016 10:00 |
| Resp Rate | 15 | 01/18/2016 12:45 | 14 | 01/18/2016 09:16 | 15 | 01/18/2016 09:26 |
| SBP | 104 | 01/18/2016 12:45 | L 82 | 01/18/2016 10:00 | 137 | 01/18/2016 10:30 |
| DBP | 63 | 01/18/2016 12:45 | L 53 | 01/18/2016 12:15 | H 99 | 01/18/2016 09:30 |
| MAP | 72 | 01/18/2016 12:45 | 62 | 01/18/2016 12:15 | 103 | 01/18/2016 10:30 |
| SpO2 | 100 | 01/18/2016 12:45 | 94 | 01/18/2016 09:16 | 100 | 01/18/2016 11:38 |
| O2 Flow Rate | on 50 l/min | | | | | |
| O2 Therapy | Ventilator | | Ventilator | | Ventilator | |

Print Date/Time **1/19/2016 11:26 CST**        **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

Patient: RODGERS, ALTON
MRN:    NWT00751578
DOB/Sex: ██████ / Male
Attending: Galvan,Dan MD

NWT- Northwest Texas Hospital
Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

---

## Progress Notes

---

**I&O 24 Hour Total**

|             | 01/18 11:23 01/18 15:33 | 01/18 07:00 01/18 15:33 | 01/17 07:00 01/18 06:59 | 01/16 07:00 01/17 06:59 |
|-------------|------|------|------|------|
| **Intake**  | 1200 | 1200 | 0    | 0    |
| **Output**  | 0    | 0    | 0    | 0    |
| **Net Total** | 1200 | 1200 | 0    | 0    |

**Physical Exam**

**Inpatient Medications**
**Medications (8) Active**
Scheduled: (4)
**chlorhexidine 0.12% Liquid 15 mL** 15 mL, Oral-Swish and SPIT, q12H
**mannitol 25% vial 50 mL** 50 gm 200 mL, IV Push, Once
**pantoprazole 40 mg vial** 40 mg, IV Push, Daily
**thiamine + Sodium Chloride 0.9% 50 mL** 200 mg 2 mL, IV Piggyback, Daily
Continuous: (1)
**Lactated Ringers 1,000 mL** 1,000 mL, IV, 125 mL/hr
PRN: (3)
**fentaNYL 50 mcg/mL PF inj 2 mL** 50 mcg 1 mL, IV Push, q1H Interval
**midazolam 1 mg/mL PF inj 2mL** 2 mg 2 mL, IV Push, q2H
**Naloxone 0.4 mg/mL inj 1 mL** 0.1 mg 0.25 mL, IV Push, q2Min Interval

**Results**
**Recent Labs**
**General Hematology**

| **WBC**         | **28.7 x10e3/mcL (High)** | **01/18/2016 09:22** |
|-----------------|---------------------------|----------------------|
| **RBC**         | **6.45 x10e6/mcL (High)** | **01/18/2016 09:22** |
| Hgb             | 17.0 gm/dL                | 01/18/2016 09:22     |
| **Hct**         | **55 % (High)**           | **01/18/2016 09:22** |
| POC Hgb         | 15.0 gm/dL                | 01/18/2016 09:24     |
| POC Hct         | 44.0 %                    | 01/18/2016 09:24     |
| MCV             | 86 Femtoliter             | 01/18/2016 09:22     |
| **MCH**         | **26.4 pg (Low)**         | **01/18/2016 09:22** |
| **MCHC**        | **30.8 gm/dL (Low)**      | **01/18/2016 09:22** |
| RDW-CV          | 14.5 %                    | 01/18/2016 09:22     |
| Plt             | 221 x10e3/mcL             | 01/18/2016 09:22     |
| MPV             | 9.8 Femtoliter            | 01/18/2016 09:22     |
| **Neut % Auto** | **86.2 % (High)**         | **01/18/2016 09:22** |
| **Lymph % Auto**| **6.5 % (Low)**           | **01/18/2016 09:22** |
| Mono % Auto     | 7.0 %                     | 01/18/2016 09:22     |
| Eos % Auto      | 0.0 %                     | 01/18/2016 09:22     |
| Baso % Auto     | 0.3 %                     | 01/18/2016 09:22     |

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

868

OIG_00330

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex: ▉▉▉▉▉ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:     NWT0000090926403

| Progress Notes |
| --- |

| | | |
| --- | --- | --- |
| Neut # Auto | 24.7 x10e3/mcL (High) | 01/18/2016 09:22 |
| Lymph # Auto | 1.9 x10e3/mcL | 01/18/2016 09:22 |
| Mono # Auto | 2.00 x10e3/mcL (High) | 01/18/2016 09:22 |
| Eos # Auto | 0.0 x10e3/mcL | 01/18/2016 09:22 |
| Baso # Auto | 0.1 x10e3/mcL | 01/18/2016 09:22 |
| Segs Man | 89 % (High) | 01/18/2016 09:22 |
| Band Man | 1 % | 01/18/2016 09:22 |
| Lymphs Man | 6 % (Low) | 01/18/2016 09:22 |
| Mono Man | 4 % | 01/18/2016 09:22 |
| Segs # Man | 25.5 x10e3/mcL (High) | 01/18/2016 09:22 |
| Lymphs # Man | 1.7 x10e3/mcL | 01/18/2016 09:22 |
| Mono # Man | 1.15 x10e3/mcL (High) | 01/18/2016 09:22 |
| Aniso | 1+ | 01/18/2016 09:22 |
| Poik | 1+ | 01/18/2016 09:22 |
| Hypo | 1+ | 01/18/2016 09:22 |
| Plt Est | Adequate | 01/18/2016 09:22 |

**General Coagulation**

| | | |
| --- | --- | --- |
| PT | 18.7 Seconds (High) | 01/18/2016 09:22 |
| INR | 1.66 (High) | 01/18/2016 09:22 |
| PTT | 30.8 Seconds | 01/18/2016 09:22 |

**General Chemistry**

| | | |
| --- | --- | --- |
| Glucose Level | 177 mg/dL (High) | 01/18/2016 10:50 |
| POC Glucose | 210 mg/dL (High) | 01/18/2016 09:24 |
| Sodium | 159 mmol/L (Critical) | 01/18/2016 10:50 |
| POC Na | 162 mmol/L (Critical) | 01/18/2016 09:24 |
| Potassium | 3.7 mmol/L | 01/18/2016 10:50 |
| POC K | 3.3 mmol/L (Low) | 01/18/2016 09:24 |
| Chloride | 128.0 mmol/L (High) | 01/18/2016 10:50 |
| CO2 | 24.0 mmol/L | 01/18/2016 10:50 |
| Anion Gap | 7 (Low) | 01/18/2016 10:50 |
| BUN | 77.0 mg/dL (High) | 01/18/2016 10:50 |
| Creatinine | 2.20 mg/dL (High) | 01/18/2016 10:50 |
| BUN/Creat Ratio | 35.00 (High) | 01/18/2016 10:50 |
| Calcium | 7.1 mg/dL (Low) | 01/18/2016 10:50 |
| POC iCA | 1.09 mmol/L (Low) | 01/18/2016 09:24 |
| Albumin. Level | 2.6 gm/dL (Low) | 01/18/2016 10:50 |

Print Date/Time 1/19/2016 11:26 CST            Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*869*

OIG_00331

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

## Progress Notes

| | | |
|---|---|---|
| TP | 5.4 gm/dL (Low) | 01/18/2016 10:50 |
| T Bili | 1.3 mg/dL | 01/18/2016 10:50 |
| Alk Phos | 59.0 units/L | 01/18/2016 10:50 |
| AST | 143.0 units/L (High) | 01/18/2016 10:50 |
| ALT | 77.0 units/L (High) | 01/18/2016 10:50 |
| Mg Lvl | 3.5 mg/dL (High) | 01/18/2016 10:50 |
| Phosphorus | 4.8 mg/dL (High) | 01/18/2016 10:50 |
| Estimated Creatinine Clearance | 37.45 mL/min | 01/18/2016 11:42 |
| eGFR Non-African American | 35.09 | 01/18/2016 10:50 |
| eGFR African American | 42.52 | 01/18/2016 10:50 |
| Lactic Acid Lvl | 1.9 mmol/L | 01/18/2016 12:06 |
| Ammonia Level | 54 mcmol/L (High) | 01/18/2016 09:22 |
| Calc Osmo | 342 (High) | 01/18/2016 10:50 |

### Thyroid

| | | |
|---|---|---|
| T4 Free | 0.80 ng/dL | 01/18/2016 10:50 |
| TSH | 1.26 mc Intl units/mL | 01/18/2016 10:50 |

### Other Chemistry

| | | |
|---|---|---|
| Procalcitonin | 3.870 mcg/L | 01/18/2016 09:22 |

### Blood Gases

| | | |
|---|---|---|
| pH Arterial | 7.26 pH units (Low) | 01/18/2016 09:24 |
| Art pCO2 | 41.1 mmHg | 01/18/2016 09:24 |
| Art pO2 | 67 mmHg (Low) | 01/18/2016 09:24 |
| Art HCO3 | 19 | 01/18/2016 09:24 |
| Art BE | -9 mmol/L (Low) | 01/18/2016 09:24 |
| Art sO2 | 90 % (Low) | 01/18/2016 09:24 |
| Art Total CO2 | 20 mmol/L (Low) | 01/18/2016 09:24 |
| Allen's Test | N/A | 01/18/2016 09:24 |
| Pt Temp | 37.0 | 01/18/2016 09:24 |
| Site | L Brachial | 01/18/2016 09:24 |
| FiO2% | 50 % | 01/18/2016 09:24 |
| PEEP | 5 | 01/18/2016 09:24 |
| Sample Type | ABG | 01/18/2016 09:24 |
| Tidal Volume | 500 | 01/18/2016 09:24 |
| Vent Mode | APV CMV | 01/18/2016 09:24 |

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED
OIG_00332

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ■■■■ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

| Progress Notes | | |
| --- | --- | --- |
| Vent Rate | 15 | 01/18/2016 09:24 |
| Delivery Mode | Vent | 01/18/2016 09:24 |
| TimeRcv-RptTime | 0920.0930 | 01/18/2016 09:24 |
| Reported To: | Smith | 01/18/2016 09:24 |

**Therapeutic Drug Monitoring**

| **Acetaminophen Lvl** | **<10.0 mcg/mL (Low)** | **01/18/2016 10:50** |
| --- | --- | --- |

**Toxicology**

| Salicylate | <4.0 mg/dL (Low) | 01/18/2016 10:50 |
| --- | --- | --- |
| Ur Amphetamine | None Detected | 01/18/2016 09:22 |
| Ur Barbiturates | None Detected | 01/18/2016 09:22 |
| Ur Cannabinoids | None Detected | 01/18/2016 09:22 |
| Ur Cocaine | None Detected | 01/18/2016 09:22 |
| Ur Opiates | None Detected | 01/18/2016 09:22 |
| U PCP | None Detected | 01/18/2016 09:22 |
| U Benzo | None Detected | 01/18/2016 09:22 |
| Alcohol | <10.00 mg/dL | 01/18/2016 09:22 |
| % Alcohol | <0.010 % | 01/18/2016 09:22 |

**Urinalysis**

| Ur Color | Yellow | 01/18/2016 09:22 |
| --- | --- | --- |
| Ur Clarity | Clear | 01/18/2016 09:22 |
| Ur Spec Grav | >=1.030 | 01/18/2016 09:22 |
| Ur pH | 5.0 | 01/18/2016 09:22 |
| Ur Leuk Est | Negative | 01/18/2016 09:22 |
| Ur Nitrite | Negative | 01/18/2016 09:22 |
| Ur Protein | 2+ | 01/18/2016 09:22 |
| UR Glucose | Negative | 01/18/2016 09:22 |
| Ur Ketones | Negative | 01/18/2016 09:22 |
| Ur Urobilinogen | 1.0 EU/dL | 01/18/2016 09:22 |
| Ur Bili | 2+ | 01/18/2016 09:22 |
| Ur Blood | 3+ | 01/18/2016 09:22 |
| Ur WBC | 11-25 | 01/18/2016 09:22 |
| Ur RBC | 26-50 | 01/18/2016 09:22 |
| Ur Bacteria | None Seen | 01/18/2016 09:22 |
| Ur Squam Epithelial | 0-6 | 01/18/2016 09:22 |

Print Date/Time 1/19/2016 11:26 CST          **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

871

OIG_00333

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▉▉▉ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

| Progress Notes |
| --- |

Ur Amorphous                        2+                              01/18/2016 09:22

**Coagulation Profile (Last Within 24hrs)**
INR: 1.66 High 09:59
PT: 18.7 High 09:59
PTT: 30.8 09:59

**LFT (Last Within 24hrs)**
AST: 143.0 High 11:42
ALT: 77.0 High 11:42
Alk Phos: 59.0 11:42
T Bili: 1.3 11:42
TP: 5.4 Low 11:42
Albumin. Level: 2.6 Low 11:42

**Microbiology**

**Culture Urine**                              **In-Lab**
Source:          Urine, Clean Catch          Body Site:
Collected Dt/Tm:  01/18/2016 09:22          Last Updated Dt/Tm:      01/18/2016 09:00
**Culture Respiratory**                        **In-Lab**
Source:          Sputum, Induced            Body Site:
Collected Dt/Tm:  01/18/2016 09:22          Last Updated Dt/Tm:      01/18/2016 09:11

**Blood Gases (Last Within 24hrs)**
pH Arterial: 7.26 Low 10:00
Art pO2: 67 Low 10:00
Art pCO2: 41.1 10:00
Art HCO3: 19 10:00
Art BE: -9 Low 10:00
Art sO2: 90 Low 10:00

**Assessment/Plan**
**Diagnoses**
Acute respiratory failure (J96.00)
Closed fracture nasal bone (S02.2XXA)
Closed medial orbital wall fracture (S02.8XXA)
Coagulopathy (D68.9)
Fracture of inferior orbital wall (S02.3XXA)
History of starvation (Z86.39)
Pneumomediastinum (J98.2)
Pulmonary embolism (I26.99)
Subdural hematoma (Although there is brain flow on the cortical service the significant changes seen on the earlier CT scan encasing
infarction of the midline structures indicated continued severe the poor prognosisFrom a neurosurgical standpoint still no surgical
interventions indicated only supportive careI62.00)

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*872*

OIG_00334

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON      Admit: 1/18/2016
MRN:      NWT00751578      Disch:      Disch Time:
DOB/Sex: ▮▮▮▮▮ / Male      FIN:    NWT0000090926403
Attending:   Galvan,Dan MD

| *Progress Notes* |
| --- |

*Electronically Signed By: Paullus, Wayne MD*
*On: 01.18.2016 15:35 CST*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00335

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ██████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

---

| *Progress Notes* |
| --- |

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Respiratory Therapy Progress Notes
1/19/2016 08:35 CST
Auth (Verified)
Diaz CRT,Manuel F (1/19/2016 08:42 CST)
Diaz CRT,Manuel F (1/19/2016 08:42 CST)

**Respiratory Therapy Note Entered On: 1/19/2016 8:49 CST**
**Performed On: 1/19/2016 8:35 CST by Diaz CRT, Manuel F**

**Respiratory Therapy Note**
*Respiratory Therapy Note :* Apnea test strarted HR 106, Spo2 100%, test ended at 0840, HR 111, Spo2 100%. ABG drawn at 5 min. patient was place on T-bar at 10L

Diaz CRT, Manuel F - 1/19/2016 8:42 CST

---

Print Date/Time  1/19/2016 11:26 CST              Medical Record

*8.74*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00336

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▓▓▓▓ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                     Disch Time:
FIN: NWT0000090926403

## Progress Notes

DOCUMENT NAME:                    Respiratory Therapy Progress Notes
SERVICE DATE/TIME:                1/19/2016 04:06 CST
RESULT STATUS:                    Auth (Verified)
PERFORM INFORMATION:              Johnson Dawson RCP.S,Cindy L (1/19/2016 04:06 CST)
SIGN INFORMATION:                 Johnson Dawson RCP.S,Cindy L (1/19/2016 04:06 CST)

**Respiratory Therapy Note Entered On: 1/19/2016 4:06 CST**
**Performed On: 1/19/2016 4:06 CST by Johnson Dawson RCP.S, Cindy L**

**Respiratory Therapy Note**
*Respiratory Therapy Note :*  No cough noted with in-line suctioning.

Johnson Dawson RCP.S, Cindy L - 1/19/2016 4:06 CST

Print Date/Time  1/19/2016 11:26 CST                    Medical Record

*8 75*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00337

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                Disch Time:
FIN:   NWT0000090926403

---

### Progress Notes

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Respiratory Therapy Progress Notes
1/18/2016 20:18 CST
Auth (Verified)
Johnson Dawson RCP.S,Cindy L (1/18/2016 20:18 CST)
Johnson Dawson RCP.S,Cindy L (1/18/2016 20:18 CST)

**Respiratory Therapy Note Entered On: 1/18/2016 20:18 CST**
**Performed On: 1/18/2016 20:18 CST by Johnson Dawson RCP.S, Cindy L**

**Respiratory Therapy Note**
*Respiratory Therapy Note :* No cough effort noted.

Johnson Dawson RCP.S, Cindy L - 1/18/2016 20:18 CST

---

Print Date/Time 1/19/2016 11:26 CST          **Medical Record**

*8 7b*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00338

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

---

### Progress Notes

DOCUMENT NAME:                    Respiratory Therapy Progress Notes
SERVICE DATE/TIME:                1/18/2016 09:30 CST
RESULT STATUS:                    Auth (Verified)
PERFORM INFORMATION:              Walls RRT,Olivia (1/18/2016 09:30 CST)
SIGN INFORMATION:                 Walls RRT,Olivia (1/18/2016 09:30 CST)

**Respiratory Therapy Note Entered On: 1/18/2016 9:31 CST**
**Performed On: 1/18/2016 9:30 CST by Walls RRT, Olivia**

**Respiratory Therapy Note**
*Respiratory Therapy Note :*  ETT pushed IN and re-secured at the 26 at the lips. Per DRSMITH verbal order.

Walls RRT, Olivia - 1/18/2016 9:30 CST

---

Print Date/Time  1/19/2016 11:26 CST                    **Medical Record**

*8 77*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00339

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

---

## Progress Notes

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Respiratory Therapy Progress Notes
1/18/2016 09:06 CST
Auth (Verified)
Walls RRT,Olivia (1/18/2016 09:06 CST)
Walls RRT,Olivia (1/18/2016 09:06 CST)

**Respiratory Therapy Note Entered On: 1/18/2016 9:09 CST**
**Performed On: 1/18/2016 9:06 CST by Walls RRT, Olivia**

**Respiratory Therapy Note**
*Respiratory Therapy Note :*  Recieved pt from transport team at 0847 orraly intubated with a #4 King Airway. Pt was beging bagged via BVM. Pt was then re-intubated with a 7.5 ETT secured at the 23 at the lip, color change and bilateral breath sounds confirmed. Pt was then placed on the ventilator witht he following settings: APVCMV 500, 15, +5, 50%. See charitng for measurements. Resp clture and ABG collected at this time.

Walls RRT, Olivia - 1/18/2016 9:06 CST

---

## Respiratory Report

*878*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00340

Patient Name: RODGERS, ALTON
Date of Birth: ▇▇▇▇

MRN: NWT00751578
FIN: NWT0000090926403

* Auth (Verified) *

CODE 99 | ELECTIVE INTUBATION ✓ CARDIOVERSION____ CONSCIOUS SEDATION____
IF INTUBATION WAS NOT REQUIRED SKIP SECTION A AND GO TO SECTION B.

**SECTION A**

1ST INTUBATION ATTEMPT BY _Dr Thomas Smith_        SUCCESSFUL: ☒ YES ☐ NO
EASY CAP USED: ☒ YES ☐ NO COLOR CHANGE CONFIRMED: ☒ YES ☐ NO RES Q POD USED: ☒ YES ☐ NO
ROUTE: NASAL ☐ ORAL ☒ SIZE 7-5 PLACEMENT 25 BIL B.S. WITH CHEST RISES: ☒ YES ☐ NO
WAS THE PATIENT MANUALLY VENTILATED VIA BAG & MASK WITH 02 T/O PROCEDURE ☒ YES ☐ NO
COMPLICATIONS: ☐ YES ☒ NO PHYSICIAN PRESENT: ☒ YES ☐ NO.
EXPLAIN: _____

SIGNATURE: _[signature]_

2ND INTUBATION ATTEMPT BY _____        SUCCESSFUL: ☐ YES ☐ NO
EASY CAP USED: ☐ YES ☐ NO        COLOR CHANGE CONFIRMED: ☐ YES ☐ NO
ROUTE: NASAL ☐ ORAL ☐ SIZE____ PLACEMENT____ BIL B.S. WITH CHEST RISES: ☐ YES ☐ NO
WAS THE PATIENT MANUALLY VENTILATED VIA BAG & MASK WITH 02 T/O PROCEDURE ☐ YES ☐ NO
COMPLICATIONS: ☐ YES ☐ NO PHYSICIAN PRESENT: ☐ YES ☐ NO.
EXPLAIN: _____

SIGNATURE: _____

3RD INTUBATION ATTEMPT BY _____        SUCCESSFUL: ☐ YES ☐ NO
EASY CAP USED: ☐ YES ☐ NO        COLOR CHANGE CONFIRMED: ☐ YES ☐ NO
ROUTE: NASAL ☐ ORAL ☐ SIZE____ PLACEMENT____ BIL B.S. WITH CHEST RISES: ☐ YES ☐ NO
WAS THE PATIENT MANUALLY VENTILATED VIA BAG & MASK WITH 02 T/O PROCEDURE ☐ YES ☐ NO
COMPLICATIONS: ☐ YES ☐ NO PHYSICIAN PRESENT: ☐ YES ☐ NO.
EXPLAIN: _____

SIGNATURE: _____

4TH INTUBATION ATTEMPT BY _____        SUCCESSFUL: ☐ YES ☐ NO
EASY CAP USED: ☐ YES ☐ NO        COLOR CHANGE CONFIRMED: ☐ YES ☐ NO
ROUTE: NASAL ☐ ORAL ☐ SIZE____ PLACEMENT____ BIL B.S. WITH CHEST RISES: ☐ YES ☐ NO
WAS THE PATIENT MANUALLY VENTILATED VIA BAG & MASK WITH 02 T/O PROCEDURE ☐ YES ☐ NO
COMPLICATIONS: ☐ YES ☐ NO PHYSICIAN PRESENT: ☐ YES ☐ NO.
EXPLAIN: _____

SIGNATURE: _____

**SECTION B**
SYNOPSIS: _____

SIGNATURE: _Olivia Walls_   Date 01/18/16   Time: 0900

**Northwest Texas Healthcare System**
P.O. Box 1110
Amarillo, Texas

RESPIRATORY CARE
EMERGENCY AIRWAY
REPORT

PATIENT IDENTIFICATION

RE0021
750-014
04/28/2009

90926403-751578
RODGERS, ALTON
DOB: ▇▇▇▇   31Y   SX: M   EMR
MRN: 751578   ADM/REG DT: 01/18/2016
Northwest Texas Healthcare System

White copy - Chart        Page 1 of 1
YELLOW COPY - DEPARTMENT

879

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED
Facility: NWT Hospital

OIG_00341

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ███████  / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:      NWT0000090926403

---

| *Orders* |
| --- |

Order: **ED Triage Mobile**
Order Date/Time: 1/18/2016 08:45 CST
Signed Date/Time: 1/18/2016 08:45 CST
Order Status: Canceled        Department Status: Canceled Catalog Type: Patient Care      Activity Type: Basic Care
End-state Date/Time: 1/18/2016 08:45 CST              End-state Reason: Duplicate Order
Ordering Physician: SYSTEM                    Consulting Physician:
Entered By: SYSTEM on 1/18/2016 08:45 CST
Order Details: 1/18/16 8:45:33 AM CST, Routine, Stop date 1/18/16 8:45:34 AM CST
Order Comment: Ordered By Discern Expert.

Action Type: Cancel              Action Date/Time: 1/18/2016 08:45 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM      Supervising Provider:              Communication Type: Discern Expert
Order Details: 01/18/16 8:45:33 CST, Routine, Stop date 01/18/16 8:45:33 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order              Action Date/Time: 1/18/2016 08:45 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM      Supervising Provider:              Communication Type: Discern Expert
Order Details: 01/18/16 8:45:33 CST, Routine, Stop date 01/18/16 8:45:33 CST
Review Information:
Doctor Cosign: Not Required
Order Comment: Ordered By Discern Expert.

Order: **Vital Signs Mobile**
Order Date/Time: 1/18/2016 08:45 CST
Signed Date/Time: 1/18/2016 08:45 CST
Order Status: Ordered        Department Status: Ordered    Catalog Type: Patient Care      Activity Type: Basic Care
Ordering Physician: SYSTEM                    Consulting Physician:
Entered By: SYSTEM on 1/18/2016 08:45 CST
Order Details: 1/18/16 8:45:33 AM CST, Routine
Order Comment: Ordered by Discern Expert.

Action Type: Order              Action Date/Time: 1/18/2016 08:45 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM      Supervising Provider:              Communication Type: Discern Expert
Order Details: 01/18/16 8:45:33 CST, Routine
Review Information:
Doctor Cosign: Not Required
Order Comment: Ordered by Discern Expert.

---

Print Date/Time  1/19/2016 11:26 CST              **Medical Record**

*880*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00342

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

---

| | Orders | | |

**Order: Bedside Blood Glucose Monitoring**
Order Date/Time: 1/18/2016 09:00 CST
Signed Date/Time: 1/18/2016 09:00 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Patient Care | Activity Type: POC Asmt/Tx/Monitoring |

End-state Date/Time: 1/19/2016 00:20 CST          End-state Reason:
Ordering Physician: Smith MD,Thomas E          Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: 1/18/16 9:00:00 AM CST, Stat, Once, Stop date 1/19/16 12:20:09 AM CST
Order Comment:

Action Type: Complete          Action Date/Time: 1/19/2016 00:20 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: Smith MD,     Supervising Provider:          Communication Type:
Thomas E
Order Details: 01/18/16 9:00:00 CST, Stat, Once, Stop date 01/18/16 9:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD,     Supervising Provider:          Communication Type: Written
Thomas E
Order Details: 01/18/16 9:00:00 CST, Stat, Once, Stop date 01/18/16 9:00:00 CST
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

**Order: Aspiration Precautions**
Order Date/Time: 1/18/2016 09:00 CST
Signed Date/Time: 1/18/2016 09:00 CST

| Order Status: Ordered | Department Status: Ordered | Catalog Type: Patient Care | Activity Type: Communication Orders TransMedRec |

Ordering Physician: Smith MD,Thomas E          Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: 1/18/16 9:00:00 AM CST, NOW
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD,     Supervising Provider:          Communication Type: Written
Thomas E
Order Details: 01/18/16 9:00:00 CST, NOW
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

---

Print Date/Time  1/19/2016 11:26 CST                    Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

881

OIG_00343

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex:  [redacted] / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:     NWT0000090926403

---

## Orders

Order: **Notify Provider Laboratory Results**
Order Date/Time: 1/18/2016 09:00 CST
Signed Date/Time: 1/18/2016 09:00 CST

| Order Status: Ordered | Department Status: Ordered | Catalog Type: Patient Care | Activity Type: Communication Orders TransMedRec |
|---|---|---|---|

Ordering Physician: Smith MD,Thomas E                    Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: 1/18/16 9:00:00 AM CST, PaO2 < 92%, Constant Indicator
Order Comment:

Action Type: Order                    Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD,    Supervising Provider:              Communication Type: Written
Thomas E
Order Details: 01/18/16 9:00:00 CST, PaO2 < 92%, Constant Indicator
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Order: **Pulse Oximetry Continuous**
Order Date/Time: 1/18/2016 09:00 CST
Signed Date/Time: 1/18/2016 09:00 CST

| Order Status: Ordered | Department Status: Ordered | Catalog Type: Respiratory Therapy | Activity Type: RT Tx/Procedures TransMedRec |
|---|---|---|---|

Ordering Physician: Smith MD,Thomas E                    Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: 1/18/16 9:00:00 AM CST, Routine, Constant Indicator
Order Comment:

Action Type: Order                    Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD,    Supervising Provider:              Communication Type: Written
Thomas E
Order Details: 01/18/16 9:00:00 CST, Routine, Constant Indicator
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

---

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm  *332*
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                    OIG_00344

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ████████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

---

| Orders |

**Order: Cardiac Monitoring**
Order Date/Time: 1/18/2016 09:00 CST
Signed Date/Time: 1/18/2016 09:00 CST

| Order Status: Ordered | Department Status: Ordered | Catalog Type: Patient Care | Activity Type: Asmt/Tx/Monitoring TransMedRec |

Ordering Physician: Smith MD,Thomas E          Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: 1/18/16 9:00:00 AM CST, Stat
Order Comment:

| Action Type: Order | Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E |
| Electronically Signed by: Smith MD, Thomas E | Supervising Provider: | Communication Type: Written |

Order Details: 01/18/16 9:00:00 CST, Stat
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

**Order: Peripheral IV (Saline Lock Insert)**
Order Date/Time: 1/18/2016 09:00 CST
Signed Date/Time: 1/18/2016 09:00 CST

| Order Status: Ordered | Department Status: Ordered | Catalog Type: Patient Care | Activity Type: Continuous Asmt/Tx/Monitoring |

Ordering Physician: Smith MD,Thomas E          Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: 1/18/16 9:00:00 AM CST, Routine
Order Comment:

| Action Type: Order | Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E |
| Electronically Signed by: Smith MD, Thomas E | Supervising Provider: | Communication Type: Written |

Order Details: 01/18/16 9:00:00 CST, Routine
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

---

Print Date/Time  1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm  *893*
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00345

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON                                    Admit: 1/18/2016
MRN:      NWT00751578                                       Disch:              Disch Time:
DOB/Sex:  ▇▇▇▇▇ / Male                                      FIN:   NWT0000090926403
Attending: Galvan,Dan MD

| *Orders* |
| --- |

Order: **Sodium Chloride 0.9% (Sodium Chloride 0.9% Bolus)**
Order Date/Time: 1/18/2016 09:00 CST
Signed Date/Time: 1/18/2016 09:00 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Pharmacy | Activity Type: Pharmacy |
| --- | --- | --- | --- |

End-state Date/Time: 1/18/2016 09:22 CST                   End-state Reason:
Ordering Physician: Smith MD,Thomas E                      Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: 1,000 mL, Soln-IV, Stop date: 1/18/16 9:22:51 AM CST, IV Piggyback, Once, First Dose: NOW, Start date: 1/18/16 9:00:00 AM CST, Bolus Rate: 1,000 mL/hr, Administer over: 1 hr
Order Comment:

Action Type: Complete          Action Date/Time: 1/18/2016 09:22 CST Action Personnel: Granados RN, Ricardo F.

Electronically Signed by: Smith MD, Thomas E        Supervising Provider:          Communication Type:

Order Details: 1,000 mL, Soln-IV, Stop date: 01/18/16 9:00:00 CST, IV Piggyback, Once, First Dose: NOW, Start date: 01/18/16 9:00:00 CST, Bolus Rate: 1,000 mL/hr, Administer over: 1 hr
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD, Thomas E        Supervising Provider:          Communication Type: Written

Order Details: 1,000 mL, Soln-IV, Stop date: 01/18/16 9:00:00 CST, IV Piggyback, Once, First Dose: NOW, Start date: 01/18/16 9:00:00 CST, Bolus Rate: 1,000 mL/hr, Administer over: 1 hr
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Pharmacist Verify: Not Reviewed
Pharmacist Verify: Electronically Signed, SYSTEM on 1/18/2016 09:00 CST
Doctor Cosign: Not Required
Order Comment:

*8 84*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00346

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:  NWT00751578
DOB/Sex:  ▮▮▮▮ / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:
FIN:  NWT0000090926403
Disch Time:

---

| *Orders* |
| --- |

Order: **POC Troponin I Bedside**
Order Date/Time: 1/18/2016 10:30 CST
Signed Date/Time: 1/18/2016 09:00 CST

Order Status: Ordered        Department Status: Ordered    Catalog Type: Patient Care        Activity Type: POC Asmt/Tx/Monitoring

End-state Date/Time: 1/18/2016 10:30 CST                End-state Reason:
Ordering Physician: Smith MD,Thomas E                Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: 1/18/16 10:30:00 AM CST, Stat, Once, Stop date 1/18/16 10:30:00 AM CST
Order Comment:

Action Type: Order            Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD,    Supervising Provider:            Communication Type: Written
Thomas E
Order Details: 01/18/16 10:30:00 CST, Stat, Once, Stop date 01/18/16 10:30:00 CST
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Order: **POC Troponin I Bedside**
Order Date/Time: 1/18/2016 09:00 CST
Signed Date/Time: 1/18/2016 09:00 CST

Order Status: Ordered        Department Status: Ordered    Catalog Type: Patient Care        Activity Type: POC Asmt/Tx/Monitoring

End-state Date/Time: 1/18/2016 09:00 CST                End-state Reason:
Ordering Physician: Smith MD,Thomas E                Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: 1/18/16 9:00:00 AM CST, Stat, Once, Stop date 1/18/16 9:00:00 AM CST
Order Comment:

Action Type: Order            Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD,    Supervising Provider:            Communication Type: Written
Thomas E
Order Details: 01/18/16 9:00:00 CST, Stat, Once, Stop date 01/18/16 9:00:00 CST
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

---

885

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00347

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

---

| | *Orders* | |

---

Order: **Diet**
Order Date/Time: 1/18/2016 09:00 CST
Signed Date/Time: 1/18/2016 09:00 CST

| Order Status: Ordered | Department Status: Ordered | Catalog Type: Nutrition Services | Activity Type: Diets TransMedRec |
|---|---|---|---|

Ordering Physician: Smith MD,Thomas E           Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: 1/18/16 9:00:00 AM CST, NPO no exceptions
Order Comment:

Action Type: Order                Action Date/Time: 1/18/2016 09:00 CST  Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD,   Supervising Provider:          Communication Type: Written
Thomas E
Order Details: 01/18/16 9:00:00 CST, NPO no exceptions
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Order: **Arterial Blood Gas NWT**
Order Date/Time: 1/18/2016 09:00 CST
Signed Date/Time: 1/18/2016 09:00 CST

| Order Status: Ordered | Department Status: Collected | Catalog Type: Laboratory | Activity Type: General Lab |
|---|---|---|---|

End-state Date/Time: 1/18/2016 09:00 CST          End-state Reason:
Ordering Physician: Smith MD,Thomas E           Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: Blood, Collected Y/N, Routine, RT – Routine, 1/18/16 9:00:00 AM CST
Order Comment:

Action Type: Order                Action Date/Time: 1/18/2016 09:00 CST  Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD,   Supervising Provider:          Communication Type: Written
Thomas E
Order Details: Blood, Collected Y/N, Routine, RT – Routine, 01/18/16 9:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

---

Print Date/Time  1/19/2016 11:26 CST               Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*886*

OIG_00348

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:
FIN: NWT0000090926403
Disch Time:

| Orders |
| --- |

Order: **Toxicology Urine Drug Screen I**
Order Date/Time: 1/18/2016 09:22 CST
Signed Date/Time: 1/18/2016 09:00 CST

Order Status: Completed          Department Status:          Catalog Type: Laboratory          Activity Type: General Lab
                                 Completed
End-state Date/Time: 1/18/2016 10:28 CST          End-state Reason:
Ordering Physician: Smith MD,Thomas E          Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: Urine, Nurse collect, Stat collect, 1/18/16 9:22:00 AM CST, Stop date 1/18/16 10:28:59 AM CST, Print
Label By Order Location
Order Comment:

Action Type: Complete          Action Date/Time: 1/18/2016 10:28 CST Action Personnel: SYSTEM
Electronically Signed by: Smith MD,          Supervising Provider:          Communication Type:
Thomas E
Order Details: Urine, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/16 09:46 CST Action Personnel: Cross,Shelbi
Electronically Signed by: Smith MD,          Supervising Provider:          Communication Type:
Thomas E
Order Details: Urine, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 09:22 CST Action Personnel: Granados RN,
                                                                            Ricardo F.
Electronically Signed by: Smith MD,          Supervising Provider:          Communication Type:
Thomas E
Order Details: Urine, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order          Action Date/Time: 1/18/16 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD,          Supervising Provider:          Communication Type: Written
Thomas E
Order Details: Urine, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Print Date/Time 1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*887*

OIG_00349

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▓▓▓▓ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

---

## Orders

Order: **UA w Microscopic**
Order Date/Time: 1/18/2016 09:22 CST
Signed Date/Time: 1/18/2016 09:00 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |

End-state Date/Time: 1/18/2016 10:28 CST
Ordering Physician: Smith MD,Thomas E
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST

End-state Reason:
Consulting Physician:

Order Details: Urine, Catheterized, Nurse collect, Stat collect, 1/18/16 9:22:00 AM CST, Stop date 1/18/16 10:28:18 AM CST, Print Label By Order Location
Order Comment:

Action Type: Complete                Action Date/Time: 1/18/2016 10:28 CST Action Personnel: Staetz-Crow,Justina
Electronically Signed by: Smith MD, Supervising Provider:             Communication Type:
Thomas E
Order Details: Urine, Catheterized, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change            Action Date/Time: 1/18/2016 09:46 CST Action Personnel: Cross,Shelbi
Electronically Signed by: Smith MD, Supervising Provider:             Communication Type:
Thomas E
Order Details: Urine, Catheterized, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change            Action Date/Time: 1/18/2016 09:22 CST Action Personnel: Granados RN, Ricardo F.
Electronically Signed by: Smith MD, Supervising Provider:             Communication Type:
Thomas E
Order Details: Urine, Catheterized, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                   Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD, Supervising Provider:             Communication Type: Written
Thomas E
Order Details: Urine, Catheterized, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

---

Print Date/Time  1/19/2016 11:26 CST                   Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:    NWT00751578
DOB/Sex:  ███████  / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

| Orders |
| --- |

Order: **Acetamin Lvl**
Order Date/Time: 1/18/2016 10:50 CST
Signed Date/Time: 1/18/2016 09:00 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
| --- | --- | --- | --- |

End-state Date/Time: 1/18/2016 11:42 CST          End-state Reason:
Ordering Physician: Smith MD,Thomas E          Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: Blood, Nurse collect, Stat collect, 1/18/16 10:50:00 AM CST, Stop date 1/18/16 11:42:51 AM CST, Print Label By Order Location
Order Comment:

Action Type: Complete          Action Date/Time: 1/18/2016 11:42 CST Action Personnel: SYSTEM
Electronically Signed by: Smith MD, Thomas E          Supervising Provider:          Communication Type:
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 10:55 CST Action Personnel: Staetz-Crow,Justina
Electronically Signed by: Smith MD, Thomas E          Supervising Provider:          Communication Type:
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 10:55 CST Action Personnel: Staetz-Crow,Justina
Electronically Signed by: Smith MD, Thomas E          Supervising Provider:          Communication Type:
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 10:05 CST Action Personnel: Bose,Jennifer
Electronically Signed by: Smith MD, Thomas E          Supervising Provider:          Communication Type:
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 09:46 CST Action Personnel: Cross,Shelbi
Electronically Signed by: Smith MD, Thomas E          Supervising Provider:          Communication Type:

Print Date/Time 1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▓▓▓▓ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

## Orders

Order: **Acetamin Lvl**
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Status Change | Action Date/Time: 1/18/2016 09:22 CST | Action Personnel: Granados RN, Ricardo F. |
|---|---|---|
| Electronically Signed by: Smith MD, Thomas E | Supervising Provider: | Communication Type: |

Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Order | Action Date/Time: 1/18/2016 09:00 CST | Action Personnel: Smith MD,Thomas E |
|---|---|---|
| Electronically Signed by: Smith MD, Thomas E | Supervising Provider: | Communication Type: Written |

Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Print Date/Time 1/19/2016 11:26 CST                **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00352

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON

MRN: NWT00751578

DOB/Sex: ███████ / Male

Attending: Galvan,Dan MD

Admit: 1/18/2016

Disch:                    Disch Time:

FIN:   NWT0000090926403

---

## Orders

Order: **Alcohol Diagnostic w Percent (Ethanol Level w Percent)**
Order Date/Time: 1/18/2016 09:22 CST
Signed Date/Time: 1/18/2016 09:00 CST

| | | | |
|---|---|---|---|
| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |

End-state Date/Time: 1/18/2016 10:19 CST          End-state Reason:
Ordering Physician: Smith MD,Thomas E          Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: Serum, Nurse collect, Stat collect, 1/18/16 9:22:00 AM CST, Stop date 1/18/16 10:19:02 AM CST, Print Label By Order Location
Order Comment:

Action Type: Complete          Action Date/Time: 1/18/2016 10:19 CST Action Personnel: SYSTEM
Electronically Signed by: Smith MD, Thomas E     Supervising Provider:          Communication Type:
Order Details: Serum, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 09:46 CST Action Personnel: Cross,Shelbi
Electronically Signed by: Smith MD, Thomas E     Supervising Provider:          Communication Type:
Order Details: Serum, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 09:22 CST Action Personnel: Granados RN, Ricardo F.
Electronically Signed by: Smith MD, Thomas E     Supervising Provider:          Communication Type:
Order Details: Serum, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD, Thomas E     Supervising Provider:          Communication Type: Written
Order Details: Serum, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

---

Print Date/Time  1/19/2016 11:26 CST                    Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*8.91*

OIG_00353

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex:          / Male
Attending:  Galvan,Dan MD

NWT- Northwest Texas Hospital
Admit: 1/18/2016
Disch:
FIN:   NWT0000090926403

Disch Time:

## Orders

Order: **Salicylate Level**
Order Date/Time: 1/18/2016 10:50 CST
Signed Date/Time: 1/18/2016 09:00 CST

Order Status: Completed        Department Status:          Catalog Type: Laboratory        Activity Type: General Lab
                               Completed

End-state Date/Time: 1/18/2016 11:42 CST            End-state Reason:
Ordering Physician: Smith MD,Thomas E              Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: Blood, Nurse collect, Stat collect, 1/18/16 10:50:00 AM CST, Stop date 1/18/16 11:42:52 AM CST, Print
Label By Order Location
Order Comment:

Action Type: Complete          Action Date/Time: 1/18/2016 11:42 CST Action Personnel: SYSTEM
Electronically Signed by: Smith MD,   Supervising Provider:          Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change     Action Date/Time: 1/18/2016 10:55 CST Action Personnel: Staetz-Crow,Justina
Electronically Signed by: Smith MD,   Supervising Provider:          Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change     Action Date/Time: 1/18/2016 10:55 CST Action Personnel: Staetz-Crow,Justina
Electronically Signed by: Smith MD,   Supervising Provider:          Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change     Action Date/Time: 1/18/2016 10:05 CST Action Personnel: Bose,Jennifer
Electronically Signed by: Smith MD,   Supervising Provider:          Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change     Action Date/Time: 1/18/2016 09:46 CST Action Personnel: Cross,Shelbi
Electronically Signed by: Smith MD,   Supervising Provider:          Communication Type:
Thomas E

Print Date/Time 1/19/2016 11:26 CST            Medical Record

*8.92*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00354

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:            Disch Time:
FIN: NWT0000090926403

## Orders

Order: **Salicylate Level**
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change        Action Date/Time: 1/18/2016 09:22 CST Action Personnel: Granados RN, Ricardo F.

Electronically Signed by: Smith MD,    Supervising Provider:        Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order        Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD,    Supervising Provider:        Communication Type: Written
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Order: **Comprehensive Metabolic Panel**
Order Date/Time: 1/18/2016 10:50 CST
Signed Date/Time: 1/18/2016 09:00 CST
Order Status: Completed    Department Status:        Catalog Type: Laboratory    Activity Type: General Lab
                           Completed
End-state Date/Time: 1/18/2016 11:42 CST            End-state Reason:
Ordering Physician: Smith MD,Thomas E            Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: Blood, Nurse collect, Stat collect, 1/18/16 10:50:00 AM CST, Stop date 1/18/16 11:42:52 AM CST, Print Label By Order Location
Order Comment: qns notified Alyssa rn/er

Action Type: Complete        Action Date/Time: 1/18/2016 11:42 CST Action Personnel: SYSTEM
Electronically Signed by: Smith MD,    Supervising Provider:        Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change        Action Date/Time: 1/18/2016 10:55 CST Action Personnel: Staetz-Crow,Justina

893

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00355

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                          Disch Time:
FIN:    NWT0000090926403

| Orders |
| --- |

Order: **Comprehensive Metabolic Panel**
Electronically Signed by: Smith MD,     Supervising Provider:              Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 10:55 CST Action Personnel: Staetz-Crow,Justina
Electronically Signed by: Smith MD,     Supervising Provider:              Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 10:05 CST Action Personnel: Bose,Jennifer
Electronically Signed by: Smith MD,     Supervising Provider:              Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 09:46 CST Action Personnel: Cross,Shelbi
Electronically Signed by: Smith MD,     Supervising Provider:              Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 09:22 CST Action Personnel: Granados RN,
                                                                              Ricardo F.
Electronically Signed by: Smith MD,     Supervising Provider:              Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                  Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD,     Supervising Provider:              Communication Type: Written
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location

Print Date/Time  1/19/2016 11:26 CST              Medical Record

8 94

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00356

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ▮▮▮▮▮▮ / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:
FIN:    NWT0000090926403

Disch Time:

## Orders

Order: **Comprehensive Metabolic Panel**
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Print Date/Time  1/19/2016 11:26 CST            **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00357

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

| *Orders* |
| --- |

Order: **PTT**
Order Date/Time: 1/18/2016 09:22 CST
Signed Date/Time: 1/18/2016 09:00 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
| --- | --- | --- | --- |

End-state Date/Time: 1/18/2016 09:59 CST          End-state Reason:
Ordering Physician: Smith MD,Thomas E          Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: Blood, Nurse collect, Stat collect, 1/18/16 9:22:00 AM CST, Stop date 1/18/16 9:59:13 AM CST, Print Label By Order Location
Order Comment:

Action Type: Complete          Action Date/Time: 1/18/2016 09:59 CST Action Personnel: SYSTEM
Electronically Signed by: Smith MD, Thomas E          Supervising Provider:          Communication Type:
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 09:46 CST Action Personnel: Cross,Shelbi
Electronically Signed by: Smith MD, Thomas E          Supervising Provider:          Communication Type:
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 09:22 CST Action Personnel: Granados RN, Ricardo F.
Electronically Signed by: Smith MD, Thomas E          Supervising Provider:          Communication Type:
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD, Thomas E          Supervising Provider:          Communication Type: Written
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Print Date/Time 1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

896

OIG_00358

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

## Orders

Order: **Ammonia Level**
Order Date/Time: 1/18/2016 09:22 CST
Signed Date/Time: 1/18/2016 09:00 CST

Order Status: Completed      Department Status:        Catalog Type: Laboratory      Activity Type: General Lab
                             Completed

End-state Date/Time: 1/18/2016 10:30 CST            End-state Reason:
Ordering Physician: Smith MD,Thomas E              Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: Blood, Nurse collect, Stat collect, 1/18/16 9:22:00 AM CST, Stop date 1/18/16 **10:30:36** AM CST, Print Label By Order Location
Order Comment:

Action Type: Complete             Action Date/Time: 1/18/2016 10:30 CST Action Personnel: SYSTEM
Electronically Signed by: Smith MD,    Supervising Provider:               Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change         Action Date/Time: 1/18/2016 10:05 CST Action Personnel: Cross,Shelbi
Electronically Signed by: Smith MD,    Supervising Provider:               Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change         Action Date/Time: 1/18/2016 09:22 CST Action Personnel: Granados RN, Ricardo F.

Electronically Signed by: Smith MD,    Supervising Provider:               Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD,    Supervising Provider:               Communication Type: Written
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Print Date/Time 1/19/2016 11:26 CST            Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00359

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▓▓▓▓▓ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

## Orders

Order: **T4 Free**
Order Date/Time: 1/18/2016 10:50 CST
Signed Date/Time: 1/18/2016 09:00 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |

End-state Date/Time: 1/18/2016 11:27 CST     End-state Reason:
Ordering Physician: Smith MD,Thomas E     Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: Blood, Nurse collect, Stat collect, 1/18/16 10:50:00 AM CST, Stop date 1/18/16 11:27:18 AM CST, Print Label By Order Location
Order Comment:

Action Type: Complete     Action Date/Time: 1/18/2016 11:27 CST Action Personnel: Bose,Jennifer
Electronically Signed by: Smith MD,     Supervising Provider:     Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change     Action Date/Time: 1/18/2016 10:55 CST Action Personnel: Staetz-Crow,Justina
Electronically Signed by: Smith MD,     Supervising Provider:     Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change     Action Date/Time: 1/18/2016 10:55 CST Action Personnel: Staetz-Crow,Justina
Electronically Signed by: Smith MD,     Supervising Provider:     Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change     Action Date/Time: 1/18/2016 10:05 CST Action Personnel: Bose,Jennifer
Electronically Signed by: Smith MD,     Supervising Provider:     Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change     Action Date/Time: 1/18/2016 09:46 CST Action Personnel: Cross,Shelbi
Electronically Signed by: Smith MD,     Supervising Provider:     Communication Type:
Thomas E

Print Date/Time 1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ████████/ Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

| Orders |
| --- |

Order: **T4 Free**
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change        Action Date/Time: **1/18/2016** 09:22 CST Action Personnel: Granados RN, Ricardo F.

Electronically Signed by: Smith MD,    Supervising Provider:            Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order            Action Date/Time: **1/18/2016** 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD,    Supervising Provider:            Communication Type: Written
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on **1/18/2016** 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Order: **TSH**
Order Date/Time: 1/18/2016 10:50 CST
Signed Date/Time: 1/18/2016 09:00 CST
Order Status: Completed    Department Status:        Catalog Type: Laboratory    Activity Type: General Lab
                            Completed
End-state Date/Time: 1/18/2016 11:27 CST        End-state Reason:
Ordering Physician: Smith MD,Thomas E        Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: Blood, Nurse collect, Stat collect, 1/18/16 **10:50:00 AM CST**, Stop date 1/18/16 **11:27:18 AM CST**, Print Label By Order Location
Order Comment:

Action Type: Complete            Action Date/Time: **1/18/2016** 11:27 CST Action Personnel: Bose,Jennifer
Electronically Signed by: Smith MD,    Supervising Provider:            Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change        Action Date/Time: **1/18/2016** 10:55 CST Action Personnel: Staetz-Crow,Justina

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED
899

OIG_00361

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex:          / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                 Disch Time:
FIN:    NWT0000090926403

## Orders

Order: **TSH**
Electronically Signed by: Smith MD,          Supervising Provider:          Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 10:55 CST Action Personnel: Staetz-Crow,Justina
Electronically Signed by: Smith MD,          Supervising Provider:          Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 10:05 CST Action Personnel: Bose,Jennifer
Electronically Signed by: Smith MD,          Supervising Provider:          Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 09:46 CST Action Personnel: Cross,Shelbi
Electronically Signed by: Smith MD,          Supervising Provider:          Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 09:22 CST Action Personnel: Granados RN,
                                                                        Ricardo F.
Electronically Signed by: Smith MD,          Supervising Provider:          Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD,          Supervising Provider:          Communication Type: Written
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location

Print Date/Time: 1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8 100

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:    NWT00751578
DOB/Sex: ████ / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

| Orders |
| --- |

Order: **TSH**
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00363

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
Admit: 1/18/2016
MRN: NWT00751578
Disch:                          Disch Time:
DOB/Sex:                / Male
FIN:   NWT0000090926403
Attending: Galvan,Dan MD

## Orders

Order: **CBC with Diff**
Order Date/Time: 1/18/2016 09:22 CST
Signed Date/Time: 1/18/2016 09:00 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |

End-state Date/Time: 1/18/2016 10:13 CST          End-state Reason:
Ordering Physician: Smith MD,Thomas E          Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: Blood, Nurse collect, Stat collect, 1/18/16 9:22:00 AM CST, Stop date 1/18/16 10:13:58 AM CST, Print Label By Order Location
Order Comment:

Action Type: Complete          Action Date/Time: 1/18/2016 10:13 CST Action Personnel: SYSTEM
Electronically Signed by: Smith MD, Thomas E          Supervising Provider:          Communication Type:
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 09:46 CST Action Personnel: Cross,Shelbi
Electronically Signed by: Smith MD, Thomas E          Supervising Provider:          Communication Type:
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 09:22 CST Action Personnel: Granados RN, Ricardo F.
Electronically Signed by: Smith MD, Thomas E          Supervising Provider:          Communication Type:
Order Details: Blood, Nurse collect, Stat collect, **01/18/16 9:00:00 CST**, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD, Thomas E          Supervising Provider:          Communication Type: Written
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Print Date/Time 1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00364

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ■■■■■ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

---

| *Orders* |
| --- |

Order: PT **INR**
Order Date/Time: 1/18/2016 09:22 CST
Signed Date/Time: 1/18/2016 09:00 CST

Order Status: Completed        Department Status:          Catalog Type: Laboratory        Activity Type: General Lab
                               Completed

End-state Date/Time: 1/18/2016 09:59 CST                   End-state Reason:
Ordering Physician: Smith MD,Thomas E                      Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: Blood, Nurse collect, Stat collect, 1/18/16 9:22:00 AM CST, Stop date 1/18/16 9:59:13 AM CST, Print Label
By Order Location
Order Comment:

Action Type: Complete              Action Date/Time: 1/18/2016 09:59 CST Action Personnel: SYSTEM
Electronically Signed by: Smith MD,    Supervising Provider:              Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change         Action Date/Time: 1/18/2016 09:46 CST Action Personnel: Cross,Shelbi
Electronically Signed by: Smith MD,    Supervising Provider:              Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change         Action Date/Time: 1/18/2016 09:22 CST Action Personnel: Granados RN,
                                                                         Ricardo F.
Electronically Signed by: Smith MD,    Supervising Provider:              Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                 Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD,    Supervising Provider:              Communication Type: Written
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

---

Print Date/Time 1/19/2016 11:26 CST                   Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8103

OIG_00365

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
Admit: 1/18/2016
MRN: NWT00751578
Disch:
Disch Time:
DOB/Sex: ▓▓▓▓ / Male
FIN: NWT0000090926403
Attending: Galvan,Dan MD

---

## Orders

**Order: CT Head or Brain w/o Contrast**
Order Date/Time: 1/18/2016 09:00 CST
Signed Date/Time: 1/18/2016 09:00 CST

| | | |
|---|---|---|
| Order Status: Completed | Department Status: Completed | Catalog Type: Radiology | Activity Type: Radiology |

End-state Date/Time: 1/18/2016 11:01 CST          End-state Reason:
Ordering Physician: Smith MD,Thomas E          Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: 1/18/16 9:00:00 AM CST, Stat, Altered level of Consciousness, Transport Mode: Patient Bed
Order Comment:

Action Type: Complete          Action Date/Time: 1/18/2016 11:01 CST Action Personnel: Murray MD,Richard
Electronically Signed by: Smith MD, Thomas E          Supervising Provider:          Communication Type: Written
Order Details: 01/18/16 9:00:00 CST, Stat, Altered level of Consciousness, Transport Mode: Patient Bed
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 10:41 CST Action Personnel: Wrestley MRT,Lea Anne
Electronically Signed by: Smith MD, Thomas E          Supervising Provider:          Communication Type: Written
Order Details: 01/18/16 9:00:00 CST, Stat, Altered level of Consciousness, Transport Mode: Patient Bed
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 09:40 CST Action Personnel: Wrestley MRT,Lea Anne
Electronically Signed by: Smith MD, Thomas E          Supervising Provider:          Communication Type: Written
Order Details: 01/18/16 9:00:00 CST, Stat, Altered level of Consciousness, Transport Mode: Patient Bed
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD, Thomas E          Supervising Provider:          Communication Type: Written
Order Details: 01/18/16 9:00:00 CST, Stat, Altered level of Consciousness, Transport Mode: Patient Bed
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

---

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00366

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

## Orders

Order: **Culture Urine**
Order Date/Time: 1/18/2016 09:22 CST
Signed Date/Time: 1/18/2016 09:00 CST

| | | |
|---|---|---|
| Order Status: InProcess | Department Status: Preliminary | Catalog Type: Laboratory | Activity Type: Micro |

End-state Date/Time: 1/18/2016 09:22 CST        End-state Reason:
Ordering Physician: Smith MD,Thomas E           Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: Urine, Clean Catch, Nurse collect, Stat collect, 1/18/16 9:22:00 AM CST, Stop date 1/18/16 9:22:00 AM CST, Print Label By Order Location
Order Comment:

Action Type: Status Change        Action Date/Time: 1/19/2016 08:48 CST   Action Personnel: Hawkins MT,Cindy
Electronically Signed by: Smith MD,   Supervising Provider:           Communication Type:
Thomas E
Order Details: Urine, Clean Catch, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change        Action Date/Time: 1/18/2016 12:43 CST   Action Personnel: Graves MT,Dortha M
Electronically Signed by: Smith MD,   Supervising Provider:           Communication Type:
Thomas E
Order Details: Urine, Clean Catch, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change        Action Date/Time: 1/18/2016 09:22 CST   Action Personnel: Granados RN, Ricardo F.

Electronically Signed by: Smith MD,   Supervising Provider:           Communication Type:
Thomas E
Order Details: Urine, Clean Catch, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order        Action Date/Time: 1/18/2016 09:00 CST   Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD,   Supervising Provider:           Communication Type: Written
Thomas E
Order Details: Urine, Clean Catch, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Print Date/Time 1/19/2016 11:26 CST                    Medical Record

8105

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                    OIG_00367

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex: ████████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:
FIN:   NWT0000090926403

Disch Time:

---

| Orders |
| --- |

**Order: EC EKG**
Order Date/Time: 1/18/2016 09:00 CST
Signed Date/Time: 1/18/2016 09:00 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Radiology | Activity Type: Radiology |
| --- | --- | --- | --- |

End-state Date/Time: 1/18/2016 10:26 CST          End-state Reason:
Ordering Physician: Smith MD, Thomas E          Consulting Physician:
Entered By: Smith MD, Thomas E on 1/18/2016 09:00 CST
Order Details: 1/18/16 9:00:00 AM CST, Stat, Other (Please Specify), Altered Mental Status, Transport Mode: Walked Independently, 1/18/16 10:26:48 AM CST
Order Comment:

Action Type: Complete          Action Date/Time: 1/18/2016 10:26 CST Action Personnel: SYSTEM
Electronically Signed by: Smith MD,    Supervising Provider:          Communication Type: ESI Default
Thomas E
Order Details: 01/18/16 9:00:00 CST, Stat, Other (Please Specify), Altered Mental Status, Transport Mode: Walked Independently, 01/18/16 9:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 09:10 CST Action Personnel: SYSTEM
Electronically Signed by: Smith MD,    Supervising Provider:          Communication Type: ESI Default
Thomas E
Order Details: 01/18/16 9:00:00 CST, Stat, Other (Please Specify), Altered Mental Status, Transport Mode: Walked Independently, 01/18/16 9:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD,    Supervising Provider:          Communication Type: Written
Thomas E
Order Details: 01/18/16 9:00:00 CST, Stat, Other (Please Specify), Altered Mental Status, Transport Mode: Walked Independently, 01/18/16 9:00:00 CST
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

---

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by s
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8106

OIG_00368

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

| Orders |
| --- |

Order: **XR Chest 1 View Frontal**
Order Date/Time: 1/18/2016 09:00 CST
Signed Date/Time: 1/18/2016 09:00 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Radiology | Activity Type: Radiology |
| --- | --- | --- | --- |

End-state Date/Time: 1/18/2016 10:53 CST        End-state Reason:
Ordering Physician: Smith MD, Thomas E        Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: 1/18/16 9:00:00 AM CST, Stat, Other (Please Specify), Altered Mental Status, Transport Mode: Portable, 1/18/16 10:53:52 AM CST
Order Comment:

Action Type: Complete        Action Date/Time: 1/18/2016 10:53 CST  Action Personnel: Bauer MD,Andrew
Electronically Signed by: Smith MD,        Supervising Provider:        Communication Type: Written
Thomas E
Order Details: 01/18/16 9:00:00 CST, Stat, Other (Please Specify), Altered Mental Status, Transport Mode: Portable, 01/18/16 9:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change        Action Date/Time: 1/18/2016 09:01 CST  Action Personnel: Flowers MRT,Tiffee R
Electronically Signed by: Smith MD,        Supervising Provider:        Communication Type: Written
Thomas E
Order Details: 01/18/16 9:00:00 CST, Stat, Other (Please Specify), Altered Mental Status, Transport Mode: Portable, 01/18/16 9:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order        Action Date/Time: 1/18/2016 09:00 CST  Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD,        Supervising Provider:        Communication Type: Written
Thomas E
Order Details: 01/18/16 9:00:00 CST, Stat, Other (Please Specify), Altered Mental Status, Transport Mode: Portable, 01/18/16 9:00:00 CST
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

$8/07$

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00369

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON                                   Admit: 1/18/2016
MRN:     NWT00751578                                      Disch:              Disch Time:
DOB/Sex: ████████ / Male                                  FIN:   NWT0000090926403
Attending: Galvan,Dan MD

| Orders |
| --- |

**Order: CT Spine Cervical w/o Contrast**
Order Date/Time: 1/18/2016 09:00 CST
Signed Date/Time: 1/18/2016 09:00 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Radiology | Activity Type: Radiology |
| --- | --- | --- | --- |

End-state Date/Time: 1/18/2016 11:03 CST            End-state Reason:
Ordering Physician: Smith MD,Thomas E               Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: 1/18/16 9:00:00 AM CST, Stat, Other (Please Specify), Head Trauma, Transport Mode: Patient Bed
Order Comment:

Action Type: Complete            Action Date/Time: 1/18/2016 11:03 CST Action Personnel: Murray MD,Richard
Electronically Signed by: Smith MD,   Supervising Provider:          Communication Type: Written
Thomas E
Order Details: 01/18/16 9:00:00 CST, Stat, Other (Please Specify), Head Trauma, Transport Mode: Patient Bed
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change       Action Date/Time: 1/18/2016 10:48 CST Action Personnel: Wrestley MRT,Lea
                                                                        Anne
Electronically Signed by: Smith MD,   Supervising Provider:          Communication Type: Written
Thomas E
Order Details: 01/18/16 9:00:00 CST, Stat, Other (Please Specify), Head Trauma, Transport Mode: Patient Bed
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change       Action Date/Time: 1/18/2016 09:40 CST Action Personnel: Wrestley MRT,Lea
                                                                        Anne
Electronically Signed by: Smith MD,   Supervising Provider:          Communication Type: Written
Thomas E
Order Details: 01/18/16 9:00:00 CST, Stat, Other (Please Specify), Head Trauma, Transport Mode: Patient Bed
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order               Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD,Thomas E
Electronically Signed by: Smith MD,   Supervising Provider:          Communication Type: Written
Thomas E
Order Details: 01/18/16 9:00:00 CST, Stat, Other (Please Specify), Head Trauma, Transport Mode: Patient Bed
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

8./08

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00370

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ████████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

## Orders

Order: **Cardiac Monitoring Daily Maintenance (Non-Telemetry)**
Order Date/Time: 1/18/2016 09:00 CST
Signed Date/Time: 1/18/2016 09:00 CST
Order Status: Ordered       Department Status: Ordered     Catalog Type: Patient Care     Activity Type: Patient Care
Ordering Physician: SYSTEM                                 Consulting Physician:
Entered By: SYSTEM on 1/18/2016 09:00 CST
Order Details: 1/18/16 9:00:38 AM CST, Routine, Daily
Order Comment:

Action Type: Order              Action Date/Time: 1/18/2016 09:00 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM      Supervising Provider:           Communication Type: Discern Expert
Order Details: 01/18/16 9:00:38 CST, Routine, Daily
Review Information:
Doctor Cosign: Not Required
Order Comment:

8109

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00371

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ██████ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                          Disch Time:
FIN: NWT0000090926403

## Orders

Order: **Lactic Acid Lvl**
Order Date/Time: 1/18/2016 09:22 CST
Signed Date/Time: 1/18/2016 09:00 CST
Order Status: Completed      Department Status:         Catalog Type: Laboratory      Activity Type: General Lab
                             Completed
End-state Date/Time: 1/18/2016 10:54 CST              End-state Reason:
Ordering Physician: Smith MD, Thomas E               Consulting Physician:
Entered By: Smith MD, Thomas E on 1/18/2016 09:00 CST
Order Details: Blood, Nurse collect, Stat collect, 1/18/16 9:22:00 AM CST, Stop date 1/18/16 10:54:40 AM CST, Print
Label By Order Location
Order Comment:

Action Type: Complete              Action Date/Time: 1/18/2016 10:54 CST Action Personnel: SYSTEM
Electronically Signed by: Smith MD, Supervising Provider:           Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change              Action Date/Time: 1/18/2016 10:05 CST Action Personnel: Cross, Shelbi
Electronically Signed by: Smith MD, Supervising Provider:           Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change              Action Date/Time: 1/18/2016 09:22 CST Action Personnel: Granados RN,
                                                                            Ricardo F.
Electronically Signed by: Smith MD, Supervising Provider:           Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order              Action Date/Time: 1/18/2016 09:00 CST Action Personnel: Smith MD, Thomas E
Electronically Signed by: Smith MD, Supervising Provider:           Communication Type: Written
Thomas E
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By
Order Location
Review Information:
Nurse Review: Electronically Signed, Nations RN, Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Print Date/Time 1/19/2016 11:26 CST              Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by sc
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8110

OIG_00372

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ███████ / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

| Orders |
| --- |

---

Order: **Procalcitonin**
Order Date/Time: 1/18/2016 09:22 CST
Signed Date/Time: 1/18/2016 09:00 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
| --- | --- | --- | --- |

End-state Date/Time: 1/18/2016 10:25 CST          End-state Reason:
Ordering Physician: Smith MD,Thomas E          Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 09:00 CST
Order Details: Blood, Nurse collect, Stat collect, 1/18/16 9:22:00 AM CST, Stop date 1/18/16 **10:25:44** AM CST, Print Label By Order Location
Order Comment:

| Action Type: Complete | Action Date/Time: 1/18/2016 10:25 CST | Action Personnel: Bose,Jennifer |
| --- | --- | --- |
| Electronically Signed by: Smith MD, Thomas E | Supervising Provider: | Communication Type: |

Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Status Change | Action Date/Time: 1/18/2016 09:46 CST | Action Personnel: Cross,Shelbi |
| --- | --- | --- |
| Electronically Signed by: Smith MD, Thomas E | Supervising Provider: | Communication Type: |

Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Status Change | Action Date/Time: 1/18/2016 09:22 CST | Action Personnel: Granados RN, Ricardo F. |
| --- | --- | --- |
| Electronically Signed by: Smith MD, Thomas E | Supervising Provider: | Communication Type: |

Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Order | Action Date/Time: 1/18/2016 09:00 CST | Action Personnel: Smith MD,Thomas E |
| --- | --- | --- |
| Electronically Signed by: Smith MD, Thomas E | Supervising Provider: | Communication Type: Written |

Order Details: Blood, Nurse collect, Stat collect, 01/18/16 9:00:00 CST, Stop date 01/18/16 9:00:00 CST, Print Label By Order Location
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

---

Print Date/Time  1/19/2016 11:26 CST                    Medical Record

8/11

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00373

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

## Orders

Order: **ED Reassessment**
Order Date/Time: 1/18/2016 09:09 CST
Signed Date/Time: 1/18/2016 09:09 CST
Order Status: Ordered        Department Status: Ordered    Catalog Type: Patient Care    Activity Type: Patient Care
Ordering Physician: SYSTEM                                Consulting Physician:
Entered By: SYSTEM on 1/18/2016 09:09 CST
Order Details: 1/18/16 9:09:24 AM CST, Routine
Order Comment: Order Placed by Discern Rule

Action Type: Order                    Action Date/Time: 1/18/2016 09:09 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM      Supervising Provider:              Communication Type: Discern Expert
Order Details: 01/18/16 9:09:24 CST, Routine
Review Information:
Doctor Cosign: Not Required
Order Comment: Order Placed by Discern Rule

Order: **ED Nursing Exam**
Order Date/Time: 1/18/2016 09:09 CST
Signed Date/Time: 1/18/2016 09:09 CST
Order Status: Ordered        Department Status: Ordered    Catalog Type: Patient Care    Activity Type: Patient Care
End-state Date/Time: 1/18/2016 09:09 CST                  End-state Reason:
Ordering Physician: SYSTEM                                Consulting Physician:
Entered By: SYSTEM on 1/18/2016 09:09 CST
Order Details: 1/18/16 9:09:24 AM CST, NOW, Once, Stop date 1/18/16 9:09:24 AM CST
Order Comment: Order Placed by Discern Rule

Action Type: Order                    Action Date/Time: 1/18/2016 09:09 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM      Supervising Provider:              Communication Type: Discern Expert
Order Details: 01/18/16 9:09:24 CST, NOW, Once, Stop date 01/18/16 9:09:24 CST
Review Information:
Doctor Cosign: Not Required
Order Comment: Order Placed by Discern Rule

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8112

OIG_00374

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit:  1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

---

## Orders

---

Order: **Blood Gas (ABG)**
Order Date/Time: 1/18/2016 09:09 CST
Signed Date/Time: 1/18/2016 09:10 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Patient Care | Activity Type: Asmt/Tx/Monitoring |
|---|---|---|---|

End-state Date/Time: 1/18/2016 09:11 CST          End-state Reason:
Ordering Physician: Smith MD,Thomas E             Consulting Physician:
Entered By: Walls RRT,Olivia on 1/18/2016 09:10 CST
Order Details: Arterial, Stat, 1/18/16 9:11:40 AM CST
Order Comment:

Action Type: Complete                Action Date/Time: 1/18/2016 09:11 CST  Action Personnel: Walls RRT,Olivia
Electronically Signed by: Smith MD,  Supervising Provider:                  Communication Type:
Thomas E
Order Details: Arterial, Stat, 01/18/16 9:09:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                   Action Date/Time: 1/18/2016 09:11 CST  Action Personnel: Walls RRT,Olivia
Electronically Signed by: Smith MD,  Supervising Provider:                  Communication Type: Verbal w/
Thomas E                                                                    Readback
Order Details: Arterial, Stat, 01/18/16 9:09:00 CST
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Electronically Signed, Smith MD,Thomas E on 1/18/2016 17:10 CST
Order Comment:

---

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00375

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON                                    Admit: 1/18/2016
MRN:     NWT00751578                                       Disch:
DOB/Sex: ███████ / Male                                    Disch Time:
Attending: Galvan,Dan MD                                   FIN:    NWT0000090926403

| Orders |
|---|

Order: **Culture Respiratory (Respiratory Culture)**
Order Date/Time: 1/18/2016 09:22 CST
Signed Date/Time: 1/18/2016 09:10 CST
Order Status: InProcess        Department Status:        Catalog Type: Laboratory      Activity Type: Micro
                               Preliminary
End-state Date/Time: 1/18/2016 09:22 CST                 End-state Reason:
Ordering Physician: Smith MD,Thomas E                    Consulting Physician:
Entered By: Walls RRT,Olivia on 1/18/2016 09:10 CST
Order Details: Sputum, Induced, Nurse collect, Stat collect, 1/18/16 9:22:00 AM CST, Stop date 1/18/16 9:22:00 AM CST,
Print Label By Order Location
Order Comment:

Action Type: Status Change         Action Date/Time: 1/19/2016 08:25 CST Action Personnel: Hawkins MT,Cindy
Electronically Signed by: Smith MD,   Supervising Provider:              Communication Type:
Thomas E
Order Details: Sputum, Induced, Nurse collect, Stat collect, 01/18/16 9:09:00 CST, Stop date 01/18/16 9:11:00 CST, Print
Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change         Action Date/Time: 1/18/2016 10:06 CST Action Personnel: Graves MT,Dortha M
Electronically Signed by: Smith MD,   Supervising Provider:              Communication Type:
Thomas E
Order Details: Sputum, Induced, Nurse collect, Stat collect, 01/18/16 9:09:00 CST, Stop date 01/18/16 9:11:00 CST, Print
Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change         Action Date/Time: 1/18/2016 09:22 CST Action Personnel: Granados RN,
                                                                          Ricardo F.
Electronically Signed by: Smith MD,   Supervising Provider:              Communication Type:
Thomas E
Order Details: Sputum, Induced, Nurse collect, Stat collect, 01/18/16 9:09:00 CST, Stop date 01/18/16 9:11:00 CST, Print
Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                 Action Date/Time: 1/18/2016 09:11 CST Action Personnel: Walls RRT,Olivia
Electronically Signed by: Smith MD,   Supervising Provider:              Communication Type: Verbal w/
Thomas E                                                                 Readback
Order Details: Sputum, Induced, Nurse collect, Stat collect, 01/18/16 9:09:00 CST, Stop date 01/18/16 9:11:00 CST, Print
Label By Order Location
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Electronically Signed, Smith MD,Thomas E on 1/18/2016 17:10 CST
Order Comment:

Print Date/Time  1/19/2016 11:26 CST                 Medical Record

*§114*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scan
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00376

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                     Disch Time:
FIN: NWT0000090926403

---

## Orders

**Order: Invasive Ventilation (Ventilation Invasive)**
Order Date/Time: 1/18/2016 09:09 CST
Signed Date/Time: 1/18/2016 09:10 CST

| Order Status: Ordered | Department Status: Ordered | Catalog Type: Respiratory Therapy | Activity Type: RT Tx/Procedures TransMedRec |
|---|---|---|---|

Ordering Physician: Smith MD, Thomas E          Consulting Physician:
Entered By: Walls RRT, Olivia on 1/18/2016 09:10 CST
Order Details: 1/18/16 9:09:00 AM CST, Mode: Airway Pressure Release Ventilation, Fi02: 50
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 09:11 CST Action Personnel: Walls RRT, Olivia
Electronically Signed by: Smith MD,          Supervising Provider:          Communication Type: Verbal w/
Thomas E          Readback
Order Details: 01/18/16 9:09:00 CST, Mode: Airway Pressure Release Ventilation, Fi02: 50
Review Information:
Nurse Review: Electronically Signed, Nations RN, Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Electronically Signed, Smith MD, Thomas E on 1/18/2016 17:10 CST
Order Comment:

---

Print Date/Time  1/19/2016 11:26 CST          **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by ___.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00377

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:
FIN: NWT0000090926403

Disch Time:

## Orders

**Order: Auto Diff**
Order Date/Time: 1/18/2016 09:22 CST
Signed Date/Time: 1/18/2016 09:46 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
|---|---|---|---|

End-state Date/Time: 1/18/2016 10:13 CST          End-state Reason:
Ordering Physician: Smith MD, Thomas E          Consulting Physician:
Entered By: SYSTEM on 1/18/2016 09:46 CST
Order Details: Blood, Nurse collect, Collected, Stat collect, 1/18/16 9:22:00 AM CST, Stop date 1/18/16 10:13:58 AM CST, Print Label By Order Location
Order Comment:

Action Type: Complete          Action Date/Time: 1/18/2016 10:13 CST Action Personnel: SYSTEM
Electronically Signed by: Smith MD, Thomas E     Supervising Provider:          Communication Type:
Order Details: Blood, Nurse collect, Collected, Stat collect, 01/18/16 9:22:00 CST, Stop date 01/18/16 9:22:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 09:46 CST Action Personnel: SYSTEM
Electronically Signed by: Smith MD, Thomas E     Supervising Provider:          Communication Type:
Order Details: Blood, Nurse collect, Collected, Stat collect, 01/18/16 9:22:00 CST, Stop date 01/18/16 9:22:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 09:46 CST Action Personnel: SYSTEM
Electronically Signed by: Smith MD, Thomas E     Supervising Provider.          Communication Type: Discern Expert
Order Details: Blood, Nurse collect, Collected, Stat collect, 01/18/16 9:22:00 CST, Stop date 01/18/16 9:22:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

*8116*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00378

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

## Orders

Order: **Arterial Blood Gas w Na,K,iCa,Glu and Hct**
Order Date/Time: 1/18/2016 09:24 CST
Signed Date/Time: 1/18/2016 10:00 CST

| | | | |
|---|---|---|---|
| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |

End-state Date/Time: 1/18/2016 10:00 CST          End-state Reason:
Ordering Physician: Ed staff,Physician MD          Consulting Physician:
Entered By: SYSTEM on 1/18/2016 10:00 CST
Order Details: Blood, Collected Y/N, RT, RT – Routine, 1/18/16 9:24:00 AM CST
Order Comment:

Action Type: Complete          Action Date/Time: 1/18/2016 10:00 CST Action Personnel: SYSTEM
Electronically Signed by: Ed staff,          Supervising Provider:          Communication Type:
Physician MD
Order Details: Blood, Collected Y/N, RT, RT – Routine, 01/18/16 9:24:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 10:00 CST Action Personnel: SYSTEM
Electronically Signed by: Ed staff,          Supervising Provider:          Communication Type: Written
Physician MD
Order Details: Blood, Collected Y/N, RT, RT – Routine, 01/18/16 9:24:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

*8 J J 7*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00379

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex: ▇▇▇▇ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:
FIN:     NWT0000090926403

Disch Time:

## Orders

**Order: Manual Differential**
Order Date/Time: 1/18/2016 09:22 CST
Signed Date/Time: 1/18/2016 10:14 CST

| | |
|---|---|
| Order Status: Completed | Department Status: Completed |

Catalog Type: Laboratory          Activity Type: General Lab

End-state Date/Time: 1/18/2016 10:44 CST          End-state Reason:
Ordering Physician: Smith MD,Thomas E          Consulting Physician:
Entered By: SYSTEM on 1/18/2016 10:14 CST
Order Details: Blood, Nurse collect, Collected, **Stat collect**, 1/18/16 9:22:00 AM CST, Stop date 1/18/16 10:44:49 AM CST,
Print Label By Order Location
Order Comment:

Action Type: Complete          Action Date/Time: 1/18/2016 10:44 CST Action Personnel: Petterbog,Stephanie
Electronically Signed by: Smith MD,          Supervising Provider:          Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Collected, Stat collect, 01/18/16 9:22:00 CST, Stop date 01/18/16 9:22:00 CST, Print
Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 10:14 CST Action Personnel: SYSTEM
Electronically Signed by: Smith MD,          Supervising Provider:          Communication Type:
Thomas E
Order Details: Blood, Nurse collect, Collected, Stat collect, 01/18/16 9:22:00 CST, Stop date 01/18/16 9:22:00 CST, Print
Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 10:14 CST Action Personnel: SYSTEM
Electronically Signed by: Smith MD,          Supervising Provider:          Communication Type: Discern Expert
Thomas E
Order Details: Blood, Nurse collect, Collected, Stat collect, 01/18/16 9:22:00 CST, Stop date 01/18/16 9:22:00 CST, Print
Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Print Date/Time  1/19/2016 11:26 CST          **Medical Record**

*8/18*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00380

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

| Orders |
| --- |

Order: **Sepsis Quality Measures**
Order Date/Time: 1/18/2016 10:20 CST
Signed Date/Time: 1/18/2016 10:20 CST

| Order Status: Ordered | Department Status: Ordered | Catalog Type: Patient Care | Activity Type: General Assessments |
| --- | --- | --- | --- |

End-state Date/Time: 1/18/2016 10:20 CST          End-state Reason:
Ordering Physician: SYSTEM                        Consulting Physician:
Entered By: SYSTEM on 1/18/2016 10:20 CST
Order Details: 1/18/16 10:20:59 AM CST
Order Comment: SIRS Criteria: 01/18/2016 09:16 CST Temp = 33.7 DegC [Less than 36]01/18/2016 09:22 CST WBC = 28.7 x10e3/mcL [Greater than or equal to 12.1] Organ Dysfunction:01/18/2016 09:16 CST Sys BP = 88 mmHg [Less than 90]Sepsis Alert: The following information suggests that this patient may have sepsis. Please ensure the patient is on the appropriate medication therapy. Early goal directed therapy is essential for the treatment of sepsis. Time dependent intervention may impact patient outcome.

Action Type: Order                 Action Date/Time: 1/18/2016 10:20 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM   Supervising Provider:              Communication Type: Discern Expert
Order Details: 01/18/16 10:20:59 CST
Review Information:
Doctor Cosign: Not Required
Order Comment: SIRS Criteria: 01/18/2016 09:16 CST Temp = 33.7 DegC [Less than 36]01/18/2016 09:22 CST WBC = 28.7 x10e3/mcL [Greater than or equal to 12.1] Organ Dysfunction:01/18/2016 09:16 CST Sys BP = 88 mmHg [Less than 90]Sepsis Alert: The following information suggests that this patient may have sepsis. Please ensure the patient is on the appropriate medication therapy. Early goal directed therapy is essential for the treatment of sepsis. Time dependent intervention may impact patient outcome.

8/19

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00381

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON                                    Admit: 1/18/2016
MRN:     NWT00751578                                       Disch:                    Disch Time:
DOB/Sex: ▮▮▮▮▮▮ / Male                                     FIN:   NWT0000090926403
Attending: Galvan,Dan MD

| Orders |
|---|

Order: **Notify Provider of SEVERE Sepsis Risk**
Order Date/Time: 1/18/2016 10:20 CST
Signed Date/Time: 1/18/2016 10:20 CST
Order Status: Ordered          Department Status: Ordered     Catalog Type: Patient Care     Activity Type: Communication
                                                                                             Orders

End-state Date/Time: 1/18/2016 10:20 CST          End-state Reason:
Ordering Physician: SYSTEM                        Consulting Physician:
Entered By: SYSTEM on 1/18/2016 10:20 CST
Order Details: 1/18/16 10:20:59 AM CST, Stat
Order Comment: SIRS Criteria: 01/18/2016 09:16 CST Temp = 33.7 DegC [Less than 36]01/18/2016 09:22 CST WBC =
28.7 x10e3/mcL [Greater than or equal to 12.1] Organ Dysfunction:01/18/2016 09:16 CST Sys BP = 88 mmHg [Less than
90]Sepsis Alert: The following information suggests that this patient may have sepsis. Please ensure the patient is on the
appropriate medication therapy. Early goal directed therapy is essential for the treatment of sepsis. Time dependent
intervention may impact patient outcome.

Action Type: Order               Action Date/Time: 1/18/2016 10:20 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM      Supervising Provider:          Communication Type: Discern Expert
Order Details: 01/18/16 10:20:59 CST, Stat
Review Information:
Doctor Cosign: Not Required
Order Comment: SIRS Criteria: 01/18/2016 09:16 CST Temp = 33.7 DegC [Less than 36]01/18/2016 09:22 CST WBC =
28.7 x10e3/mcL [Greater than or equal to 12.1] Organ Dysfunction:01/18/2016 09:16 CST Sys BP = 88 mmHg [Less than
90]Sepsis Alert: The following information suggests that this patient may have sepsis. Please ensure the patient is on the
appropriate medication therapy. Early goal directed therapy is essential for the treatment of sepsis. Time dependent
intervention may impact patient outcome.

Print Date/Time  1/19/2016 11:26 CST                    **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm. *8120*
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                                    OIG_00382

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                Disch Time:
FIN: NWT0000090926403

| | *Orders* | |
|---|---|---|

**Order: CT Maxillofacial w/o Contrast**
Order Date/Time: 1/18/2016 09:00 CST
Signed Date/Time: 1/18/2016 10:41 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Radiology | Activity Type: Radiology |
|---|---|---|---|

End-state Date/Time: 1/18/2016 11:21 CST         End-state Reason:
Ordering Physician: Smith MD,Thomas E         Consulting Physician:
Entered By: Wrestley MRT,Lea Anne on 1/18/2016 10:41 CST
Order Details: 1/18/16 9:00:00 AM CST, Stat, Altered level of Consciousness, Transport Mode: Patient Bed
Order Comment:

| Action Type: Complete | Action Date/Time: 1/18/2016 11:21 CST | Action Personnel: Bauer MD,Andrew |
|---|---|---|
| Electronically Signed by: Smith MD, Thomas E | Supervising Provider: | Communication Type: Written |

Order Details: 01/18/16 9:00:00 CST, Stat, Altered level of Consciousness, Transport Mode: Patient Bed
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Status Change | Action Date/Time: 1/18/2016 10:48 CST | Action Personnel: Wrestley MRT,Lea Anne |
|---|---|---|
| Electronically Signed by: Smith MD, Thomas E | Supervising Provider: | Communication Type: Written |

Order Details: 01/18/16 9:00:00 CST, Stat, Altered level of Consciousness, Transport Mode: Patient Bed
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Status Change | Action Date/Time: 1/18/2016 10:41 CST | Action Personnel: Wrestley MRT,Lea Anne |
|---|---|---|
| Electronically Signed by: Smith MD, Thomas E | Supervising Provider: | Communication Type: Written |

Order Details: 01/18/16 9:00:00 CST, Stat, Altered level of Consciousness, Transport Mode: Patient Bed
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Order | Action Date/Time: 1/18/2016 10:41 CST | Action Personnel: Wrestley MRT,Lea Anne |
|---|---|---|
| Electronically Signed by: Smith MD, Thomas E | Supervising Provider: | Communication Type: Written |

Order Details: 01/18/16 9:00:00 CST, Stat, Altered level of Consciousness, Transport Mode: Patient Bed
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

---

Print Date/Time 1/19/2016 11:26 CST                **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*8121*

OIG_00383

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:
FIN: NWT0000090926403

Disch Time:

| Orders |
| --- |

Order: **CT Chest/Abdomen/Pelvis w/Contrast**
Order Date/Time: 1/18/2016 09:00 CST
Signed Date/Time: 1/18/2016 10:41 CST

Order Status: Completed     Department Status: Completed     Catalog Type: Radiology     Activity Type: Radiology

End-state Date/Time: 1/18/2016 11:36 CST     End-state Reason:
Ordering Physician: Smith MD,Thomas E     Consulting Physician:
Entered By: Wrestley MRT,Lea Anne on 1/18/2016 10:41 CST
Order Details: 1/18/16 9:00:00 AM CST, Stat, Other (Please Specify), Head Trauma, Transport Mode: Patient Bed
Order Comment:

Action Type: Complete     Action Date/Time: 1/18/2016 11:36 CST     Action Personnel: Murray MD,Richard

Electronically Signed by: Smith MD, Thomas E     Supervising Provider:     Communication Type: Written

Order Details: 01/18/16 9:00:00 CST, Stat, Other (Please Specify), Head Trauma, Transport Mode: Patient Bed
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change     Action Date/Time: 1/18/2016 10:48 CST     Action Personnel: Wrestley MRT,Lea Anne

Electronically Signed by: Smith MD, Thomas E     Supervising Provider:     Communication Type: Written

Order Details: 01/18/16 9:00:00 CST, Stat, Other (Please Specify), Head Trauma, Transport Mode: Patient Bed
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change     Action Date/Time: 1/18/2016 10:41 CST     Action Personnel: Wrestley MRT,Lea Anne

Electronically Signed by: Smith MD, Thomas E     Supervising Provider:     Communication Type: Written

Order Details: 01/18/16 9:00:00 CST, Stat, Other (Please Specify), Head Trauma, Transport Mode: Patient Bed
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order     Action Date/Time: 1/18/2016 10:41 CST     Action Personnel: Wrestley MRT,Lea Anne

Electronically Signed by: Smith MD, Thomas E     Supervising Provider:     Communication Type: Written

Order Details: 01/18/16 9:00:00 CST, Stat, Other (Please Specify), Head Trauma, Transport Mode: Patient Bed
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8122

OIG_00384

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

---

| | *Orders* | |

**Order: mannitol (mannitol 25% intravenous solution)**
Order Date/Time: 1/18/2016 11:00 CST
Signed Date/Time: 1/18/2016 10:46 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Pharmacy | Activity Type: Pharmacy |

End-state Date/Time: 1/18/2016 11:04 CST            End-state Reason:
Ordering Physician: Smith MD,Thomas E            Consulting Physician:
Entered By: Smith MD,Thomas E on 1/18/2016 10:46 CST
Order Details: 50 gm = 200 mL, Vial, IV Piggyback, Once, First Dose: Routine, Start date: 1/18/16 11:00:00 AM CST, Stop date: 1/18/16 11:04:13 AM CST, 200 mL/hr, Administer over: 1 hr
Order Comment: Administer using filtered IV set

| Action Type: Complete | Action Date/Time: 1/18/2016 11:04 CST Action Personnel: Granados RN, Ricardo F. |

| Electronically Signed by: Smith MD, Thomas E | Supervising Provider: | Communication Type: |

Order Details: 50 gm = 200 mL, Vial, IV Piggyback, Once, First Dose: Routine, Start date: 01/18/16 11:00:00 CST, Stop date: 01/18/16 11:00:00 CST, 200 mL/hr, Administer over: 1 hr
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Modify | Action Date/Time: 1/18/2016 10:55 CST Action Personnel: Rodgers PHRMCS, Bobby G |

| Electronically Signed by: Smith MD, Thomas E | Supervising Provider: | Communication Type: Written |

Order Details: 50 gm = 200 mL, Vial, IV Piggyback, Once, First Dose: Routine, Start date: 01/18/16 11:00:00 CST, Stop date: 01/18/16 11:00:00 CST, 200 mL/hr, Administer over: 1 hr
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment: Administer using filtered IV set

| Action Type: Order | Action Date/Time: 1/18/2016 10:46 CST Action Personnel: Smith MD,Thomas E |
| Electronically Signed by: Smith MD, Thomas E | Supervising Provider: | Communication Type: Written |

Order Details: 50 gm, Vial, IV Piggyback, Once, First Dose: Routine, Start date: 01/18/16 11:00:00 CST, Stop date: 01/18/16 11:00:00 CST
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Pharmacist Verify: Not Reviewed
Pharmacist Verify: Electronically Signed, Rodgers PHRMCS,Bobby G on 1/18/2016 10:55 CST
Doctor Cosign: Not Required
Order Comment: Administer using filtered IV set

---

Print Date/Time  1/19/2016 11:26 CST            **Medical Record**

2123

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED            OIG_00385

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▓▓▓▓ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

## Orders

Order: **iopamidol**
Order Date/Time: 1/18/2016 10:47 CST
Signed Date/Time: 1/18/2016 10:47 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Pharmacy | Activity Type: Pharmacy |

End-state Date/Time: 1/18/2016 10:47 CST          End-state Reason:
Ordering Physician: Murray MD,Richard          Consulting Physician:
Entered By: Wrestley MRT,Lea Anne on 1/18/2016 10:47 CST
Order Details: 100 mL, Vial, IV, Once, Start date: 1/18/16 10:47:16 AM CST, Stop date: 1/18/16 10:47:16 AM CST
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 10:47 CST Action Personnel: Wrestley MRT,Lea Anne

Electronically Signed by: Murray MD, Richard          Supervising Provider:          Communication Type:

Order Details: 100 mL, Vial, IV, Once, Start date: 01/18/16 10:47:16 CST, Stop date: 01/18/16 10:47:16 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

*8124*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                    OIG_00386

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex:      ____     / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

| Orders |
|---|

Order: **Lactic Acid Lvl**
Order Date/Time: 1/18/2016 12:06 CST
Signed Date/Time: 1/18/2016 10:54 CST

Order Status: Completed          Department Status:           Catalog Type: Laboratory      Activity Type: General Lab
                                 Completed

End-state Date/Time: 1/18/2016 13:21 CST              End-state Reason:
Ordering Physician: SYSTEM                            Consulting Physician:
Entered By: SYSTEM on 1/18/2016 10:54 CST
Order Details: Blood, Lab Collect, TS collect, 1/18/16 12:06:00 PM CST, Stop date 1/18/16 1:21:08 PM CST
Order Comment: Added by Discern Rule GL_ADD_LACTIC_ACID

Action Type: Complete            Action Date/Time: 1/18/2016 13:21 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM      Supervising Provider:             Communication Type:
Order Details: Blood, Lab Collect, TS collect, 01/18/16 12:00:00 CST, Stop date 01/18/16 12:00:00 CST
Review Information:
Order Comment:

Action Type: Status Change       Action Date/Time: 1/18/2016 13:10 CST Action Personnel: Bose,Jennifer
Electronically Signed by: SYSTEM      Supervising Provider:             Communication Type:
Order Details: Blood, Lab Collect, TS collect, 01/18/16 12:00:00 CST, Stop date 01/18/16 12:00:00 CST
Review Information:
Order Comment:

Action Type: Status Change       Action Date/Time: 1/18/2016 12:06 CST Action Personnel: Thompson,Crystal
Electronically Signed by: SYSTEM      Supervising Provider:             Communication Type:
Order Details: Blood, Lab Collect, TS collect, 01/18/16 12:00:00 CST, Stop date 01/18/16 12:00:00 CST
Review Information:
Order Comment:

Action Type: Order               Action Date/Time: 1/18/2016 10:54 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM      Supervising Provider:             Communication Type:
Order Details: Blood, Lab Collect, TS collect, 01/18/16 12:00:00 CST, Stop date 01/18/16 12:00:00 CST
Review Information:
Doctor Cosign: Not Reviewed
Order Comment: Added by Discern Rule GL_ADD_LACTIC_ACID

8/25

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00387

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON                                    Admit: 1/18/2016
MRN:      NWT00751578                                       Disch:                    Disch Time:
DOB/Sex:  ███████ / Male                                    FIN:   NWT0000090926403
Attending: Galvan,Dan MD

| *Orders* |
|---|

Order: **mannitol (mannitol 25% intravenous solution)**
Order Date/Time: 1/18/2016 12:00 CST
Signed Date/Time: 1/18/2016 11:02 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Pharmacy | Activity Type: Pharmacy |
|---|---|---|---|

End-state Date/Time: 1/18/2016 15:52 CST                    End-state Reason:
Ordering Physician: Smith MD,Thomas E                       Consulting Physician:
Entered By: Granados RN,Ricardo F.on 1/18/2016 11:02 CST
Order Details: 50 gm = 200 mL, Vial, IV Push, Once, First Dose: Routine, Start date: 1/18/16 12:00:00 PM CST, Stop date: 1/18/16 3:52:44 PM CST
Order Comment: Administer using filtered IV set

Action Type: Complete                    Action Date/Time: 1/18/2016 15:52 CST Action Personnel: Nations RN,Meagan
Electronically Signed by: Smith MD,      Supervising Provider:                 Communication Type:
Thomas E
Order Details: 50 gm = 200 mL, Vial, IV Push, Once, First Dose: Routine, Start date: 01/18/16 12:00:00 CST, Stop date: 01/18/16 12:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Modify                      Action Date/Time: 1/18/2016 11:43 CST Action Personnel: Tate PharmD,Matt E
Electronically Signed by: Smith MD,      Supervising Provider:                 Communication Type: Verbal w/
Thomas E                                                                       Readback
Order Details: 50 gm = 200 mL, Vial, IV Push, Once, First Dose: Routine, Start date: 01/18/16 12:00:00 CST, Stop date: 01/18/16 12:00:00 CST
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Electronically Signed, Smith MD,Thomas E on 1/18/2016 17:10 CST
Order Comment: Administer using filtered IV set

Action Type: Order                       Action Date/Time: 1/18/2016 11:03 CST Action Personnel: Granados RN, Ricardo F.
Electronically Signed by: Smith MD,      Supervising Provider:                 Communication Type: Verbal w/
Thomas E                                                                       Readback
Order Details: 50 gm, Vial, IV Piggyback, Once, First Dose: Routine, Start date: 01/18/16 12:00:00 CST, Stop date: 01/18/16 12:00:00 CST
Review Information:
Pharmacist Verify: Not Reviewed
Doctor Cosign: Electronically Signed, Smith MD,Thomas E on 1/18/2016 17:10 CST
Pharmacist Verify: Electronically Signed, Tate PharmD,Matt E on 1/18/2016 11:43 CST
Order Comment: Administer using filtered IV set

Print Date/Time  1/19/2016 11:26 CST              Medical Record

*8126*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by sdm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00388

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:  NWT00751578
DOB/Sex:  ███████  / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                        Disch Time:
FIN:  NWT0000090926403

| *Orders* |
| --- |

**Order: VTE Risk Category Identified**
Order Date/Time: 1/18/2016 11:25 CST
Signed Date/Time: 1/18/2016 11:24 CST

Order Status: Completed      Department Status:        Catalog Type: Patient Care   Activity Type: General
                             Completed                                             Assessments

End-state Date/Time: 1/18/2016 11:25 CST                End-state Reason:
Ordering Physician: Harper PA,David Shane               Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 11:24 CST
Order Details: Low
Order Comment:

Action Type: Complete              Action Date/Time: 1/18/2016 11:25 CST Action Personnel: SYSTEM
Electronically Signed by: Harper PA,   Supervising Provider:              Communication Type:
David Shane
Order Details: Low
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                 Action Date/Time: 1/18/2016 11:25 CST Action Personnel: Harper PA,David
                                                                          Shane
Electronically Signed by: Harper PA,   Supervising Provider:              Communication Type: Written
David Shane
Order Details: Low
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Print Date/Time  1/19/2016 11:26 CST            **Medical Record**

*8127*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED            OIG_00389

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON                          Admit: 1/18/2016
MRN:    NWT00751578                              Disch:                    Disch Time:
DOB/Sex: ▮▮▮▮▮ / Male                            FIN:    NWT0000090926403
Attending: Galvan,Dan MD

| Orders |
|--------|

Order: **Sodium Chloride 0.9% 1,000 mL**
Order Date/Time: 1/18/2016 11:25 CST
Signed Date/Time: 1/18/2016 11:25 CST
Order Status: Discontinued      Department Status:      Catalog Type: Pharmacy      Activity Type: Pharmacy
                                Discontinued
End-state Date/Time: 1/18/2016 12:19 CST              End-state Reason:
Ordering Physician: Harper PA,David Shane             Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 11:25 CST
Order Details: 1,000 mL, Soln-IV, IV, 125 mL/hr, Duration: 30 Days, Start date: 1/18/16 11:25:00 AM CST, Priority:
Routine, Stop date 1/18/16 12:19:00 PM CST, Total volume (mL): 1,000
Order Comment:

Action Type: Discontinue          Action Date/Time: 1/18/2016 12:19 CST Action Personnel: Nations RN,Meagan
Electronically Signed by: Harper PA,      Supervising Provider:          Communication Type: Verbal w/
David Shane                                                              Readback
Order Details: 1,000 mL, Soln-IV, IV, 125 mL/hr, Duration: 30 Days, Start date: 01/18/16 11:25:00 CST, Priority: Routine,
Stop date 02/17/16 11:24:00 CST, Total volume (mL): 1,000
Review Information:
Pharmacist Verify: Not Reviewed
Doctor Cosign: Electronically Signed, Harper PA,David Shane on 1/18/2016 12:32 CST
Pharmacist Verify: Electronically Signed, Tate PharmD,Matt E on 1/18/2016 12:20 CST
Order Comment:

Action Type: Modify               Action Date/Time: 1/18/2016 12:16 CST Action Personnel: Nations RN,Meagan
Electronically Signed by: Harper PA,      Supervising Provider:          Communication Type: Verbal w/
David Shane                                                              Readback
Order Details: 1,000 mL, Soln-IV, IV, 125 mL/hr, Duration: 30 Days, Start date: 01/18/16 11:25:00 CST, Priority: Routine,
Stop date 02/17/16 11:24:00 CST, Total volume (mL): 1,000
Review Information:
Pharmacist Verify: Not Reviewed
Pharmacist Verify: Electronically Signed, Tate PharmD,Matt E on 1/18/2016 12:17 CST
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                Action Date/Time: 1/18/2016 11:25 CST Action Personnel: Harper PA,David
                                                                          Shane
Electronically Signed by: Harper PA,      Supervising Provider:          Communication Type: Written
David Shane
Order Details: 1,000 mL, Soln-IV, IV, 125 mL/hr, Duration: 30 Days, Start date: 01/18/16 11:25:00 CST, Priority: Routine,
Stop date 02/17/16 11:24:00 CST, Total volume (mL): 1,000
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Pharmacist Verify: Not Reviewed
Pharmacist Verify: Electronically Signed, Olsen Pharm,Samantha on 1/18/2016 11:38 CST
Doctor Cosign: Not Required
Order Comment:

Print Date/Time  1/19/2016 11:26 CST            Medical Record                      8128

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                                OIG_00390

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▉▉▉▉ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

| Orders |
|---|

**Order: Peripheral IV**
Order Date/Time: 1/18/2016 11:25 CST
Signed Date/Time: 1/18/2016 11:25 CST
Order Status: Ordered          Department Status: Ordered   Catalog Type: Patient Care       Activity Type: Continuous
                                                                                             Asmt/Tx/Monitoring

Ordering Physician: Harper PA,David Shane                   Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 11:25 CST
Order Details: 1/18/16 11:25:00 AM CST, Routine
Order Comment:
Action Type: Order                        Action Date/Time: 1/18/2016 11:25 CST Action Personnel: Harper PA,David
                                                                                Shane
Electronically Signed by: Harper PA,      Supervising Provider:                 Communication Type: Written
David Shane
Order Details: 01/18/16 11:25:00 CST, Routine
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

**Order: Vital Signs**
Order Date/Time: 1/18/2016 11:25 CST
Signed Date/Time: 1/18/2016 11:25 CST
Order Status: Ordered          Department Status: Ordered   Catalog Type: Patient Care       Activity Type: Basic Care
                                                                                             TransMedRec

Ordering Physician: Harper PA,David Shane                   Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 11:25 CST
Order Details: 1/18/16 11:25:00 AM CST, Routine, q1H
Order Comment:
Action Type: Order                        Action Date/Time: 1/18/2016 11:25 CST Action Personnel: Harper PA,David
                                                                                Shane
Electronically Signed by: Harper PA,      Supervising Provider:                 Communication Type: Written
David Shane
Order Details: 01/18/16 11:25:00 CST, Routine, q1H
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

8/29

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                                    OIG_00391

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

| Orders |
|---|

Order: **Admission/Observation/Transfer**
Order Date/Time: 1/18/2016 11:23 CST
Signed Date/Time: 1/18/2016 11:25 CST

| Order Status: Ordered | Department Status: Ordered | Catalog Type: Admit/Transfer/Observation | Activity Type: Admit/Transfer/Observation |
|---|---|---|---|

End-state Date/Time: 1/18/2016 11:23 CST       End-state Reason:
Ordering Physician: Galvan,Dan MD              Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 11:25 CST
Order Details: 1/18/16 11:23:00 AM CST, Suggested Placement: Critical Care Unit, Admit as Inpatient Estimated LOS: Less than 2 Midnights, Level of Care Critical Care, ICH, Admitting: Galvan, Dan MD, Attending: Galvan, Dan MD
Order Comment:

| Action Type: Order | Action Date/Time: 1/18/2016 11:25 CST Action Personnel: Harper PA,David Shane |
|---|---|
| Electronically Signed by: Galvan,Dan MD | Supervising Provider: | Communication Type: Verbal w/ Readback |

Order Details: 01/18/16 11:23:00 CST, Suggested Placement: Critical Care Unit, Admit as Inpatient Estimated LOS: Less than 2 Midnights, Level of Care Critical Care, ICH, Admitting: Galvan, Dan MD, Attending: Galvan, Dan MD
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Electronically Signed, Galvan,Dan MD on 1/18/2016 11:41 CST
Order Comment:

Order: **Notify Provider Vital Signs**
Order Date/Time: 1/18/2016 11:25 CST
Signed Date/Time: 1/18/2016 11:25 CST

| Order Status: Ordered | Department Status: Ordered | Catalog Type: Patient Care | Activity Type: Communication Orders TransMedRec |
|---|---|---|---|

Ordering Physician: Harper PA,David Shane       Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 11:25 CST
Order Details: 1/18/16 11:25:00 AM CST, T > 101.5 F or 38.5 C, HR > 120, HR < 60, SBP > 180, SBP < 90, O2 sat < 90
Order Comment:

| Action Type: Order | Action Date/Time: 1/18/2016 11:25 CST Action Personnel: Harper PA,David Shane |
|---|---|
| Electronically Signed by: Harper PA, David Shane | Supervising Provider: | Communication Type: Written |

Order Details: 01/18/16 11:25:00 CST, T > 101.5 F or 38.5 C, HR > 120, HR < 60, SBP > 180, SBP < 90, O2 sat < 90
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

8.130

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00392

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex              / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

| Orders |
|---|

**Order: Elevate Head of Bed**
Order Date/Time: 1/18/2016 11:25 CST
Signed Date/Time: 1/18/2016 11:25 CST

Order Status: Ordered      Department Status: Ordered    Catalog Type: Patient Care      Activity Type: Patient Activity TransMedRec

End-state Date/Time: 1/18/2016 11:25 CST              End-state Reason:
Ordering Physician: Harper PA,David Shane             Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 11:25 CST
Order Details: 1/18/16 11:25:00 AM CST, 1/18/16 11:25:00 AM CST, 30 Degrees
Order Comment:

Action Type: Order                    Action Date/Time: 1/18/2016 11:25 CST Action Personnel: Harper PA,David Shane

Electronically Signed by: Harper PA,     Supervising Provider:              Communication Type: Written
David Shane
Order Details: 01/18/16 11:25:00 CST, 01/18/16 11:25:00 CST, 30 Degrees
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

**Order: Enteral Tube**
Order Date/Time: 1/18/2016 11:25 CST
Signed Date/Time: 1/18/2016 11:25 CST

Order Status: Ordered      Department Status: Ordered    Catalog Type: Patient Care      Activity Type: Continuous Asmt/Tx/Monitoring

Ordering Physician: Harper PA,David Shane             Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 11:25 CST
Order Details: 1/18/16 11:25:00 AM CST, Low Continuous Suction, Nasogastric
Order Comment:

Action Type: Order                    Action Date/Time: 1/18/2016 11:25 CST Action Personnel: Harper PA,David Shane

Electronically Signed by: Harper PA,     Supervising Provider:              Communication Type: Written
David Shane
Order Details: 01/18/16 11:25:00 CST, Low Continuous Suction, Nasogastric
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Print Date/Time  1/19/2016 11:26 CST                    Medical Record

8,131

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00393

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▓▓▓▓▓ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:
FIN: NWT0000090926403

Disch Time:

---

*Orders*

---

Order: **Weight**
Order Date/Time: 1/19/2016 05:00 CST
Signed Date/Time: 1/18/2016 11:25 CST
Order Status: Ordered    Department Status: Ordered    Catalog Type: Patient Care    Activity Type: Basic Care
Ordering Physician: Harper PA,David Shane    Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 11:25 CST
Order Details: 1/19/16 5:00:00 AM CST, Routine, Daily
Order Comment:

Action Type: Order    Action Date/Time: 1/18/2016 11:25 CST Action Personnel: Harper PA,David Shane

Electronically Signed by: Harper PA,    Supervising Provider:    Communication Type: Written
David Shane
Order Details: 01/19/16 5:00:00 CST, Routine, Daily
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Order: **Intake and Output**
Order Date/Time: 1/18/2016 11:25 CST
Signed Date/Time: 1/18/2016 11:25 CST
Order Status: Ordered    Department Status: Ordered    Catalog Type: Patient Care    Activity Type: Intake and Output

Ordering Physician: Harper PA,David Shane    Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 11:25 CST
Order Details: 1/18/16 11:25:00 AM CST, Per Unit Protocol, Constant Indicator
Order Comment:

Action Type: Order    Action Date/Time: 1/18/2016 11:25 CST Action Personnel: Harper PA,David Shane

Electronically Signed by: Harper PA,    Supervising Provider:    Communication Type: Written
David Shane
Order Details: 01/18/16 11:25:00 CST, Per Unit Protocol, Constant Indicator
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

---

Print Date/Time  1/19/2016 11:26 CST    **Medical Record**

*8132*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00394

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

| | Orders | |
|---|---|---|

**Order: Urinary Catheter**
Order Date/Time: 1/18/2016 11:25 CST
Signed Date/Time: 1/18/2016 11:25 CST
Order Status: Ordered          Department Status: Ordered   Catalog Type: Patient Care          Activity Type: Asmt/Tx/Monitoring TransMedRec

Ordering Physician: Harper PA,David Shane          Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 11:25 CST
Order Details: 1/18/16 11:25:00 AM CST, Indwelling/Continuous, Routine, Remove on Post Op Day #1
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 11:25 CST Action Personnel: Harper PA,David Shane

Electronically Signed by: Harper PA,   Supervising Provider:          Communication Type: Written
David Shane
Order Details: 01/18/16 11:25:00 CST, Indwelling/Continuous, Routine, Remove on Post Op Day #1
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

**Order: Activity**
Order Date/Time: 1/18/2016 11:24 CST
Signed Date/Time: 1/18/2016 11:25 CST
Order Status: Ordered          Department Status: Ordered   Catalog Type: Patient Care   Activity Type: Patient Activity
Ordering Physician: Harper PA,David Shane          Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 11:25 CST
Order Details: 1/18/16 11:24:00 AM CST, Bedrest, Routine, Constant order
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 11:25 CST Action Personnel: Harper PA,David Shane

Electronically Signed by: Harper PA,   Supervising Provider:          Communication Type: Written
David Shane
Order Details: 01/18/16 11:24:00 CST, Bedrest, Routine, Constant order
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Print Date/Time  1/19/2016 11:26 CST          Medical Record                    8.133

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00395

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: █████████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

## Orders

Order: **naloxone (Narcan)**
Order Date/Time: 1/18/2016 11:25 CST
Signed Date/Time: 1/18/2016 11:25 CST
Order Status: Ordered        Department Status: Ordered    Catalog Type: Pharmacy        Activity Type: Pharmacy
End-state Date/Time: 2/17/2016 11:24 CST        End-state Reason:
Ordering Physician: Harper PA,David Shane        Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 11:25 CST
Order Details: 0.1 mg = 0.25 mL, Injection, IV Push, q2Min Interval PRN Opiate reversal, Duration: 30 Days, First Dose:
Routine, Start date: 1/18/16 11:25:00 AM CST, Stop date: 2/17/16 11:24:00 AM CST
Order Comment: May repeat 3 times. Notify Physician if administered.

Action Type: Order        Action Date/Time: 1/18/2016 11:25 CST Action Personnel: Harper PA,David
                                                                                          Shane

Electronically Signed by: Harper PA,    Supervising Provider:        Communication Type: Written
David Shane
Order Details: 0.1 mg = 0.25 mL, Injection, IV Push, q2Min Interval PRN Opiate reversal, Duration: 30 Days, First Dose:
Routine, Start date: 01/18/16 11:25:00 CST, Stop date: 02/17/16 11:24:00 CST
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Pharmacist Verify: Not Reviewed
Pharmacist Verify: Electronically Signed, Olsen Pharm,Samantha on 1/18/2016 11:38 CST
Doctor Cosign: Not Required
Order Comment: May repeat 3 times. Notify Physician if administered.

Order: **VTE Prophylaxis Guidelines**
Order Date/Time: 1/18/2016 11:25 CST
Signed Date/Time: 1/18/2016 11:25 CST
Order Status: Completed        Department Status:        Catalog Type: Patient Care    Activity Type: Patient Care
                                                Completed
End-state Date/Time: 1/18/2016 11:25 CST        End-state Reason:
Ordering Physician: Harper PA,David Shane        Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 11:25 CST
Order Details: 1/18/16 11:25:00 AM CST, Routine, Stop date 1/18/16 11:25:00 AM CST
Order Comment:
Action Type: Order        Action Date/Time: 1/18/2016 11:25 CST Action Personnel: Harper PA,David
                                                                                          Shane

Electronically Signed by: Harper PA,    Supervising Provider:        Communication Type: Written
David Shane
Order Details: 01/18/16 11:25:00 CST, Routine, Stop date 01/18/16 11:25:00 CST
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Print Date/Time  1/19/2016 11:26 CST                Medical Record                8.134

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED        OIG_00396

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
Admit: 1/18/2016
MRN: NWT00751578
Disch:                          Disch Time:
DOB/Sex: ▓▓▓▓ / Male
FIN: NWT0000090926403
Attending: Galvan,Dan MD

| Orders |
| --- |

Order: **CBC with Diff**
Order Date/Time: 1/19/2016 03:16 CST
Signed Date/Time: 1/18/2016 11:25 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
| --- | --- | --- | --- |

End-state Date/Time: 1/19/2016 03:51 CST          End-state Reason:
Ordering Physician: Harper PA,David Shane          Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 11:25 CST
Order Details: Blood, Nurse collect, AM Draw collect, 1/19/16 3:16:00 AM CST, Once, Stop date 1/19/16 3:51:59 AM CST, Print Label By Order Location
Order Comment:

| Action Type: Complete | Action Date/Time: 1/19/2016 03:51 CST | Action Personnel: SYSTEM |
| --- | --- | --- |
| Electronically Signed by: Harper PA, David Shane | Supervising Provider: | Communication Type: |

Order Details: Blood, Nurse collect, AM Draw collect, 01/19/16 4:00:00 CST, Once, Stop date 01/19/16 4:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Status Change | Action Date/Time: 1/19/2016 03:26 CST | Action Personnel: Brown MLT(ASCP)CM,Richard |
| --- | --- | --- |
| Electronically Signed by: Harper PA, David Shane | Supervising Provider: | Communication Type: |

Order Details: Blood, Nurse collect, AM Draw collect, 01/19/16 4:00:00 CST, Once, Stop date 01/19/16 4:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Status Change | Action Date/Time: 1/19/2016 03:16 CST | Action Personnel: Campbell RN,Shelby |
| --- | --- | --- |
| Electronically Signed by: Harper PA, David Shane | Supervising Provider: | Communication Type: |

Order Details: Blood, Nurse collect, AM Draw collect, 01/19/16 4:00:00 CST, Once, Stop date 01/19/16 4:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Order | Action Date/Time: 1/18/2016 11:25 CST | Action Personnel: Harper PA,David Shane |
| --- | --- | --- |
| Electronically Signed by: Harper PA, David Shane | Supervising Provider: | Communication Type: Written |

Order Details: Blood, Nurse collect, AM Draw collect, 01/19/16 4:00:00 CST, Once, Stop date 01/19/16 4:00:00 CST, Print Label By Order Location
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Print Date/Time 1/19/2016 11:26 CST          Medical Record

8!35

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00397

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                 Disch Time:
FIN:   NWT0000090926403

---

| Orders |
|---|

Order: **Basic Metabolic Panel**
Order Date/Time: 1/19/2016 03:16 CST
Signed Date/Time: 1/18/2016 11:25 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
|---|---|---|---|

End-state Date/Time: 1/19/2016 03:49 CST          End-state Reason:
Ordering Physician: Harper PA,David Shane          Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 11:25 CST
Order Details: Blood, Nurse collect, AM Draw collect, 1/19/16 3:16:00 AM CST, Once, Stop date 1/19/16 3:49:50 AM CST, Print Label By Order Location
Order Comment:

| Action Type: Complete | Action Date/Time: 1/19/2016 03:49 CST | Action Personnel: SYSTEM |
|---|---|---|
| Electronically Signed by: Harper PA, David Shane | Supervising Provider: | Communication Type: |

Order Details: Blood, Nurse collect, AM Draw collect, 01/19/16 4:00:00 CST, Once, Stop date 01/19/16 4:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Status Change | Action Date/Time: 1/19/2016 03:26 CST | Action Personnel: Brown MLT(ASCP)CM,Richard |
|---|---|---|
| Electronically Signed by: Harper PA, David Shane | Supervising Provider: | Communication Type: |

Order Details: Blood, Nurse collect, AM Draw collect, 01/19/16 4:00:00 CST, Once, Stop date 01/19/16 4:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Status Change | Action Date/Time: 1/19/2016 03:16 CST | Action Personnel: Campbell RN,Shelby |
|---|---|---|
| Electronically Signed by: Harper PA, David Shane | Supervising Provider: | Communication Type: |

Order Details: Blood, Nurse collect, AM Draw collect, 01/19/16 4:00:00 CST, Once, Stop date 01/19/16 4:00:00 CST, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Order | Action Date/Time: 1/18/2016 11:25 CST | Action Personnel: Harper PA,David Shane |
|---|---|---|
| Electronically Signed by: Harper PA, David Shane | Supervising Provider: | Communication Type: Written |

Order Details: Blood, Nurse collect, AM Draw collect, 01/19/16 4:00:00 CST, Once, Stop date 01/19/16 4:00:00 CST, Print Label By Order Location
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Print Date/Time 1/19/2016 11:26 CST          Medical Record

8/136

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00398

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                        Disch Time:
FIN: NWT0000090926403

## Orders

Order: **Enteral Tube Insertion**
Order Date/Time: 1/18/2016 11:25 CST
Signed Date/Time: 1/18/2016 11:25 CST
Order Status: Ordered          Department Status: Ordered     Catalog Type: Patient Care      Activity Type: Continuous
                                                                                             Asmt/Tx/Monitoring

End-state Date/Time: 1/18/2016 11:25 CST                          End-state Reason:
Ordering Physician: SYSTEM                                        Consulting Physician:
Entered By: SYSTEM on 1/18/2016 11:25 CST
Order Details: 1/18/16 11:25:44 AM CST, Low Continuous Suction, Stop date 1/18/16 11:25:44 AM CST
Order Comment: Ordered by Discern Expert secondary to order for Enteral Tube Insertion. Ordering Physician: Harper
PA, David Shane

Action Type: Order               Action Date/Time: 1/18/2016 11:25 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM      Supervising Provider:               Communication Type: Discern Expert
Order Details: 01/18/16 11:25:44 CST, Low Continuous Suction, Stop date 01/18/16 11:25:44 CST
Review Information:
Doctor Cosign: Not Required
Order Comment: Ordered by Discern Expert secondary to order for Enteral Tube Insertion. Ordering Physician: Harper
PA, David Shane

Order: **PEG Tube Care (Enteral Tube Care)**
Order Date/Time: 1/18/2016 11:25 CST
Signed Date/Time: 1/18/2016 11:25 CST
Order Status: Ordered          Department Status: Ordered     Catalog Type: Patient Care      Activity Type:
                                                                                             Asmt/Tx/Monitoring

Ordering Physician: SYSTEM                                        Consulting Physician:
Entered By: SYSTEM on 1/18/2016 11:25 CST
Order Details: 1/18/16 11:25:44 AM CST, Routine, Constant order
Order Comment: Ordered by Discern Expert secondary to order for Enteral Tube Care. Ordering Physician: Harper PA,
David Shane

Action Type: Order               Action Date/Time: 1/18/2016 11:25 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM      Supervising Provider:               Communication Type: Discern Expert
Order Details: 01/18/16 11:25:44 CST, Routine, Constant order
Review Information:
Doctor Cosign: Not Required
Order Comment: Ordered by Discern Expert secondary to order for Enteral Tube Care. Ordering Physician: Harper PA,
David Shane

Print Date/Time  1/19/2016 11:26 CST                    **Medical Record**

8137

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00399

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex:          / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

## Orders

Order: **Urinary Catheter Insertion**
Order Date/Time: 1/18/2016 11:25 CST
Signed Date/Time: 1/18/2016 11:25 CST

| | | | |
|---|---|---|---|
| Order Status: Completed | Department Status: Completed | Catalog Type: Patient Care | Activity Type: Asmt/Tx/Monitoring |

End-state Date/Time: 1/19/2016 00:20 CST          End-state Reason:
Ordering Physician: SYSTEM                        Consulting Physician:
Entered By: SYSTEM on 1/18/2016 11:25 CST
Order Details: 1/18/16 11:25:45 AM CST, 1/19/16 12:20:37 AM CST
Order Comment: Urinary Catheter Type: Indwelling/Continuous . Ordered by Discern Expert secondary to order for Urinary Catheter. Ordering Physician: Harper PA, David Shane

Action Type: Complete          Action Date/Time: 1/19/2016 00:20 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: SYSTEM     Supervising Provider:          Communication Type:
Order Details: 01/18/16 11:25:45 CST, 01/18/16 11:25:45 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 11:25 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM     Supervising Provider:          Communication Type: Discern Expert
Order Details: 01/18/16 11:25:45 CST, 01/18/16 11:25:45 CST
Review Information:
Doctor Cosign: Not Required
Order Comment: Urinary Catheter Type: Indwelling/Continuous . Ordered by Discern Expert secondary to order for Urinary Catheter. Ordering Physician: Harper PA, David Shane

Order: **Intermittent Pneumatic Compression (SCD)**
Order Date/Time: 1/18/2016 11:25 CST
Signed Date/Time: 1/18/2016 11:25 CST

| | | | |
|---|---|---|---|
| Order Status: Ordered | Department Status: Ordered | Catalog Type: Patient Care | Activity Type: Continuous Asmt/Tx/Monitoring |

Ordering Physician: Harper PA,David Shane          Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 11:25 CST
Order Details: 1/18/16 11:25:00 AM CST, Below the Knee, Routine, Constant order
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 11:25 CST Action Personnel: Harper PA,David Shane
Electronically Signed by: Harper PA, David Shane     Supervising Provider:          Communication Type: Written
Order Details: 01/18/16 11:25:00 CST, Below the Knee, Routine, Constant order
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

---

Print Date/Time 1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8132

OIG_00400

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:
FIN:   NWT0000090926403
Disch Time:

| | Orders | |
|---|---|---|

Order: **Basic Admission Information Adult**
Order Date/Time: 1/18/2016 11:37 CST
Signed Date/Time: 1/18/2016 11:37 CST
Order Status: Ordered        Department Status: Ordered   Catalog Type: Patient Care      Activity Type: Basic Care
End-state Date/Time: 1/18/2016 11:37 CST             End-state Reason:
Ordering Physician: SYSTEM                           Consulting Physician:
Entered By: SYSTEM on 1/18/2016 11:37 CST
Order Details: 1/18/16 11:37:03 AM CST, Routine, Stop date 1/18/16 11:37:03 AM CST
Order Comment: Order entered secondary to inpatient admission.

Action Type: Order            Action Date/Time: 1/18/2016 11:37 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM   Supervising Provider:        Communication Type: Discern Expert
Order Details: 01/18/16 11:37:03 CST, Routine, Stop date 01/18/16 11:37:03 CST
Review Information:
Doctor Cosign: Not Required
Order Comment: Order entered secondary to inpatient admission.

Order: **Admission History Adult**
Order Date/Time: 1/18/2016 11:37 CST
Signed Date/Time: 1/18/2016 11:37 CST
Order Status: Ordered        Department Status: Ordered   Catalog Type: Patient Care   Activity Type: General
                                                                                       Assessments
End-state Date/Time: 1/18/2016 11:37 CST             End-state Reason:
Ordering Physician: SYSTEM                           Consulting Physician:
Entered By: SYSTEM on 1/18/2016 11:37 CST
Order Details: 1/18/16 11:37:03 AM CST, Once, Stop date 1/18/16 11:37:03 AM CST
Order Comment: Order entered secondary to inpatient admission.
Action Type: Order            Action Date/Time: 1/18/2016 11:37 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM   Supervising Provider:        Communication Type: Discern Expert
Order Details: 01/18/16 11:37:03 CST, Once, Stop date 01/18/16 11:37:03 CST
Review Information:
Doctor Cosign: Not Required
Order Comment: Order entered secondary to inpatient admission.

8139

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00401

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

---

| | | *Orders* | | |

---

Order: **Safe Patient Handling**
Order Date/Time: 1/18/2016 11:37 CST
Signed Date/Time: 1/18/2016 11:37 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Patient Care | Activity Type: Asmt/Tx/Monitoring |

End-state Date/Time: 1/19/2016 00:20 CST       End-state Reason:
Ordering Physician: SYSTEM                     Consulting Physician:
Entered By: SYSTEM on 1/18/2016 11:37 CST
Order Details: 1/18/16 11:37:04 AM CST, Routine, Stop date 1/19/16 12:20:39 AM CST
Order Comment: Ordered by Discern Expert.

Action Type: Complete          Action Date/Time: 1/19/2016 00:20 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: SYSTEM    Supervising Provider:            Communication Type:
Order Details: 01/18/16 11:37:04 CST, Routine, Stop date 01/18/16 11:37:04 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order             Action Date/Time: 1/18/2016 11:37 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM    Supervising Provider:            Communication Type: Discern Expert
Order Details: 01/18/16 11:37:04 CST, Routine, Stop date 01/18/16 11:37:04 CST
Review Information:
Doctor Cosign: Not Required
Order Comment: Ordered by Discern Expert.

Order: **Order Entry Details**
Order Date/Time: 1/18/2016 00:00 CST
Signed Date/Time: 1/18/2016 11:37 CST

| Order Status: Ordered | Department Status: Ordered | Catalog Type: Patient Care | Activity Type: Order Entry Detail |

Ordering Physician: SYSTEM                     Consulting Physician:
Entered By: SYSTEM on 1/18/2016 11:37 CST
Order Details: 1/18/16 12:00:00 AM CST, Daily
Order Comment:

Action Type: Order             Action Date/Time: 1/18/2016 11:37 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM    Supervising Provider:            Communication Type: Discern Expert
Order Details: 01/18/16 0:00:00 CST, Daily
Review Information:
Doctor Cosign: Not Required
Order Comment:

---

Print Date/Time  1/19/2016 11:26 CST              Medical Record

8140

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scrn
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

## Orders

Order: **Nursing Handoff of Care**
Order Date/Time: 1/18/2016 11:37 CST
Signed Date/Time: 1/18/2016 11:37 CST

| Order Status: Ordered | Department Status: Ordered | Catalog Type: Patient Care | Activity Type: Asmt/Tx/Monitoring |

Ordering Physician: SYSTEM                    Consulting Physician:
Entered By: SYSTEM on 1/18/2016 11:37 CST
Order Details: 1/18/16 11:37:04 AM CST, Routine
Order Comment: Order entered secondary to inpatient admission.

Action Type: Order             Action Date/Time: 1/18/2016 11:37 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM    Supervising Provider:        Communication Type: Discern Expert
Order Details: 01/18/16 11:37:04 CST, Routine
Review Information:
Doctor Cosign: Not Required
Order Comment: Order entered secondary to inpatient admission.

Order: **Unit Transfer Documentation**
Order Date/Time: 1/18/2016 11:37 CST
Signed Date/Time: 1/18/2016 11:37 CST

| Order Status: Ordered | Department Status: Ordered | Catalog Type: Patient Care | Activity Type: Asmt/Tx/Monitoring |

Ordering Physician: SYSTEM                    Consulting Physician:
Entered By: SYSTEM on 1/18/2016 11:37 CST
Order Details: 1/18/16 11:37:04 AM CST, Routine
Order Comment: Order entered secondary to inpatient admission.

Action Type: Order             Action Date/Time: 1/18/2016 11:37 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM    Supervising Provider:        Communication Type: Discern Expert
Order Details: 01/18/16 11:37:04 CST, Routine
Review Information:
Doctor Cosign: Not Required
Order Comment: Order entered secondary to inpatient admission.

Print Date/Time  1/19/2016 11:26 CST             **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scan.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*8141*

OIG_00403

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                        Disch Time:
FIN:   NWT0000090926403

| Orders |
| --- |

Order: **Readmission Risk Assessment**
Order Date/Time: 1/18/2016 11:37 CST
Signed Date/Time: 1/18/2016 11:37 CST
Order Status: Ordered        Department Status: Ordered    Catalog Type: Patient Care      Activity Type: General Assessments

End-state Date/Time: 1/18/2016 11:37 CST          End-state Reason:
Ordering Physician: SYSTEM                        Consulting Physician:
Entered By: SYSTEM on 1/18/2016 11:37 CST
Order Details: 1/18/16 11:37:04 AM CST, Once, Stop date 1/18/16 11:37:04 AM CST
Order Comment: Order entered secondary to inpatient admission.

Action Type: Order            Action Date/Time: 1/18/2016 11:37 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM      Supervising Provider:          Communication Type: Discern Expert
Order Details: 01/18/16 11:37:04 CST, Once, Stop date 01/18/16 11:37:04 CST
Review Information:
Doctor Cosign: Not Required
Order Comment: Order entered secondary to inpatient admission.

Order: **Immunizations Quality Measures**
Order Date/Time: 1/18/2016 11:37 CST
Signed Date/Time: 1/18/2016 11:37 CST
Order Status: Ordered        Department Status: Ordered    Catalog Type: Patient Care      Activity Type: General Assessments

End-state Date/Time: 1/18/2016 11:37 CST          End-state Reason:
Ordering Physician: SYSTEM                        Consulting Physician:
Entered By: SYSTEM on 1/18/2016 11:37 CST
Order Details: 1/18/16 11:37:05 AM CST, Routine, Stop date 1/18/16 11:37:05 AM CST
Order Comment: Order placed by Discern Expert

Action Type: Order            Action Date/Time: 1/18/2016 11:37 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM      Supervising Provider:          Communication Type: Discern Expert
Order Details: 01/18/16 11:37:05 CST, Routine, Stop date 01/18/16 11:37:05 CST
Review Information:
Doctor Cosign: Not Required
Order Comment: Order placed by Discern Expert

8 192

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by sc▮▮
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00404

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

| Orders |
| --- |

Order: **VTE Quality Measures**
Order Date/Time: 1/18/2016 11:37 CST
Signed Date/Time: 1/18/2016 11:37 CST

Order Status: Ordered          Department Status: Ordered    Catalog Type: Patient Care    Activity Type: Communication Orders

End-state Date/Time: 1/18/2016 11:37 CST          End-state Reason:
Ordering Physician: SYSTEM                        Consulting Physician:
Entered By: SYSTEM on 1/18/2016 11:37 CST
Order Details: 1/18/16 11:37:05 AM CST
Order Comment: Order placed by Discern Expert

Action Type: Order                      Action Date/Time: 1/18/2016 11:37 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM        Supervising Provider:              Communication Type: Discern Expert
Order Details: 01/18/16 11:37:05 CST
Review Information:
Doctor Cosign: Not Required
Order Comment: Order placed by Discern Expert

Order: **NM Brain Imaging Vascular Flow Only (NM Brain Death)**
Order Date/Time: 1/18/2016 11:37 CST
Signed Date/Time: 1/18/2016 11:37 CST

Order Status: Canceled          Department Status: Exam    Catalog Type: Radiology    Activity Type: Radiology
                                Replaced

End-state Date/Time: 1/18/2016 11:50 CST          End-state Reason: Exam Replaced
Ordering Physician: Harper PA,David Shane          Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 11:37 CST
Order Details: 1/18/16 11:37:00 AM CST, Urgent, Reason: Other (Please Specify), Reason: SDH
Order Comment:

Action Type: Cancel                    Action Date/Time: 1/18/2016 11:50 CST Action Personnel: Palma MRT,Edwardo
Electronically Signed by: Harper PA,   Supervising Provider:              Communication Type: Written
David Shane
Order Details: 01/18/16 11:37:00 CST, Urgent, Reason: Other (Please Specify), Reason: SDH
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                     Action Date/Time: 1/18/2016 11:37 CST Action Personnel: Harper PA,David
                                                                                            Shane
Electronically Signed by: Harper PA,   Supervising Provider:              Communication Type: Written
David Shane
Order Details: 01/18/16 11:37:00 CST, Urgent, Reason: Other (Please Specify), Reason: SDH
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Print Date/Time  1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by ▮▮▮
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8143

OIG_00405

NWT- Northwest Texas Hospital

| | |
|---|---|
| Patient: RODGERS, ALTON | Admit: 1/18/2016 |
| MRN: NWT00751578 | Disch:     Disch Time: |
| DOB/Sex: ███████ / Male | FIN: NWT0000090926403 |
| Attending: Galvan,Dan MD | |

## *Orders*

Order: **NM Brain Imaging Comp w/Vascular Flow**
Order Date/Time: 1/18/2016 11:37 CST
Signed Date/Time: 1/18/2016 11:37 CST
Order Status: Completed     Department Status:     Catalog Type: Radiology     Activity Type: Radiology
Completed
End-state Date/Time: 1/18/2016 14:28 CST     End-state Reason:
Ordering Physician: Harper PA,David Shane     Consulting Physician:
Entered By: Palma MRT,Edwardo on 1/18/2016 11:37 CST
Order Details: 1/18/16 11:37:00 AM CST, Urgent, Reason: Other (Please Specify), Reason: SDH, Transport Mode:
Walked Independently
Order Comment:

Action Type: Complete     Action Date/Time: 1/18/2016 14:28 CST Action Personnel: Byrd MD,Bill
Electronically Signed by: Harper PA,     Supervising Provider:     Communication Type: Written
David Shane
Order Details: 01/18/16 11:37:00 CST, Urgent, Reason: Other (Please Specify), Reason: SDH, Transport Mode: Walked
Independently
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change     Action Date/Time: 1/18/2016 14:13 CST Action Personnel: Palma MRT,Edwardo
Electronically Signed by: Harper PA,     Supervising Provider:     Communication Type: Written
David Shane
Order Details: 01/18/16 11:37:00 CST, Urgent, Reason: Other (Please Specify), Reason: SDH, Transport Mode: Walked
Independently
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change     Action Date/Time: 1/18/2016 14:11 CST Action Personnel: Palma MRT,Edwardo
Electronically Signed by: Harper PA,     Supervising Provider:     Communication Type: Written
David Shane
Order Details: 01/18/16 11:37:00 CST, Urgent, Reason: Other (Please Specify), Reason: SDH, Transport Mode: Walked
Independently
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Modify     Action Date/Time: 1/18/2016 11:50 CST Action Personnel: Palma MRT,Edwardo
Electronically Signed by: Harper PA,     Supervising Provider:     Communication Type: Written
David Shane
Order Details: 01/18/16 11:37:00 CST, Urgent, Reason: Other (Please Specify), Reason: SDH, Transport Mode: Walked
Independently
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order     Action Date/Time: 1/18/2016 11:50 CST Action Personnel: Palma MRT,Edwardo
Electronically Signed by: Harper PA,     Supervising Provider:     Communication Type: Written
David Shane

Print Date/Time 1/19/2016 11:26 CST       Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scmg
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00406

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON                                    Admit: 1/18/2016
MRN:       NWT00751578                                        Disch:                    Disch Time:
DOB/Sex: ▉▉▉▉ / Male                               FIN:    NWT0000090926403
Attending:  Galvan,Dan MD

| Orders |
|---|

Order: **NM Brain Imaging Comp w/Vascular Flow**
Order Details: 01/18/16 11:37:00 CST, Urgent, Reason: Other (Please Specify), Reason: SDH, Transport Mode:
18072000
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 12:15 CST
Doctor Cosign: Not Required
Order Comment:

Order: **Phosphorus Level**
Order Date/Time: 1/18/2016 14:00 CST
Signed Date/Time: 1/18/2016 12:10 CST
Order Status: Canceled        Department Status: Canceled Catalog Type: Laboratory        Activity Type: General Lab
End-state Date/Time: 1/18/2016 12:14 CST                End-state Reason: Add to prior specimen
Ordering Physician: Harper PA,David Shane                Consulting Physician:
Entered By: Nations RN,Meagan on 1/18/2016 12:10 CST
Order Details: Blood, Routine collect, 1/18/16 2:00:00 PM CST, Stop date 1/18/16 12:14:47 PM CST
Order Comment:

Action Type: Cancel                    Action Date/Time: 1/18/2016 12:14 CST Action Personnel: Bose,Jennifer
Electronically Signed by: Harper PA,   Supervising Provider:                Communication Type:
David Shane
Order Details: Blood, Routine collect, 01/18/16 12:11:00 CST, Stop date 01/18/16 14:00:00 CST
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 16:04 CST
Doctor Cosign: Electronically Signed, Harper PA,David Shane on 1/18/2016 12:32 CST
Order Comment:

Action Type: Order                     Action Date/Time: 1/18/2016 12:11 CST Action Personnel: Nations RN,Meagan
Electronically Signed by: Harper PA,   Supervising Provider:                Communication Type: Phone w/
David Shane                                                                 Readback
Order Details: Blood, Routine collect, 01/18/16 12:11:00 CST, Stop date 01/18/16 14:00:00 CST
Review Information:
Doctor Cosign: Electronically Signed, Harper PA,David Shane on 1/18/2016 12:32 CST
Order Comment:

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00407

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON                                    Admit: 1/18/2016
MRN:      NWT00751578                                        Disch:                         Disch Time:
DOB/Sex:  ▇▇▇▇▇ / Male                                       FIN:   NWT0000090926403
Attending:  Galvan,Dan MD

| *Orders* |
|---|

Order: **Magnesium Level**
Order Date/Time: 1/18/2016 14:00 CST
Signed Date/Time: 1/18/2016 12:10 CST
Order Status: Canceled        Department Status: Canceled Catalog Type: Laboratory        Activity Type: General Lab
End-state Date/Time: 1/18/2016 12:14 CST              End-state Reason: Add to prior specimen
Ordering Physician: Harper PA,David Shane              Consulting Physician:
Entered By: Nations RN,Meagan on 1/18/2016 12:10 CST
Order Details: Blood, Routine collect, 1/18/16 2:00:00 PM CST, Stop date 1/18/16 12:14:56 PM CST
Order Comment:

Action Type: Cancel                      Action Date/Time: 1/18/2016 12:14 CST Action Personnel: Bose,Jennifer
Electronically Signed by: Harper PA,    Supervising Provider:                Communication Type:
David Shane
Order Details: Blood, Routine collect, 01/18/16 12:11:00 CST, Stop date 01/18/16 14:00:00 CST
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 16:04 CST
Doctor Cosign: Electronically Signed, Harper PA,David Shane on 1/18/2016 12:32 CST
Order Comment:

Action Type: Order                       Action Date/Time: 1/18/2016 12:11 CST Action Personnel: Nations RN,Meagan
Electronically Signed by: Harper PA,    Supervising Provider:                Communication Type: Phone w/
David Shane                                                                  Readback
Order Details: Blood, Routine collect, 01/18/16 12:11:00 CST, Stop date 01/18/16 14:00:00 CST
Review Information:
Doctor Cosign: Electronically Signed, Harper PA,David Shane on 1/18/2016 12:32 CST
Order Comment:

Print Date/Time  1/19/2016 11:26 CST                    **Medical Record**                              *8146*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                                      OIG_00408

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON                          Admit: 1/18/2016
MRN:    NWT00751578                              Disch:              Disch Time:
DOB/Sex: ▌▌▌▌▌ / Male                           FIN:   NWT0000090926403
Attending: Galvan,Dan MD

| *Orders* |
|---|

Order: **Calcium Ionized**
Order Date/Time: 1/18/2016 16:58 CST
Signed Date/Time: 1/18/2016 12:10 CST
Order Status: Completed      Department Status:       Catalog Type: Laboratory      Activity Type: General Lab
                             Completed
End-state Date/Time: 1/18/2016 17:56 CST            End-state Reason:
Ordering Physician: Harper PA,David Shane           Consulting Physician:
Entered By: Nations RN,Meagan on 1/18/2016 12:10 CST
Order Details: Blood, Routine collect, 1/18/16 4:58:00 PM CST, Stop date 1/18/16 5:56:36 PM CST
Order Comment:

Action Type: Complete          Action Date/Time: 1/18/2016 17:56 CST Action Personnel: Anguiano,Maria D
Electronically Signed by: Harper PA,    Supervising Provider:       Communication Type:
David Shane
Order Details: Blood, Routine collect, 01/18/16 12:11:00 CST, Stop date 01/18/16 14:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change     Action Date/Time: 1/18/2016 17:16 CST Action Personnel: Gregory ASCP/REG,
                                                                                       Darla
Electronically Signed by: Harper PA,    Supervising Provider:       Communication Type:
David Shane
Order Details: Blood, Routine collect, 01/18/16 12:11:00 CST, Stop date 01/18/16 14:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change     Action Date/Time: 1/18/2016 16:58 CST Action Personnel: Nations RN,Meagan
Electronically Signed by: Harper PA,    Supervising Provider:       Communication Type:
David Shane
Order Details: Blood, Routine collect, 01/18/16 12:11:00 CST, Stop date 01/18/16 14:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change     Action Date/Time: 1/18/2016 13:55 CST Action Personnel: SYSTEM
Electronically Signed by: Harper PA,    Supervising Provider:       Communication Type:
David Shane
Order Details: Blood, Routine collect, 01/18/16 12:11:00 CST, Stop date 01/18/16 14:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order             Action Date/Time: 1/18/2016 12:11 CST Action Personnel: Nations RN,Meagan
Electronically Signed by: Harper PA,    Supervising Provider:       Communication Type: Phone w/
David Shane                                                         Readback
Order Details: Blood, Routine collect, 01/18/16 12:11:00 CST, Stop date 01/18/16 14:00:00 CST
Review Information:
Doctor Cosign: Electronically Signed, Harper PA,David Shane on 1/18/2016 12:32 CST
Order Comment:

Print Date/Time 1/19/2016 11:26 CST              Medical Record

*8/47*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00409

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                      Disch Time:
FIN:    NWT0000090926403

| *Orders* |
| --- |

Order: **Magnesium Level**
Order Date/Time: 1/18/2016 10:50 CST
Signed Date/Time: 1/18/2016 12:14 CST

Order Status: Completed       Department Status:         Catalog Type: Laboratory      Activity Type: General Lab
                               Completed

End-state Date/Time: 1/18/2016 12:21 CST                 End-state Reason:
Ordering Physician: Harper PA,David Shane                Consulting Physician:
Entered By: Bose,Jennifer on 1/18/2016 12:14 CST
Order Details: Blood, Nurse collect, Collected, Stat collect, 1/18/16 10:50:00 AM CST, Stop date 1/18/16 12:21:24 PM
CST, ~INHERIT, Print Label By Order Location
Order Comment:

Action Type: Complete            Action Date/Time: 1/18/2016 12:21 CST Action Personnel: SYSTEM
Electronically Signed by: Harper PA,   Supervising Provider:            Communication Type:
David Shane
Order Details: Blood, Nurse collect, Collected, Stat collect, 01/18/16 10:50:00 CST, Stop date 01/18/16 10:50:00 CST,
~INHERIT, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change       Action Date/Time: 1/18/2016 12:14 CST Action Personnel: SYSTEM
Electronically Signed by: Harper PA,   Supervising Provider:            Communication Type:
David Shane
Order Details: Blood, Nurse collect, Collected, Stat collect, 01/18/16 10:50:00 CST, Stop date 01/18/16 10:50:00 CST,
~INHERIT, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order               Action Date/Time: 1/18/2016 12:14 CST Action Personnel: Bose,Jennifer
Electronically Signed by: Harper PA,   Supervising Provider:            Communication Type: **Written**
David Shane
Order Details: Blood, Nurse collect, Collected, Stat collect, 01/18/16 10:50:00 CST, Stop date 01/18/16 10:50:00 CST,
~INHERIT, Print Label By Order Location
Review Information:
Nurse Review: Electronically Signed, Campbell RN,Shelby on 1/18/2016 19:52 CST
Doctor Cosign: Not Required
Order Comment:

8/148

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00410

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON                                Admit: 1/18/2016
MRN:      NWT00751578                                  Disch:                    Disch Time:
DOB/Sex: ▇▇▇▇ / Male                                   FIN:    NWT0000090926403
Attending: Galvan,Dan MD

| *Orders* |
|---|

Order: **Phosphorus Level**
Order Date/Time: 1/18/2016 10:50 CST
Signed Date/Time: 1/18/2016 12:14 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
|---|---|---|---|

End-state Date/Time: 1/18/2016 12:21 CST          End-state Reason:
Ordering Physician: Harper PA,David Shane          Consulting Physician:
Entered By: Bose,Jennifer on 1/18/2016 12:14 CST
Order Details: Blood, Nurse collect, Collected, Stat collect, 1/18/16 10:50:00 AM CST, Stop date 1/18/16 12:21:24 PM CST, ~INHERIT, Print Label By Order Location
Order Comment:

| Action Type: Complete | Action Date/Time: 1/18/2016 12:21 CST | Action Personnel: SYSTEM |
|---|---|---|
| Electronically Signed by: Harper PA, David Shane | Supervising Provider: | Communication Type: |

Order Details: Blood, Nurse collect, Collected, Stat collect, 01/18/16 10:50:00 CST, Stop date 01/18/16 10:50:00 CST, ~INHERIT, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Status Change | Action Date/Time: 1/18/2016 12:14 CST | Action Personnel: SYSTEM |
|---|---|---|
| Electronically Signed by: Harper PA, David Shane | Supervising Provider: | Communication Type: |

Order Details: Blood, Nurse collect, Collected, Stat collect, 01/18/16 10:50:00 CST, Stop date 01/18/16 10:50:00 CST, ~INHERIT, Print Label By Order Location
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Order | Action Date/Time: 1/18/2016 12:14 CST | Action Personnel: Bose,Jennifer |
|---|---|---|
| Electronically Signed by: Harper PA, David Shane | Supervising Provider: | Communication Type: Written |

Order Details: Blood, Nurse collect, Collected, Stat collect, 01/18/16 10:50:00 CST, Stop date 01/18/16 10:50:00 CST, ~INHERIT, Print Label By Order Location
Review Information:
Nurse Review: Electronically Signed, Campbell RN,Shelby on 1/18/2016 19:52 CST
Doctor Cosign: Not Required
Order Comment:

Print Date/Time  1/19/2016 11:26 CST                    Medical Record                    8 149

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                    OIG_00411

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:  NWT00751578
DOB/Sex:  ▮▮▮▮ / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                          Disch Time:
FIN:  NWT0000090926403

## Orders

Order: **LR 1,000 mL**
Order Date/Time: 1/18/2016 12:17 CST
Signed Date/Time: 1/18/2016 12:16 CST

| Order Status: Discontinued | Department Status: Discontinued | Catalog Type: Pharmacy | Activity Type: Pharmacy |
|---|---|---|---|

End-state Date/Time: 1/18/2016 20:26 CST          End-state Reason:
Ordering Physician: Sbar MD,Alan                    Consulting Physician:
Entered By: Nations RN,Meagan on 1/18/2016 12:16 CST
Order Details: 1,000 mL, Soln-IV, IV, 125 mL/hr, Duration: 30 Days, Start date: 1/18/16 12:17:00 PM CST, Priority: Routine, Stop date 1/18/16 8:26:00 PM CST, Total volume (mL): 1,000
Order Comment:

| Action Type: Discontinue | Action Date/Time: 1/18/2016 20:26 CST | Action Personnel: Campbell RN,Shelby |
|---|---|---|
| Electronically Signed by: Sbar MD,Alan | Supervising Provider: | Communication Type: Phone w/ Readback |

Order Details: 1,000 mL, Soln-IV, IV, 125 mL/hr, Duration: 30 Days, Start date: 01/18/16 12:17:00 CST, Priority: Routine, Stop date 02/17/16 12:16:00 CST, Total volume (mL): 1,000
Review Information:
Pharmacist Verify: Not Reviewed
Doctor Cosign: Electronically Signed, Sbar MD,Alan on 1/19/2016 06:44 CST
Pharmacist Verify: Electronically Signed, Cearley PHRMCS,Steve D on 1/18/2016 20:28 CST
Order Comment:

| Action Type: Order | Action Date/Time: 1/18/2016 12:17 CST | Action Personnel: Nations RN,Meagan |
|---|---|---|
| Electronically Signed by: Harper PA, David Shane | Supervising Provider: | Communication Type: Verbal w/ Readback |

Order Details: 1,000 mL, Soln-IV, IV, 125 mL/hr, Duration: 30 Days, Start date: 01/18/16 12:17:00 CST, Priority: Routine, Stop date 02/17/16 12:16:00 CST, Total volume (mL): 1,000
Review Information:
Pharmacist Verify: Not Reviewed
Doctor Cosign: Electronically Signed, Harper PA,David Shane on 1/18/2016 12:32 CST
Pharmacist Verify: Electronically Signed, Tate PharmD,Matt E on 1/18/2016 12:18 CST
Order Comment:

*8 J 56*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00412

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

| Orders |
| --- |

Order: **Notify Provider of Pressure Ulcer**
Order Date/Time: 1/18/2016 12:45 CST
Signed Date/Time: 1/18/2016 12:45 CST
Order Status: Completed        Department Status:           Catalog Type: Patient Care      Activity Type: Communication
                               Completed                                                    Orders
End-state Date/Time: 1/19/2016 00:20 CST              End-state Reason:
Ordering Physician: SYSTEM                            Consulting Physician:
Entered By: SYSTEM on 1/18/2016 12:45 CST
Order Details: 1/18/16 12:45:21 PM CST, Routine
Order Comment: This order was placed by Discern Expert.

Action Type: Complete          Action Date/Time: 1/19/2016 00:20 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: SYSTEM     Supervising Provider:        Communication Type:
Order Details: 01/18/16 12:45:21 CST, Routine
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order             Action Date/Time: 1/18/2016 12:45 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM     Supervising Provider:        Communication Type: Discern Expert
Order Details: 01/18/16 12:45:21 CST, Routine
Review Information:
Doctor Cosign: Not Required
Order Comment: This order was placed by Discern Expert.

Order: **midazolam (midazolam 1 mg/mL preservative-free injectable solution)**
Order Date/Time: 1/18/2016 14:20 CST
Signed Date/Time: 1/18/2016 14:21 CST
Order Status: Ordered          Department Status: Ordered    Catalog Type: Pharmacy      Activity Type: Pharmacy
End-state Date/Time: 2/17/2016 14:19 CST              End-state Reason:
Ordering Physician: Harper PA,David Shane             Consulting Physician:
Entered By: Tate PharmD,Matt E on 1/18/2016 14:21 CST
Order Details: 2 mg = 2 mL, Injection, IV Push, q2H PRN Agitation, Duration: 30 Days, Start date: 1/18/16 2:20:00 PM
CST, Stop date: 2/17/16 2:19:00 PM CST
Order Comment:

Action Type: Order             Action Date/Time: 1/18/2016 14:21 CST Action Personnel: Tate PharmD,Matt E
Electronically Signed by: Harper PA,      Supervising Provider:        Communication Type: Verbal w/
David Shane                                                            Readback
Order Details: 2 mg = 2 mL, Injection, IV Push, q2H PRN Agitation, Duration: 30 Days, Start date: 01/18/16 14:20:00 CST,
Stop date: 02/17/16 14:19:00 CST
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 16:04 CST
Pharmacist Verify: Electronically Signed, Tate PharmD,Matt E on 1/18/2016 14:21 CST
Doctor Cosign: Electronically Signed, Harper PA,David Shane on 1/18/2016 15:14 CST
Order Comment:

Print Date/Time  1/19/2016 11:26 CST                 Medical Record                          8/57

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00413

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON                                  Admit: 1/18/2016
MRN:      NWT00751578                                     Disch:                    Disch Time:
DOB/Sex:  ▮▮▮▮▮ / Male                                    FIN:   NWT0000090926403
Attending: Galvan,Dan MD

---

|                          *Orders*                          |

---

Order: **fentaNYL (Sublimaze)**
Order Date/Time: 1/18/2016 14:20 CST
Signed Date/Time: 1/18/2016 14:21 CST
Order Status: Ordered        Department Status: Ordered     Catalog Type: Pharmacy        Activity Type: Pharmacy
End-state Date/Time: 1/25/2016 14:19 CST                    End-state Reason:
Ordering Physician: Harper PA,David Shane                   Consulting Physician:
Entered By: Tate PharmD,Matt E on 1/18/2016 14:21 CST
Order Details: 50 mcg = 1 mL, Injection, IV Push, q1H Interval PRN Pain 7 - 10 (Severe), Duration: 7 Days, Start date:
1/18/16 2:20:00 PM CST, Stop date: 1/25/16 2:19:00 PM CST
Order Comment:

Action Type: Order                    Action Date/Time: 1/18/2016 14:21 CST Action Personnel: Tate PharmD,Matt E
Electronically Signed by: Harper PA,   Supervising Provider:                  Communication Type: Verbal w/
David Shane                                                                   Readback
Order Details: 50 mcg = 1 mL, Injection, IV Push, q1H Interval PRN Pain 7 - 10 (Severe), Duration: 7 Days, Start date:
01/18/16 14:20:00 CST, Stop date: 01/25/16 14:19:00 CST
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 16:04 CST
Pharmacist Verify: Electronically Signed, Tate PharmD,Matt E on 1/18/2016 14:21 CST
Doctor Cosign: Electronically Signed, Harper PA,David Shane on 1/18/2016 15:14 CST
Order Comment:

---

Order: **chlorhexidine topical (Peridex 0.12% mucous membrane liquid)**
Order Date/Time: 1/18/2016 20:00 CST
Signed Date/Time: 1/18/2016 14:21 CST
Order Status: Ordered        Department Status: Ordered     Catalog Type: Pharmacy        Activity Type: Pharmacy
End-state Date/Time: 2/17/2016 08:00 CST                    End-state Reason:
Ordering Physician: Harper PA,David Shane                   Consulting Physician:
Entered By: Tate PharmD,Matt E on 1/18/2016 14:21 CST
Order Details: 15 mL, Liquid, Oral-Swish and SPIT, q12H, Duration: 30 Days, Start date: 1/18/16 8:00:00 PM CST, Stop
date: 2/17/16 8:00:00 AM CST
Order Comment: PER VAP PREVENTION PROTOCOL. schedule at 0800/2000 CHLORHEXIDINE IS IN ORAL CARE
KIT. **DO NOT SEND**

Action Type: Order                    Action Date/Time: 1/18/2016 14:21 CST Action Personnel: Tate PharmD,Matt E
Electronically Signed by: Harper PA,   Supervising Provider:                  Communication Type: Protocol Order
David Shane
Order Details: 15 mL, Liquid, Oral-Swish and SPIT, q12H, Duration: 30 Days, Start date: 01/18/16 20:00:00 CST, Stop
date: 02/17/16 8:00:00 CST
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 16:04 CST
Pharmacist Verify: Electronically Signed, Tate PharmD,Matt E on 1/18/2016 14:21 CST
Doctor Cosign: Not Required
Order Comment: PER VAP PREVENTION PROTOCOL. schedule at 0800/2000 CHLORHEXIDINE IS IN ORAL CARE
KIT. **DO NOT SEND**

---

Print Date/Time 1/19/2016 11:26 CST                    Medical Record

*8152*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00414

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

| *Orders* |
| --- |

Order: **pantoprazole (Protonix IV 40 mg intravenous injection)**
Order Date/Time: 1/19/2016 09:00 CST
Signed Date/Time: 1/18/2016 14:25 CST
Order Status: Ordered        Department Status: Ordered    Catalog Type: Pharmacy        Activity Type: Pharmacy
End-state Date/Time: 2/17/2016 09:00 CST            End-state Reason:
Ordering Physician: Harper PA,David Shane            Consulting Physician:
Entered By: Tate PharmD,Matt E on 1/18/2016 14:25 CST
Order Details: 40 mg, Vial, IV Push, Daily, Duration: 30 Days, Start date: 1/19/16 9:00:00 AM CST, Stop date: 2/17/16
9:00:00 AM CST
Order Comment:

Action Type: Order            Action Date/Time: 1/18/2016 14:25 CST Action Personnel: Tate PharmD,Matt E
Electronically Signed by: Harper PA,    Supervising Provider:            Communication Type: Verbal w/
David Shane                            Readback
Order Details: 40 mg, Vial, IV Push, Daily, Duration: 30 Days, Start date: 01/19/16 9:00:00 CST, Stop date: 02/17/16
9:00:00 CST
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 16:04 CST
Pharmacist Verify: Electronically Signed, Tate PharmD,Matt E on 1/18/2016 14:25 CST
Doctor Cosign: Electronically Signed, Harper PA,David Shane on 1/18/2016 15:14 CST
Order Comment:

Print Date/Time  1/19/2016 11:26 CST            **Medical Record**

8.153

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED            OIG_00415

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:     NWT0000090926403

| Orders |
|---|

Order: **Myoglobin**
Order Date/Time: 1/18/2016 16:58 CST
Signed Date/Time: 1/18/2016 14:27 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
|---|---|---|---|

End-state Date/Time: 1/18/2016 17:51 CST          End-state Reason:
Ordering Physician: Harper PA,David Shane          Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 14:27 CST
Order Details: Blood, Stat collect, 1/18/16 4:58:00 PM CST, Stop date 1/18/16 5:51:52 PM CST
Order Comment:

Action Type: Complete          Action Date/Time: 1/18/2016 17:51 CST Action Personnel: SYSTEM
Electronically Signed by: Harper PA,          Supervising Provider:          Communication Type:
David Shane
Order Details: Blood, Stat collect, 01/18/16 14:27:00 CST, Stop date 01/18/16 14:27:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 17:16 CST Action Personnel: Gregory ASCP/REG, Darla
Electronically Signed by: Harper PA,          Supervising Provider:          Communication Type:
David Shane
Order Details: Blood, Stat collect, 01/18/16 14:27:00 CST, Stop date 01/18/16 14:27:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 16:58 CST Action Personnel: Nations RN,Meagan
Electronically Signed by: Harper PA,          Supervising Provider:          Communication Type:
David Shane
Order Details: Blood, Stat collect, 01/18/16 14:27:00 CST, Stop date 01/18/16 14:27:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 14:27 CST Action Personnel: Harper PA,David Shane
Electronically Signed by: Harper PA,          Supervising Provider:          Communication Type: Written
David Shane
Order Details: Blood, Stat collect, 01/18/16 14:27:00 CST, Stop date 01/18/16 14:27:00 CST
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 16:04 CST
Doctor Cosign: Not Required
Order Comment:

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8154

OIG_00416

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                          Disch Time:
FIN:   NWT0000090926403

| Orders |
| --- |

Order: **Troponin I**
Order Date/Time: 1/18/2016 16:58 CST
Signed Date/Time: 1/18/2016 14:27 CST

Order Status: Completed          Department Status:          Catalog Type: Laboratory          Activity Type: General Lab
                                 Completed

End-state Date/Time: 1/18/2016 17:45 CST                    End-state Reason:
Ordering Physician: Harper PA,David Shane                   Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 14:27 CST
Order Details: Blood, Stat collect, 1/18/16 4:58:00 PM CST, Stop date 1/18/16 5:45:14 PM CST
Order Comment:

Action Type: Complete          Action Date/Time: 1/18/2016 17:45 CST Action Personnel: SYSTEM
Electronically Signed by: Harper PA,          Supervising Provider:          Communication Type:
David Shane
Order Details: Blood, Stat collect, 01/18/16 14:27:00 CST, Stop date 01/18/16 14:27:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 17:16 CST Action Personnel: Gregory ASCP/REG,
                                                                                            Darla
Electronically Signed by: Harper PA,          Supervising Provider:          Communication Type:
David Shane
Order Details: Blood, Stat collect, 01/18/16 14:27:00 CST, Stop date 01/18/16 14:27:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 16:58 CST Action Personnel: Nations RN,Meagan
Electronically Signed by: Harper PA,          Supervising Provider:          Communication Type:
David Shane
Order Details: Blood, Stat collect, 01/18/16 14:27:00 CST, Stop date 01/18/16 14:27:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 14:27 CST Action Personnel: Harper PA,David
                                                                                   Shane
Electronically Signed by: Harper PA,          Supervising Provider:          Communication Type: Written
David Shane
Order Details: Blood, Stat collect, 01/18/16 14:27:00 CST, Stop date 01/18/16 14:27:00 CST
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 16:04 CST
Doctor Cosign: Not Required
Order Comment:

Print Date/Time  1/19/2016 11:26 CST          Medical Record

*8/155*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                    OIG_00417

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON

MRN:  NWT00751578

DOB/Sex: ▓▓▓▓ / Male

Attending:  Galvan,Dan MD

Admit: 1/18/2016

Disch:                     Disch Time:

FIN:   NWT0000090926403

---

## Orders

---

Order: **CK-MB**

Order Date/Time: 1/18/2016 16:58 CST

Signed Date/Time: 1/18/2016 14:27 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
|---|---|---|---|

End-state Date/Time: 1/18/2016 17:51 CST          End-state Reason:

Ordering Physician: Harper PA,David Shane          Consulting Physician:

Entered By: Harper PA,David Shane on 1/18/2016 14:27 CST

Order Details: Blood, Stat collect, 1/18/16 4:58:00 PM CST, Stop date 1/18/16 5:51:52 PM CST

Order Comment:

| Action Type: Complete | Action Date/Time: 1/18/2016 17:51 CST | Action Personnel: SYSTEM |
|---|---|---|
| Electronically Signed by: Harper PA, David Shane | Supervising Provider: | Communication Type: |

Order Details: Blood, Stat collect, 01/18/16 14:27:00 CST, Stop date 01/18/16 14:27:00 CST

Review Information:

Doctor Cosign: Not Required

Order Comment:

| Action Type: Status Change | Action Date/Time: 1/18/2016 17:16 CST | Action Personnel: Gregory ASCP/REG, Darla |
|---|---|---|
| Electronically Signed by: Harper PA, David Shane | Supervising Provider: | Communication Type: |

Order Details: Blood, Stat collect, 01/18/16 14:27:00 CST, Stop date 01/18/16 14:27:00 CST

Review Information:

Doctor Cosign: Not Required

Order Comment:

| Action Type: Status Change | Action Date/Time: 1/18/2016 16:58 CST | Action Personnel: Nations RN,Meagan |
|---|---|---|
| Electronically Signed by: Harper PA, David Shane | Supervising Provider: | Communication Type: |

Order Details: Blood, Stat collect, 01/18/16 14:27:00 CST, Stop date 01/18/16 14:27:00 CST

Review Information:

Doctor Cosign: Not Required

Order Comment:

| Action Type: Order | Action Date/Time: 1/18/2016 14:27 CST | Action Personnel: Harper PA,David Shane |
|---|---|---|
| Electronically Signed by: Harper PA, David Shane | Supervising Provider: | Communication Type: Written |

Order Details: Blood, Stat collect, 01/18/16 14:27:00 CST, Stop date 01/18/16 14:27:00 CST

Review Information:

Doctor Cosign: Not Required

Order Comment:

---

Print Date/Time  1/19/2016 11:26 CST                    Medical Record

*8/56*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00418

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:  NWT00751578
DOB/Sex:  ▮▮▮▮ / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:  NWT0000090926403

---

| Orders |
| --- |

**Order: Enteral Tube Feeding**
Order Date/Time: 1/18/2016 15:18 CST
Signed Date/Time: 1/18/2016 15:18 CST

Order Status: Ordered        Department Status: Ordered    Catalog Type: Nutrition        Activity Type: Tube Feeding
                                                           Services

Ordering Physician: Harper PA,David Shane            Consulting Physician:
Entered By: Harper PA,David Shane on 1/18/2016 15:18 CST
Order Details: 1/18/16 3:18:00 PM CST, Formula: Jevity 1.2, Route: Orogastric Tube (OGT), Start Rate in mL/hr= 20,
Goal Rate mL/hr 55
Order Comment:

Action Type: Order                    Action Date/Time: 1/18/2016 15:18 CST Action Personnel: Harper PA,David
                                                                                          Shane
Electronically Signed by: Harper PA,        Supervising Provider:              Communication Type: Written
David Shane
Order Details: 01/18/16 15:18:00 CST, Formula: Jevity 1.2, Route: Orogastric Tube (OGT), Start Rate in mL/hr= 20, Goal
Rate mL/hr 55
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 16:04 CST
Doctor Cosign: Not Required
Order Comment:

---

**Order: Dietitian Referral**
Order Date/Time: 1/18/2016 15:18 CST
Signed Date/Time: 1/18/2016 15:18 CST

Order Status: Ordered        Department Status: Ordered    Catalog Type: Consults        Activity Type: Consults
End-state Date/Time: 1/18/2016 15:18 CST            End-state Reason:
Ordering Physician: SYSTEM                    Consulting Physician:
Entered By: SYSTEM on 1/18/2016 15:18 CST
Order Details: 1/18/16 3:18:39 PM CST, Routine
Order Comment: Ordered by Discern Expert secondary to Enteral Tube Feeding.

Action Type: Order                    Action Date/Time: 1/18/2016 15:18 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM        Supervising Provider:              Communication Type: Discern Expert
Order Details: 01/18/16 15:18:39 CST, Routine
Review Information:
Doctor Cosign: Not Required
Order Comment: Ordered by Discern Expert secondary to Enteral Tube Feeding.

---

Print Date/Time  1/19/2016 11:26 CST            Medical Record                    8/57

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00419

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

## Orders

Order: **thiamine + Sodium Chloride 0.9% 50 mL (Vitamin B1 100 mg/mL injectable solution + Sodium Chloride 0.9% 50 mL)**
Order Date/Time: 1/18/2016 17:00 CST
Signed Date/Time: 1/18/2016 15:25 CST

| | | | |
|---|---|---|---|
| Order Status: Completed | Department Status: Completed | Catalog Type: Pharmacy | Activity Type: Pharmacy |

End-state Date/Time: 1/18/2016 16:51 CST         End-state Reason:
Ordering Physician: Harper PA,David Shane         Consulting Physician:
Entered By: Tate PharmD,Matt E on 1/18/2016 15:25 CST
Order Details: 200 mg = 2 mL, Vial, IV Piggyback, Start date: 1/18/16 5:00:00 PM CST, Stop date: 1/18/16 4:51:50 PM CST, 104 mL/hr, Administer over: 30 Minutes
Order Comment:

Order: **Vitamin B1 100 mg/mL injectable solution + Sodium Chloride 0.9% 50 mL**
Order Date/Time: 1/18/2016 17:00 CST
Signed Date/Time: 1/18/2016 15:25 CST
Order Status: Ordered         Department Status: Ordered    Catalog Type: Pharmacy      Activity Type: Pharmacy
End-state Date/Time: 1/20/2016 17:00 CST         End-state Reason:
Ordering Physician: Harper PA,David Shane         Consulting Physician:
Entered By: Tate PharmD,Matt E on 1/18/2016 15:25 CST
Order Details: 200 mg = 2 mL, Vial, IV Piggyback, Daily, Duration: 3 Days, Start date: 1/18/16 5:00:00 PM CST, Stop date: 1/20/16 5:00:00 PM CST, 104 mL/hr, Administer over: 30 Minutes
Order Comment:

Action Type: Order         Action Date/Time: 1/18/2016 15:25 CST Action Personnel: Tate PharmD,Matt E
Electronically Signed by: Harper PA,        Supervising Provider:        Communication Type: Verbal w/
David Shane                                            Readback
Order Details: 200 mg = 2 mL, Vial, IV Piggyback, Daily, Duration: 3 Days, Start date: 01/18/16 17:00:00 CST, Stop date: 01/20/16 17:00:00 CST, 104 mL/hr, Administer over: 30 Minutes
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/18/2016 16:04 CST
Pharmacist Verify: Electronically Signed, Tate PharmD,Matt E on 1/18/2016 15:25 CST
Doctor Cosign: Electronically Signed, Harper PA,David Shane on 1/18/2016 15:42 CST
Order Comment:

---

Print Date/Time  1/19/2016 11:26 CST         Medical Record                    8,158

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                    OIG_00420

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch: .   Disch Time:
FIN: NWT0000090926403

| *Orders* |
| --- |

**Order: XR Chest 1 View Frontal (CXR 1 View)**
Order Date/Time: 1/18/2016 15:37 CST
Signed Date/Time: 1/18/2016 15:37 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Radiology | Activity Type: Radiology |
| --- | --- | --- | --- |

End-state Date/Time: 1/18/2016 16:22 CST        End-state Reason:
Ordering Physician: Harper PA,David Shane        Consulting Physician:
Entered By: Nations RN,Meagan on 1/18/2016 15:37 CST
Order Details: 1/18/16 3:37:00 PM CST, Stat, Once, 1, Days, Line Placement, 1/18/16 4:22:12 PM CST
Order Comment:

Action Type: Complete        Action Date/Time: 1/18/2016 16:22 CST Action Personnel: Bauer MD,Andrew
Electronically Signed by: Harper PA,        Supervising Provider:        Communication Type: Verbal w/
David Shane                                  Readback
Order Details: 01/18/16 15:37:00 CST, Stat, Once, 1, Days, Line Placement, 01/18/16 15:37:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change        Action Date/Time: 1/18/2016 15:47 CST Action Personnel: Cortez MRT, Stephanie

Electronically Signed by: Harper PA,        Supervising Provider:        Communication Type: Verbal w/
David Shane                                  Readback
Order Details: 01/18/16 15:37:00 CST, Stat, Once, 1, Days, Line Placement, 01/18/16 15:37:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order        Action Date/Time: 1/18/2016 15:38 CST Action Personnel: Nations RN,Meagan
Electronically Signed by: Harper PA,        Supervising Provider:        Communication Type: Verbal w/
David Shane                                  Readback
Order Details: 01/18/16 15:37:00 CST, Stat, Once, 1, Days, Line Placement, 01/18/16 15:37:00 CST
Review Information:
Doctor Cosign: Electronically Signed, Harper PA,David Shane on 1/18/2016 15:42 CST
Order Comment:

8/159

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00421

**NWT- Northwest Texas Hospital**

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                           Disch Time:
FIN: NWT0000090926403

---

## Orders

Order: **Blood Gas (ABG)**
Order Date/Time: 1/19/2016 04:00 CST
Signed Date/Time: 1/18/2016 16:33 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Patient Care | Activity Type: Asmt/Tx/Monitoring |

End-state Date/Time: 1/19/2016 05:40 CST          End-state Reason:
Ordering Physician: Harper PA,David Shane          Consulting Physician:
Entered By: Tate PharmD,Matt E on 1/18/2016 16:33 CST
Order Details: Arterial, Routine, 1 Times, 1/19/16 5:40:33 AM CST
Order Comment:

Action Type: Complete          Action Date/Time: 1/19/2016 05:40 CST Action Personnel: Johnson Dawson
                                                                          RCP.S,Cindy L
Electronically Signed by: Harper PA,     Supervising Provider:          Communication Type:
David Shane
Order Details: Arterial, Routine, 1 Times, 01/19/16 4:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 16:36 CST Action Personnel: Tate PharmD,Matt E
Electronically Signed by: Harper PA,     Supervising Provider:          Communication Type: Phone w/
David Shane                                                              Readback
Order Details: Arterial, Routine, 1 Times, 01/19/16 4:00:00 CST
Review Information:
Nurse Review: Electronically Signed, Campbell RN,Shelby on 1/18/2016 19:52 CST
Doctor Cosign: Electronically Signed, Harper PA,David Shane on 1/19/2016 06:56 CST
Order Comment:

---

Print Date/Time 1/19/2016 11:26 CST          **Medical Record**

8/60

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00422

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                 Disch Time:
FIN: NWT0000090926403

| Orders |
|---|

Order: **Phosphorus Level**
Order Date/Time: 1/19/2016 03:16 CST
Signed Date/Time: 1/18/2016 16:33 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
|---|---|---|---|

End-state Date/Time: 1/19/2016 03:48 CST          End-state Reason:
Ordering Physician: Harper PA,David Shane          Consulting Physician:
Entered By: Tate PharmD,Matt E on 1/18/2016 16:33 CST
Order Details: Blood, AM Draw collect, 1/19/2016 3:16:00 AM CST, Stop date 1/19/16 3:48:14 AM CST
Order Comment:

Action Type: Complete                    Action Date/Time: 1/19/2016 03:48 CST Action Personnel: SYSTEM
Electronically Signed by: Harper PA,     Supervising Provider:          Communication Type:
David Shane
Order Details: Blood, AM Draw collect, 01/19/16 4:00:00 CST, Stop date 01/19/16 4:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change               Action Date/Time: 1/19/2016 03:26 CST Action Personnel: Brown
                                                                                MLT(ASCP)CM,Richard
Electronically Signed by: Harper PA,     Supervising Provider:          Communication Type:
David Shane
Order Details: Blood, AM Draw collect, 01/19/16 4:00:00 CST, Stop date 01/19/16 4:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change               Action Date/Time: 1/19/2016 03:16 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: Harper PA,     Supervising Provider:          Communication Type:
David Shane
Order Details: Blood, AM Draw collect, 01/19/16 4:00:00 CST, Stop date 01/19/16 4:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change               Action Date/Time: 1/19/2016 00:39 CST Action Personnel: SYSTEM
Electronically Signed by: Harper PA,     Supervising Provider:          Communication Type:
David Shane
Order Details: Blood, AM Draw collect, 01/19/16 4:00:00 CST, Stop date 01/19/16 4:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                       Action Date/Time: 1/18/2016 16:36 CST Action Personnel: Tate PharmD,Matt E
Electronically Signed by: Harper PA,     Supervising Provider:          Communication Type: Phone w/
David Shane                                                             Readback
Order Details: Blood, AM Draw collect, 01/19/16 4:00:00 CST, Stop date 01/19/16 4:00:00 CST
Review Information:
Nurse Review: Electronically Signed, Campbell RN,Shelby on 1/18/2016 19:52 CST
Doctor Cosign: Electronically Signed, Harper PA,David Shane on 1/19/2016 06:56 CST

Print Date/Time 1/19/2016 11:26 CST          Medical Record

*8161*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00423

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

| Orders |
| --- |

Order: **Phosphorus Level**
Order Comment:

*8162*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                          OIG_00424

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

---

## Orders

Order: **Magnesium Level**
Order Date/Time: 1/19/2016 03:16 CST
Signed Date/Time: 1/18/2016 16:33 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
|---|---|---|---|

End-state Date/Time: 1/19/2016 03:48 CST          End-state Reason:
Ordering Physician: Harper PA,David Shane          Consulting Physician:
Entered By: Tate PharmD,Matt E on 1/18/2016 16:33 CST
Order Details: Blood, AM Draw collect, 1/19/16 3:16:00 AM CST, Stop date 1/19/16 3:48:14 AM CST
Order Comment:

Action Type: Complete          Action Date/Time: 1/19/2016 03:48 CST Action Personnel: SYSTEM
Electronically Signed by: Harper PA,          Supervising Provider:          Communication Type:
David Shane
Order Details: Blood, AM Draw collect, 01/19/16 4:00:00 CST, Stop date 01/19/16 4:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/19/2016 03:26 CST Action Personnel: Brown
                                                                                                 MLT(ASCP)CM,Richard
Electronically Signed by: Harper PA,          Supervising Provider:          Communication Type:
David Shane
Order Details: Blood, AM Draw collect, 01/19/16 4:00:00 CST, Stop date 01/19/16 4:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/19/2016 03:16 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: Harper PA,          Supervising Provider:          Communication Type:
David Shane
Order Details: Blood, AM Draw collect, 01/19/16 4:00:00 CST, Stop date 01/19/16 4:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/19/2016 00:39 CST Action Personnel: SYSTEM
Electronically Signed by: Harper PA,          Supervising Provider:          Communication Type:
David Shane
Order Details: Blood, AM Draw collect, 01/19/16 4:00:00 CST, Stop date 01/19/16 4:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 16:36 CST Action Personnel: Tate PharmD,Matt E
Electronically Signed by: Harper PA,          Supervising Provider:          Communication Type: Phone w/
David Shane                                                                                       Readback
Order Details: Blood, AM Draw collect, 01/19/16 4:00:00 CST, Stop date 01/19/16 4:00:00 CST
Review Information:
Nurse Review: Electronically Signed, Campbell RN,Shelby on 1/18/2016 19:52 CST
Doctor Cosign: Electronically Signed, Harper PA,David Shane on 1/19/2016 06:56 CST

Print Date/Time 1/19/2016 11:26 CST          Medical Record

*8163*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00425

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                      Disch Time:
FIN:    NWT0000090926403

---

## Orders

Order: **Magnesium Level**
Order Comment:

Order: **CBC with Diff**
Order Date/Time: 1/19/2016 04:00 CST
Signed Date/Time: 1/18/2016 16:33 CST
Order Status: Deleted      Department Status: Deleted      Catalog Type: Laboratory      Activity Type: General Lab
End-state Date/Time: 1/18/2016 16:38 CST      End-state Reason:
Ordering Physician: Harper PA,David Shane      Consulting Physician:
Entered By: Tate PharmD,Matt E on 1/18/2016 16:33 CST
Order Details: Blood, AM Draw collect, 1/19/16 4:00:00 AM CST, Stop date 1/18/16 4:38:03 PM CST
Order Comment:

Action Type: Void      Action Date/Time: 1/18/2016 16:38 CST  Action Personnel: Tate PharmD,Matt E
Electronically Signed by: Harper PA,      Supervising Provider:      Communication Type:
David Shane
Order Details: Blood, AM Draw collect, 01/19/16 4:00:00 CST, Stop date 01/19/16 4:00:00 CST
Review Information:
Nurse Review: Electronically Signed, Campbell RN,Shelby on 1/18/2016 19:52 CST
Doctor Cosign: Not Required
Order Comment:

Action Type: Order      Action Date/Time: 1/18/2016 16:36 CST  Action Personnel: Tate PharmD,Matt E
Electronically Signed by: Harper PA,      Supervising Provider:      Communication Type: Phone w/
David Shane                                                        Readback
Order Details: Blood, AM Draw collect, 01/19/16 4:00:00 CST, Stop date 01/19/16 4:00:00 CST
Review Information:
Nurse Review: No Longer Needing Review, 1/18/2016 16:38 CST
Doctor Cosign: No Longer Needing Review, 1/18/2016 16:38 CST
Order Comment:

---

Print Date/Time 1/19/2016 11:26 CST               Medical Record                          8164

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                          OIG_00426

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex:  ▆▆▆▆ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:
FIN:     NWT0000090926403

Disch Time:

---

## Orders

Order: **Comprehensive Metabolic Panel (CMP)**
Order Date/Time: 1/19/2016 04:00 CST
Signed Date/Time: 1/18/2016 16:33 CST

| Order Status: Deleted | Department Status: Deleted | Catalog Type: Laboratory | Activity Type: General Lab |

End-state Date/Time: 1/18/2016 16:38 CST
Ordering Physician: Harper PA,David Shane
Entered By: Tate PharmD,Matt E on 1/18/2016 16:33 CST
Order Details: Blood, AM Draw collect, 1/19/16 4:00:00 AM CST, Stop date 1/18/16 4:38:03 **PM** CST
Order Comment:

End-state Reason:
Consulting Physician:

Action Type: Void              Action Date/Time: 1/18/2016 16:38 CST Action Personnel: Tate PharmD,Matt E
Electronically Signed by: Harper PA,   Supervising Provider:            Communication Type:
David Shane
Order Details: Blood, AM Draw collect, 01/19/16 4:00:00 CST, Stop date 01/19/16 4:00:00 CST
Review Information:
Nurse Review: Electronically Signed, Campbell RN,Shelby on 1/18/2016 19:52 CST
Doctor Cosign: Not Required
Order Comment:

Action Type: Order             Action Date/Time: 1/18/2016 16:36 CST Action Personnel: Tate PharmD,Matt E
Electronically Signed by: Harper PA,   Supervising Provider:            Communication Type: Phone w/
David Shane                                                            Readback
Order Details: Blood, AM Draw collect, 01/19/16 4:00:00 CST, Stop date 01/19/16 4:00:00 CST
Review Information:
Nurse Review: No Longer Needing Review, 1/18/2016 16:38 CST
Doctor Cosign: No Longer Needing Review, 1/18/2016 16:38 CST
Order Comment:

---

Print Date/Time  1/19/2016 11:26 CST            **Medical Record**

*8/65*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                    OIG_00427

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON  
MRN:  NWT00751578  
DOB/Sex: ▉▉▉▉ / Male  
Attending:  Galvan,Dan MD

Admit: 1/18/2016  
Disch:                    Disch Time:  
FIN:    NWT0000090926403

---

## Orders

Order: **Calcium Ionized**  
Order Date/Time: 1/19/2016 03:16 CST  
Signed Date/Time: 1/18/2016 16:37 CST  

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |

End-state Date/Time: 1/19/2016 03:38 CST          End-state Reason:  
Ordering Physician: Harper PA,David Shane          Consulting Physician:  
Entered By: Tate PharmD,Matt E on 1/18/2016 16:37 CST  
Order Details: Blood, AM Draw collect, 1/19/16 3:16:00 AM CST, Stop date 1/19/16 3:38:39 AM CST  
Order Comment:  

Action Type: Complete          Action Date/Time: 1/19/2016 03:38 CST Action Personnel: Solis,Aaron  
Electronically Signed by: Harper PA, Supervising Provider:          Communication Type:  
David Shane  
Order Details: Blood, AM Draw collect, 01/19/16 4:00:00 CST, Stop date 01/19/16 4:00:00 CST  
Review Information:  
Doctor Cosign: Not Required  
Order Comment:  

Action Type: Status Change          Action Date/Time: 1/19/2016 03:26 CST Action Personnel: Brown  
                                                                                MLT(ASCP)CM,Richard  
Electronically Signed by: Harper PA, Supervising Provider:          Communication Type:  
David Shane  
Order Details: Blood, AM Draw collect, 01/19/16 4:00:00 CST, Stop date 01/19/16 4:00:00 CST  
Review Information:  
Doctor Cosign: Not Required  
Order Comment:  

Action Type: Status Change          Action Date/Time: 1/19/2016 03:16 CST Action Personnel: Campbell RN,Shelby  
Electronically Signed by: Harper PA, Supervising Provider:          Communication Type:  
David Shane  
Order Details: Blood, AM Draw collect, 01/19/16 4:00:00 CST, Stop date 01/19/16 4:00:00 CST  
Review Information:  
Doctor Cosign: Not Required  
Order Comment:  

Action Type: Status Change          Action Date/Time: 1/19/2016 00:39 CST Action Personnel: SYSTEM  
Electronically Signed by: Harper PA, Supervising Provider:          Communication Type:  
David Shane  
Order Details: Blood, AM Draw collect, 01/19/16 4:00:00 CST, Stop date 01/19/16 4:00:00 CST  
Review Information:  
Doctor Cosign: Not Required  
Order Comment:  

Action Type: Order          Action Date/Time: 1/18/2016 16:38 CST Action Personnel: Tate PharmD,Matt E  
Electronically Signed by: Harper PA, Supervising Provider:          Communication Type: Phone w/  
David Shane                                                                                Readback  
Order Details: Blood, AM Draw collect, 01/19/16 4:00:00 CST, Stop date 01/19/16 4:00:00 CST  
Review Information:  
Nurse Review: Electronically Signed, Campbell RN,Shelby on 1/18/2016 19:52 CST  
Doctor Cosign: Electronically Signed, Harper PA,David Shane on 1/19/2016 06:56 CST  

Print Date/Time 1/19/2016 11:26 CST          Medical Record

*8/66*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00428

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

| Orders |
|---|

Order: **Calcium Ionized**
Order Comment:

Order: **norepinephrine 16 mg + Dextrose 5% in Water 250 mL**
Order Date/Time: 1/18/2016 18:50 CST
Signed Date/Time: 1/18/2016 17:05 CST
Order Status: Discontinued     Department Status:     Catalog Type: Pharmacy     Activity Type: Pharmacy
                                     Discontinued
End-state Date/Time: 1/18/2016 18:53 CST     End-state Reason:
Ordering Physician: Santos MD,Ariel     Consulting Physician:
Entered By: Nations RN,Meagan on 1/18/2016 17:05 CST
Order Details: 250 mL, IV, 2.55 mL/hr, Duration: 30 Days, Start date: 1/18/16 6:50:00 PM CST, Priority: Routine, Stop
date 1/18/16 6:53:00 PM CST, Total volume (mL): 250
Order Comment: Change rate: 0.2 mcg/min every 10 minutes. Max: 47 mcg/min To keep MAP >= 65 with HR < 125
Action Type: Discontinue          Action Date/Time: 1/18/2016 18:53 CST Action Personnel: Nations RN,Meagan
Electronically Signed by: Santos MD,     Supervising Provider:          Communication Type: Phone w/
Ariel                                                                   Readback
Order Details: 250 mL, IV, 2.55 mL/hr, Duration: 30 Days, Start date: 01/18/16 18:50:00 CST, Priority: Routine, Stop date
02/17/16 18:49:00 CST, Total volume (mL): 250
Review Information:
Pharmacist Verify: Not Reviewed
Doctor Cosign: Electronically Signed, Santos MD,Ariel on 1/18/2016 21:12 CST
Pharmacist Verify: Electronically Signed, Rodgers PHRMCS,Bobby G on 1/18/2016 18:57 CST
Order Comment:

Action Type: Order          Action Date/Time: 1/18/2016 18:50 CST Action Personnel: Nations RN,Meagan
Electronically Signed by: Harper PA,     Supervising Provider:          Communication Type: Phone w/
David Shane                                                            Readback
Order Details: 250 mL, IV, 2.55 mL/hr, Duration: 30 Days, Start date: 01/18/16 18:50:00 CST, Priority: Routine, Stop date
02/17/16 18:49:00 CST, Total volume (mL): 250
Review Information:
Pharmacist Verify: Not Reviewed
Doctor Cosign: Electronically Signed, Santos MD,Ariel on 1/18/2016 21:12 CST
Pharmacist Verify: Reviewed, Rodgers PHRMCS,Bobby G on 1/18/2016 18:57 CST
Order Comment: Change rate: 0.2 mcg/min every 10 minutes. Max: 47 mcg/min To keep MAP >= 65 with HR < 125

Print Date/Time  1/19/2016 11:26 CST                    Medical Record

8167

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by ▮▮▮
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                    OIG_00429

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON                                   Admit: 1/18/2016
MRN:      NWT00751578                                        Disch:                          Disch Time:
DOB/Sex:  ███████  / Male                               FIN:   NWT0000090926403
Attending:  Galvan,Dan MD

---

| | | | *Orders* | | | |
|---|---|---|---|---|---|---|

**Order: Sodium Chloride 3% 500 mL**
Order Date/Time: 1/18/2016 17:36 CST
Signed Date/Time: 1/18/2016 17:37 CST
Order Status: Ordered        Department Status: Ordered      Catalog Type: Pharmacy        Activity Type: Pharmacy
End-state Date/Time: 1/19/2016 17:35 CST                  End-state Reason:
Ordering Physician: Santos MD, Ariel                          Consulting Physician:
Entered By: Rodgers PHRMCS,Bobby G on 1/18/2016 17:37 CST
Order Details: 500 mL, Soln-IV, IV, Not to exceed 50 ml/hr, Duration: 1 Doses, Start date: 1/18/16 5:36:00 PM CST, Stop
date 1/19/16 5:35:00 PM CST, Total volume (mL): 500
Order Comment: Phone Order: Michael/B.Rodgers, R.Ph. Infuse to maintain sodium of 145-155

Action Type: Modify                          Action Date/Time: 1/18/2016 18:56 CST Action Personnel: Ferguson RN,Kale A
Electronically Signed by: Santos MD,          Supervising Provider:              Communication Type: Verbal w/
Ariel                                                                             Readback
Order Details: 500 mL, Soln-IV, IV, Not to exceed 50 ml/hr, Duration: 1 Doses, Start date: 01/18/16 17:36:00 CST, Stop
date 01/19/16 17:35:00 CST, Total volume (mL): 500
Review Information:
Pharmacist Verify: Not Reviewed
Doctor Cosign: Electronically Signed, Santos MD,Ariel on 1/18/2016 21:12 CST
Pharmacist Verify: Electronically Signed, Rodgers PHRMCS,Bobby G on 1/18/2016 18:58 CST
Order Comment: Phone Order: Michael/B.Rodgers, R.Ph. Infuse to maintain sodium of 145-155

Action Type: Order                           Action Date/Time: 1/18/2016 17:37 CST Action Personnel: Rodgers PHRMCS,
                                                                                  Bobby G
Electronically Signed by: Santos MD,          Supervising Provider:              Communication Type: Phone w/
Ariel                                                                             Readback
Order Details: 500 mL, Soln-IV, IV, Not to exceed 50 ml/hr, Duration: 1 Doses, Start date: 01/18/16 17:36:00 CST, Stop
date 01/19/16 17:35:00 CST, Total volume (mL): 500
Review Information:
Nurse Review: Electronically Signed, Campbell RN,Shelby on 1/18/2016 19:52 CST
Pharmacist Verify: Electronically Signed, Rodgers PHRMCS,Bobby G on 1/18/2016 17:37 CST
Doctor Cosign: Electronically Signed, Santos MD,Ariel on 1/18/2016 18:22 CST
Order Comment: Phone Order: Michael/B.Rodgers, R.Ph.

---

*8168*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by ███
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00430

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ▆▆▆▆ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:
FIN:    NWT0000090926403

Disch Time:

---

### Orders

**Order: norepinephrine 1 mg/mL intravenous solution 16 mg [1 mcg/min]+ Sodium Chloride 0.9% 250 mL**
Order Date/Time: 1/18/2016 17:37 CST
Signed Date/Time: 1/18/2016 17:38 CST

| | | | |
|---|---|---|---|
| Order Status: Ordered | Department Status: Ordered | Catalog Type: Pharmacy | Activity Type: Pharmacy |

End-state Date/Time: 2/17/2016 17:36 CST          End-state Reason:
Ordering Physician: Santos MD,Ariel                Consulting Physician:
Entered By: Rodgers PHRMCS,Bobby G on 1/18/2016 17:38 CST
Order Details: 250 mL, IV, 0.94 mL/hr, Duration: 30 Days, Start date: **1/18/16 5:37:00 PM CST, Stop date 2/17/16 5:36:00 PM CST**, Total volume (mL): 250
Order Comment: Phone Order: Michael, RN/B Rodgers, R.Ph.

Action Type: Order                 Action Date/Time: **1/18/2016 17:38 CST** Action Personnel: Rodgers PHRMCS, Bobby G

Electronically Signed by: Santos MD,    Supervising Provider:        Communication Type: Phone w/
Ariel                                                                 Readback
Order Details: 250 mL, IV, 0.94 mL/hr, Duration: 30 Days, Start date: **01/18/16 17:37:00 CST, Stop date 02/17/16 17:36:00 CST**, Total volume (mL): 250
Review Information:
Nurse Review: Electronically Signed, Campbell RN,Shelby on 1/18/2016 19:52 CST
Pharmacist Verify: Electronically Signed, Rodgers PHRMCS,Bobby G on 1/18/2016 17:38 CST
Doctor Cosign: Electronically Signed, Santos MD,Ariel on 1/18/2016 18:22 CST
Order Comment: Phone Order: Michael, RN/B Rodgers, R.Ph.

---

*8169*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scmt
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00431

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:    NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

| | *Orders* | |
|---|---|---|

Order: **Sodium Level**
Order Date/Time: 1/18/2016 23:15 CST
Signed Date/Time: 1/18/2016 18:57 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
|---|---|---|---|

End-state Date/Time: 1/18/2016 23:59 CST                    End-state Reason:
Ordering Physician: Santos MD,Ariel                    Consulting Physician:
Entered By: Ferguson RN,Kale A on 1/18/2016 18:57 CST
Order Details: Blood, Nurse collect, Timed Study collect, 1/18/16 11:15:00 PM CST, Stop date **1/18/16 11:59:20 PM CST**
Order Comment:

| Action Type: Complete | Action Date/Time: 1/18/2016 23:59 CST | Action Personnel: SYSTEM |
|---|---|---|
| Electronically Signed by: Santos MD, Ariel | Supervising Provider: | Communication Type: |

Order Details: Blood, Nurse collect, Timed Study collect, 01/18/16 23:00:00 CST, Stop date 01/18/16 23:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Status Change | Action Date/Time: 1/18/2016 23:26 CST | Action Personnel: Young,Kristen |
|---|---|---|
| Electronically Signed by: Santos MD, Ariel | Supervising Provider: | Communication Type: |

Order Details: Blood, Nurse collect, Timed Study collect, 01/18/16 23:00:00 CST, Stop date 01/18/16 23:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Status Change | Action Date/Time: 1/18/2016 23:15 CST | Action Personnel: Campbell RN,Shelby |
|---|---|---|
| Electronically Signed by: Santos MD, Ariel | Supervising Provider: | Communication Type: |

Order Details: Blood, Nurse collect, Timed Study collect, 01/18/16 23:00:00 CST, Stop date 01/18/16 23:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Status Change | Action Date/Time: 1/18/2016 21:55 CST | Action Personnel: SYSTEM |
|---|---|---|
| Electronically Signed by: Santos MD, Ariel | Supervising Provider: | Communication Type: |

Order Details: Blood, Nurse collect, Timed Study collect, 01/18/16 23:00:00 CST, Stop date 01/18/16 23:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Order | Action Date/Time: 1/18/2016 18:57 CST | Action Personnel: Ferguson RN,Kale A |
|---|---|---|
| Electronically Signed by: Santos MD, Ariel | Supervising Provider: | Communication Type: Verbal w/ Readback |

Order Details: Blood, Nurse collect, Timed Study collect, 01/18/16 23:00:00 CST, Stop date 01/18/16 23:00:00 CST
Review Information:
Doctor Cosign: Electronically Signed, Santos MD,Ariel on 1/18/2016 21:12 CST
Order Comment:

Print Date/Time 1/19/2016 11:26 CST                    Medical Record

*8.170*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00432

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: [REDACTED] / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

| Orders |
| --- |

Order: **Sodium Level**
Order Date/Time: 1/18/2016 19:17 CST
Signed Date/Time: 1/18/2016 18:57 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
| --- | --- | --- | --- |

End-state Date/Time: 1/18/2016 19:45 CST                End-state Reason:
Ordering Physician: Santos MD, Ariel                    Consulting Physician:
Entered By: Ferguson RN,Kale A on 1/18/2016 18:57 CST
Order Details: Blood, Nurse collect, Stat collect, 1/18/16 7:17:00 PM CST, Stop date 1/18/16 7:45:13 PM CST
Order Comment:

Action Type: Complete               Action Date/Time: 1/18/2016 19:45 CST Action Personnel: SYSTEM
Electronically Signed by: Santos MD, Supervising Provider:          Communication Type:
Ariel
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 18:57:00 CST, Stop date 01/18/16 18:57:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 19:22 CST Action Personnel: Frame,Kelsey
Electronically Signed by: Santos MD, Supervising Provider:          Communication Type:
Ariel
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 18:57:00 CST, Stop date 01/18/16 18:57:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change          Action Date/Time: 1/18/2016 19:17 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: Santos MD, Supervising Provider:          Communication Type:
Ariel
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 18:57:00 CST, Stop date 01/18/16 18:57:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                  Action Date/Time: 1/18/2016 18:57 CST Action Personnel: Ferguson RN,Kale A
Electronically Signed by: Santos MD, Supervising Provider:          Communication Type: Verbal w/
Ariel                                                              Readback
Order Details: Blood, Nurse collect, Stat collect, 01/18/16 18:57:00 CST, Stop date 01/18/16 18:57:00 CST
Review Information:
Doctor Cosign: Electronically Signed, Santos MD,Ariel on 1/18/2016 21:12 CST
Order Comment:

8/7/

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scmt
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00433

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                     Disch Time:
FIN:   NWT0000090926403

## Orders

Order: **Morse Fall Risk Scale**
Order Date/Time: 1/18/2016 19:06 CST
Signed Date/Time: 1/18/2016 19:06 CST

| Order Status: Ordered | Department Status: Ordered | Catalog Type: Patient Care | Activity Type: General Assessments |

Ordering Physician: SYSTEM                     Consulting Physician:
Entered By: SYSTEM on 1/18/2016 19:06 CST
Order Details: 1/18/16 7:06:20 PM CST, Routine, Daily
Order Comment: This order was placed by Discern Expert.

Action Type: Order                     Action Date/Time: 1/18/2016 19:06 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM   Supervising Provider:                     Communication Type: Discern Expert
Order Details: 01/18/16 19:06:20 CST, Routine, Daily
Review Information:
Doctor Cosign: Not Required
Order Comment: This order was placed by Discern Expert.

8172

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00434

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:  NWT0000090926403

---

## *Orders*

**Order: phenylephrine 10 mg [100 mcg/min]+ Premix NS 250 mL**
Order Date/Time: 1/18/2016 19:14 CST
Signed Date/Time: 1/18/2016 19:14 CST
Order Status: Discontinued    Department Status:        Catalog Type: Pharmacy      Activity Type: Pharmacy
                              Discontinued
End-state Date/Time: 1/18/2016 21:09 CST              End-state Reason:
Ordering Physician: Sbar MD,Alan                     Consulting Physician:
Entered By: Ferguson RN,Kale A on 1/18/2016 19:14 CST
Order Details: Titrate, 250 mL, Soln-IV, IV, 150 mL/hr, Duration: 30 Days, Start date: 1/18/16 7:14:00 PM CST, Priority:
Routine, Stop date 1/18/16 9:09:00 PM CST, Total volume (mL): 250
Order Comment: Change rate: 0.4 mcg/kg/min every 15 minutes Max rate 9.1 mcg/kg/min Titrate to keep MAP >/= 65,
HR < 125

Action Type: Discontinue        Action Date/Time: 1/18/2016 21:10 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: Sbar MD,Alan  Supervising Provider:            Communication Type: Electronic
Order Details: Titrate, 250 mL, Soln-IV, IV, 150 mL/hr, Duration: 30 Days, Start date: 01/18/16 19:14:00 CST, Priority:
Routine, Stop date 02/17/16 19:13:00 CST, Total volume (mL): 250
Review Information:
Pharmacist Verify: Not Reviewed
Pharmacist Verify: Electronically Signed, Cearley PHRMCS,Steve D on 1/18/2016 21:12 CST
Doctor Cosign: Not Required
Order Comment:

Action Type: Modify           Action Date/Time: 1/18/2016 19:17 CST Action Personnel: Cearley PHRMCS,
                                                                     Steve D
Electronically Signed by: Santos MD,  Supervising Provider:          Communication Type: Verbal w/
Ariel                                                                Readback
Order Details: Titrate, 250 mL, Soln-IV, IV, 150 mL/hr, Duration: 30 Days, Start date: 01/18/16 19:14:00 CST, Priority:
Routine, Stop date 02/17/16 19:13:00 CST, Total volume (mL): 250
Review Information:
Nurse Review: Electronically Signed, Campbell RN,Shelby on 1/18/2016 19:52 CST
Doctor Cosign: Electronically Signed, Santos MD,Ariel on 1/18/2016 21:12 CST
Order Comment: Change rate: 0.4 mcg/kg/min every 15 minutes Max rate 9.1 mcg/kg/min Titrate to keep MAP >/= 65,
HR < 125

Action Type: Order            Action Date/Time: 1/18/2016 19:15 CST Action Personnel: Ferguson RN,Kale A
Electronically Signed by: Santos MD,  Supervising Provider:          Communication Type: Verbal w/
Ariel                                                                Readback
Order Details: Titrate, 250 mL, Soln-IV, IV, 150 mL/hr, Duration: 30 Days, Start date: 01/18/16 19:14:00 CST, Priority:
Routine, Stop date 02/17/16 19:13:00 CST, Total volume (mL): 250
Review Information:
Pharmacist Verify: Not Reviewed
Doctor Cosign: Electronically Signed, Santos MD,Ariel on 1/18/2016 21:12 CST
Pharmacist Verify: Electronically Signed, Cearley PHRMCS,Steve D on 1/18/2016 19:17 CST
Order Comment: Change rate: 0.4 mcg/kg/min every 15 minutes Max rate 9.1 mcg/kg/min Titrate to keep MAP >/= 65,
HR < 125

---

Print Date/Time  1/19/2016 11:26 CST            Medical Record

*8173*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00435

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:  NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                            Disch Time:
FIN:   NWT0000090926403

| Orders |
|---|

**Order: Sodium Chloride 0.9% (NS Bolus)**
Order Date/Time: 1/18/2016 20:00 CST
Signed Date/Time: 1/18/2016 20:00 CST

Order Status: Completed        Department Status:            Catalog Type: Pharmacy        Activity Type: Pharmacy
                               Completed

End-state Date/Time: 1/18/2016 22:40 CST            End-state Reason:
Ordering Physician: Sbar MD,Alan                    Consulting Physician:
Entered By: Campbell RN,Shelby on 1/18/2016 20:00 CST
Order Details: 500 mL, Soln-IV, Stop date: 1/18/16 10:40:31 PM CST, IV Piggyback, Once, First Dose: STAT, Start date:
1/18/16 8:00:00 PM CST, Bolus Rate: 500 mL/hr, Administer over: 1 hr
Order Comment:

Action Type: Complete              Action Date/Time: 1/18/2016 22:40 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: Sbar MD,Alan  Supervising Provider:            Communication Type:
Order Details: 500 mL, Soln-IV, Stop date: 01/18/16 20:00:00 CST, IV Piggyback, Once, First Dose: STAT, Start date:
01/18/16 20:00:00 CST, Bolus Rate: 500 mL/hr, Administer over: 1 hr
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                 Action Date/Time: 1/18/2016 20:00 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: Sbar MD,Alan  Supervising Provider:            Communication Type: Verbal w/
                                                                         Readback
Order Details: 500 mL, Soln-IV, Stop date: 01/18/16 20:00:00 CST, IV Piggyback, Once, First Dose: STAT, Start date:
01/18/16 20:00:00 CST, Bolus Rate: 500 mL/hr, Administer over: 1 hr
Review Information:
Pharmacist Verify: Not Reviewed
Doctor Cosign: Electronically Signed, Sbar MD,Alan on 1/19/2016 06:44 CST
Pharmacist Verify: Electronically Signed, Cearley PHRMCS,Steve D on 1/18/2016 20:03 CST
Order Comment:

8,174

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00436

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex:          / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

| Orders |
|---|

Order: **NS 1,000 mL**
Order Date/Time: 1/18/2016 20:25 CST
Signed Date/Time: 1/18/2016 20:25 CST
Order Status: Ordered        Department Status: Ordered      Catalog Type: Pharmacy        Activity Type: Pharmacy
End-state Date/Time: 2/17/2016 20:24 CST          End-state Reason:
Ordering Physician: Sbar MD,Alan                  Consulting Physician:
Entered By: Campbell RN,Shelby on 1/18/2016 20:25 CST
Order Details: 1,000 mL, Soln-IV, IV, 200 mL/hr, Duration: 30 Days, Start date: 1/18/16 8:25:00 PM CST, Priority: Routine,
Stop date 2/17/16 8:24:00 PM CST, Total volume (mL): 1,000
Order Comment:

Action Type: Order            Action Date/Time: 1/18/2016 20:25 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: Sbar MD,Alan  Supervising Provider:              Communication Type: Phone w/
                                                                          Readback
Order Details: 1,000 mL, Soln-IV, IV, 200 mL/hr, Duration: 30 Days, Start date: 01/18/16 20:25:00 CST, Priority: Routine,
Stop date 02/17/16 20:24:00 CST, Total volume (mL): 1,000
Review Information:
Pharmacist Verify: Not Reviewed
Doctor Cosign: Electronically Signed, Sbar MD,Alan on 1/19/2016 06:44 CST
Pharmacist Verify: Electronically Signed, Cearley PHRMCS,Steve D on 1/18/2016 20:28 CST
Order Comment:

---

8175

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by sc
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00437

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

| Orders |
| --- |

Order: **phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL**
Order Date/Time: 1/18/2016 21:10 CST
Signed Date/Time: 1/18/2016 21:10 CST
Order Status: Ordered          Department Status: Ordered     Catalog Type: Pharmacy          Activity Type: Pharmacy
End-state Date/Time: 2/17/2016 21:09 CST          End-state Reason:
Ordering Physician: Sbar MD,Alan          Consulting Physician:
Entered By: Campbell RN,Shelby on 1/18/2016 21:10 CST
Order Details: 250 mL, IV, 8.16 mL/hr, Duration: 30 Days, Start date: 1/18/16 9:10:00 PM CST, Priority: Routine, Stop date 2/17/16 9:09:00 PM CST, Total volume (mL): 250
Order Comment: Change rate: 0.4 mcg//kg/min every 15 minutes Max rate 9.1 mcg/kg/min Titrate to keep MAP >/= 65, HR < 125

Action Type: Modify                    Action Date/Time: 1/18/2016 21:12 CST Action Personnel: Cearley PHRMCS, Steve D
Electronically Signed by: Sbar MD,Alan  Supervising Provider:          Communication Type: Electronic
Order Details: 250 mL, IV, 8.16 mL/hr, Duration: 30 Days, Start date: 01/18/16 21:10:00 CST, Priority: Routine, Stop date 02/17/16 21:09:00 CST, Total volume (mL): 250
Review Information:
Nurse Review: Electronically Signed, Campbell RN,Shelby on 1/18/2016 21:45 CST
Doctor Cosign: Not Required
Order Comment: Change rate: 0.4 mcg//kg/min every 15 minutes Max rate 9.1 mcg/kg/min Titrate to keep MAP >/= 65, HR < 125

Action Type: Order                    Action Date/Time: 1/18/2016 21:10 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: Sbar MD,Alan  Supervising Provider:          Communication Type: Electronic
Order Details: 250 mL, IV, 8.16 mL/hr, Duration: 30 Days, Start date: 01/18/16 21:10:00 CST, Priority: Routine, Stop date 02/17/16 21:09:00 CST, Total volume (mL): 250
Review Information:
Pharmacist Verify: Not Reviewed
Pharmacist Verify: Electronically Signed, Cearley PHRMCS,Steve D on 1/18/2016 21:12 CST
Doctor Cosign: Not Required
Order Comment: Change rate: 0.4 mcg//kg/min every 15 minutes Max rate 9.1 mcg/kg/min Titrate to keep MAP >/= 65, HR < 125

8176

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scan
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00438

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▇▇▇▇ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                     Disch Time:
FIN:   NWT0000090926403

---

| Orders |
| --- |

**Order: Specialty Support Surface Evaluation**
Order Date/Time: 1/18/2016 22:13 CST
Signed Date/Time: 1/18/2016 22:13 CST
Order Status: Completed        Department Status:        Catalog Type: Patient Care    Activity Type:
                               Completed                                               Asmt/Tx/Monitoring
End-state Date/Time: 1/19/2016 00:20 CST        End-state Reason:
Ordering Physician: SYSTEM                      Consulting Physician:
Entered By: SYSTEM on 1/18/2016 22:13 CST
Order Details: 1/18/16 10:13:57 PM CST, Routine, Stop date 1/19/16 12:20:53 AM CST
Order Comment: This order was placed by Discern Expert.

Action Type: Complete                Action Date/Time: 1/19/2016 00:20 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: SYSTEM     Supervising Provider:              Communication Type:
Order Details: 01/18/16 22:13:57 CST, Routine, Stop date 01/18/16 22:13:57 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                   Action Date/Time: 1/18/2016 22:13 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM     Supervising Provider:              Communication Type: Discern Expert
Order Details: 01/18/16 22:13:57 CST, Routine, Stop date 01/18/16 22:13:57 CST
Review Information:
Doctor Cosign: Not Required
Order Comment: This order was placed by Discern Expert.

**Order: Sodium Level**
Order Date/Time: 1/19/2016 04:00 CST
Signed Date/Time: 1/19/2016 02:58 CST
Order Status: Canceled        Department Status: Canceled Catalog Type: Laboratory        Activity Type: General Lab
End-state Date/Time: 1/19/2016 03:01 CST        End-state Reason: Improper Collection
Ordering Physician: Sbar MD,Alan                Consulting Physician:
Entered By: Campbell RN,Shelby on 1/19/2016 02:58 CST
Order Details: Blood, Nurse collect, Routine collect, 1/19/16 4:00:00 AM CST, Stop date 1/19/16 3:01:05 AM CST
Order Comment:

Action Type: Cancel                  Action Date/Time: 1/19/2016 03:01 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: Sbar MD,Alan Supervising Provider:           Communication Type: Electronic
Order Details: Blood, Nurse collect, Routine collect, 01/19/16 2:58:00 CST, Stop date 01/19/16 4:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                   Action Date/Time: 1/19/2016 02:58 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: Sbar MD,Alan Supervising Provider:           Communication Type: Standing Order
Order Details: Blood, Nurse collect, Routine collect, 01/19/16 2:58:00 CST, Stop date 01/19/16 4:00:00 CST
Review Information:
Doctor Cosign: Electronically Signed, Sbar MD,Alan on 1/19/2016 06:44 CST
Order Comment:

---

Print Date/Time 1/19/2016 11:26 CST              Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scan
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

9/177

OIG_00439

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:  NWT00751578
DOB/Sex:  ▉▉▉▉ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:  NWT0000090926403

---

## Orders

Order: **Sodium Level**
Order Date/Time: 1/19/2016 04:00 CST
Signed Date/Time: 1/19/2016 03:00 CST
Order Status: Canceled         Department Status: Canceled Catalog Type: Laboratory         Activity Type: General Lab
End-state Date/Time: 1/19/2016 03:02 CST              End-state Reason: Improper Collection
Ordering Physician: Sbar MD,Alan              Consulting Physician:
Entered By: Campbell RN,Shelby on 1/19/2016 03:00 CST
Order Details: Blood, Nurse collect, Routine collect, 1/19/16 4:00:00 AM CST, Stop date 1/19/16 3:02:30 AM CST
Order Comment:

Action Type: Cancel              Action Date/Time: 1/19/2016 03:02 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: Sbar MD,Alan Supervising Provider:              Communication Type: Electronic
Order Details: Blood, Nurse collect, Routine collect, 01/19/16 3:00:00 CST, Stop date 01/19/16 4:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order              Action Date/Time: 1/19/2016 03:01 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: Sbar MD,Alan Supervising Provider:              Communication Type: Electronic
Order Details: Blood, Nurse collect, Routine collect, 01/19/16 3:00:00 CST, Stop date 01/19/16 4:00:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

---

Print Date/Time 1/19/2016 11:26 CST              **Medical Record**

*8178*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00440

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ████████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

| *Orders* |
| --- |

Order: **Sodium Level**
Order Date/Time: 1/19/2016 03:16 CST
Signed Date/Time: 1/19/2016 03:02 CST
Order Status: Canceled      Department Status: Canceled Catalog Type: Laboratory    **Activity** Type: General Lab
End-state Date/Time: 1/19/2016 03:33 CST          **End-state Reason: Duplicate Order**
Ordering Physician: Sbar MD,Alan          Consulting Physician:
Entered By: Campbell RN,Shelby on 1/19/2016 03:02 CST
Order Details: Blood, Nurse collect, Timed Study collect, 1/19/16 3:16:00 AM CST, Stop date **1/19/16** 3:33:00 AM CST
Order Comment:

Action Type: Cancel          Action Date/Time: 1/19/2016 03:33 CST Action Personnel: Solis,Aaron
Electronically Signed by: Sbar MD,Alan  Supervising Provider:          Communication Type:
Order Details: Blood, Nurse collect, Timed Study collect, 01/19/16 3:02:00 CST, Stop date **01/19/16** 3:02:00 CST
Review Information:
Nurse Review: Electronically Signed, Campbell RN,Shelby on 1/19/2016 04:14 CST
Doctor Cosign: Not Reviewed
Order Comment:

Action Type: Status Change          Action Date/Time: 1/19/2016 03:26 CST Action Personnel: Brown
                                                                          MLT(ASCP)**CM,**Richard
Electronically Signed by: Sbar MD,Alan  Supervising Provider:          Communication Type:
Order Details: Blood, Nurse collect, Timed Study collect, 01/19/16 3:02:00 CST, Stop date **01/19/16** 3:02:00 CST
Review Information:
Order Comment:

Action Type: Status Change          Action Date/Time: 1/19/2016 03:16 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: Sbar MD,Alan  Supervising Provider:          Communication Type:
Order Details: Blood, Nurse collect, Timed Study collect, 01/19/16 3:02:00 CST, Stop date **01/19/16** 3:02:00 CST
Review Information:
Order Comment:

Action Type: Order          Action Date/Time: 1/19/2016 03:02 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: Sbar MD,Alan  Supervising Provider:          Communication Type: Electronic
Order Details: Blood, Nurse collect, Timed Study collect, 01/19/16 3:02:00 CST, Stop date **01/19/16** 3:02:00 CST
Review Information:
Order Comment:

*8/79*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by som
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00441

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▇▇▇▇ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                           Disch Time:
FIN:  NWT0000090926403

| Orders |
| --- |

**Order: Auto Diff**
Order Date/Time: 1/19/2016 03:16 CST
Signed Date/Time: 1/19/2016 03:26 CST

Order Status: Completed          Department Status:          Catalog Type: Laboratory          Activity Type: General Lab
                                                 Completed

End-state Date/Time: 1/19/2016 03:51 CST                    End-state Reason:
Ordering Physician: Harper PA,David Shane                    Consulting Physician:
Entered By: SYSTEM on 1/19/2016 03:26 CST

Order Details: Blood, Nurse collect, Collected, AM Draw collect, 1/19/16 3:16:00 AM CST, Once, Stop date 1/19/16
3:51:59 AM CST, Print Label By Order Location

Order Comment:

Action Type: Complete                    Action Date/Time: 1/19/2016 03:51 CST Action Personnel: SYSTEM
Electronically Signed by: Harper PA,     Supervising Provider:                    Communication Type:
David Shane

Order Details: Blood, Nurse collect, Collected, AM Draw collect, 01/19/16 3:16:00 CST, Once, Stop date 01/19/16 3:16:00
CST, Print Label By Order Location

Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change               Action Date/Time: 1/19/2016 03:26 CST Action Personnel: SYSTEM
Electronically Signed by: Harper PA,     Supervising Provider:                    Communication Type:
David Shane

Order Details: Blood, Nurse collect, Collected, AM Draw collect, 01/19/16 3:16:00 CST, Once, Stop date 01/19/16 3:16:00
CST, Print Label By Order Location

Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                       Action Date/Time: 1/19/2016 03:26 CST Action Personnel: SYSTEM
Electronically Signed by: Harper PA,     Supervising Provider:                    Communication Type: Discern Expert
David Shane

Order Details: Blood, Nurse collect, Collected, AM Draw collect, 01/19/16 3:16:00 CST, Once, Stop date 01/19/16 3:16:00
CST, Print Label By Order Location

Review Information:
Doctor Cosign: Not Required
Order Comment:

*8/80*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scan
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00442

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▆▆▆▆ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

| Orders |
| --- |

**Order: Specialty Support Surface Evaluation**
Order Date/Time: 1/19/2016 03:28 CST
Signed Date/Time: 1/19/2016 03:28 CST
Order Status: Ordered        Department Status: Ordered     Catalog Type: Patient Care        Activity Type: Asmt/Tx/Monitoring

End-state Date/Time: 1/19/2016 03:28 CST           End-state Reason:
Ordering Physician: SYSTEM                          Consulting Physician:
Entered By: SYSTEM on 1/19/2016 03:28 CST
Order Details: 1/19/16 3:28:00 AM CST, Routine, Stop date 1/19/16 3:28:00 AM CST
Order Comment: This order was placed by Discern Expert.

Action Type: Order            Action Date/Time: 1/19/2016 03:28 CST Action Personnel: SYSTEM
Electronically Signed by: SYSTEM      Supervising Provider:          Communication Type: Discern Expert
Order Details: 01/19/16 3:28:00 CST, Routine, Stop date 01/19/16 3:28:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment: This order was placed by Discern Expert.

**Order: Sodium Level**
Order Date/Time: 1/19/2016 07:00 CST
Signed Date/Time: 1/19/2016 04:39 CST
Order Status: Ordered        Department Status: Ordered     Catalog Type: Laboratory        Activity Type: General Lab
Ordering Physician: Santos MD,Ariel                 Consulting Physician:
Entered By: Campbell RN,Shelby on 1/19/2016 04:39 CST
Order Details: Blood, Nurse collect, Timed Study collect, 1/19/16 7:00:00 AM CST, q4H Interval
Order Comment:

Action Type: Order            Action Date/Time: 1/19/2016 04:40 CST Action Personnel: Campbell RN,Shelby
Electronically Signed by: Santos MD,      Supervising Provider:          Communication Type: Verbal w/
Ariel                                                                     Readback
Order Details: Blood, Nurse collect, Timed Study collect, 01/19/16 7:00:00 CST, q4H Interval
Review Information:
Doctor Cosign: Electronically Signed, Santos MD,Ariel on 1/19/2016 06:59 CST
Order Comment:

Print Date/Time  1/19/2016 11:26 CST          **Medical Record**

8181

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scmb
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                          OIG_00443

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▉▉▉▉ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

| Orders |
| --- |

Order: **Arterial Blood Gas NWT**
Order Date/Time: 1/19/2016 05:14 CST
Signed Date/Time: 1/19/2016 06:01 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
| --- | --- | --- | --- |

End-state Date/Time: 1/19/2016 06:01 CST                    End-state Reason:
Ordering Physician: Galvan,Dan MD                    Consulting Physician:
Entered By: SYSTEM on 1/19/2016 06:01 CST
Order Details: Blood, Collected Y/N, RT, RT - Routine, 1/19/16 5:14:00 AM CST
Order Comment:

Action Type: Complete                    Action Date/Time: 1/19/2016 06:01 CST   Action Personnel: SYSTEM
Electronically Signed by: Galvan,Dan        Supervising Provider:                    Communication Type:
MD
Order Details: Blood, Collected Y/N, RT, RT - Routine, 01/19/16 5:14:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                    Action Date/Time: 1/19/2016 06:01 CST   Action Personnel: SYSTEM
Electronically Signed by: Galvan,Dan        Supervising Provider:                    Communication Type: Written
MD
Order Details: Blood, Collected Y/N, RT, RT - Routine, 01/19/16 5:14:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Print Date/Time  1/19/2016 11:26 CST              **Medical Record**

8/82

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00444

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON                          Admit: 1/18/2016
MRN:    NWT00751578                              Disch:                    Disch Time:
DOB/Sex: ▆▆▆▆ / Male                             FIN:   NWT0000090926403
Attending: Galvan,Dan MD

| Orders |
|---|

**Order: potassium phosphate + Sodium Chloride 0.9% 250 mL**
Order Date/Time: 1/19/2016 08:00 CST
Signed Date/Time: 1/19/2016 06:42 CST

Order Status: Completed      Department Status:        Catalog Type: Pharmacy      Activity Type: Pharmacy
                             Completed

End-state Date/Time: 1/19/2016 08:31 CST         End-state Reason:
Ordering Physician: Harper PA,David Shane        Consulting Physician:
Entered By: Tate PharmD,Matt E on 1/19/2016 06:42 CST
Order Details: 30 mmol = 10 mL, IV, Once, Start date: 1/19/16 8:00:00 AM CST, Stop date: 1/19/16 8:31:31 AM CST,
43.33 mL/hr, Administer over: 6 hr
Order Comment: **Each 3mmol phosphate provides 4.4meq potassium**

Action Type: Complete          Action Date/Time: 1/19/2016 08:31 CST Action Personnel: Nations RN,Meagan
Electronically Signed by: Harper PA,   Supervising Provider:          Communication Type:
David Shane
Order Details: 30 mmol = 10 mL, IV, Once, Start date: 01/19/16 8:00:00 CST, Stop date: 01/19/16 8:00:00 CST, 43.33
mL/hr, Administer over: 6 hr
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order             Action Date/Time: 1/19/2016 06:42 CST Action Personnel: Tate PharmD,Matt E
Electronically Signed by: Harper PA,   Supervising Provider:          Communication Type: Written
David Shane
Order Details: 30 mmol = 10 mL, IV, Once, Start date: 01/19/16 8:00:00 CST, Stop date: 01/19/16 8:00:00 CST, 43.33
mL/hr, Administer over: 6 hr
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/19/2016 08:31 CST
Pharmacist Verify: Electronically Signed, Tate PharmD,Matt E on 1/19/2016 06:42 CST
Doctor Cosign: Not Required
Order Comment: **Each 3mmol phosphate provides 4.4meq potassium**

Print Date/Time  1/19/2016 11:26 CST              Medical Record

8153

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                                    OIG_00445

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

## Orders

**Order: NM Brain Imaging Vascular Flow Only (NM Brain Death)**
Order Date/Time: 1/19/2016 08:51 CST
Signed Date/Time: 1/19/2016 08:51 CST

Order Status: Canceled          Department Status: Exam          Catalog Type: Radiology          Activity Type: Radiology
                                Replaced
End-state Date/Time: 1/19/2016 09:48 CST                    End-state Reason: Exam Replaced
Ordering Physician: Harper PA,David Shane                    Consulting Physician:
Entered By: Harper PA,David Shane on 1/19/2016 08:51 CST
Order Details: 1/19/16 8:51:00 AM CST, Routine, Reason: Other (Please Specify), Reason: ICH
Order Comment:

Action Type: Cancel                      Action Date/Time: 1/19/2016 09:48 CST Action Personnel: Palma MRT,Edwardo
Electronically Signed by: Harper PA,      Supervising Provider:               Communication Type: Written
David Shane
Order Details: 01/19/16 8:51:00 CST, Routine, Reason: Other (Please Specify), Reason: ICH
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                       Action Date/Time: 1/19/2016 08:52 CST Action Personnel: Harper PA,David
                                                                                                    Shane
Electronically Signed by: Harper PA,      Supervising Provider:               Communication Type: Written
David Shane
Order Details: 01/19/16 8:51:00 CST, Routine, Reason: Other (Please Specify), Reason: ICH
Review Information:
Nurse Review: Electronically Signed, Nations RN,Meagan on 1/19/2016 08:59 CST
Doctor Cosign: Not Required
Order Comment:

**Order: NM Brain Imaging Comp w/Vascular Flow**
Order Date/Time: 1/19/2016 08:51 CST
Signed Date/Time: 1/19/2016 08:51 CST

Order Status: Ordered          Department Status: Exam          Catalog Type: Radiology          Activity Type: Radiology
                               Completed
End-state Date/Time: 1/19/2016 08:51 CST                    End-state Reason:
Ordering Physician: Harper PA,David Shane                    Consulting Physician:
Entered By: Palma MRT,Edwardo on 1/19/2016 08:51 CST
Order Details: 1/19/16 8:51:00 AM CST, Routine, Reason: Other (Please Specify), Reason: ICH, Transport Mode: Walked
Independently
Order Comment:

Action Type: Status Change               Action Date/Time: 1/19/2016 11:01 CST Action Personnel: Palma MRT,Edwardo
Electronically Signed by: Harper PA,      Supervising Provider:               Communication Type: Written
David Shane
Order Details: 01/19/16 8:51:00 CST, Routine, Reason: Other (Please Specify), Reason: ICH, Transport Mode: Walked
Independently
Review Information:
Doctor Cosign: Not Required

Print Date/Time 1/19/2016 11:26 CST                    Medical Record

*2184*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scan
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00446

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex:  ████ / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:              Disch Time:
FIN:    NWT0000090926403

| Orders |
| --- |

Order: **NM Brain Imaging Comp w/Vascular Flow**
Order Comment:

Action Type: Status Change | Action Date/Time: 1/19/2016 11:00 CST Action Personnel: Palma MRT,Edwardo
Electronically Signed by: Harper PA, | Supervising Provider: | Communication Type: Written
David Shane
Order Details: 01/19/16 8:51:00 CST, Routine, Reason: Other (Please Specify), Reason: ICH, Transport Mode: Walked
Independently
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change | Action Date/Time: 1/19/2016 11:00 CST Action Personnel: Palma MRT,Edwardo
Electronically Signed by: Harper PA, | Supervising Provider: | Communication Type: Written
David Shane
Order Details: 01/19/16 8:51:00 CST, Routine, Reason: Other (Please Specify), Reason: ICH, Transport Mode: Walked
Independently
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change | Action Date/Time: 1/19/2016 11:00 CST Action Personnel: Palma MRT,Edwardo
Electronically Signed by: Harper PA, | Supervising Provider: | Communication Type: Written
David Shane
Order Details: 01/19/16 8:51:00 CST, Routine, Reason: Other (Please Specify), Reason: ICH, Transport Mode: Walked
Independently
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Modify | Action Date/Time: 1/19/2016 09:48 CST Action Personnel: Palma MRT,Edwardo
Electronically Signed by: Harper PA, | Supervising Provider: | Communication Type: Written
David Shane
Order Details: 01/19/16 8:51:00 CST, Routine, Reason: Other (Please Specify), Reason: ICH, Transport Mode: Walked
Independently
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order | Action Date/Time: 1/19/2016 09:48 CST Action Personnel: Palma MRT,Edwardo
Electronically Signed by: Harper PA, | Supervising Provider: | Communication Type: Written
David Shane
Order Details: 01/19/16 8:51:00 CST, Routine, Reason: Other (Please Specify), Reason: ICH, Transport Mode: 18072000
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required
Order Comment:

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by se
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00447

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON                          Admit: 1/18/2016
MRN:      NWT00751578                             Disch:              Disch Time:
DOB/Sex: ▮▮▮▮▮▮ / Male                           FIN:   NWT0000090926403
Attending: Galvan,Dan MD

| Orders |
| --- |

Order: **POC Glucose**
Order Date/Time: 1/18/2016 20:39 CST
Signed Date/Time: 1/19/2016 09:00 CST

Order Status: Completed        Department Status:        Catalog Type: Laboratory        Activity Type: General Lab
                               Completed

End-state Date/Time: 1/19/2016 09:00 CST              End-state Reason:
Ordering Physician: Galvan,Dan MD                    Consulting Physician:
Entered By: SYSTEM on 1/19/2016 09:00 CST
Order Details: Blood, Collected Y/N, RT, RT - Routine, 1/18/16 8:39:00 PM CST
Order Comment:

Action Type: Complete          Action Date/Time: 1/19/2016 09:00 CST Action Personnel: SYSTEM
Electronically Signed by: Galvan,Dan  Supervising Provider:           Communication Type:
MD
Order Details: Blood, Collected Y/N, RT, RT - Routine, 01/18/16 20:39:39 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order             Action Date/Time: 1/19/2016 09:00 CST Action Personnel: SYSTEM
Electronically Signed by: Galvan,Dan  Supervising Provider:           Communication Type: Written
MD
Order Details: Blood, Collected Y/N, RT, RT - Routine, 01/18/16 20:39:39 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

*9/86*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00448

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                Disch Time:
FIN: NWT0000090926403

| Orders |
| --- |

Order: **Arterial Blood Gas NWT**
Order Date/Time: 1/19/2016 08:44 CST
Signed Date/Time: 1/19/2016 09:03 CST

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
| --- | --- | --- | --- |

End-state Date/Time: 1/19/2016 09:03 CST              End-state Reason:
Ordering Physician: Galvan,Dan MD                     Consulting Physician:
Entered By: SYSTEM on 1/19/2016 09:03 CST
Order Details: Blood, Collected Y/N, RT, RT – Routine, 1/19/16 8:44:00 AM CST
Order Comment:

| Action Type: Complete | Action Date/Time: 1/19/2016 09:03 CST | Action Personnel: SYSTEM |
| --- | --- | --- |
| Electronically Signed by: Galvan,Dan MD | Supervising Provider: | Communication Type: |

Order Details: Blood, Collected Y/N, RT, RT – Routine, 01/19/16 8:44:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Order | Action Date/Time: 1/19/2016 09:03 CST | Action Personnel: SYSTEM |
| --- | --- | --- |
| Electronically Signed by: Galvan,Dan MD | Supervising Provider: | Communication Type: Written |

Order Details: Blood, Collected Y/N, RT, RT – Routine, 01/19/16 8:44:00 CST
Review Information:
Doctor Cosign: Not Required
Order Comment:

Order: **ocular lubricant (Lacri-Lube S.O.P.)**
Order Date/Time: 1/19/2016 11:03 CST
Signed Date/Time: 1/19/2016 11:02 CST

| Order Status: Ordered | Department Status: Ordered | Catalog Type: Pharmacy | Activity Type: Pharmacy |
| --- | --- | --- | --- |

End-state Date/Time: 2/18/2016 11:02 CST              End-state Reason:
Ordering Physician: Harper PA,David Shane             Consulting Physician:
Entered By: Nations RN,Meagan on 1/19/2016 11:02 CST
Order Details: 1 app, Oint-Opth, OPTH, Daily PRN Dry eyes, Duration: 30 Days, First Dose: Routine, Start date: 1/19/16 11:03:00 AM CST, Stop date: 2/18/16 11:02:00 AM CST
Order Comment:

| Action Type: Order | Action Date/Time: 1/19/2016 11:03 CST | Action Personnel: Nations RN,Meagan |
| --- | --- | --- |
| Electronically Signed by: Harper PA, David Shane | Supervising Provider: | Communication Type: Phone w/ Readback |

Order Details: 1 app, Oint-Opth, OPTH, Daily PRN Dry eyes, Duration: 30 Days, First Dose: Routine, Start date: 01/19/16 11:03:00 CST, Stop date: 02/18/16 11:02:00 CST
Review Information:
Pharmacist Verify: Not Reviewed
Doctor Cosign: Not Reviewed
Pharmacist Verify: Electronically Signed, Tate PharmD,Matt E on 1/19/2016 11:07 CST
Order Comment:

Print Date/Time 1/19/2016 11:26 CST          Medical Record

*0187*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by som
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00449

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▆▆▆▆ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:         Disch Time:
FIN: NWT0000090926403

---

## Medication Orders

### Documented medications

**Order: traMADol**
Order Date/Time: 1/18/2016 12:46 CST
Signed Date/Time: 1/18/2016 12:46 CST
Order Status: Documented      Clinical Category: Medications      Medication Type: Documented
Ordering Physician:                 Consulting Physician:
Entered By: Nations RN,Meagan on 1/18/2016 12:46 CST
Order Details: 50 mg =, Oral, qHS, 0 Refill(s), Maintenance
Order Comment:

Action Type: Document      Action Date/Time: 1/18/2016 12:46 CST Action Personnel: Nations RN,Meagan
Electronically Signed by:      Supervising Provider:      Communication Type:
Order Details: 50 mg =, Oral, qHS, 0 Refill(s), Maintenance
Review Information:
Doctor Cosign: Not Required
Order Comment:

---

## Medication Administration Record

### Medications

**Administration Date/Time: 1/19/2016 08:31 CST**
Medication Name: **potassium phosphate + Sodium Chloride 0.9% 250 mL**
**Ingredients:** NS250 250 mL; pota5mlSol 30 mmol 10 mL
**Admin Details: (Auth)** IV, Left Intern Jugular
**Action Details:** Order: Harper PA,David Shane 1/19/2016 06:42 CST; Perform: Nations RN,Meagan 1/19/2016 08:31
CST; VERIFY: Nations RN,Meagan 1/19/2016 08:31 CST

**Administration Date/Time: 1/19/2016 08:31 CST**
Medication Name: **chlorhexidine topical (Peridex 0.12% mucous membrane liquid)**
**Ingredients:** chlo0.12Liq 15 mL
**Admin Details: (Auth)** Oral-Swish and SPIT
**Action Details:** Order: Harper PA,David Shane 1/18/2016 14:21 CST; Perform: Nations RN,Meagan 1/19/2016 08:31
CST; VERIFY: Nations RN,Meagan 1/19/2016 08:31 CST

**Administration Date/Time: 1/18/2016 20:30 CST**
Medication Name: **Sodium Chloride 0.9% (NS Bolus)**
**Ingredients:** NS500mlBolus 500 mL
**Admin Details: (Auth)** IV Piggyback, Left Intern Jugular
**Action Details:** Order: Sbar MD,Alan 1/18/2016 20:00 CST; Perform: Campbell RN,Shelby 1/18/2016 22:39 CST;
VERIFY: Campbell RN,Shelby 1/18/2016 22:39 CST

---

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8188

OIG_00450

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                Disch Time:
FIN: NWT0000090926403

---

### Medication Administration Record

---

#### Medications

---

**Administration Date/Time:** 1/18/2016 19:33 CST
Medication Name: **chlorhexidine topical (Peridex 0.12% mucous membrane liquid)**
Ingredients: chlo0.12Liq 15 mL
**Admin Details: (Auth)** Oral-Swish and SPIT
**Action Details:** Order: Harper PA,David Shane 1/18/2016 14:21 CST; Perform: Campbell RN,Shelby 1/18/2016 19:33 CST; VERIFY: Campbell RN,Shelby 1/18/2016 19:33 CST

**Administration Date/Time:** 1/18/2016 17:06 CST
Medication Name: **midazolam (midazolam 1 mg/mL preservative-free injectable solution)**
**Admin Details: Auth (Verified)**
Medication Effective: Yes
**Action Details:** Order: Harper PA,David Shane 1/18/2016 14:21 CST; Perform: Nations RN,Meagan 1/18/2016 18:49 CST; VERIFY: Nations RN,Meagan 1/18/2016 18:49 CST

**Administration Date/Time:** 1/18/2016 17:06 CST
Medication Name: **fentaNYL (Sublimaze)**
**Admin Details: Auth (Verified)**
Medication Effective: Yes
**Action Details:** Order: Harper PA,David Shane 1/18/2016 14:21 CST; Perform: Nations RN,Meagan 1/18/2016 18:49 CST; VERIFY: Nations RN,Meagan 1/18/2016 18:49 CST

**Administration Date/Time:** 1/18/2016 16:51 CST
Medication Name: **midazolam (midazolam 1 mg/mL preservative-free injectable solution)**
Ingredients: mida2mg/2mLPF 2 mg 2 mL
**Admin Details: (Auth)** IV Push, Left Intern Jugular
**Action Details:** Order: Harper PA,David Shane 1/18/2016 14:21 CST; Perform: Nations RN,Meagan 1/18/2016 16:50 CST; VERIFY: Nations RN,Meagan 1/18/2016 16:50 CST

**Administration Date/Time:** 1/18/2016 16:51 CST
Medication Name: **fentaNYL (Sublimaze)**
Ingredients: fentaNYL 50 mcg/mL PF inj 2 mL 50 mcg 2 mL
**Admin Details: (Auth)** IV Push, Left Intern Jugular
MAR Pain Score: 8; Pain Assessment Tool Utilized: Faces; Respiratory Rate: 15 br/min
**Action Details:** Order: Harper PA,David Shane 1/18/2016 14:21 CST; Perform: Nations RN,Meagan 1/18/2016 16:50 CST; VERIFY: Nations RN,Meagan 1/18/2016 16:50 CST

**Administration Date/Time:** 1/18/2016 16:51 CST
Medication Name: **Vitamin B1 100 mg/mL injectable solution + Sodium Chloride 0.9% 50 mL**
Ingredients: NS50 50 mL; thia200Sol 200 mg 2 mL
**Admin Details: (Auth)** IV Piggyback, Left Intern Jugular
**Action Details:** Order: Harper PA,David Shane 1/18/2016 15:25 CST; Perform: Nations RN,Meagan 1/18/2016 16:49 CST; VERIFY: Nations RN,Meagan 1/18/2016 16:49 CST

---

*8189*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by sc▮
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00451

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▇▇▇▇ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

### Medication Administration Record

---

### Medications

**Administration Date/Time:** 1/18/2016 12:00 CST
Medication Name: **mannitol (mannitol 25% intravenous solution)**
**Admin Details: (Not Done)** To be completed in ER
mannitol
**Action Details:** Perform: Nations RN,Meagan 1/18/2016 12:00 CST

**Administration Date/Time:** 1/18/2016 11:04 CST
Medication Name: **mannitol (mannitol 25% intravenous solution)**
**Ingredients:** mannSol 50 gm 200 mL
**Admin Details: (Auth)** IV Piggyback, Left Antecubital Foss
**Action Details:** Order: Smith MD,Thomas E 1/18/2016 10:46 CST; Perform: Granados RN,Ricardo F.1/18/2016 11:04 CST; VERIFY: Granados RN,Ricardo F.1/18/2016 11:04 CST

**Administration Date/Time:** 1/18/2016 10:47 CST
Medication Name: **iopamidol**
**Ingredients:** iopamidol-300 61% 150 mL btl Isovue-300 100 mL 100 mL
**Admin Details: (Auth)** IV
**Action Details:** Order: Murray MD,Richard 1/18/2016 10:47 CST; Perform: Wrestley MRT,Lea Anne 1/18/2016 10:47 CST; VERIFY: Wrestley MRT,Lea Anne 1/18/2016 10:47 CST

**Administration Date/Time:** 1/18/2016 09:22 CST
Medication Name: **Sodium Chloride 0.9% (Sodium Chloride 0.9% Bolus)**
**Ingredients:** NS1000mlBolus 1000 mL
**Admin Details: (Auth)** IV Piggyback, Right Antecubital Foss
**Action Details:** Order: Smith MD,Thomas E 1/18/2016 09:00 CST; Perform: Granados RN,Ricardo F.1/18/2016 09:22 CST; VERIFY: Granados RN,Ricardo F.1/18/2016 09:22 CST

---

### Continuous Infusions

**Administration Date/Time:** 1/19/2016 09:50 CST
Medication Name: **phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL**
**Ingredients:** phen10vial 200 mcg/min
**Admin Details: (Rate Change) (Auth)** 60 mL/hr, Left Intern Jugular
**Action Details:** Order: Sbar MD,Alan 1/18/2016 21:10 CST; Perform: Nations RN,Meagan 1/19/2016 11:15 CST; VERIFY: Nations RN,Meagan 1/19/2016 11:15 CST

**Administration Date/Time:** 1/19/2016 08:00 CST
Medication Name: **phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL**
**Ingredients:** phen10vial 100 mcg/min
**Admin Details: (Rate Change) (Auth)** 30 mL/hr, Left Intern Jugular
**Action Details:** Order: Sbar MD,Alan 1/18/2016 21:10 CST; Perform: Nations RN,Meagan 1/19/2016 11:15 CST; VERIFY: Nations RN,Meagan 1/19/2016 11:15 CST

---

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8190

OIG_00452

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:           Disch Time:
FIN: NWT0000090926403

---

## Medication Administration Record

### Continuous Infusions

**Administration Date/Time: 1/19/2016 07:58 CST**
Medication Name: **phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL**
**Ingredients:** phen10vial 50 mg 5 mL 130 mcg/min; NS250 250 mL
**Admin Details: (Begin Bag) (Auth)** 250 mL, 39 mL/hr, Left Intern Jugular, 54.43 kg
**Action Details:** Order: Sbar MD,Alan 1/18/2016 21:10 CST; Perform: Nations RN,Meagan 1/19/2016 07:58 CST;
VERIFY: Nations RN,Meagan 1/19/2016 07:58 CST

**Administration Date/Time: 1/19/2016 07:58 CST**
Medication Name: **norepinephrine 1 mg/mL intravenous solution 16 mg [1 mcg/min] + Sodium Chloride 0.9% 250 mL**
**Ingredients:** nore4vial 16 mg 16 mL 46 mcg/min; NS250 250 mL
**Admin Details: (Begin Bag) (Auth)** 250 mL, 43.13 mL/hr, Left Intern Jugular, 54.43 kg
**Action Details:** Order: Santos MD,Ariel 1/18/2016 17:38 CST; Perform: Nations RN,Meagan 1/19/2016 07:58 CST;
VERIFY: Nations RN,Meagan 1/19/2016 07:58 CST

**Administration Date/Time: 1/19/2016 07:18 CST**
Medication Name: **NS 1,000 mL**
**Ingredients:** NS1000 1000 mL
**Admin Details: (Begin Bag) (Auth)** 1000 mL, 200 mL/hr, Left Antecubital Foss, 54.43 kg
**Action Details:** Order: Sbar MD,Alan 1/18/2016 20:25 CST; Perform: Nations RN,Meagan 1/19/2016 07:16 CST;
VERIFY: Nations RN,Meagan 1/19/2016 07:16 CST

**Administration Date/Time: 1/19/2016 06:15 CST**
Medication Name: **phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL**
**Ingredients:** phen10vial 130 mcg/min
**Admin Details: (Rate Change) (Auth)** 39 mL/hr, Left Intern Jugular
**Action Details:** Order: Sbar MD,Alan 1/18/2016 21:10 CST; Perform: Campbell RN,Shelby 1/19/2016 06:18 CST;
VERIFY: Campbell RN,Shelby 1/19/2016 06:18 CST

**Administration Date/Time: 1/19/2016 05:00 CST to 1/19/2016 05:59 CST**
Medication Name: **phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL**
**Ingredients:** phen10vial 130.2 mg; NS250 651 mL
**Admin Details: (Infuse) (Auth)** 651 mL, 37.5 mL/hr, Left Intern Jugular
**Action Details:** Order: Sbar MD,Alan 1/18/2016 21:10 CST; Perform: Campbell RN,Shelby 1/19/2016 05:08 CST;
VERIFY: Campbell RN,Shelby 1/19/2016 05:08 CST

**Administration Date/Time: 1/19/2016 05:00 CST to 1/19/2016 05:59 CST**
Medication Name: **norepinephrine 1 mg/mL intravenous solution 16 mg [1 mcg/min] + Sodium Chloride 0.9% 250 mL**
**Ingredients:** nore4vial 26.624 mg; NS250 416 mL
**Admin Details: (Infuse) (Auth)** 416 mL, 43.13 mL/hr, Left Intern Jugular
**Action Details:** Order: Santos MD,Ariel 1/18/2016 17:38 CST; Perform: Campbell RN,Shelby 1/19/2016 05:08 CST;
VERIFY: Campbell RN,Shelby 1/19/2016 05:08 CST

---

Print Date/Time  1/19/2016 11:26 CST         **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by so█
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8191

OIG_00453

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▇▇▇▇ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:       Disch Time:
FIN:   NWT0000090926403

---

### *Medication Administration Record*

---

#### *Continuous Infusions*

---

**Administration Date/Time:** 1/19/2016 05:00 CST to 1/19/2016 05:59 CST
Medication Name: **NS 1,000 mL**
**Ingredients:** NS1000 2055 mL
**Admin Details: (Infuse) (Auth)** 2055 mL, 200 mL/hr, Left Antecubital Foss
**Action Details:** Order: Sbar MD,Alan 1/18/2016 20:25 CST; Perform: Campbell RN,Shelby 1/19/2016 05:08 CST;
VERIFY: Campbell RN,Shelby 1/19/2016 05:08 CST

**Administration Date/Time:** 1/19/2016 05:00 CST
Medication Name: **phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL**
**Ingredients:** phen10vial 125 mcg/min
**Admin Details: (Rate Change) (Auth)** 37.5 mL/hr, Left Intern Jugular
**Action Details:** Order: Sbar MD,Alan 1/18/2016 21:10 CST; Perform: Campbell RN,Shelby 1/19/2016 05:06 CST;
VERIFY: Campbell RN,Shelby 1/19/2016 05:06 CST

**Administration Date/Time:** 1/19/2016 04:30 CST
Medication Name: **phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL**
**Ingredients:** phen10vial 135 mcg/min
**Admin Details: (Rate Change) (Auth)** 40.5 mL/hr, Left Intern Jugular
**Action Details:** Order: Sbar MD,Alan 1/18/2016 21:10 CST; Perform: Campbell RN,Shelby 1/19/2016 05:06 CST;
VERIFY: Campbell RN,Shelby 1/19/2016 05:06 CST

**Administration Date/Time:** 1/19/2016 04:00 CST
Medication Name: **phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL**
**Ingredients:** phen10vial 145 mcg/min
**Admin Details: (Rate Change) (Auth)** 43.5 mL/hr, Left Intern Jugular
**Action Details:** Order: Sbar MD,Alan 1/18/2016 21:10 CST; Perform: Campbell RN,Shelby 1/19/2016 05:06 CST;
VERIFY: Campbell RN,Shelby 1/19/2016 05:06 CST

**Administration Date/Time:** 1/19/2016 03:15 CST
Medication Name: **phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL**
**Ingredients:** phen10vial 155 mcg/min
**Admin Details: (Rate Change) (Auth)** 46.5 mL/hr, Left Intern Jugular
**Action Details:** Order: Sbar MD,Alan 1/18/2016 21:10 CST; Perform: Campbell RN,Shelby 1/19/2016 03:22 CST;
VERIFY: Campbell RN,Shelby 1/19/2016 03:22 CST

**Administration Date/Time:** 1/19/2016 02:57 CST
Medication Name: **phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL**
**Ingredients:** NS250 250 mL; phen10vial 50 mg 5 mL 165 mcg/min
**Admin Details: (Begin Bag) (Modified)** 250 mL, 49.5 mL/hr, Left Intern Jugular, 54.43 kg
**Action Details:** Order: Sbar MD,Alan 1/18/2016 21:10 CST; Perform: Campbell RN,Shelby 1/19/2016 02:56 CST; Modify:
Campbell RN,Shelby 1/19/2016 03:22 CST; VERIFY: Campbell RN,Shelby 1/19/2016 03:22 CST

---

Print Date/Time  1/19/2016 11:26 CST       **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8/92

OIG_00454

NWT- **Northwest** Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ■■■■■ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

---

| Medication Administration Record |
| :---: |

| Continuous Infusions |
| :---: |

**Administration Date/Time:** 1/19/2016 02:57 CST
Medication Name: **norepinephrine 1 mg/mL intravenous solution 16 mg [1 mcg/min] + Sodium Chloride 0.9% 250 mL**
**Ingredients:** nore4vial 16 mg 16 mL 46 mcg/min; NS250 250 mL
**Admin Details: (Begin Bag) (Auth)** 250 mL, 43.13 mL/hr, Left Intern Jugular, 54.43 kg
**Action Details:** Order: Santos MD,Ariel 1/18/2016 17:38 CST; Perform: Campbell RN,Shelby **1/19/**2016 02:56 CST;
VERIFY: Campbell RN,Shelby 1/19/2016 02:56 CST

**Administration Date/Time:** 1/19/2016 02:57 CST
Medication Name: **NS 1,000 mL**
**Ingredients:** NS1000 1000 mL
**Admin Details: (Begin Bag) (Auth)** 1000 mL, 200 mL/hr, 54.43 kg
**Action Details:** Order: Sbar MD,Alan 1/18/2016 20:25 CST; Perform: Campbell RN,Shelby **1/19/**2016 02:56 CST;
VERIFY: Campbell RN,Shelby 1/19/2016 02:56 CST

**Administration Date/Time:** 1/19/2016 00:45 CST
Medication Name: **phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL**
**Ingredients:** phen10vial 175 mcg/min
**Admin Details: (Rate Change) (Auth)** 52.5 mL/hr, Left Intern Jugular
**Action Details:** Order: Sbar MD,Alan 1/18/2016 21:10 CST; Perform: Campbell RN,Shelby **1/19/**2016 01:13 CST;
VERIFY: Campbell RN,Shelby 1/19/2016 01:13 CST

**Administration Date/Time:** 1/18/2016 23:15 CST
Medication Name: **phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL**
**Ingredients:** phen10vial 180 mcg/min
**Admin Details: (Rate Change) (Auth)** 54 mL/hr, Left Intern Jugular
**Action Details:** Order: Sbar MD,Alan 1/18/2016 21:10 CST; Perform: Campbell RN,Shelby **1/19/**2016 00:18 CST;
VERIFY: Campbell RN,Shelby 1/19/2016 00:18 CST

**Administration Date/Time:** 1/18/2016 22:45 CST
Medication Name: **phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL**
**Ingredients:** phen10vial 170 mcg/min
**Admin Details: (Rate Change) (Auth)** 51 mL/hr, Left Intern Jugular
**Action Details:** Order: Sbar MD,Alan 1/18/2016 21:10 CST; Perform: Campbell RN,Shelby **1/18/**2016 23:05 CST;
VERIFY: Campbell RN,Shelby 1/18/2016 23:05 CST

**Administration Date/Time:** 1/18/2016 22:00 CST
Medication Name: **phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL**
**Ingredients:** phen10vial 150 mcg/min
**Admin Details: (Rate Change) (Auth)** 45 mL/hr, Left Intern Jugular
**Action Details:** Order: Sbar MD,Alan 1/18/2016 21:10 CST; Perform: Campbell RN,Shelby **1/18/**2016 22:45 CST;
VERIFY: Campbell RN,Shelby 1/18/2016 22:45 CST

---

Print Date/Time  1/19/2016 11:26 CST                    **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8193

OIG_00455

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▇▇▇▇ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:         Disch Time:
FIN: NWT0000090926403

---

## Medication Administration Record

### Continuous Infusions

**Administration Date/Time:** 1/18/2016 21:45 CST
Medication Name: **phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL**
**Ingredients:** phen10vial 120 mcg/min
**Admin Details: (Rate Change) (Auth)** 36 mL/hr, Left Intern Jugular
**Action Details:** Order: Sbar MD,Alan 1/18/2016 21:10 CST; Perform: Campbell RN,Shelby 1/18/2016 22:44 CST;
VERIFY: Campbell RN,Shelby 1/18/2016 22:44 CST

**Administration Date/Time:** 1/18/2016 21:30 CST
Medication Name: **phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL**
**Ingredients:** phen10vial 80 mcg/min
**Admin Details: (Rate Change) (Auth)** 24 mL/hr, Left Intern Jugular
**Action Details:** Order: Sbar MD,Alan 1/18/2016 21:10 CST; Perform: Campbell RN,Shelby 1/18/2016 22:44 CST;
VERIFY: Campbell RN,Shelby 1/18/2016 22:44 CST

**Administration Date/Time:** 1/18/2016 21:15 CST
Medication Name: **phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL**
**Ingredients:** phen10vial 70 mcg/min
**Admin Details: (Rate Change) (Auth)** 21 mL/hr, Left Intern Jugular
**Action Details:** Order: Sbar MD,Alan 1/18/2016 21:10 CST; Perform: Campbell RN,Shelby 1/18/2016 22:44 CST;
VERIFY: Campbell RN,Shelby 1/18/2016 22:44 CST

**Administration Date/Time:** 1/18/2016 21:00 CST
Medication Name: **NS 1,000 mL**
**Ingredients:** NS1000 1000 mL
**Admin Details: (Begin Bag) (Auth)** 1000 mL, 200 mL/hr, Left Antecubital Foss, 54.43 kg
**Action Details:** Order: Sbar MD,Alan 1/18/2016 20:25 CST; Perform: Campbell RN,Shelby 1/18/2016 22:39 CST;
VERIFY: Campbell RN,Shelby 1/18/2016 22:39 CST

**Administration Date/Time:** 1/18/2016 20:45 CST
Medication Name: **phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL**
**Ingredients:** phen10vial 50 mg 5 mL 50 mcg/min; NS250 250 mL
**Admin Details: (Begin Bag) (Auth)** 250 mL, 15 mL/hr, Left Intern Jugular, 54.43 kg
**Action Details:** Order: Sbar MD,Alan 1/18/2016 21:10 CST; Perform: Campbell RN,Shelby 1/18/2016 22:40 CST;
VERIFY: Campbell RN,Shelby 1/18/2016 22:40 CST

**Administration Date/Time:** 1/18/2016 20:30 CST
Medication Name: **norepinephrine 1 mg/mL intravenous solution 16 mg [1 mcg/min] + Sodium Chloride 0.9% 250 mL**
**Ingredients:** nore4vial 46 mcg/min
**Admin Details: (Rate Change) (Auth)** 43.13 mL/hr, Left Intern Jugular
**Action Details:** Order: Santos MD,Ariel 1/18/2016 17:38 CST; Perform: Campbell RN,Shelby 1/18/2016 22:44 CST;
VERIFY: Campbell RN,Shelby 1/18/2016 22:44 CST

---

Print Date/Time  1/19/2016 11:26 CST        **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00456

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: [redacted] / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

---

## Medication Administration Record

### Continuous Infusions

**Administration Date/Time:** 1/18/2016 20:00 CST
**Medication Name: norepinephrine 1 mg/mL intravenous solution 16 mg [1 mcg/min] + Sodium Chloride 0.9% 250 mL**
**Ingredients:** nore4vial 40 mcg/min
**Admin Details: (Rate Change) (Auth)** 37.5 mL/hr, Left Intern Jugular
**Action Details:** Order: Santos MD,Ariel 1/18/2016 17:38 CST; Perform: Campbell RN,Shelby 1/18/2016 22:43 CST;
VERIFY: Campbell RN,Shelby 1/18/2016 22:43 CST

**Administration Date/Time:** 1/18/2016 19:00 CST
**Medication Name: norepinephrine 1 mg/mL intravenous solution 16 mg [1 mcg/min] + Sodium Chloride 0.9% 250 mL**
**Ingredients:** nore4vial 16 mg 16 mL 30 mcg/min; NS250 250 mL
**Admin Details: (Begin Bag) (Auth)** 250 mL, 28.13 mL/hr, Left Intern Jugular, 54.43 kg
**Action Details:** Order: Santos MD,Ariel 1/18/2016 17:38 CST; Perform: Campbell RN,Shelby 1/18/2016 22:40 CST;
VERIFY: Campbell RN,Shelby 1/18/2016 22:40 CST

**Administration Date/Time:** 1/18/2016 16:51 CST
**Medication Name: LR 1,000 mL**
**Ingredients:** LR1000 1000 mL
**Admin Details: (Begin Bag) (Auth)** 1000 mL, 125 mL/hr, Left Arm, 54.43 kg
**Action Details:** Order: Harper PA,David Shane 1/18/2016 12:16 CST; Perform: Nations RN,Meagan 1/18/2016 16:51
CST; VERIFY: Nations RN,Meagan 1/18/2016 16:51 CST

**Administration Date/Time:** 1/18/2016 16:00 CST to 1/18/2016 16:59 CST
**Medication Name: LR 1,000 mL**
**Ingredients:** LR1000 570 mL
**Admin Details: (Infuse) (Auth)** 570 mL, 125 mL/hr, Left Arm
**Action Details:** Order: Harper PA,David Shane 1/18/2016 12:16 CST; Perform: Nations RN,Meagan 1/18/2016 19:08
CST; VERIFY: Nations RN,Meagan 1/18/2016 19:08 CST

---

## Assessment Forms

DOCUMENT TYPE:                    Medication Administration Follow Up-Text
SERVICE DATE/TIME:               1/18/2016 17:06 CST
RESULT STATUS:                   Auth (Verified)
PERFORMED INFORMATION:           Nations RN,Meagan (1/18/2016 18:49 CST)
SIGNED INFORMATION:              Nations RN,Meagan (1/18/2016 18:49 CST)

**Medication Administration Follow Up Entered On: 1/18/2016 18:49 CST**
**Performed On: 1/18/2016 17:06 CST by Nations RN, Meagan**

**Intervention Information:**
midazolam
Performed by Nations RN, Meagan on 01/18/16 16:51:00 CST

Print Date/Time 1/19/2016 11:26 CST                Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8195

OIG_00457

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ▇▇▇▇▇▇ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:              Disch Time:
FIN:   NWT0000090926403

---

### Assessment Forms

midazolam,2mg
IV Push,Left Intern Jugular,Agitation
**Medication Effectiveness Evaluation**
*Medication Effective :*  Yes

Nations RN, Meagan - 1/18/2016 18:49 CST

---

DOCUMENT TYPE:                     Medication Administration Follow Up-Text
SERVICE DATE/TIME:                 1/18/2016 17:06 CST
RESULT STATUS:                     Auth (Verified)
PERFORMED INFORMATION:             Nations RN,Meagan (1/18/2016 18:49 CST)
SIGNED INFORMATION:                Nations RN,Meagan (1/18/2016 18:49 CST)

**Medication Administration Follow Up Entered On:  1/18/2016 18:49 CST**
**Performed On:  1/18/2016 17:06 CST by Nations RN, Meagan**

**Intervention Information:**
fentaNYL
Performed by Nations RN, Meagan on 01/18/16 16:51:00 CST

fentaNYL,50mcg
IV Push,Left Intern Jugular,Pain 7 - 10 (Severe)
**Medication Effectiveness Evaluation**
*Medication Effective :*  Yes

Nations RN, Meagan - 1/18/2016 18:49 CST

---

### Education Forms

DOCUMENT TYPE:                     Notification Form-Text
SERVICE DATE/TIME:                 1/19/2016 05:40 CST
RESULT STATUS:                     Auth (Verified)
PERFORMED INFORMATION:             Johnson Dawson RCP.S,Cindy L (1/19/2016 05:40 CST)
SIGNED INFORMATION:                Johnson Dawson RCP.S,Cindy L (1/19/2016 05:40 CST)

**Notification Form Entered On:  1/19/2016 5:42 CST**
**Performed On:  1/19/2016 5:40 CST by Johnson Dawson RCP.S, Cindy L**

**Provider Notify**
*Time Received Result Notification :*  1/19/2016 05:14 CST
*Was Provider Notified :*  Yes
*MD/MLP Notify Reason :*   Critical Result
*Critical Result :*  Lab

Print Date/Time 1/19/2016 11:26 CST              Medical Record

*919b*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scb
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00458

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON                                    Admit: 1/18/2016
MRN:     NWT00751578                                       Disch:              Disch Time:
DOB/Sex: ██████████  / Male                               FIN:   NWT0000090926403
Attending: Galvan,Dan MD

| *Education Forms* |
|---|

*Orders Received :*  Yes
*MD/MLPRadiology Report  Note :*  FIO2 to 60% from 100%
*Result Reported :*  ABG 7.282, 40.0m PO2 344, BE -8, HCO3 18.9, sO2 100
*MD/MLP Verify Radiology Readback :*  Read back results and verified with reporter
*MD/MLP Provider Notified :*  Sbar **MD,** Alan
*MD/MLP Date/Time of Notification :*  1/19/2016 05:35 CST

Johnson Dawson RCP.S, Cindy **L** - 1/19/2016 5:40 CST

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by gm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8197
OIG_00459

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex:  ▮▮▮▮ / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                      Disch Time:
FIN:    NWT0000090926403

---

## Education Forms

DOCUMENT TYPE:                    Notification Form-Text
SERVICE DATE/TIME:                1/19/2016 04:01 CST
RESULT STATUS:                    Auth (Verified)
PERFORMED INFORMATION:            Campbell RN,Shelby (1/19/2016 04:01 CST)
SIGNED INFORMATION:               Campbell RN,Shelby (1/19/2016 04:01 CST)

**Notification Form Entered On: 1/19/2016 4:05 CST**
**Performed On: 1/19/2016 4:01 CST by Campbell RN, Shelby**

**Provider Notify**
*Time Received Result Notification :*  1/19/2016 03:50 CST
*Was Provider Notified :*  Yes
*MD/MLP Notify Reason :*  Critical Result
*Critical Result :*  Lab
*Orders Received :*  No
*MD/MLPRadiology Report  Note :*  No new orders given
*Result Reported :*  Sodium 170
*MD/MLP Verify Radiology Readback :*  Read back results and verified with reporter
*MD/MLP Provider Notified :*  Sbar MD, Alan
*MD/MLP Date/Time of Notification :*  1/19/2016 03:59 CST

Campbell RN, Shelby - 1/19/2016 4:01 CST

---

$8198$

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scmg
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00460

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON                    Admit: 1/18/2016
MRN:     NWT00751578                       Disch:              Disch Time:
DOB/Sex: [redacted] / Male                 FIN:   NWT0000090926403
Attending: Galvan,Dan MD

| *Education Forms* |
|---|

DOCUMENT TYPE:                        Notification Form-Text
SERVICE DATE/TIME:                    1/19/2016 00:08 CST
RESULT STATUS:                        Auth (Verified)
PERFORMED INFORMATION:                Campbell RN,Shelby (1/19/2016 00:08 CST)
SIGNED INFORMATION:                   Campbell RN,Shelby (1/19/2016 00:08 CST)

**Notification Form Entered On: 1/19/2016 0:09 CST**
**Performed On: 1/19/2016 0:08 CST by Campbell RN, Shelby**

**Provider Notify**
*Time Received Result Notification :*  1/19/2016 23:58 CST
*Was Provider Notified :*  Yes
*MD/MLP Notify Reason :*  Critical Result
*Critical Result :*  Lab
*Orders Received :*  No
*Result Reported :*  Sodium 169
*MD/MLP Verify Radiology Readback :*  Read back results and verified with reporter
*MD/MLP Provider Notified :*  Sbar MD, Alan
*MD/MLP Date/Time of Notification :*  1/19/2016 00:08 CST

Campbell RN, Shelby - 1/19/2016 0:08 CST

Print Date/Time  1/19/2016 11:26 CST              **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*3/99*

OIG_00461

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

## Education Forms

DOCUMENT TYPE:                          Notification Form-Text
SERVICE DATE/TIME:                      1/18/2016 23:00 CST
RESULT STATUS:                          Auth (Verified)
PERFORMED INFORMATION:                  Campbell RN,Shelby (1/18/2016 23:00 CST)
SIGNED INFORMATION:                     Campbell RN,Shelby (1/18/2016 23:00 CST)

**Notification Form Entered On: 1/18/2016 23:02 CST**
**Performed On: 1/18/2016 23:00 CST by Campbell RN, Shelby**

**Provider Notify**
*Was Provider Notified :* Yes
*MD/MLP Notify Reason :* Change in patient condition
*Orders Received :* Yes
*MD/MLPRadiology Report Note :* Ordered to change fluid rates from LR at 125 to NS at 200.
*MD/MLP Notify Note :* Patient responded well to NS bolus, but SBP dropped when fluids not infusing.
*MD/MLP Provider Notified :* Sbar MD, Alan
*MD/MLP Date/Time of Notification :* 1/18/2016 20:10 CST

Campbell RN, Shelby - 1/18/2016 23:00 CST

---

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by sc▮
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8 200
OIG_00462

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:              Disch Time:
FIN:    NWT0000090926403

---

## Education Forms

DOCUMENT TYPE:                    Notification Form-Text
SERVICE DATE/TIME:                1/18/2016 21:00 CST
RESULT STATUS:                    Auth (Verified)
PERFORMED INFORMATION:            Campbell RN,Shelby (1/18/2016 23:02 CST)
SIGNED INFORMATION:               Campbell RN,Shelby (1/18/2016 23:02 CST)

**Notification Form Entered On: 1/18/2016 23:04 CST**
**Performed On: 1/18/2016 21:00 CST by Campbell RN, Shelby**

**Provider Notify**
*Was Provider Notified :*  Yes
*MD/MLP Notify Reason :*  Change in patient condition
*Orders Received :*  No
*MD/MLP Radiology Report  Note :*  No changes made. Neurosurgery is aware and said to just keep checking the sodium level every four hours.
*MD/MLP Notify Note :*  Notifying neurosurgery of critically high sodium of 166 and that IVF have been changed from LR to NS.
*MD/MLP Provider Notified :*  Sappington NP, Amy
*MD/MLP Date/Time of Notification :*  1/18/2016 21:00 CST

Campbell RN, Shelby – 1/18/2016 23:02 CST

---

Print Date/Time 1/19/2016 11:26 CST            Medical Record

*8201*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by so
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00463

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                Disch Time:
FIN:   NWT0000090926403

---

## Education Forms

DOCUMENT TYPE:                          Notification Form-Text
SERVICE DATE/TIME:                      1/18/2016 19:50 CST
RESULT STATUS:                          Auth (Verified)
PERFORMED INFORMATION:                  Campbell RN,Shelby (1/18/2016 **22:56** CST)
SIGNED INFORMATION:                     Campbell RN,Shelby (1/18/2016 **22:56** CST)

**Notification Form Entered On: 1/18/2016 23:00 CST**
**Performed On:  1/18/2016 19:50 CST by Campbell RN, Shelby**

**Provider Notify**
*Time Received Result Notification :*  1/18/2016 19:44 CST
*Was Provider Notified :*  Yes
*MD/MLP Notify Reason :*  Critical Result
*Critical Result :*  Lab
*Orders Received :*  Yes
*MD/MLPRadiology Report  Note :*  Ordered 500mL bolus NS.
*Result Reported :*  Sodium 166
*MD/MLP Verify Radiology Readback :*  Read back results and verified with reporter
*MD/MLP Notify Note :*  Patient's SBP is low in the 70's and 80's. Patient is on two vasopressor, levophed and
neosynephrine, both at high doses. Patient's SVV is 20 and CVP is 1.
*MD/MLP Provider Notified :*  Sbar MD, Alan
*MD/MLP Date/Time of Notification :*  1/18/2016 19:50 CST

Campbell RN, Shelby – 1/18/2016 22:56 CST

---

Print Date/Time  1/19/2016 11:26 CST                    **Medical Record**

8 202

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by so ▮▮
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00464

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex:              / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

---

*Treatments_Procedures Forms*

DOCUMENT TYPE:                    Diagnostic Imaging Time Out - Text
SERVICE DATE/TIME:               1/18/2016 13:00 CST
RESULT STATUS:                   Auth (Verified)
PERFORMED INFORMATION:           Palma MRT,Edwardo (1/18/2016 14:14 CST)
SIGNED INFORMATION:              Palma MRT,Edwardo (1/18/2016 14:14 CST)

**Diagnostic Imaging Time Out Entered On:  1/18/2016 14:14 CST**
**Performed On:  1/18/2016 13:00 CST by Palma MRT, Edwardo**

**Time Out**
*Correct Patient Site Side Procedure :*  Verified
*Verification of Correct Imaging :*  Verified
*Verification of Correct Patient Positioning :*  Verified
*Type of Imaging Procedure :*  Nuclear Medicine

Palma MRT, Edwardo – 1/18/2016 14:14 CST

---

Print Date/Time  1/19/2016 11:26 CST          **Medical Record**

*8203*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00465

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:      Disch Time:
FIN: NWT0000090926403

---

### Treatments_Procedures Forms

DOCUMENT TYPE:      Diagnostic Imaging Time Out – Text
SERVICE DATE/TIME:      1/18/2016 10:48 CST
RESULT STATUS:      Auth (Verified)
PERFORMED INFORMATION:      Wrestley MRT,Lea Anne (1/18/2016 10:48 CST)
SIGNED INFORMATION:      Wrestley MRT,Lea Anne (1/18/2016 10:48 CST)

**Diagnostic Imaging Time Out Entered On: 1/18/2016 10:48 CST**
**Performed On: 1/18/2016 10:48 CST by Wrestley MRT, Lea Anne**

**Time Out**
*Correct Patient Site Side Procedure :* Verified
*Verification of Correct Imaging :* Verified
*Verification of Correct Patient Positioning :* Verified
*Type of Imaging Procedure :* CT
*Verification of Correct Imaging :* Verified
*Verification of Correct Scanner Parameters :* Verified

Wrestley MRT, Lea Anne - 1/18/2016 10:48 CST

---

*PLAN OF CARE - Outcome and goal reporting is not patient specific and is not a measure of any standard of care. Quality measure goals are guidelines that are not patient specific or a substitute for nursing or medical clinical judgment.*

---

### Medical

**Plan:** SURG Trauma Admission
**Phase Status:** Initiated
**History:** Initiated at 1/18/2016 11:25 CST electronically signed by Harper PA,David Shane

---

### Nursing

**Plan:** IPOC Falls Prevention and Management
**Phase Status:** Initiated
**History:** Initiated at 1/18/2016 16:10 CST electronically signed by Lindengren RN,Virginia A
  **Outcome:** Absence of falls      **Expectation:** Met
    **Result:** Met (Charted at 1/19/2016 04:47 CST by Campbell RN,Shelby)
    **Result:** Met (Charted at 1/18/2016 19:11 CST by Nations RN,Meagan)
  **Outcome:** Absence of physical injury      **Expectation:** Met
    **Result:** Met (Charted at 1/19/2016 04:47 CST by Campbell RN,Shelby)
    **Result:** Met (Charted at 1/18/2016 19:11 CST by Nations RN,Meagan)
  **Outcome:** Knowledge of fall prevention      **Expectation:** Met
    **Result:** Met (Charted at 1/19/2016 04:47 CST by Campbell RN,Shelby)
    **Result:** Met (Charted at 1/18/2016 19:11 CST by Nations RN,Meagan)

---

Print Date/Time 1/19/2016 11:26 CST      Medical Record

8204

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00466

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ▆▆▆▆ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

---

*PLAN OF CARE - Outcome and goal reporting is not patient specific and is not a measure of any standard of care. Quality measure goals are guidelines that are not patient specific or a substitute for nursing or medical clinical judgment.*

---

### Nursing

**Outcome:** Fall Risk Assessment
**Expectation:** Less Than 100
   **Result:** 95 (Charted at 1/19/2016 03:15 CST by Campbell RN,Shelby)
   **Result:** 95 (Charted at 1/18/2016 23:30 CST by Campbell RN,Shelby)
   **Result:** 95 (Charted at 1/18/2016 19:15 CST by Campbell RN,Shelby)

**Outcome:** Environmental Safety Implemented
**Expectation:** Adequate room lighting or Bed in low position or Bathroom call light or Call device within reach or Encourage handrail/safety bar use or Encourage personal mobility support item use or Encourage senso
   **Result:** Bed in low position, Side rails up, Wheels locked when available (Charted at 1/19/2016 03:15 CST by Campbell RN,Shelby)
   **Result:** Bed in low position, Side rails up, Wheels locked when available (Charted at 1/18/2016 23:30 CST by Campbell RN,Shelby)
   **Result:** Bed in low position, Side rails up, Wheels locked when available (Charted at 1/18/2016 19:15 CST by Campbell RN,Shelby)

**Outcome:** Balance Assessment
**Expectation:** Good or Fair

**Outcome:** Gait Evaluation
**Expectation:** Steady
   **Result:** Steady (Charted at 1/19/2016 04:47 CST by Campbell RN,Shelby)

**Outcome:** Ambulation Level
**Expectation:** Complete independence or Modified independence or Distant supervision or Close supervision

**Outcome:** Activity Assistance
**Expectation:** Independent or Standby assistance or Minimum assistance or Moderate assistance or Maximum assistance or One person assistance or Two person assistance or Total assistance
   **Result:** Total Assistance. (Charted at 1/18/2016 19:11 CST by Nations RN,Meagan)

**Outcome:** Fall Risk Intervention
**Expectation:** Yellow arm band placed on patient or External door notification in place or Slipper socks and/or gown

**Outcome:** Fall Risk Interventions Patient Education
**Expectation:** Demonstration or Explanation or Printed materials or Video/educational TV or Web-Based

**Outcome:** Post Fall Assessment
**Expectation:** Unwitnessed or Witnessed

**Outcome:** Provider Notification of Fall
**Expectation:** Patient Fall

**Intervention:** Interventions if Altered Mental State or Unable to Participate
**Expectation:** Ambulate as frequently as possible or Bed/Chair/Exit alarm on or Family with patient or Hourly or more frequent monitoring or Low height bed or Minimize distractions during ambulation or Move close to

**Intervention:** Interventions for Elimination Risk
**Expectation:** None or Bedside commode if urgency or unable to ambulate or Increase toileting after diuretic, urinary frequency or diarrhea or Offer toileting with every interaction or Toileting at regular intervals

**Intervention:** Interventions for Mobility/Gait
**Expectation:** Minimize distractions during ambulation or Collaborate with PT or Use gait belt or Ambulate as frequently as possible

---

Print Date/Time 1/19/2016 11:26 CST      Medical Record

*8 205*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00467

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:    NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                Disch Time:
FIN:    NWT0000090926403

---

*PLAN OF CARE - Outcome and goal reporting is not patient specific and is not a measure of any standard of care. Quality measure goals are guidelines that are not patient specific or a substitute for nursing or medical clinical judgment.*

---

*Nursing*

---

**Intervention:** Participative in Fall Prevention     **Expectation:** Yes
   **Result:** Yes (Charted at 1/19/2016 04:47 CST by Campbell RN,Shelby)

**Plan:** IPOC CLABSI
**Phase Status:** Initiated
**History:** Initiated at 1/18/2016 19:10 CST electronically signed by Nations RN,Meagan
   **Outcome:** Absence of central venous catheter-associated **Expectation:** Met
   bloodstream infection
      **Result:** Met (Charted at 1/19/2016 04:47 CST by Campbell RN,Shelby)
      **Result:** Met (Charted at 1/18/2016 19:11 CST by Nations RN,Meagan)
   **Outcome:** Central Venous Catheter Insertion Review     **Expectation:** Acknowledged
   **Outcome:** Central Line/PICC Insert Checklist     **Expectation:** New Insertion or Replace Manlfunctioning
                                                       Central Line or Suspected Central Line Associated Infection
   **Outcome:** Central Venous Catheter Assessment Review     **Expectation:** Reviewed and interventions taken or
                                                             Reviewed and no interventions required at this time
   **Outcome:** Personal Care Provided – Infection Prevention   **Expectation:** Chlorhexidine bath
      **Result:** Chlorhexidine bath (Charted at 1/19/2016 04:47 CST by Campbell RN,Shelby)
      **Result:** Bed bath, Electrodes replaced, Oral care, Partial linen change (Charted at 1/19/2016 03:15 CST by Campbell RN,Shelby)
      **Result:** Oral care (Charted at 1/18/2016 23:30 CST by Campbell RN,Shelby)
      **Result:** Oral care (Charted at 1/18/2016 19:15 CST by Campbell RN,Shelby)
      **Result:** Chlorhexidine bath (Charted at 1/18/2016 19:11 CST by Nations RN,Meagan)
   **Outcome:** Central Line Needs Assessment     **Expectation:** Administration of sclerosing agents or
                                                   Alternative to repetitive venous cannulations or Central
                                                   venous pressure measurement or Performance of
                                                   hemodialysis or plasmapheresis or Placement of pulmonary
                                                   w
   **Outcome:** Central Venous Catheter Discontinuation     **Expectation:** Acknowledged
   Review
   **Intervention:** Central Venous Catheter Management –     **Expectation:** Done
   Maintain catheter patency
      **Result:** Done (Charted at 1/19/2016 04:47 CST by Campbell RN,Shelby)
      **Result:** Done (Charted at 1/18/2016 19:11 CST by Nations RN,Meagan)
   **Intervention:** Central Venous Catheter Administration Set **Expectation:** Done
   Management
      **Result:** Done (Charted at 1/19/2016 04:47 CST by Campbell RN,Shelby)
      **Result:** Done (Charted at 1/18/2016 19:11 CST by Nations RN,Meagan)
   **Intervention:** Education, central venous catheter care     **Expectation:** Understanding evaluated or Validated using
                                                                teachback
   **Intervention:** Education, infection prevention     **Expectation:** Understanding evaluated or Validated using
                                                         teachback

Print Date/Time  1/19/2016 11:26 CST          Medical Record

*8206*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00468

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▓▓▓▓ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:          Disch Time:
FIN: NWT0000090926403

---

*PLAN OF CARE - Outcome and goal reporting is not patient specific and is **not a measure of any** standard of care. Quality measure goals are guidelines that are not patient specific or a substitute for nursing or medical clinical judgment.*

---

### Nursing

**Intervention:** Central Venous Catheter Removal Site Care  **Expectation:** Done
   **Result:** Done (Charted at 1/19/2016 04:47 CST by Campbell RN,Shelby)
**Intervention:** Education, central venous catheter removal  **Expectation:** Understanding evaluated or Validated using teachback

**Plan:** IPOC CAUTI
**Phase Status:** Initiated
**History:** Initiated at 1/18/2016 19:10 CST electronically signed by Nations RN,Meagan
  **Outcome:** Absence of urinary tract infection signs and symptoms  **Expectation:** Met
   **Result:** Met (Charted at 1/19/2016 04:47 CST by Campbell RN,Shelby)
   **Result:** Met (Charted at 1/18/2016 19:10 CST by Nations RN,Meagan)
  **Outcome:** Urinary Catheter Needs Assessment  **Expectation:** Reviewed and patient meets criteria to discontinue catheter
   **Result:** Reviewed and patient meets criteria for continued use of a catheter (Charted at **1/18/2016** 19:10 CST by Nations RN,Meagan)
  **Outcome:** Urinary Catheter Management Review  **Expectation:** Reviewed and interventions taken or Reviewed and no interventions required at this time
  **Outcome:** Documented Reason for Indwelling Catheter Continuation  **Expectation:** Bladder therapy or Hemodynamic monitoring or Retention or Specimen collection or Pre-op/Intra-op or Measure residual urine volume or Strict I&O or Receiving diuretics or Skin integrity or Deliver radi
  **Outcome:** Post Removal Retention Monitoring  **Expectation:** Reviewed and interventions taken or Reviewed and no interventions required at this time
  **Outcome:** Bladder Scan  **Expectation:** Between 30 mL and 200 mL
  **Intervention:** Education, urinary catheter care  **Expectation:** Understanding evaluated or Validated using teachback
   **Result:** Needs further teaching (Charted at 1/18/2016 19:11 CST by Nations RN,Meagan)
  **Intervention:** Education, urinary tract infection signs and symptoms  **Expectation:** Understanding evaluated or Validated using teachback
   **Result:** Needs further teaching (Charted at 1/18/2016 19:11 CST by Nations RN,Meagan)

**Plan:** IPOC Ineffective Airway Clearance
**Phase Status:** Initiated
**History:** Initiated at 1/18/2016 19:10 CST electronically signed by Nations RN,Meagan
  **Outcome:** Maintain/achieve clear and patent airway  **Expectation:** Met
   **Result:** Met (Charted at 1/19/2016 04:47 CST by Campbell RN,Shelby)
   **Result:** Met (Charted at 1/18/2016 19:11 CST by Nations RN,Meagan)
  **Outcome:** Airway Assessment Review  **Expectation:** Reviewed and interventions taken or Reviewed and no interventions required at this time

---

Print Date/Time 1/19/2016 11:26 CST        Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00469

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:       NWT00751578
DOB/Sex:   ▮▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                      Disch Time:
FIN:    NWT0000090926403

---

*PLAN OF CARE - Outcome and goal reporting is not patient specific and is not a measure of any standard of care. Quality measure goals are guidelines that are not patient specific or a substitute for nursing or medical clinical judgment.*

---

## Nursing

**Intervention:** Education, Optimal Breathing Technique | **Expectation:** Understanding evaluated or Validated using teachback

  **Result:** Needs further teaching (Charted at 1/18/2016 19:11 CST by Nations RN,Meagan)

**Intervention:** Education, aspiration prevention | **Expectation:** Understanding evaluated or Validated using teachback

  **Result:** Needs further teaching (Charted at 1/18/2016 19:11 CST by Nations RN,Meagan)

**Plan:** IPOC VAP Prevention
**Phase Status:** Initiated
**History:** Initiated at 1/19/2016 07:16 CST electronically signed by Sabbe RN,Jennifer M

| | |
|---|---|
| **Outcome:** Absence of pulmonary infection | **Expectation:** Met |
| **Outcome:** Infection surveillance | **Expectation:** Sputum culture ordered and specimen collected |
| **Outcome:** VAP VTE Prophylaxis | **Expectation:** Mechanical or Pharmacological |
| **Outcome:** VAP Peptic Ulcer Prophylaxis | **Expectation:** Yes |
| **Outcome:** VAP Oral Care | **Expectation:** Mouth swab or Chlorhexidine mouth swab or Brushed teeth or Alcohol Free Mouthwash |
| **Outcome:** VAP Daily Sedation Interruption | **Expectation:** Performed |
| **Outcome:** Degrees Head of Bed Elevated | **Expectation:** Greater Than or Equal 30 degrees |
| **Outcome:** Sputum Assessment | **Expectation:** Clear or White or Cream or Light |
| **Outcome:** Mechanical Ventilator Weaning Readiness Assessment | **Expectation:** Yes |
| **Outcome:** Weaning Trial | **Expectation:** Meets criteria for extubation |
| **Outcome:** Communication to Physician | **Expectation:** Nursing or Pharmacy or Respiratory or Case Management or Dietary or Occupational Therapy or Physical Therapy or Social Services or Speech Therapy |
| **Intervention:** Education, mechanical ventilation weaning | **Expectation:** Understanding evaluated or Validated using teachback |
| **Intervention:** Education, Aspiration | **Expectation:** Understanding evaluated or Validated using teachback |
| **Intervention:** Cough Promotion | **Expectation:** Understanding evaluated or Validated using teachback |
| **Intervention:** Incentive spirometry promotion | **Expectation:** Understanding evaluated or Validated using teachback |

---

## Emergency

**Plan:** ED Altered Mental Status
**Phase Status:** Initiated ·
**History:** Initiated at 1/18/2016 09:00 CST electronically signed by Smith MD,Thomas E
  **Sub-phase:** Troponins (STAT, then 90 mins); **Phase Status:** Initiated

Print Date/Time 1/19/2016 11:26 CST          Medical Record

8 208

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00470

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:   NWT00751578
DOB/Sex:  ██████  / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                          Disch Time:
FIN:   NWT0000090926403

---

*PLAN OF CARE - Outcome and goal reporting is not patient specific and is not a measure of any standard of care. Quality measure goals are guidelines that are not patient specific or a substitute for nursing or medical clinical judgment.*

---

## Emergency

**History:** Initiated at 1/18/2016 09:00 CST electronically signed by Smith MD,Thomas E

---

## Problems

Problem Name: **At risk for falls** (Qualifier: )
**Last Updated:** 1/18/2016 22:19 CST; SYSTEM

**Classification:** Nursing; **Confirmation:** Confirmed; **Code:** 208683018 (SNOMED CT); **Course:** ; **Onset Date:** ; **Status Date:** 1/18/2016; **Prognosis:** ; **Persistence:**

**Last Reviewed:** 1/18/2016 22:19 CST; SYSTEM
**Life Cycle Date:** 1/18/2016

**Recorder:** SYSTEM; **Responsible Provider:**
**Life Cycle Status:** Active

**C:** 1/18/2016 22:19 CST; SYSTEM; This problem was added by Discern Expert.

Problem Name: **At risk of pressure sore** (Qualifier: )
**Last Updated:** 1/18/2016 22:13 CST; SYSTEM

**Classification:** Nursing; **Confirmation:** Confirmed; **Code:** 424268015 (SNOMED CT); **Course:** ; **Onset Date:** ; **Status Date:** 1/18/2016; **Prognosis:** ; **Persistence:**

**Last Reviewed:** 1/18/2016 22:13 CST; SYSTEM
**Life Cycle Date:** 1/18/2016

**Recorder:** SYSTEM; **Responsible Provider:**
**Life Cycle Status:** Active

**C:** 1/18/2016 22:13 CST; SYSTEM; This problem was added by Discern Expert.

Problem Name: **Bowel dysfunction** (Qualifier: )
**Last Updated:** 1/18/2016 12:45 CST; SYSTEM

**Classification:** Nursing; **Confirmation:** Confirmed; **Code:** 353134013 (SNOMED CT); **Course:** ; **Onset Date:** ; **Status Date:** 1/18/2016; **Prognosis:** ; **Persistence:**

**Last Reviewed:** 1/18/2016 12:45 CST; SYSTEM
**Life Cycle Date:** 1/18/2016

**Recorder:** SYSTEM; **Responsible Provider:**
**Life Cycle Status:** Active

**C:** 1/18/2016 12:45 CST; SYSTEM; Problem added automatically by system based on documentation of abnormal bowel sounds, abnormal GI symptoms, or passing flatus = no.

Problem Name: **Pressure ulcer stage 4** (Qualifier: )
**Last Updated:** 1/18/2016 12:45 CST; SYSTEM

**Classification:** Nursing; **Confirmation:** Confirmed; **Code:** 2617505011 (SNOMED CT); **Course:** ; **Onset Date:** ; **Status Date:** 1/18/2016; **Prognosis:** ; **Persistence:**

**Last Reviewed:** 1/18/2016 12:45 CST; SYSTEM
**Life Cycle Date:** 1/18/2016

**Recorder:** SYSTEM; **Responsible Provider:**
**Life Cycle Status:** Active

**C:** 1/18/2016 12:45 CST; SYSTEM; This problem was added by Discern Expert.

---

*8209*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00471

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▓▓▓▓ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

---

## *Diagnoses*

Diagnosis: **Coagulopathy** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:** 1/18/2016 11:55 CST; Harper PA,     **Responsible Provider:** Harper PA,David Shane
David Shane
**Diagnosis Date:** 1/18/2016                    **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** D68.9 (ICD-10-CM); **Ranking:** ; **Severity:**
; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Working; **Priority:**

Diagnosis: **Closed fracture nasal bone** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:** 1/18/2016 11:54 CST; Harper PA,     **Responsible Provider:** Harper PA,David Shane
David Shane
**Diagnosis Date:** 1/18/2016                    **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** S02.2XXA (ICD-10-CM); **Ranking:** ;
**Severity:** ; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Working; **Priority:**

Diagnosis: **Fracture of inferior orbital wall** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:** 1/18/2016 11:53 CST; Harper PA,     **Responsible Provider:** Harper PA,David Shane
David Shane
**Diagnosis Date:** 1/18/2016                    **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** S02.3XXA (ICD-10-CM); **Ranking:** ;
**Severity:** ; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Working; **Priority:**

Diagnosis: **Closed medial orbital wall fracture** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:** 1/18/2016 11:52 CST; Harper PA,     **Responsible Provider:** Harper PA,David Shane
David Shane
**Diagnosis Date:** 1/18/2016                    **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** S02.8XXA (ICD-10-CM); **Ranking:** ;
**Severity:** ; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Working; **Priority:**

Diagnosis: **Pneumomediastinum** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:** 1/18/2016 11:51 CST; Harper PA,     **Responsible Provider:** Harper PA,David Shane
David Shane
**Diagnosis Date:** 1/18/2016                    **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** J98.2 (ICD-10-CM); **Ranking:** ; **Severity:** ;
**Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Working; **Priority:**

Diagnosis: **Pulmonary embolism** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:** 1/18/2016 11:50 CST; Harper PA,     **Responsible Provider:** Harper PA,David Shane
David Shane
**Diagnosis Date:** 1/18/2016                    **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** I26.99 (ICD-10-CM); **Ranking:** ; **Severity:**
; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Working; **Priority:**

Print Date/Time 1/19/2016 11:26 CST          Medical Record

*8210*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00472

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ■■■■■ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

## Diagnoses

**Diagnosis: History of starvation** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:** 1/18/2016 11:41 CST; Harper PA,        **Responsible Provider:** Harper PA,David Shane
David Shane
**Diagnosis Date:** 1/18/2016                                **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** Z86.39 (ICD-10-CM); **Ranking:** ; **Severity:** ; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Working; **Priority:**

**Diagnosis: Acute respiratory failure** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:** 1/18/2016 11:38 CST; Harper PA,        **Responsible Provider:** Harper PA,David Shane
David Shane
**Diagnosis Date:** 1/18/2016                                **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** J96.00 (ICD-10-CM); **Ranking:** ; **Severity:** ; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Working; **Priority:**

Diagnosis: **Subdural hematoma** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:** 1/18/2016 11:38 CST; Harper PA,        **Responsible Provider:** Harper PA,David Shane
David Shane
**Diagnosis Date:** 1/18/2016                                **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** I62.00 (ICD-10-CM); **Ranking:** ; **Severity:** ; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Working; **Priority:**

Diagnosis: **Intracranial bleed** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:** 1/18/2016 11:26 CST; Harper PA,        **Responsible Provider:** Harper PA,David Shane
David Shane
**Diagnosis Date:** 1/18/2016                                **Status:** Inactive
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** I62.9 (ICD-10-CM); **Ranking:** ; **Severity:** ; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Working; **Priority:**

---

## Intake and Output

INTAKE
All time in CST

1/18/2016 - 1/19/2016

| | | 7a.m. - 3p.m. | 3p.m. - 11p.m. | 11p.m. - 7a.m. | Total |
|---|---|---|---|---|---|
| LR 1,000 mL(1000 mL Lactated Ringers) | mL | - | 570 | - | 570 |
| norepinephrine 1 mg/mL intravenous solution 16 mg [1 mcg/min] + Sodium Chloride 0.9% 250 mL(250 mL Sodium Chloride 0.9% + 16 mg norepinephrine) | mL | - | - | 416 | 416 |
| NS 1,000 mL(1000 mL Sodium Chloride 0.9%) | mL | - | - | 2055 | 2055 |
| phenylephrine 50 mg + Sodium Chloride 0.9% 250 mL(250 mL Sodium Chloride 0.9% + 50 mg phenylephrine) | mL | - | - | 651 | 651 |
| mannitol | mL | 200 | - | - | 200 |
| Sodium Chloride 0.9% | mL | 1000 | 500 | - | 1500 |

Print Date/Time 1/19/2016 11:26 CST                    Medical Record

*8211*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                                        OIG_00473

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ████████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

| Intake and Output |
|---|

**INTAKE**
All time in CST

| | | 1/18/2016 - 1/19/2016 | | | |
|---|---|---|---|---|---|
| | | 7a.m. - 3p.m. | 3p.m. - 11p.m. | 11p.m. - 7a.m. | Total |
| thiamine + Sodium Chloride 0.9% | mL | – | 52 | – | 52 |
| Enteral/Gastric Tube Feed : Orogastric Oral | mL | – | – | 130 | 130 |
| Flush/Free Water : Orogastric Oral | mL | – | – | 0 | 0 |
| **8 Hour Total** | mL | **1200** | **1122** | **3252** | |
| **24 Hour Total** | mL | | **5574** | | |

**OUTPUT**
All time in CST

| | | 1/18/2016 - 1/19/2016 | | | |
|---|---|---|---|---|---|
| | | 7a.m. - 3p.m. | 3p.m. - 11p.m. | 11p.m. - 7a.m. | Total |
| Indwelling Urine Catheter : Urethral 16 French | mL | 350 | 1455 | 1325 | 3130 |
| **8 Hour Total** | mL | **350** | **1455** | **1325** | |
| **24 Hour Total** | mL | | **3130** | | |

**INTAKE**
All time in CST

| | | 1/19/2016 - 1/20/2016 | | | |
|---|---|---|---|---|---|
| | | 7a.m. - 3p.m. | 3p.m. - 11p.m. | 11p.m. - 7a.m. | Total |
| potassium phosphate + Sodium Chloride 0.9% | mL | 259.98 | – | – | 259.98 |
| **8 Hour Total** | mL | **259.98** | | | |
| **24 Hour Total** | mL | | **259.98** | | |

**OUTPUT**
All time in CST

| | | 1/19/2016 - 1/20/2016 | | | |
|---|---|---|---|---|---|
| | | 7a.m. - 3p.m. | 3p.m. - 11p.m. | 11p.m. - 7a.m. | Total |
| Indwelling Urine Catheter : Urethral 16 French | mL | 775 | – | – | 775 |
| **8 Hour Total** | mL | **775** | – | – | |
| **24 Hour Total** | mL | | **775** | | |

## Clinical Range Total from 1/18/2016 to 1/20/2016

| Total Intake (mL) | Total Output (mL) | Fluid Balance (mL) |
|---|---|---|
| 5833.98 | 3905 | 1928.98 |

Print Date/Time  1/19/2016 11:26 CST          Medical Record

*8212*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by some
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00474

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

## Hematology

LEGEND:  c = Corrected   * = Abnormal   C = Critical   H = High   f = Footnotes   i = Interp Data   R = Ref Lab

### General Hematology

| Collected Date | 1/18/2016 | 1/18/2016 | 1/19/2016 | | |
| Collected Time | 09:22 CST | 09:24 CST | 03:16 CST | | |
| Procedure | | | | Units | Reference Range |
|---|---|---|---|---|---|
| WBC | 28.7 H | - | 23.0 H | x10e3/mcL | [4.0-10.6] |
| RBC | 6.45 H | - | 5.40 | x10e6/mcL | [4.60-6.00] |
| Hgb | 17.0 | - | 14.3 L | gm/dL | [14.5-17.7] |
| Hct | 55 H | - | 45 | % | [42-53] |
| POC Hgb | - | 15.0 | - | gm/dL | [12.0-17.0] |
| POC Hct | - | 44.0 | - | % | [38.0-51.0] |
| MCV | 86 | - | 83 | Femtoliter | [81-98] |
| MCH | 26.4 L | - | 26.5 L | pg | [28.0-32.0] |
| MCHC | 30.8 L | - | 31.8 | gm/dL | [31.2-35.2] |
| RDW-CV | 14.5 | - | 14.8 | % | |
| Plt | 221 | - | 181 | x10e3/mcL | [150-400] |
| MPV | 9.8 | - | 9.4 | Femtoliter | [7.2-11.1] |
| Neut % Auto | 86.2 H | - | 78.4 H | % | [40.0-76.0] |
| Lymph % Auto | 6.5 L | - | 17.5 | % | [16.0-47.0] |
| Mono % Auto | 7.0 | - | 3.5 | % | [3.0-13.0] |
| Eos % Auto | 0.0 | - | 0.3 | % | [0.0-5.0] |
| Baso % Auto | 0.3 | - | 0.3 | % | [0.0-2.0] |
| Neut # Auto | 24.7 H | - | 18.0 H | x10e3/mcL | [1.8-7.0] |
| Lymph # Auto | 1.9 | - | 4.0 H | x10e3/mcL | [1.0-3.4] |
| Mono # Auto | 2.00 H | - | 0.80 | x10e3/mcL | [0.20-0.80] |
| Eos # Auto | 0.0 | - | 0.1 | x10e3/mcL | [0.0-0.3] |
| Baso # Auto | 0.1 | - | 0.1 | x10e3/mcL | [0.0-0.1] |
| Segs Man | 89 H | - | - | % | [40-76] |
| Band Man | 1 | - | - | % | [0-12] |
| Lymphs Man | 6 L | - | - | % | [16-47] |
| Mono Man | 4 | - | - | % | [0-13] |
| Segs # Man | 25.5 H | - | - | x10e3/mcL | [1.8-7.0] |
| Lymphs # Man | 1.7 | - | - | x10e3/mcL | [1.0-3.4] |
| Mono # Man | 1.15 H | - | - | x10e3/mcL | [0.20-0.80] |
| Aniso | 1+ | - | - | | |
| Poik | 1+ | - | - | | |
| Hypo | 1+ | - | - | | |
| Plt Est | Adequate | - | - | | [Adequate] |

Print Date/Time  1/19/2016 11:26 CST                    Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scd
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8 2/3

OIG_00475

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:            Disch Time:
FIN: NWT0000090926403

## Coagulation

LEGEND:   c = Corrected   * = Abnormal   C = Critical   H = High   f = Footnotes   i = Interp Data   R = Ref Lab

### General Coagulation

Collected Date  1/18/2016
Collected Time  09:22 CST

| Procedure | | Units | Reference Range |
|---|---|---|---|
| PT | 18.7 H | Seconds | [9.3-13.7] |
| INR | 1.66 H | | [0.80-1.19] |
| PTT | 30.8 | Seconds | [22.0-37.2] |

## Chemistry

LEGEND:   c = Corrected   * = Abnormal   C = Critical   H = High   f = Footnotes   i = Interp Data   R = Ref Lab

### General Chemistry

| Procedure | Collected Date 1/18/2016 Collected Time 09:22 CST | 1/18/2016 09:24 CST | 1/18/2016 10:50 CST | Units | Reference Range |
|---|---|---|---|---|---|
| Glucose Level | – | – | 177 H O1 | mg/dL | [70-114] |
| POC Glucose | – | 210 H | – | mg/dL | [70-114] |
| Sodium | – | – | 159 C f1 O1 | mmol/L | [132-140] |
| POC Na | – | 162 C | – | mmol/L | [138-146] |
| Potassium | – | – | 3.7 O1 | mmol/L | [3.6-5.0] |
| POC K | – | 3.3 L | – | mmol/L | [3.5-4.9] |
| Chloride | – | – | 128.0 H f6 O1 | mmol/L | [98.0-111.0] |
| CO2 | – | – | 24.0 O1 | mmol/L | [22.0-32.0] |
| Anion Gap | – | – | 7 L O1 | | [9-18] |
| BUN | – | – | 77.0 H O1 | mg/dL | [7.0-21.0] |
| Creatinine | – | – | 2.20 H O1 | mg/dL | [0.50-1.40] |
| BUN/Creat Ratio | – | – | 35.00 H O1 | | [12.00-20.00] |
| Calcium | – | – | 7.1 L O1 | mg/dL | [8.4-10.3] |
| POC iCA | – | 1.09 L | – | mmol/L | [1.12-1.32] |
| Albumin.Level | – | – | 2.6 L O1 | gm/dL | [3.7-5.1] |
| TP | – | – | 5.4 L O1 | gm/dL | [6.3-8.2] |
| T Bili | – | – | 1.3 O1 | mg/dL | [0.4-2.0] |
| Alk Phos | – | – | 59.0 O1 | units/L | [43.0-122.0] |
| AST | – | – | 143.0 H O1 | units/L | [15.0-41.0] |
| ALT | – | – | 77.0 H O1 | units/L | [17.0-63.0] |
| Mg Lvl | – | – | 3.5 H | mg/dL | [1.8-2.5] |
| Phosphorus | – | – | 4.8 H | mg/dL | [2.7-4.5] |
| eGFR Non-African American | – | – | 35.09 O1 | | [>=60] |
| eGFR African American | – | – | 42.52 O1 | | [>=60] |
| Lactic Acid Lvl | 4.2 C f7 | – | – | mmol/L | [0.5-2.2] |

Print Date/Time 1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by sch
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00476

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ████████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

| Chemistry |
|---|

LEGEND:   c = Corrected   * = Abnormal   C = Critical   H = High   f = Footnotes   i = Interp Data   R = Ref Lab

| General Chemistry |
|---|

| Collected Date | 1/18/2016 | 1/18/2016 | 1/18/2016 | | |
|---|---|---|---|---|---|
| Collected Time | 09:22 CST | 09:24 CST | 10:50 CST | | |
| Procedure | | | | Units | Reference Range |
| Ammonia Level | 54 H | - | - | mcmol/L | [11-35] |
| Calc Osmo | - | - | 342 H 01 | | [265-285] |

Footnotes
f1:   Sodium
      Called to and Read back by: J. MOORE RN on 01/18/2016 11:51:32 by: SOLIS
f6:   Chloride
      Verified by Rerunning
f7:   Lactic Acid Lvl
      Called to and Read back by: A. DILLARD RN on 01/18/2016 11:03:29 by: SOLIS

| Collected Date | 1/18/2016 | 1/18/2016 | 1/18/2016 | | |
|---|---|---|---|---|---|
| Collected Time | 11:42 CST | 12:06 CST | 16:58 CST | | |
| Procedure | | | | Units | Reference Range |
| Ionized Calcium | - | - | 1.10 L | mmol/L | [1.12-1.32] |
| Estimated Creatinine Clearance | 37.45 | - | - | mL/min | |
| Lactic Acid Lvl | - | 1.9 O2 | - | mmol/L | [0.5-2.2] |

| Collected Date | 1/18/2016 | 1/18/2016 | 1/18/2016 | | |
|---|---|---|---|---|---|
| Collected Time | 19:17 CST | 20:39 CST | 23:15 CST | | |
| Procedure | | | | Units | Reference Range |
| POC Glucose | - | 127 H | - | mg/dL | [70-114] |
| Sodium | 166 C f2 | - | 169 C f3 | mmol/L | [132-140] |

Footnotes
f2:   Sodium
      Called to and Read back by: S.CAMPBELL(RN) on 01/18/2016 19:53:50 by: MDA
f3:   Sodium
      Called to and Read back by: S.CAMPBELL/RN on 01/19/2016 00:08:08 by: SOLIS

| Collected Date | 1/19/2016 | 1/19/2016 | 1/19/2016 | | |
|---|---|---|---|---|---|
| Collected Time | 03:16 CST | 03:49 CST | 07:57 CST | | |
| Procedure | | | | Units | Reference Range |
| Glucose Level | 95 | - | - | mg/dL | [70-114] |
| Sodium | 170 C f4 | - | 171 C f5 | mmol/L | [132-140] |
| Potassium | 3.5 L | - | - | mmol/L | [3.6-5.0] |
| Chloride | 143.0 H f6 | - | - | mmol/L | [98.0-111.0] |
| CO2 | 20.0 L | - | - | mmol/L | [22.0-32.0] |
| Anion Gap | 7 L | - | - | | [9-18] |
| BUN | 60.0 H | - | - | mg/dL | [7.0-21.0] |
| Creatinine | 1.60 H | - | - | mg/dL | [0.50-1.40] |

Print Date/Time 1/19/2016 11:26 CST            Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8 215

OIG_00477

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:  NWT00751578
DOB/Sex: ▓▓▓▓ / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                          Disch Time:
FIN:  NWT0000090926403

## Chemistry

LEGEND:    c = Corrected    * = Abnormal    C = Critical    H = High    f = Footnotes    i = Interp Data    R = Ref Lab

### General Chemistry

| Procedure | Collected Date 1/19/2016 Collected Time 03:16 CST | 1/19/2016 03:49 CST | 1/19/2016 07:57 CST | Units | Reference Range |
|---|---|---|---|---|---|
| BUN/Creat Ratio | 37.50 H | – | – | | [12.00-20.00] |
| Calcium | 7.6 L | – | – | mg/dL | [8.4-10.3] |
| Ionized Calcium | 1.15 | – | – | mmol/L | [1.12-1.32] |
| Mg Lvl | 3.5 H | – | – | mg/dL | [1.8-2.5] |
| Phosphorus | 2.6 L | – | – | mg/dL | [2.7-4.5] |
| Estimated Creatinine Clearance | – | 51.50 | – | mL/min | |
| eGFR Non-African American | 50.67 | – | – | | [>=60] |
| eGFR African American | 61.41 | – | – | | [>=60] |
| Calc Osmo | 352 H | – | – | | [265-285] |

Footnotes
f4:      Sodium
         Called to and Read back by: S.CAMPBELL/RN on 01/19/2016 03:58:33 by: SOLIS
f5:      Sodium
         Called to and Read back by: M. NATIONS RN on 01/19/2016 09:07:03 by: JAM
f6:      Chloride
         Verified by Rerunning

Order Comments
O1:      Comprehensive Metabolic Panel
         qns notified Alyssa rn/er
O2:      Lactic Acid Lvl
         Added by Discern Rule GL_ADD_LACTIC_ACID

### Cardiac

| Procedure | Collected Date 1/18/2016 Collected Time 16:58 CST | Units | Reference Range |
|---|---|---|---|
| CKMB | 35.60 H i1 | ng/mL | [0.00-4.00] |
| Troponin I | 0.06 H i2 | ng/mL | [0.00-0.04] |
| Myoglobin | 1275.5 H | ng/mL | [17.4-105.7] |

Interp Data
i1:      CKMB
         If isoenzymes are required, call lab within 24 hrs. Specimens will be sent to reference lab
         with results in 3-4 days.
i2:      Troponin I
         Values of 0.5 ng/ml or greater are indicative of AM.  Values between 0.03 and 0.49 ng/ml may
         be associated with other conditions resulting in cardiac muscle injury

Print Date/Time  1/19/2016 11:26 CST                    Medical Record

8216

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                OIG_00478

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:   NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                      Disch Time:
FIN:   NWT0000090926403

## Chemistry

LEGEND:   c = Corrected   * = Abnormal   C = Critical   H = High   f = Footnotes   i = Interp Data   R = Ref Lab

### Thyroid

Collected Date  1/18/2016
Collected Time  10:50 CST

| Procedure | | Units | Reference Range |
|---|---|---|---|
| T4 Free | 0.80 | ng/dL | [0.60-2.00] |
| TSH | 1.26 | mc Intl units/mL | [0.34-5.60] |

### Other Chemistry

Collected Date  1/18/2016
Collected Time  09:22 CST

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Procalcitonin | 3.870 i3 | mcg/L | |

Interp Data
i3:     Procalcitonin
        Healthy Individual: Less than 0.075 mcg/L, Determination of normal values with a high
        sensitive assay revealed normal values to be below 0.075 mcg/L.

        Less than 0.5 mcg/L: Systemic infection(sepsis) is not likely local bacterial infection is
        possible.

        Greater than or equal to 0.5 - 2.0 mcg/L: Systemic infection(sepsis) is possible, but various
        conditions are known to induce procalcitonin as well.

        Greater than or equal 2.0 - 10.0 mcg/L: Systemic infection(sepsis)is likely, unless other
        causes are known.

        Greater than equal to 10.0 mcg/L: Important systemis inflammatory response, almost
        exclusively due to severe bacterial sepsis or speptic shock.

## Blood Gases

LEGEND:   c = Corrected   * = Abnormal   C = Critical   H = High   f = Footnotes   i = Interp Data   R = Ref Lab

| Procedure | Collected Date 1/18/2016 Collected Time 09:24 CST | 1/19/2016 05:14 CST | 1/19/2016 08:44 CST | Units | Reference Range |
|---|---|---|---|---|---|
| pH Arterial | 7.26 L | 7.28 L | 7.15 C | pH units | [7.35-7.45] |
| Art pCO2 | 41.1 | 40.0 | 61.4 H | mmHg | [35.0-45.0] |
| Art pO2 | 67 L | 344 H | 123 H | mmHg | [80-105] |
| Art HCO3 | 19 | 19 | 21 | | |
| Art BE | -9 L | -8 L | -8 L | mmol/L | [-2-3] |
| Art sO2 | 90 L | 100 H | 97 | % | [95-98] |
| Art Total CO2 | 20 L | 20 L | 23 | mmol/L | [22-30] |
| Allen's Test | N/A | N/A | N/A | | |

Print Date/Time 1/19/2016 11:26 CST            Medical Record

*8217*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00479

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

### Blood Gases

LEGEND:    c = Corrected    * = Abnormal    C = Critical    H = High    f = Footnotes    i = Interp Data    R = Ref Lab

| | | | | Units | Reference Range |
|---|---|---|---|---|---|
| Collected Date | 1/18/2016 | 1/19/2016 | 1/19/2016 | | |
| Collected Time | 09:24 CST | 05:14 CST | 08:44 CST | | |
| Procedure | | | | | |
| Pt Temp | 37.0 | 37.0 | 37.0 | | |
| Site | L Brachial | A LIne | A LIne | | |
| FiO2% | 50 | 100 | 60 | % | |
| PEEP | 5 | 5 | - | | |
| Sample Type | ABG | ABG | ABG | | |
| Tidal Volume | 500 | 500 | - | | |
| Vent Mode | APV CMV | APV CMV | - | | |
| Vent Rate | 15 | 15 | - | | |
| Art TempC,PCO2 | - | 40.0 | 61.4 | mmHg | |
| Art TempC,pH | - | 7.28 | 7.15 | pH units | |
| Art TempC,PO2 | - | 344 | 123 | mmHg | |
| Delivery Mode | Vent | Vent | TPiece | | |
| Reported To. | - | SCAMPBELLRN | S.HARPER.PA | | |
| TimeRcv-RptTime | 0920.0930 | 0510.0525 | 0840.0844 | | |
| Reported To: | Smith | - | - | | |

---

### Therapeutic Drug Monitoring

LEGEND:    c = Corrected    * = Abnormal    C = Critical    H = High    f = Footnotes    i = Interp Data    R = Ref Lab

| | | Units | Reference Range |
|---|---|---|---|
| Collected Date | 1/18/2016 | | |
| Collected Time | 10:50 CST | | |
| Procedure | | | |
| Acetaminophen Lvl | <10.0 ᴸ ⁱ⁴ | mcg/mL | [10.0-30.0] |

Interp Data
i4:     Acetaminophen Lvl
        Peaks levels occur 1 hour after therapy dose and 4 hours after overdose.  At 4 hours post
        ingestion levels <120 mcg/mL usually do not develop hepatic insufficiency.  Levels >300
        mcg/mL are associated with hepatic necrosis.

---

### Toxicology

LEGEND:    c = Corrected    * = Abnormal    C = Critical    H = High    f = Footnotes    i = Interp Data    R = Ref Lab

| | | | Units | Reference Range |
|---|---|---|---|---|
| Collected Date | 1/18/2016 | 1/18/2016 | | |
| Collected Time | 09:22 CST | 10:50 CST | | |
| Procedure | | | | |
| Salicylate | - | <4.0 ᴸ ⁱ⁵ | mg/dL | [4.0-29.0] |
| Ur Amphetamine | None Detected ⁱ⁶ | - | | [None Detected] |

Print Date/Time 1/19/2016 11:26 CST          Medical Record

8 2/8

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scr
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00480

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

## Toxicology

LEGEND:   c = Corrected   * = Abnormal   C = Critical   H = High   f = Footnotes   i = Interp Data   R = Ref Lab

| Collected Date | 1/18/2016 | 1/18/2016 | | |
| Collected Time | 09:22 CST | 10:50 CST | | |
| Procedure | | | Units | Reference Range |
| Ur Barbiturates | None Detected i6 | - | | [None Detected] |
| Ur Cannabinoids | None Detected i6 | - | | [None Detected] |
| Ur Cocaine | None Detected i6 | - | | [None Detected] |
| Ur Opiates | None Detected i6 | - | | [None Detected] |
| U PCP | None Detected i6 | - | | [None Detected] |
| U Benzo | None Detected | - | | [None Detected] |
| Alcohol | <10.00 | - | mg/dL | [0.00-10.00] |
| % Alcohol | <0.010 | - | % | [0.000-0.010] |

Interp Data
i5:   Salicylate
      Sensitivity limit is 4.0mg/dl
      PEAK levels are reached 2-4 hrs after oral dose. TROUGH levels shuld be drawn prior to next dose. If
      TOXICITY is suspected, then draw ASAP and at least 6 hrs post ingestion
i6:   U PCP, Ur Amphetamine, Ur Barbiturates, Ur Cannabinoids, Ur Cocaine, Ur Opiates
      Contact laboratory within 24 hours if confirmation required.

## Urinalysis

LEGEND:   c = Corrected   * = Abnormal   C = Critical   H = High   f = Footnotes   i = Interp Data   R = Ref Lab

| Collected Date | 1/18/2016 | | |
| Collected Time | 09:22 CST | | |
| Procedure | | Units | Reference Range |
| Ur Color | Yellow | | |
| Ur Clarity | Clear | | |
| Ur Spec Grav | >=1.030 | | |
| Ur pH | 5.0 | | |
| Ur Leuk Est | Negative | | |
| Ur Nitrite | Negative | | |
| Ur Protein | 2+ | | |
| UR Glucose | Negative | | |
| Ur Ketones | Negative | | |
| Ur Urobilinogen | 1.0 EU/dL | | |
| Ur Bili | 2+ | | |
| Ur Blood | 3+ | | [Negative] |
| Ur WBC | 11-25 | | |
| Ur RBC | 26-50 | | |
| Ur Bacteria | None Seen | | |
| Ur Squarm Epithelial | 0-6 | | |
| Ur Amorphous | 2+ | | |

Print Date/Time 1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8.217

OIG_00481

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

---

## Microbiology

PROCEDURE:           Culture Respiratory         ACCESSION:              30-16-018-0520
SOURCE:              Sputum, Induced
BODY SITE:
COLLECTED DATE/TIME: 1/18/2016 09:22 CST

---

PRELIMINARY REPORTS

Preliminary Report                                      Verified Date/Time: 1/19/2016 08:25 CST
Too young to be evaluated

---

PROCEDURE:           Culture Urine              ACCESSION:              30-16-018-0508
SOURCE:              U CleanCatch
BODY SITE:
COLLECTED DATE/TIME: 1/18/2016 09:22 CST

---

PRELIMINARY REPORTS

Preliminary Report                                      Verified Date/Time: 1/19/2016 08:48 CST
No growth in 1 day.

---

## Imaging

PROCEDURE                               EXAM DATE/TIME
CT Head or Brain w/o Contrast           1/18/2016 10:10 CST

**REASON FOR EXAM**
(CT Head or Brain w/o Contrast) Altered level of Consciousness

**Report**
Exam:  CT Head or Brain w/o Contrast
Accession#:  30-CT-16-001327

HISTORY altered consciousness

COMPARISON: None Available

FINDINGS: A noncontrast CT scan of the brain was performed.

There is a large left subdural hematoma overlying the entire left convexity and
measuring up to 1.4 cm in thickness .
A small amount of subdural blood also extends along the falx and tentorium

There is severe mass effect with effacement of the left sulci, effacement of the left
lateral ventricle and severe subfalcine herniation with midline shift to the right. The
septum is shifted x 1.56 cm to the right
Basal cisterns are obliterated and the midbrain is distorted and compressed and there is
severe herniation of the left uncus transtentorially with associated severe compression
of the midbrain.

Print Date/Time 1/19/2016 11:26 CST              Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scr▮▮
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                                    OIG_00482

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:    NWT00751578
DOB/Sex: ▮▮▮▮▮▮ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                Disch Time:
FIN:   NWT0000090926403

---

*Imaging*

---

PROCEDURE
CT Head or Brain w/o Contrast

EXAM DATE/TIME
1/18/2016 10:10 CST

**Report**
Hypodensity of the midbrain pons and also of the anterior aspect of the left temporal ,
medial aspect of the left temporal lobe, inferior aspect of the left frontal lobe aspect
and inferior aspect of the right frontal lobe is present likely due to infarction due to
compromised blood flow secondary to severe transtentorial and severe subfalcine
herniation.

There is mild dilatation of the posterior horn and temporal horn of right lateral
ventricle secondary to compression of the right foramina of Monroe/ trapped ventricle

There is fracture the nasal bones
There may be fractures of the orbital floors .
Cannot exclude fractures of the lamina papyracea bilaterally
There is blood in the maxillary sinuses and ethmoid air cells.
There is soft tissue swelling of the right cheek

The mastoid air cells and middle ear cavities are well aerated.

IMPRESSION:
There is a large left subdural hematoma overlying the entire left convexity and
measuring up to 1.4 cm in thickness .
A small amount of subdural blood also extends along the falx and tentorium

There is severe mass effect with effacement of the left sulci, effacement of the left
lateral ventricle and severe subfalcine herniation with midline shift to the right. The
septum is shifted x 1.56 cm to the right
Basal cisterns are obliterated and the midbrain is distorted and compressed and there is
severe herniation of the left uncus transtentorially with associated severe compression
of the midbrain.

Hypodensity of the midbrain pons and also of the anterior aspect of the left temporal ,
medial aspect of the left temporal lobe, inferior aspect of the left frontal lobe aspect
and inferior aspect of the right frontal lobe is present likely due to infarction due to
compromised blood flow secondary to severe transtentorial and severe subfalcine
herniation.

There is mild dilatation of the posterior horn and temporal horn of right lateral
ventricle secondary to compression of the right foramina of Monroe/ trapped ventricle

There is fracture the nasal bones
There may be fractures of the orbital floors .
Cannot exclude fractures of the lamina papyracea bilaterally
There is blood in the maxillary sinuses and ethmoid air cells.
There is soft tissue swelling of the right cheek

---

Print Date/Time 1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00483

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex:          / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                        Disch Time:
FIN:   NWT0000090926403

| Imaging |
| --- |

PROCEDURE
CT Head or Brain w/o Contrast

EXAM DATE/TIME
1/18/2016 10:10 CST

**Report**
The above emergent findings discussed with Dr. Smith at approximately 10:40 a.m. On
1/18/16


cc:
31096// DT: 01/18/2016 11:00:56CST / TT: 01/18/2016 10:44:24CST / Job#: 13476788/ Doc#:
14504908/ Rev: 01/18/2016 11:44:24 / Dictated by:   RICHARD MURRAY, MD


This document was electronically signed by RICHARD MURRAY, MD on
01/18/2016 11:01:06CST .

***** *Final* *****

Dictated by:      *Murray MD, Richard*          Dictated DT/TM:   *01/18/2016 11:00 am*
Transcribed by:      *RM*              Transcribed DT/TM:  *01/18/16 10:44:00*
Electronically Signed by: *Murray MD, Richard*        Signed DT/TM:   *01/18/2016 11:01 am*

PROCEDURE
CT Chest/Abdomen/Pelvis w/ Contrast

EXAM DATE/TIME
1/18/2016 10:10 CST

**REASON FOR EXAM**
(CT Chest/Abdomen/Pelvis w/ Contrast) Head Trauma;Other (Please Specify)

**Report**
Exam:  CT Chest/Abdomen/Pelvis w/ Con
Accession#:  30-CT-16-001334

HISTORY: acute trauma

COMPARISON: None Available

FINDINGS: post contrast CT scan of the chest abdomen and pelvis was performed with
reformatting in sagittal and coronal planes
The patient is intubated
Trace pericardial effusion is present
There is no evidence of mediastinal hematoma or mediastinal vascular injury
There is pneumomediastinum
There is atelectasis/infiltrate of the posterior aspect of the left lower lobe and fluid
is seen filling the bronchus supplying this segment suggesting aspiration
There is a small peripheral area of infiltrate in the right lower lobe

Print Date/Time  1/19/2016 11:26 CST          **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                OIG_00484

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

| *Imaging* |
|---|

PROCEDURE
CT Chest/Abdomen/Pelvis w/ Contrast

EXAM DATE/TIME
1/18/2016 10:10 CST

Report
There is some tree in bud-like opacity in the posterior aspect of the right upper lobe
suggesting aspiration
There is a large pulmonary embolus in the right interlobar pulmonary artery and
extending also into the right lower lobe pulmonary arteries . There is also some
pulmonary embolus in the right middle lobe pulmonary artery
A few bubbles of air anterior to the liver are probably in the extrapleural tissues of
the anterior abdominal wall more likely than intra-abdominal and appear to be contiguous
with the pneumomediastinum
The stomach is distended with air preesumably with air insufflated during intubation.
The liver, spleen, pancreas, gallbladder, and adrenal glands are normal. The kidneys are
normal. There is no free intraabdominal air or fluid. The bowel pattern is
nonobstructive. I do not see any gross bowel abnormalities. The bladder is unremarkable
and contains a Foley catheter.
There is a subacute healing fracture of the left eleventh rib posteriorly.
No other fractures evident

IMPRESSION:
Trace pericardial effusion is present

There is pneumomediastinum
There is atelectasis/infiltrate of the posterior aspect of the left lower lobe and fluid
is seen filling the bronchus supplying this segment suggesting aspiration
There is a small peripheral area of infiltrate in the right lower lobe
There is some tree in bud-like opacity in the posterior aspect of the right upper lobe
suggesting aspiration

There is a large pulmonary embolus in the right interlobar pulmonary artery and
extending also into the right lower lobe pulmonary arteries . There is also some
pulmonary embolus in the right middle lobe pulmonary artery

A few bubbles of air anterior to the liver are probably in the extrapleural tissues of
the anterior abdominal wall more likely than intra-abdominal and appear to be contiguous
with the pneumomediastinum

The stomach is distended with air preesumably with air insufflated during intubation.

No acute intra-abdominal organ injury identified

There is a subacute healing fracture of the left eleventh rib posteriorly.
No other fractures evident
Called to Dr. Smith at approximately 11:30 a.m. on 1/18/16

Print Date/Time  1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scmr
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00485

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

---

### *Imaging*

PROCEDURE
CT Chest/Abdomen/Pelvis w/ Contrast

EXAM DATE/TIME
1/18/2016 10:10 CST

**Report**

```
cc:
31096// DT: 01/18/2016 11:35:42CST / TT: 01/18/2016 11:07:53CST / Job#: 13476949/ Doc#:
14505015/ Rev: 01/18/2016 12:07:53 / Dictated by:   RICHARD MURRAY, MD


This document was electronically signed by RICHARD MURRAY, MD on
01/18/2016 11:35:45CST .
```

***** *Final* *****

*Dictated by:*        *Murray MD, Richard*        *Dictated DT/TM:*     *01/18/2016 11:35 am*
*Transcribed by:*      *RM*                       *Transcribed DT/TM:*  *01/18/16 11:07:00*
*Electronically Signed by: Murray MD, Richard*          *Signed DT/TM:*      *01/18/2016 11:35 am*

---

PROCEDURE
CT Spine Cervical w/o Contrast

EXAM DATE/TIME
1/18/2016 10:10 CST

**REASON FOR EXAM**
(CT Spine Cervical w/o Contrast) Head Trauma;Other (Please Specify)

**Report**
```
Exam:  CT Spine Cervical w/o Contrast
Accession#:  30-CT-16-001328

HISTORY: Head trauma

COMPARISON: None Available


FINDINGS: A noncontrast CT scan of the cervical spine was performed. There is no
evidence of fracture or dislocation. I do not see any significant degenerative change.
Alignment is satisfactory. Prevertebral soft tissues are normal.

IMPRESSION: No evidence of fracture, dislocation, or significant degenerative change of
the cervical spine.



cc:
31096// DT: 01/18/2016 11:03:06CST / TT: 01/18/2016 11:01:37CST / Job#: 13476796/ Doc#:
14504987/ Rev: 01/18/2016 12:01:37 / Dictated by:   RICHARD MURRAY, MD
```

Print Date/Time 1/19/2016 11:26 CST          **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00486

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ▉▉▉▉ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                          Disch Time:
FIN:    NWT0000090926403

---

## Imaging

**PROCEDURE**
CT Spine Cervical w/o Contrast

**EXAM DATE/TIME**
1/18/2016 10:10 CST

**Report**

This document was electronically signed by RICHARD MURRAY, MD on
01/18/2016 11:03:07CST .

***** *Final* *****

| | | |
|---|---|---|
| *Dictated by:*  Murray MD, Richard | *Dictated DT/TM:*   01/18/2016 11:03 am | |
| *Transcribed by:*   RM | *Transcribed DT/TM:*  01/18/16 11:01:00 | |
| *Electronically Signed by:*  Murray MD, Richard | *Signed DT/TM:*    01/18/2016 11:03 am | |

---

**PROCEDURE**
CT Maxillofacial w/o Contrast

**EXAM DATE/TIME**
1/18/2016 10:10 CST

**REASON FOR EXAM**
(CT Maxillofacial w/o Contrast) Altered level of Consciousness

**Report**
Exam:  CT Maxillofacial w/o Contrast
Accession#:  30-CT-16-001333

Multiplanar images of the facial bones was performed.

There is a fracture the nasal bone. Is also a minimal displaced fracture nasal septum
best seen on transaxial images 46 and 47 and coronal reformatted images 29 and 30. There
is a fracture the right orbit with 7 mm inferior displacement of the orbital floor.
There is no evidence of entrapment of the inferior rectus. Orbital fat is displaced into
the right maxillary sinus. There's hemorrhage the left maxillary sinus.

There is also fracture of the right orbital floor with also approximately 7 mm
displacement of the right orbital floor into the maxillary sinus. No displacement of the
inferior rectus into the maxillary sinus. There is right maxillary hemorrhage. Note:
There are also fractures of the medial wall of the right and left orbit with
displacement of the left medial wall of the orbit fracture into the ethmoid sinuses
approximately 3 mm.

There is no significant hemorrhage in this sphenoid sinus. There is no evidence of
fracture the Petrous pyramid. There is no fracture nasal the zygomatic arch. There is no
fracture the pterygoid plates or mandible fracture on this examination.

There is emphysema neck soft tissues bilaterally right greater than left. The patient is
intubated. Hemorrhage identified in the posterior nasopharynx.

IMPRESSION:

Print Date/Time  1/19/2016 11:26 CST            Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00487

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON                    Admit: 1/18/2016
MRN:      NWT00751578                       Disch:            Disch Time:
DOB/Sex:  ███████ / Male                    FIN:   NWT0000090926403
Attending: Galvan,Dan MD

---

| Imaging |
| --- |

PROCEDURE                              EXAM DATE/TIME
CT Maxillofacial w/o Contrast          1/18/2016 10:10 CST

**Report**
1. Bilateral fractures of the inferior wall and medial wall of the orbits.
2. There is a nasal bone fracture. Fractured nasal septum.

cc:
31674// DT: 01/18/2016 11:21:13CST / TT: 01/18/2016 11:09:07CST / Job#: 13476894/ Doc#:
14505021/ Rev: 01/18/2016 12:09:07 / Dictated by:   ANDREW BAUER, MD

This document was electronically signed by ANDREW BAUER, MD on
01/18/2016 11:21:15CST .
***** *Final* *****

Dictated by:        *Bauer MD, Andrew*         Dictated DT/TM:   *01/18/2016 11:21 am*
Transcribed by:        *AB*              Transcribed DT/TM:  *01/18/16 11:09:00*
Electronically Signed by: *Bauer MD, Andrew*        Signed DT/TM:   *01/18/2016 11:21 am*

---

| Imaging |
| --- |

PROCEDURE / REASON FOR EXAM            EXAM DATE/TIME
XR Chest 1 View Frontal                1/18/2016 09:01 CST

**Report**
Exam:  XR Chest 1 View Frontal
Accession#:  30-XR-16-002520

COMPARISON: None.

The stomach is distended with gas. Decompression is recommended.

Endotracheal tube lies the T2 level and should be advanced at least 3 cm.

There is subcutaneous emphysema in the right. This lies at the base the right neck and
the right chest wall. Allowing for this, no clear-cut evidence of pneumothorax on this
examination. Chest wall soft tissue overlies the right apex. No clear-cut large
pulmonary artery disease allowing for limitations.

IMPRESSION: Limited study. ET tube lies at the T2 level. It should be advanced 3 cm.
Gastric distention with air

---

Print Date/Time 1/19/2016 11:26 CST            Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                    OIG_00488

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex:          / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

## Imaging

PROCEDURE / REASON FOR EXAM
XR Chest 1 View Frontal

EXAM DATE/TIME
1/18/2016 09:01 CST

**Report**

cc:
31674// DT: 01/18/2016 10:52:36CST / TT: 01/18/2016 10:50:15CST / Job#: 13476744/ Doc#:
14504932/ Rev: 01/18/2016 11:50:15 / Dictated by:   ANDREW BAUER, MD

This document was electronically signed by ANDREW BAUER, MD on
01/18/2016 10:52:40CST .

***** *Final* *****

Dictated by:        *Bauer MD, Andrew*          Dictated DT/TM:   *01/18/2016 10:52 am*
Transcribed by:       *AB*              Transcribed DT/TM:  *01/18/16 10:50:00*
Electronically Signed by: *Bauer MD, Andrew*          Signed DT/TM:    *01/18/2016 10:52 am*

---

PROCEDURE / REASON FOR EXAM
XR Chest 1 View Frontal

EXAM DATE/TIME
1/18/2016 15:47 CST

**Report**
Exam:  XR Chest 1 View Frontal
Accession#:  30-XR-16-002585

COMPARISON: Study at 8:52 a.m.

The ET tube has been advanced slightly and now lies just above the clavicular head
level. Left perihilar infiltrate is noted. Rule out pneumonia or atelectasis or both.
The nasogastric tube has been inserted and the stomach has been decompressed.

Left IJ catheter was inserted. The tip lies in expected position the upper SVC.

IMPRESSION: life-support devices as above. Left perihilar infiltrate has become apparent.

cc:
31674// DT: 01/18/2016 16:21:50CST / TT: 01/18/2016 16:20:24CST / Job#: 13478083/ Doc#:
14506124/ Rev: 01/18/2016 17:20:24 / Dictated by:   ANDREW BAUER, MD

---

Print Date/Time 1/19/2016 11:26 CST          **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED
OIG_00489

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

### *Imaging*

**PROCEDURE / REASON FOR EXAM**
XR Chest 1 View Frontal

**EXAM DATE/TIME**
1/18/2016 15:47 CST

**Report**

This document was electronically signed by ANDREW BAUER, MD on
01/18/2016 16:21:52CST .

***** *Final* *****

| | | |
|---|---|---|
| *Dictated by:* | *Bauer MD, Andrew* | *Dictated DT/TM:*  01/18/2016 4:21 pm |
| *Transcribed by:* | *AB* | *Transcribed DT/TM:  01/18/16 16:20:00* |
| *Electronically Signed by:* | *Bauer MD, Andrew* | *Signed DT/TM:*   01/18/2016 4:21 pm |

---

### *Imaging*

**PROCEDURE**
NM Brain Imaging Comp w/ Vascular Flow

**EXAM DATE/TIME**
1/18/2016 14:13 CST

**REASON FOR EXAM**
(NM Brain Imaging Comp w/ Vascular Flow) SDH;Other (Please Specify)

**Report**
Exam:  NM Brain Imaging Comp w/ Vascu
Accession#:  30-NM-16-000100

WORKING CLINICAL DIAGNOSIS: Intracranial hemorrhage, evaluation for brain death.

RADIOPHARMACEUTICAL: The patient received 30 mCi of technetium 99m Ceretec and a flow
study is obtained followed by immediate static images.

FINDINGS: The initial injection infiltrated and thus a second injection is performed.
The serial images demonstrate existing activity within the cranial cavity. The flow
study shows flow of the radiotracer within both hemispheres with the exception of an
irregular posterior defect. immediate static images demonstrate activity in both
cerebral hemispheres again with the left posterior defect and some irregularity seen in
both cortices. There is a significant shift from the left to the right seen in the
immediate static images.

IMPRESSION:
1. Blood flow is present within both cerebral hemispheres.

2. A large posterior left cortical defect is present as well as smaller random
irregularities seen bilaterally.

3. There is significant shift of the cortex from the left to the right consistent with a
subdural hematoma.

---

Print Date/Time  1/19/2016 11:26 CST          **Medical Record**

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*8228*

OIG_00490

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

## Imaging

PROCEDURE
NM Brain Imaging Comp w/ Vascular Flow

EXAM DATE/TIME
1/18/2016 14:13 CST

**Report**

cc:
1149// DT: 01/18/2016 14:27:23CST / TT: 01/18/2016 14:21:29CST / Job#: 13477634/ Doc#:
14505773/ Rev: 01/18/2016 15:21:29 / Dictated by:   BILL BYRD, MD

This document was electronically signed by BILL BYRD, MD on
01/18/2016 14:27:25CST .

*\*\*\*\*\* Final \*\*\*\*\**

Dictated by:       Byrd MD, Bill                 Dictated DT/TM:    01/18/2016 2:27 pm
Transcribed by:       BB                       Transcribed DT/TM: 01/18/16 14:21:00
Electronically Signed by: Byrd MD, Bill              Signed DT/TM:    01/18/2016 2:27 pm

---

## Triage

| | | |
|---|---|---|
| Recorded Date | 1/18/2016 | 1/18/2016 |
| Recorded Time | 09:09 CST | 09:09 CST |
| Recorded By | Granados RN,Ricardo F. | Granados RN,Ricardo F. |
| Procedure | | |
| Chief Complaint | - | See Below T1 |
| Tracking Acuity | 2 - Emergent | - |

Textual Results
T1:    1/18/2016 09:09 CST (Chief Complaint)
       pt. arrived via EMS. Was found unconscious and unresponsive by his cellmate this morning at approximately
       0700. EMS placed LMA. Pt arrived gcs 3. No pupil response. He is noted to have left hip wound that appears
       necrotic. He appears extremely cachetic.

---

## Measurements

| | | |
|---|---|---|
| Recorded Date | 1/18/2016 | 1/18/2016 |
| Recorded Time | 09:09 CST | 09:09 CST |
| Recorded By | Granados RN,Ricardo F. | Granados RN,Ricardo F. |
| Procedure | | |
| Height | 190.5 | - |
| Height Method | Estimated | - |
| Weight | - | 54.43 |
| Daily Weight kg | - | 54.43 |

---

Print Date/Time **1/19/2016 11:26 CST**          Medical Record

*8229*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00491

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex:  ██████  / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

## Measurements

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 09:09 CST | 09:09 CST |
| | Recorded By | Granados RN,Ricardo F. | Granados RN,Ricardo F. |
| Procedure | | | |
| Weight Method | | - | Estimated |
| | | | Estimated |
| BSA | | 1.7 | - |
| Body Mass Index Measured | | 15 | - |

## Vital Signs

| | Recorded Date | 1/19/2016 | 1/19/2016 | 1/19/2016 |
|---|---|---|---|---|
| | Recorded Time | 11:00 CST | 10:15 CST | 10:00 CST |
| | Recorded By | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | | |
| Temperature (Route Not Specified) | | 36.7 | - | - |
| Temperature Convert C to F | | 98.1 | - | - |
| Temperature Method | | Esophageal | - | - |
| Peripheral Pulse Rate | | 114 H | 112 H | 112 H |
| Heart Rate Monitored | | 114 H | 113 H | 113 H |
| Respiratory Rate | | 15 | 16 | 16 |
| Systolic Blood Pressure Invasive | | 84 I | 99 | 99 |
| Diastolic Blood Pressure Invasive | | 59 L | 66 | 66 |
| Mean Arterial Pressure,Invasive | | 69 | 77 | 77 |

| | Recorded Date | 1/19/2016 | 1/19/2016 | 1/19/2016 |
|---|---|---|---|---|
| | Recorded Time | 09:45 CST | 09:30 CST | 09:15 CST |
| | Recorded By | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | | |
| Peripheral Pulse Rate | | 112 H | 112 H | 111 H |
| Heart Rate Monitored | | 112 H | 112 H | 112 H |
| Respiratory Rate | | 15 | 15 | 15 |
| Systolic Blood Pressure Invasive | | 95 | 94 | 94 |
| Diastolic Blood Pressure Invasive | | 61 | 65 | 66 |
| Mean Arterial Pressure,Invasive | | 74 | 75 | 75 |

| | Recorded Date | 1/19/2016 | 1/19/2016 | 1/19/2016 |
|---|---|---|---|---|
| | Recorded Time | 09:00 CST | 08:45 CST | 08:30 CST |
| | Recorded By | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | | |
| Temperature (Route Not Specified) | | 37.4 c1 | - | - |
| Temperature Convert C to F | | 99.3 c2 | - | - |
| Temperature Method | | Esophageal | - | - |
| Peripheral Pulse Rate | | 111 H | 111 H | 106 H |
| Heart Rate Monitored | | 111 H | 111 H | 106 H |

Print Date/Time 1/19/2016 11:26 CST          **Medical Record**

8.236

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00492

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

## Vital Signs

| | Recorded Date | 1/19/2016 | 1/19/2016 | 1/19/2016 |
|---|---|---|---|---|
| | Recorded Time | 09:00 CST | 08:45 CST | 08:30 CST |
| | Recorded By | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | | |
| Respiratory Rate | | 15 | 15 | 15 |
| Systolic Blood Pressure Invasive | | 94 | 86 L | 93 |
| Diastolic Blood Pressure Invasive | | 64 | 58 L | 65 |
| Mean Arterial Pressure,Invasive | | 74 | 67 | 74 |

Corrected
c1:     Temperature (Route Not Specified)
        Corrected from 36.8 on 1/19/2016 09:19 CST by Nations RN, Meagan
c2:     Temperature Convert C to F
        Corrected from 98.2 on 1/19/2016 09:19 CST by Nations RN, Meagan

| | Recorded Date | 1/19/2016 | 1/19/2016 | 1/19/2016 |
|---|---|---|---|---|
| | Recorded Time | 08:19 CST | 08:15 CST | 08:00 CST |
| | Recorded By | Diaz CRT,Manuel F | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | | |
| Temperature (Route Not Specified) | | - | - | 37.2 |
| Temperature Convert C to F | | - | - | 99 |
| Temperature Method | | - | - | Esophageal |
| Peripheral Pulse Rate | | - | 107 H | 106 H |
| Heart Rate Monitored | | 107 H | - | - |
| Respiratory Rate | | 15 | - | - |
| Systolic Blood Pressure Invasive | | - | 98 | 98 |
| Diastolic Blood Pressure Invasive | | - | 69 | 69 |
| Mean Arterial Pressure,Invasive | | - | 78 | 79 |
| FIO2 | | 100 | - | - |

| | Recorded Date | 1/19/2016 | 1/19/2016 | 1/19/2016 |
|---|---|---|---|---|
| | Recorded Time | 07:45 CST | 07:30 CST | 07:15 CST |
| | Recorded By | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | | |
| Peripheral Pulse Rate | | 106 H | 105 H | 105 H |
| Heart Rate Monitored | | 106 H | 106 H | 105 H |
| Respiratory Rate | | 15 | 15 | 15 |
| Systolic Blood Pressure Invasive | | 106 | 103 | 103 |
| Diastolic Blood Pressure Invasive | | 76 | 74 | 74 |
| Mean Arterial Pressure,Invasive | | 86 | 84 | 84 |

| | Recorded Date | 1/19/2016 | 1/19/2016 | 1/19/2016 |
|---|---|---|---|---|
| | Recorded Time | 07:00 CST | 06:45 CST | 06:30 CST |
| | Recorded By | Nations RN,Meagan | Nations RN,Meagan | Campbell RN,Shelby |
| Procedure | | | | |
| Temperature (Route Not Specified) | | 36.9 | - | - |
| Temperature Convert C to F | | 98.4 | - | - |

Print Date/Time  1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scp
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8231

OIG_00493

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▒▒▒▒ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                     Disch Time:
FIN:   NWT0000090926403

## *Vital Signs*

| Procedure | | | |
|---|---|---|---|
| Recorded Date | 1/19/2016 | 1/19/2016 | 1/19/2016 |
| Recorded Time | 07:00 CST | 06:45 CST | 06:30 CST |
| Recorded By | Nations RN,Meagan | Nations RN,Meagan | Campbell RN,Shelby |
| Temperature Method | Esophageal | – | – |
| Peripheral Pulse Rate | 104 H | 105 H | 103 H |
| Heart Rate Monitored | 104 H | 105 H | 103 H |
| Respiratory Rate | 15 | 15 | 15 |
| Systolic Blood Pressure Invasive | 96 | 99 | 97 |
| Diastolic Blood Pressure Invasive | 69 | 72 | 71 |
| Mean Arterial Pressure,Invasive | 78 | 81 | 80 |

| Procedure | | | |
|---|---|---|---|
| Recorded Date | 1/19/2016 | 1/19/2016 | 1/19/2016 |
| Recorded Time | 06:15 CST | 06:00 CST | 05:45 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby | Campbell RN,Shelby |
| Peripheral Pulse Rate | 102 H | 102 H | 102 H |
| Heart Rate Monitored | 102 H | 102 H | 102 H |
| Respiratory Rate | 15 | 15 | 15 |
| Systolic Blood Pressure Invasive | 92 | 95 | 94 |
| Diastolic Blood Pressure Invasive | 68 | 70 | 69 |
| Mean Arterial Pressure,Invasive | 76 | 79 | 78 |

| Procedure | | |
|---|---|---|
| Recorded Date | 1/19/2016 | 1/19/2016 |
| Recorded Time | 05:35 CST | 05:30 CST |
| Recorded By | Johnson Dawson RCP.S,Cindy L | Campbell RN,Shelby |
| Peripheral Pulse Rate | – | 99 |
| Heart Rate Monitored | 101 H | 100 |
| Respiratory Rate | 15 | 15 |
| Systolic Blood Pressure Invasive | – | 94 |
| Diastolic Blood Pressure Invasive | – | 69 |
| Mean Arterial Pressure,Invasive | – | 78 |
| FIO2 | 100 | – |

| Procedure | | | |
|---|---|---|---|
| Recorded Date | 1/19/2016 | 1/19/2016 | 1/19/2016 |
| Recorded Time | 05:15 CST | 05:00 CST | 04:45 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby | Campbell RN,Shelby |
| Peripheral Pulse Rate | 98 | 104 H | 105 H |
| Heart Rate Monitored | 98 | 104 H | 105 H |
| Respiratory Rate | 15 | 15 | 15 |
| Systolic Blood Pressure Invasive | 96 | 97 | 95 |
| Diastolic Blood Pressure Invasive | 71 | 74 | 72 |
| Mean Arterial Pressure,Invasive | 80 | 82 | 81 |

Print Date/Time 1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scmr
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00494

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

## Vital Signs

| | 1/19/2016 | 1/19/2016 |
|---|---|---|
| Recorded Date | | |
| Recorded Time | 04:30 CST | 04:15 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | |
| Temperature (Route Not Specified) | – | 36.6 |
| Temperature Convert C to F | – | 97.9 |
| Temperature Method | | Esophageal |
| Peripheral Pulse Rate | 112 H | 97 |
| Heart Rate Monitored | 113 H | 97 |
| Respiratory Rate | 15 | 15 |
| Systolic Blood Pressure Invasive | 96 | 97 |
| Diastolic Blood Pressure Invasive | 74 | 73 |
| Mean Arterial Pressure,Invasive | 82 | 82 |

| | 1/19/2016 | 1/19/2016 |
|---|---|---|
| Recorded Date | | |
| Recorded Time | 04:01 CST | 04:00 CST |
| Recorded By | Johnson Dawson RCP.S,Cindy L | Campbell RN,Shelby |
| Procedure | | |
| Peripheral Pulse Rate | – | 97 |
| Heart Rate Monitored | 97 | – |
| Respiratory Rate | 15 | – |
| Systolic Blood Pressure Invasive | – | 99 |
| Diastolic Blood Pressure Invasive | – | 75 |
| Mean Arterial Pressure,Invasive | – | 85 |
| FIO2 | 100 | – |

| | 1/19/2016 | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| Recorded Date | | | |
| Recorded Time | 03:45 CST | 03:30 CST | 03:15 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| Peripheral Pulse Rate | 97 | 97 | 98 |
| Heart Rate Monitored | 97 | 97 | 97 |
| Respiratory Rate | 15 | 15 | 15 |
| Systolic Blood Pressure Invasive | 98 | 97 | 99 |
| Diastolic Blood Pressure Invasive | 75 | 74 | 75 |
| Mean Arterial Pressure,Invasive | 84 | 83 | 84 |
| FIO2 | – | – | 100 |

| | 1/19/2016 | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| Recorded Date | | | |
| Recorded Time | 03:00 CST | 02:45 CST | 02:30 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| Peripheral Pulse Rate | 97 | 97 | 98 |
| Heart Rate Monitored | 97 | 97 | 98 |
| Respiratory Rate | 15 | 15 | 15 |
| Systolic Blood Pressure Invasive | 98 | 93 | 95 |

Print Date/Time  1/19/2016 11:26 CST                    Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8/233

OIG_00495

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

| Vital Signs | | | |
|---|---|---|---|

| Recorded Date | 1/19/2016 | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| Recorded Time | 03:00 CST | 02:45 CST | 02:30 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| Diastolic Blood Pressure Invasive | 76 | 72 | 75 |
| Mean Arterial Pressure,Invasive | 84 | 81 | 83 |
| FIO2 | 100 | – | – |

| Recorded Date | 1/19/2016 | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| Recorded Time | 02:15 CST | 02:00 CST | 01:45 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| Temperature (Route Not Specified) | – | 36.5 | – |
| Temperature Convert C to F | – | 97.7 | – |
| Temperature Method | – | Esophageal | – |
| Peripheral Pulse Rate | 99 | 99 | 100 |
| Heart Rate Monitored | 99 | 101 H | 100 |
| Respiratory Rate | 15 | 15 | 15 |
| Systolic Blood Pressure Invasive | 97 | 81 L | 92 |
| Diastolic Blood Pressure Invasive | 76 | 64 | 71 |
| Mean Arterial Pressure,Invasive | 85 | 71 | 79 |

| Recorded Date | 1/19/2016 | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| Recorded Time | 01:30 CST | 01:15 CST | 01:00 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| Temperature (Route Not Specified) | – | – | 37.0 |
| Temperature Convert C to F | – | – | 98.6 |
| Temperature Method | – | – | Esophageal |
| Peripheral Pulse Rate | 100 | 101 H | 102 H |
| Heart Rate Monitored | 100 | 101 H | 102 H |
| Respiratory Rate | 15 | 15 | 15 |
| Systolic Blood Pressure Invasive | 96 | 96 | 93 |
| Diastolic Blood Pressure Invasive | 74 | 75 | 74 |
| Mean Arterial Pressure,Invasive | 82 | 83 | 82 |

| Recorded Date | 1/19/2016 | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| Recorded Time | 00:45 CST | 00:30 CST | 00:15 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| Peripheral Pulse Rate | 99 | 100 | 100 |
| Heart Rate Monitored | 100 | 100 | 100 |
| Respiratory Rate | 15 | 15 | 15 |
| Systolic Blood Pressure Invasive | 87 L | 94 | 98 |
| Diastolic Blood Pressure Invasive | 69 | 75 | 78 |
| Mean Arterial Pressure,Invasive | 76 | 83 | 86 |

Print Date/Time  1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by so
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8234

OIG_00496

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ██████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

| *Vital Signs* | | |
|---|---|---|

| Recorded Date | 1/19/2016 | 1/18/2016 |
|---|---|---|
| Recorded Time | 00:00 CST | 23:45 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | |
| Temperature (Route Not Specified) | 36.8 | - |
| Temperature Convert C to F | 98.2 | - |
| Temperature Method | Esophageal | - |
| Peripheral Pulse Rate | 100 | 100 |
| Heart Rate Monitored | 100 | 100 |
| Respiratory Rate | 15 | 16 |
| Systolic Blood Pressure Invasive | 97 | 97 |
| Diastolic Blood Pressure Invasive | 79 | 79 |
| Mean Arterial Pressure,Invasive | 86 | 86 |

| Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|
| Recorded Time | 23:41 CST | 23:30 CST |
| Recorded By | Johnson Dawson RCP.S,Cindy L | Campbell RN,Shelby |
| Procedure | | |
| Peripheral Pulse Rate | - | 99 |
| Heart Rate Monitored | 100 | - |
| Respiratory Rate | 16 | - |
| Systolic Blood Pressure Invasive | - | 95 |
| Diastolic Blood Pressure Invasive | - | 77 |
| Mean Arterial Pressure,Invasive | - | 84 |
| FIO2 | 100 | 100 |

| Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| Recorded Time | 23:15 CST | 23:00 CST | 22:45 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| Peripheral Pulse Rate | 99 | 98 | 97 |
| Heart Rate Monitored | 99 | 98 | 97 |
| Respiratory Rate | 17 | 17 | 18 |
| Systolic Blood Pressure Invasive | 93 | 98 | 95 |
| Diastolic Blood Pressure Invasive | 76 | 79 | 76 |
| Mean Arterial Pressure,Invasive | 83 | 86 | 84 |

| Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| Recorded Time | 22:30 CST | 22:15 CST | 22:00 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| Peripheral Pulse Rate | 96 | 95 | 95 |
| Heart Rate Monitored | 96 | 95 | 95 |
| Respiratory Rate | 17 | 12 | 15 |
| Systolic Blood Pressure Invasive | 101 | 97 | 98 |
| Diastolic Blood Pressure Invasive | 82 | 78 | 79 |

Print Date/Time  1/19/2016 11:26 CST          Medical Record

8 235

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00497

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

## Vital Signs

| | Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|---|
| | Recorded Time | 22:30 CST | 22:15 CST | 22:00 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | | |
| Mean Arterial Pressure,Invasive | | 90 | 86 | 87 |

| | Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|---|
| | Recorded Time | 21:45 CST | 21:30 CST | 21:15 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | | |
| Peripheral Pulse Rate | | 95 | 95 | 98 |
| Heart Rate Monitored | | 95 | 95 | 98 |
| Respiratory Rate | | 15 | 15 | 15 |
| Systolic Blood Pressure Invasive | | 90 | 97 | 87 L |
| Diastolic Blood Pressure Invasive | | 73 | 78 | 70 |
| Mean Arterial Pressure,Invasive | | 80 | 86 | 77 |

| | Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|---|
| | Recorded Time | 21:00 CST | 20:45 CST | 20:30 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | | |
| Temperature (Route Not Specified) | | 36.5 | – | – |
| Temperature Convert C to F | | 97.7 | – | – |
| Temperature Method | | Esophageal | – | – |
| Peripheral Pulse Rate | | 104 H | 110 H | 106 H |
| Heart Rate Monitored | | 104 H | 110 H | 106 H |
| Respiratory Rate | | 15 | 15 | 15 |
| Systolic Blood Pressure Invasive | | 97 | 108 | 79 L |
| Diastolic Blood Pressure Invasive | | 79 | 85 | 63 |
| Mean Arterial Pressure,Invasive | | 86 | 94 | 69 |

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 20:15 CST | 20:11 CST |
| | Recorded By | Campbell RN,Shelby | Johnson Dawson RCP.S,Cindy L |
| Procedure | | | |
| Peripheral Pulse Rate | | 118 H | – |
| Heart Rate Monitored | | 119 H | 121 H |
| Respiratory Rate | | 15 | 15 |
| Systolic Blood Pressure Invasive | | 92 | – |
| Diastolic Blood Pressure Invasive | | 74 | – |
| Mean Arterial Pressure,Invasive | | 80 | – |
| FIO2 | | – | 100 |

Print Date/Time  1/19/2016 11:26 CST              Medical Record

8 236

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00498

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

| | Vital Signs | | |
|---|---|---|---|

| Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| Recorded Time | 20:00 CST | 19:45 CST | 19:30 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| Peripheral Pulse Rate | 119 H | 133 H | 134 H |
| Heart Rate Monitored | – | 133 H | 135 H |
| Respiratory Rate | – | 15 | 15 |
| Systolic Blood Pressure Invasive | 66 L | 75 L | 88 L |
| Diastolic Blood Pressure Invasive | 54 L | 59 L | 70 |
| Mean Arterial Pressure,Invasive | 57 | 65 | 76 |

| Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| Recorded Time | 19:15 CST | 19:00 CST | 18:45 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby | Nations RN,Meagan |
| Procedure | | | |
| Temperature (Route Not Specified) | – | 36.9 | 36.1 |
| Temperature Convert C to F | – | 98.4 | 97 |
| Temperature Method | – | Esophageal | Esophageal |
| Peripheral Pulse Rate | 137 H | 138 H | 138 H |
| Heart Rate Monitored | 138 H | 138 H | 139 H |
| Respiratory Rate | 15 | 15 | 15 |
| Systolic Blood Pressure | – | – | 95 |
| Diastolic Blood Pressure | – | – | 77 |
| Mean Arterial Pressure,Cuff | – | – | 81 |
| Systolic Blood Pressure Invasive | 111 | 127 | – |
| Diastolic Blood Pressure Invasive | 92 H | 103 H | – |
| Mean Arterial Pressure,Invasive | 97 | 111 | – |
| FIO2 | 100 | 100 | – |

| Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| Recorded Time | 18:30 CST | 18:15 CST | 18:00 CST |
| Recorded By | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | |
| Peripheral Pulse Rate | 141 H | 142 H | 144 H |
| Heart Rate Monitored | 139 H | 143 H | 144 H |
| Respiratory Rate | 15 | 15 | 15 |
| Systolic Blood Pressure | 95 | 100 | 100 |
| Diastolic Blood Pressure | 77 | 66 | 59 L |
| Mean Arterial Pressure,Cuff | 81 | 74 | 69 |

| Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| Recorded Time | 17:45 CST | 17:30 CST | 17:15 CST |
| Recorded By | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | |
| Temperature (Route Not Specified) | 35.5 | – | – |
| Temperature Convert C to F | 95.9 | – | – |

Print Date/Time  1/19/2016 11:26 CST          Medical Record

*8 237*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00499

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                      Disch Time:
FIN: NWT0000090926403

## Vital Signs

| | 1/18/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
| Recorded Time | 17:45 CST | 17:30 CST | 17:15 CST |
| Recorded By | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | |
| Temperature Method | Esophageal | – | – |
| Peripheral Pulse Rate | 140 H | 142 H | 144 H |
| Heart Rate Monitored | 142 H | 143 H | 140 H |
| Respiratory Rate | 15 | 15 | 15 |
| Systolic Blood Pressure | 119 | 86 L | 129 |
| Diastolic Blood Pressure | 75 | 49 L | 99 H |
| Mean Arterial Pressure,Cuff | 85 | 59 | 104 |

| | 1/18/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
| Recorded Time | 17:00 CST | 16:51 CST | 16:45 CST |
| Recorded By | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | |
| Temperature (Route Not Specified) | – | – | 35.1 L |
| Temperature Convert C to F | – | – | 95.2 |
| Temperature Method | – | – | Esophageal |
| Peripheral Pulse Rate | 135 H | – | 131 H |
| Heart Rate Monitored | 137 H | – | 131 H |
| Respiratory Rate | 15 | 15 | – |
| Systolic Blood Pressure | 104 | – | 126 |
| Diastolic Blood Pressure | 73 | – | 84 |
| Mean Arterial Pressure,Cuff | 80 | – | 95 |

| | 1/18/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
| Recorded Time | 16:30 CST | 16:15 CST | 16:06 CST |
| Recorded By | Nations RN,Meagan | Nations RN,Meagan | Diaz CRT,Manuel F |
| Procedure | | | |
| Peripheral Pulse Rate | 111 H | 103 H | – |
| Heart Rate Monitored | 111 H | 103 H | 95 |
| Respiratory Rate | 15 | 15 | 15 |
| Systolic Blood Pressure | 135 | 124 | – |
| Diastolic Blood Pressure | 91 H | 94 H | – |
| Mean Arterial Pressure,Cuff | 100 | 99 | – |
| FIO2 | – | – | 50 |

| | 1/18/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
| Recorded Time | 16:00 CST | 15:45 CST | 15:30 CST |
| Recorded By | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | |
| Temperature (Route Not Specified) | – | 34.4 L | – |
| Temperature Convert C to F | – | 93.9 | – |
| Temperature Method | – | Esophageal | – |
| Peripheral Pulse Rate | 92 | 77 | 89 |

Print Date/Time 1/19/2016 11:26 CST                 Medical Record

8238

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by seng.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00500

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:    NWT00751578
DOB/Sex: ██████ / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                      Disch Time:
FIN:    NWT0000090926403

## Vital Signs

| Procedure | Recorded Date | Recorded Time | Recorded By |
|---|---|---|---|
| | 1/18/2016 | 1/18/2016 | 1/18/2016 |
| | 16:00 CST | 15:45 CST | 15:30 CST |
| | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Heart Rate Monitored | – | 89 | 94 |
| Respiratory Rate | – | 16 | 16 |
| Systolic Blood Pressure | 116 | 112 | 115 |
| Diastolic Blood Pressure | 88 | 77 | 74 |
| Mean Arterial Pressure,Cuff | 95 | 85 | 82 |

| Procedure | Recorded Date | Recorded Time | Recorded By |
|---|---|---|---|
| | 1/18/2016 | 1/18/2016 | 1/18/2016 |
| | 15:15 CST | 15:00 CST | 14:45 CST |
| | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Temperature (Route Not Specified) | – | – | 34.3 L |
| Temperature Convert C to F | – | – | 93.7 |
| Temperature Method | – | – | Esophageal |
| Peripheral Pulse Rate | 65 | 68 | 61 |
| Heart Rate Monitored | 87 | 76 | 62 |
| Respiratory Rate | 18 | 15 | 15 |
| Systolic Blood Pressure | 103 | 111 | 110 |
| Diastolic Blood Pressure | 82 | 83 | 73 |
| Mean Arterial Pressure,Cuff | 86 | 90 | 80 |

| Procedure | Recorded Date | Recorded Time | Recorded By |
|---|---|---|---|
| | 1/18/2016 | 1/18/2016 | 1/18/2016 |
| | 12:45 CST | 12:30 CST | 12:15 CST |
| | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Temperature (Route Not Specified) | 34.7 L | 34.6 L | – |
| Temperature Convert C to F | 94.5 | 94.3 | – |
| Temperature Method | Esophageal | Esophageal | – |
| Peripheral Pulse Rate | 54 L | 60 | 56 L |
| Heart Rate Monitored | 55 L | 60 | 56 L |
| Respiratory Rate | 15 | 15 | 15 |
| Systolic Blood Pressure | 104 | 109 | 95 |
| Diastolic Blood Pressure | 63 | 70 | 53 L |
| Mean Arterial Pressure,Cuff | 72 | 80 | 62 |

| Procedure | Recorded Date | Recorded Time | Recorded By |
|---|---|---|---|
| | 1/18/2016 | 1/18/2016 | 1/18/2016 |
| | 12:13 CST | 12:00 CST | 11:50 CST |
| | Diaz CRT,Manuel F | Nations RN,Meagan | Granados RN,Ricardo F. |
| Temperature (Route Not Specified) | – | 34.1 L | 33.7 L |
| Temperature Convert C to F | – | 93.4 | 92.7 |
| Temperature Method | – | Esophageal | Esophageal |
| Heart Rate Monitored | 58 L | 56 L | 58 L |

Print Date/Time  1/19/2016 11:26 CST              Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:
FIN:   NWT0000090926403

Disch Time:

---

## Vital Signs

| Procedure | | | |
|---|---|---|---|
| Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
| Recorded Time | 12:13 CST | 12:00 CST | 11:50 CST |
| Recorded By | Diaz CRT,Manuel F | Nations RN,Meagan | Granados RN,Ricardo F. |
| Respiratory Rate | 15 | 15 | – |
| Systolic Blood Pressure | – | 108 | 133 |
| Diastolic Blood Pressure | – | 65 | 94 H |
| Mean Arterial Pressure,Cuff | – | 76 | – |
| FIO2 | 50 | | |

| Procedure | | | |
|---|---|---|---|
| Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
| Recorded Time | 11:38 CST | 10:30 CST | 10:00 CST |
| Recorded By | Dillard RN,Alissa A | Dillard RN,Alissa A | Granados RN,Ricardo F. |
| Temperature (Route Not Specified) | 33.5 L | 33.5 L | 33.4 L |
| Temperature Convert C to F | 92.3 | 92.3 | 92.1 |
| Temperature Method | Esophageal | Esophageal | – |
| Peripheral Pulse Rate | – | – | 58 L |
| Heart Rate Monitored | 56 L | 54 L | 72 |
| Respiratory Rate | 15 | – | – |
| Systolic Blood Pressure | 120 | 137 | – |
| Diastolic Blood Pressure | 78 | 86 | – |
| BP Site | – | Left arm | Left arm |
| Mean Arterial Pressure,Cuff | 94 | 103 | – |

| Procedure | | | |
|---|---|---|---|
| Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
| Recorded Time | 10:00 CST | 09:30 CST | 09:26 CST |
| Recorded By | Dillard RN,Alissa A | Dillard RN,Alissa A | Walls RRT,Olivia |
| Peripheral Pulse Rate | – | 58 L | – |
| Heart Rate Monitored | – | – | 64 |
| Respiratory Rate | – | – | 15 |
| Systolic Blood Pressure | 82 L | 116 | – |
| Diastolic Blood Pressure | 67 | 99 H | – |
| FIO2 | – | – | 50 |

| Procedure | |
|---|---|
| Recorded Date | 1/18/2016 |
| Recorded Time | 09:16 CST |
| Recorded By | Granados RN,Ricardo F. |
| Temperature (Route Not Specified) | 33.7 L |
| Temperature Convert C to F | 92.7 |
| Peripheral Pulse Rate | 76 |
| Respiratory Rate | 14 |
| Systolic Blood Pressure | 88 L |
| Diastolic Blood Pressure | 71 |

Print Date/Time 1/19/2016 11:26 CST              Medical Record

*8246*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scme
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00502

**NWT- Northwest Texas Hospital**

Patient: RODGERS, ALTON
MRN:  NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                      Disch Time:
FIN:  NWT0000090926403

---

## Vital Signs

|  | |
|---|---|
| Recorded Date | 1/18/2016 |
| Recorded Time | 09:16 CST |
| Recorded By | Granados RN,Ricardo F. |
| Procedure | |
| BP Site | Left arm |

---

## Pain Assessment

|  | | |
|---|---|---|
| Recorded Date | 1/18/2016 | 1/18/2016 |
| Recorded Time | 16:51 CST | 09:08 CST |
| Recorded By | Nations RN,Meagan | Granados RN,Ricardo F. |
| Procedure | | |
| Pain Assessment Tool Utilized | Faces | – |
| MAR Pain Score | 8 | – |
| Numeric Pain Scale | – | 0 = No pain |

---

## Assessments and Treatments

|  | | | |
|---|---|---|---|
| Recorded Date | 1/19/2016 | 1/19/2016 | 1/19/2016 |
| Recorded Time | 11:00 CST | 10:15 CST | 10:00 CST |
| Recorded By | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | |
| SpO2 | 100 | 100 | 100 |

|  | | | |
|---|---|---|---|
| Recorded Date | 1/19/2016 | 1/19/2016 | 1/19/2016 |
| Recorded Time | 09:45 CST | 09:30 CST | 09:15 CST |
| Recorded By | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | |
| SpO2 | 100 | 100 | 100 |

|  | | | |
|---|---|---|---|
| Recorded Date | 1/19/2016 | 1/19/2016 | 1/19/2016 |
| Recorded Time | 09:00 CST | 08:45 CST | 08:30 CST |
| Recorded By | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | |
| SpO2 | 100 | 100 | 100 |

|  | | |
|---|---|---|
| Recorded Date | 1/19/2016 | 1/19/2016 |
| Recorded Time | 08:19 CST | 07:45 CST |
| Recorded By | Diaz CRT,Manuel F | Nations RN,Meagan |
| Procedure | | |
| RT Respiratory Assessment | See Below [T23] | – |
| RT Respiratory Symptoms | Breath sounds | – |
| RT Documentation and Procedures | See Below [T25] | – |
| Breath Sounds Auscultated | Anterior only | – |
| All Lobes Breath Sounds | Equal, Clear | – |

Print Date/Time 1/19/2016 11:26 CST                    Medical Record

*8241*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00503

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ▓▓▓▓▓ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

| | Assessments and Treatments | |
|---|---|---|

| Procedure | Recorded Date 1/19/2016 Recorded Time 08:19 CST Recorded By Diaz CRT,Manuel F | Recorded Date 1/19/2016 Recorded Time 07:45 CST Recorded By Nations RN,Meagan |
|---|---|---|
| Artificial Airway Type | Endotracheal tube | - |
| Ventilator Mode | See Below T27 | - |
| Ventilator Frequency,Mandatory | 15 | - |
| Tidal Volume,Delivered | 500 | - |
| Positive End Expiratory Pressure | 5 | - |
| Sensitivity/Trigger | Flow Trigger | - |
| Inspiratory to Expiratory Ratio | 1:5 | - |
| Inspiratory Time | 1.32 | - |
| Inspiratory Time % | 33 | - |
| Ventilator ID | 2955 | - |
| Resuscitation Bag and Mask Available | Yes | - |
| Suction Device Available | Yes | - |
| Respiratory Rate Total | 15 | - |
| Respiratory Rate,Spontaneous | 0 L | - |
| Tidal Volume,Exhaled | 485 | - |
| Minute Volume,exhaled | 7.3 | - |
| Plateau Pressure | 14 | - |
| End Expiratory Pressure | 5 | - |
| Auto-PEEP | 0 | - |
| Compliance,Static | 35.714 | - |
| Compliance,Dynamic | 35.714 | - |
| Ventilator charges | VENTILATOR MGMT SUB DAY | - |
| Peak Inspiratory Pressure Measured | 14 | - |
| Mean Airway Pressure Measured | 8.3 | - |
| Vent Alarms On and Functional | Yes | - |
| Vent Alarm Apnea | 20 | - |
| Vent Alarm High Pressure | 50 | - |
| Vent Alarm Low Pressure | 10 | - |
| Vent Alarm High Rate | 40 | - |
| Vent Alarm Low Rate | 8 | - |
| Vent Alarm High Minute Volume | 18 | - |
| Vent Alarm Low Minute Volume | 2 | - |
| Vent Alarm High Tidal Volume | 1000 | - |
| Vent Alarm Low Tidal Volume | 250 | - |
| SpO2 | 100 | 100 |
| Humidification | Warm | - |
| Humidifier Water Level | 1/2 | - |
| Humidification Temperature | 35.1 | - |
| Patient Position | Semi-Fowler's | - |
| Cuffed endotracheal tube 7.5 | | |
| Endotracheal Tube Activity | Assess | - |
| Endotracheal Tube Insertion Distance | 26 | - |

Print Date/Time  1/19/2016 11:26 CST                    Medical Record

8 242

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scb
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00504

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

### Assessments and Treatments

| Recorded Date | 1/19/2016 | 1/19/2016 |
|---|---|---|
| Recorded Time | 08:19 CST | 07:45 CST |
| Recorded By | Diaz CRT,Manuel F | Nations RN,Meagan |
| **Procedure** | | |
| Endotracheal Tube Measured At | Lips | – |
| Endotracheal Tube Placement | Oral, left | – |
| Endotracheal Tube Status | Secure, holder | – |
| Endotracheal Tube Position Confirmation | Breath sounds | – |

Textual Results
T23:   1/19/2016 08:19 CST (RT Respiratory Assessment)
         Respirations regular rate and rhythm, Respirations unlabored, Symmetric chest movement
T25:   1/19/2016 08:19 CST (RT Documentation and Procedures)
         Artificial airway, Ventilator Information
T27:   1/19/2016 08:19 CST (Ventilator Mode)
         APV-CMV (Adaptive Pressure Ventilation- Continuous Mandatory

| Recorded Date | 1/19/2016 | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| Recorded Time | 07:30 CST | 07:15 CST | 07:00 CST |
| Recorded By | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| **Procedure** | | | |
| SpO2 | 100 | 100 | 100 |

| Recorded Date | 1/19/2016 | 1/19/2016 |
|---|---|---|
| Recorded Time | 06:45 CST | 06:30 CST |
| Recorded By | Nations RN,Meagan | Campbell RN,Shelby |
| **Procedure** | | |
| SpO2 | 100 | 100 |

| Recorded Date | 1/19/2016 | 1/19/2016 |
|---|---|---|
| Recorded Time | 06:20 CST | 06:15 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| **Procedure** | | |
| SpO2 | – | 100 |
| Neurological Symptoms | See Below T66 | – |
| Is Patient Sedated? | No | – |
| Level of Consciousness | Obtunded | – |
| Neuro Additional Parameters Monitored | See Below T79 | – |
| Eye Opening Response Glasgow | None | – |
| Best Verbal Response Glasgow | No response | – |
| Best Motor Response Glasgow | No response to painful stimuli | – |
| Glasgow Coma Score | 3 | – |
| PERRLA | No | – |
| Right Pupil Description | Dilated | – |
| Left Pupil Description | Dilated | – |
| Right Pupil Reaction | Nonreactive | – |
| Left Pupil Reaction | Nonreactive | – |

Print Date/Time 1/19/2016 11:26 CST                    Medical Record

*8243*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00505

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ▮▮▮▮▮ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

## Assessments and Treatments

| Procedure | Recorded Date 1/19/2016<br>Recorded Time 06:20 CST<br>Recorded By Campbell RN,Shelby | Recorded Date 1/19/2016<br>Recorded Time 06:15 CST<br>Recorded By Campbell RN,Shelby |
|---|---|---|
| Right Pupil Size | 6 | - |
| Left Pupil Size | 6 | - |
| Eye Abnormality,Right | Hazy film | - |
| Eye Abnormality,Left | Hazy film | - |
| Left Upper Extremity Strength -ICU | 0- Absent/Flaccid | - |
| Right Upper Extremity Strength -ICU | 0- Absent/Flaccid | - |
| Left Lower Extremity Strength -ICU | 0- Absent/Flaccid | - |
| Right Lower Extremity Strength -ICU | 0- Absent/Flaccid | - |
| CN V Facial Sensation | Corneal reflex absent | - |
| CN VII Facial Expression and Symmetry | See Below T95 | - |
| CN IX,X Swallowing,Gag Reflex | Gag reflex absent, Cough absent | - |

Textual Results

T66:   1/19/2016 06:20 CST (Neurological Symptoms)
       Affect/Behavior not appropriate, Altered LOC
T79:   1/19/2016 06:20 CST (Neuro Additional Parameters Monitored)
       Glasgow coma assessment, Pupils assessment
T95:   1/19/2016 06:20 CST (CN VII Facial Expression and Symmetry)
       No Facial movement with nasal passage light touch

| Procedure | Recorded Date 1/19/2016<br>Recorded Time 06:00 CST<br>Recorded By Campbell RN,Shelby | Recorded Date 1/19/2016<br>Recorded Time 05:45 CST<br>Recorded By Campbell RN,Shelby |
|---|---|---|
| SpO2 | 100 | 100 |

| Procedure | Recorded Date 1/19/2016<br>Recorded Time 05:35 CST<br>Recorded By Johnson Dawson RCP.S,Cindy L | Recorded Date 1/19/2016<br>Recorded Time 05:30 CST<br>Recorded By Campbell RN,Shelby |
|---|---|---|
| SpO2 | 100 | 100 |
| FIO2 Titrated To | 60 | - |

| Procedure | Recorded Date 1/19/2016<br>Recorded Time 05:15 CST<br>Recorded By Campbell RN,Shelby | Recorded Date 1/19/2016<br>Recorded Time 05:07 CST<br>Recorded By Campbell RN,Shelby |
|---|---|---|
| SpO2 | 100 | - |
| Patient Position | Lying on right side | - |
| Neurological Symptoms | - | See Below T67 |
| Is Patient Sedated? | - | No |
| Level of Consciousness | - | Obtunded |
| Neuro Additional Parameters Monitored | - | See Below T80 |

Print Date/Time 1/19/2016 11:26 CST                    Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by sc▮▮
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*8244*
OIG_00506

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ██████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

| Assessments and Treatments |
| --- |

| Procedure | Recorded Date | 1/19/2016 | 1/19/2016 |
| --- | --- | --- | --- |
| | Recorded Time | 05:15 CST | 05:07 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Eye Opening Response Glasgow | | - | None |
| Best Verbal Response Glasgow | | - | No response |
| Best Motor Response Glasgow | | - | No response to painful stimuli |
| Glasgow Coma Score | | - | 3 |
| PERRLA | | - | No |
| Right Pupil Description | | - | Dilated |
| Left Pupil Description | | - | Dilated |
| Right Pupil Reaction | | - | Nonreactive |
| Left Pupil Reaction | | - | Nonreactive |
| Right Pupil Size | | - | 6 |
| Left Pupil Size | | - | 6 |
| Eye Abnormality,Right | | - | Hazy film |
| Eye Abnormality,Left | | - | Hazy film |
| Left Upper Extremity Strength -ICU | | - | 0- Absent/Flaccid |
| CN V Facial Sensation | | - | Corneal reflex absent |
| CN VII Facial Expression and Symmetry | | - | See Below T96 |
| CN IX,X Swallowing,Gag Reflex | | - | Gag reflex absent, Cough absent |

Textual Results

T67: 1/19/2016 05:07 CST (Neurological Symptoms)
     Affect/Behavior not appropriate, Altered LOC
T80: 1/19/2016 05:07 CST (Neuro Additional Parameters Monitored)
     Glasgow coma assessment, Pupils assessment
T96: 1/19/2016 05:07 CST (CN VII Facial Expression and Symmetry)
     No Facial movement with nasal passage light touch

| Procedure | Recorded Date | 1/19/2016 | 1/19/2016 |
| --- | --- | --- | --- |
| | Recorded Time | 05:00 CST | 04:47 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| SpO2 | | 100 | - |
| Absence of urinary tract infection SS | | - | Met |
| Gait | | - | Steady |
| Participative in Fall Prevention | | - | Yes |
| Personal Care Provided | | - | Chlorhexidine bath |

| Procedure | Recorded Date | 1/19/2016 | 1/19/2016 |
| --- | --- | --- | --- |
| | Recorded Time | 04:45 CST | 04:30 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| SpO2 | | 100 | 100 |

Print Date/Time 1/19/2016 11:26 CST                    Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8 245

OIG_00507

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON          Admit: 1/18/2016
MRN:     NWT00751578             Disch:              Disch Time:
DOB/Sex:          / Male         FIN:   NWT0000090926403
Attending: Galvan,Dan MD

| *Assessments and Treatments* |
|---|

| | Recorded Date | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| | Recorded Time | 04:15 CST | 04:05 CST |
| | Recorded By | Campbell RN,Shelby | Johnson Dawson RCP.S,Cindy L |
| **Procedure** | | | |
| Suction | | – | Artificial airway, Inline |
| Suction Device | | – | In line suctioning |
| Sputum Amount | | – | Scant |
| Sputum Color | | – | Clear |
| SpO2 | | 100 | – |

| | Recorded Date | 1/19/2016 |
|---|---|---|
| | Recorded Time | 04:03 CST |
| | Recorded By | Johnson Dawson RCP.S,Cindy L |
| **Procedure** | | |
| Respiratory Rate Total | | 15 |
| Tidal Volume,Exhaled | | 508 |
| Minute Volume,exhaled | | 7.6 |
| End Expiratory Pressure | | 5 |
| Peak Inspiratory Pressure Measured | | 14 |
| Mean Airway Pressure Measured | | 8 |

| | Recorded Date | 1/19/2016 |
|---|---|---|
| | Recorded Time | 04:01 CST |
| | Recorded By | Johnson Dawson RCP.S,Cindy L |
| **Procedure** | | |
| Ventilator Mode | | See Below T28 |
| Ventilator Frequency,Mandatory | | 15 |
| Tidal Volume,Delivered | | 500 |
| Positive End Expiratory Pressure | | 5 |
| Sensitivity/Trigger | | Flow Trigger |
| Inspiratory to Expiratory Ratio | | 1:5 |
| Inspiratory Time | | 1.32 |
| Inspiratory Time % | | 33 |
| Ventilator Model | | Hamilton Galileo |
| Ventilator ID | | 2955 |
| Vent Alarms On and Functional | | Yes |
| Vent Alarm Apnea | | 20 |
| Vent Alarm High Pressure | | 50 |
| Vent Alarm Low Pressure | | 10 |
| Vent Alarm High Rate | | 40 |
| Vent Alarm Low Rate | | 9 |
| Vent Alarm High Minute Volume | | 18 |
| Vent Alarm Low Minute Volume | | 2 |
| Vent Alarm High Tidal Volume | | 1000 |
| Vent Alarm Low Tidal Volume | | 250 |
| Oxygen Therapy | | Ventilator |

Print Date/Time 1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00508

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

## Assessments and Treatments

| | Recorded Date | 1/19/2016 |
|---|---|---|
| | Recorded Time | 04:01 CST |
| | Recorded By | Johnson Dawson RCP.S,Cindy L |
| Procedure | | |
| SpO2 | | 100 |
| Humidification | | Warm |
| Humidifier Water Level | | 1/2 |
| Humidification Temperature | | 35.1 |

Textual Results
T28:    1/19/2016 04:01 CST (Ventilator Mode)
         APV-CMV (Adaptive Pressure Ventilation- Continuous Mandatory

| | Recorded Date | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| | Recorded Time | 04:00 CST | 03:45 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| SpO2 | | -- | 100 |
| Neurological Symptoms | | See Below T68 | -- |
| Is Patient Sedated? | | No | -- |
| Level of Consciousness | | Obtunded | -- |
| Neuro Additional Parameters Monitored | | See Below T81 | -- |
| Eye Opening Response Glasgow | | None | -- |
| Best Verbal Response Glasgow | | No response | -- |
| Best Motor Response Glasgow | | No response to painful stimuli | -- |
| Glasgow Coma Score | | 3 | -- |
| PERRLA | | No | -- |
| Right Pupil Description | | Dilated | -- |
| Left Pupil Description | | Dilated | -- |
| Right Pupil Reaction | | Nonreactive | -- |
| Left Pupil Reaction | | Nonreactive | -- |
| Right Pupil Size | | 6 | -- |
| Left Pupil Size | | 6 | -- |
| Eye Abnormality,Right | | Hazy film | -- |
| Eye Abnormality,Left | | Hazy film | -- |
| Left Upper Extremity Strength -ICU | | 0- Absent/Flaccid | -- |
| Right Upper Extremity Strength -ICU | | 0- Absent/Flaccid | -- |
| Left Lower Extremity Strength -ICU | | 0- Absent/Flaccid | -- |
| Right Lower Extremity Strength -ICU | | 0- Absent/Flaccid | -- |
| CN V Facial Sensation | | Corneal reflex absent | -- |
| CN VII Facial Expression and Symmetry | | See Below T97 | -- |
| CN IX,X Swallowing,Gag Reflex | | Gag reflex absent, Cough absent | -- |

Textual Results
T68:    1/19/2016 04:00 CST (Neurological Symptoms)
         Affect/Behavior not appropriate, Altered LOC
T81:    1/19/2016 04:00 CST (Neuro Additional Parameters Monitored)

Print Date/Time 1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00509

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                Disch Time:
FIN: NWT0000090926403

---

## Assessments and Treatments

Textual Results
T81:   1/19/2016 04:00 CST (Neuro Additional Parameters Monitored)
       Glasgow coma assessment, Pupils assessment
T97:   1/19/2016 04:00 CST (CN VII Facial Expression and Symmetry)
       No Facial movement with nasal passage light touch

| Procedure | Recorded Date<br>1/19/2016<br>Recorded Time<br>03:30 CST<br>Recorded By<br>Campbell RN,Shelby | | 1/19/2016<br>03:15 CST<br>Campbell RN,Shelby |
|---|---|---|---|
| Nail Bed Description Left Hand | - | | Pink |
| Nail Bed Description Right Hand | - | | Pink |
| Nail Bed Description Left Foot | - | | Pink |
| Nail Bed Description Right Foot | - | | Pink |
| Capillary Refill Left Hand | - | | Less than 3 seconds |
| Capillary Refill Right Hand | - | | Less than 3 seconds |
| Capillary Refill Left Foot | - | | Less than 3 seconds |
| Capillary Refill Right Foot | - | | Less than 3 seconds |
| Cardiovascular Defined Assessment | - | | See Below T4 |
| CV Additional Parameters Monitored | - | | See Below T9 |
| Neurovascular Check Extremity | - | | All |
| Radial Pulse,Left | - | | 1+ Thready |
| Radial Pulse,Right | - | | 1+ Thready |
| Dorsalis Pedis Pulse,Left | - | | 1+ Thready |
| Dorsalis Pedis Pulse,Right | - | | 1+ Thready |
| Cardiac Rhythm | - | | Normal sinus rhythm |
| Monitoring Lead | - | | II, V1/MCL1 |
| Atrial Rate | - | | 97 |
| Atrial Rhythm | - | | Regular |
| Ventricular Rate | - | | 97 |
| Ventricular Rhythm | - | | Regular |
| PR Interval | - | | 0.12 |
| PR Consistency | - | | Consistent |
| P to QRS Ratio | - | | 1:1 |
| QRS Duration | - | | 0.04 |
| QRS Consistency | - | | Consistent |
| QT Interval | - | | 0.35 |
| T Wave | - | | Upright |
| Cardiac Monitor Customized to Patient | - | Yes<br>Yes | |
| Verification of Correct Lead Placement | - | | Yes |
| Degrees Head of Bed Elevated | - | | 35 |
| Temperature Left Lower Extremity | - | | Warm |
| Temperature Right Lower Extremity | - | | Warm |
| Respiratory Defined Assessment | - | | See Below T15 |
| Resp Additional Parameters Monitored | - | | See Below T20 |

Print Date/Time 1/19/2016 11:26 CST          Medical Record

8248

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by sch.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00510

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

## Assessments and Treatments

| Procedure | Recorded Date<br>Recorded Time<br>Recorded By | 1/19/2016<br>03:30 CST<br>Campbell RN,Shelby | 1/19/2016<br>03:15 CST<br>Campbell RN,Shelby |
|---|---|---|---|
| VAP Degrees Head of Bed Elevated | | - | 35 |
| Breath Sounds Auscultated | | - | Anterior only |
| All Lobes Breath Sounds | | - | Equal, Clear |
| Suction Device | | - | In line suctioning, Yankauer |
| Sputum Amount | | - | Scant |
| Sputum Color | | - | Clear |
| Artificial Airway Type | | - | Endotracheal tube |
| Ventilator Mode | | - | See Below T29 |
| Ventilator Frequency,Mandatory | | - | 15 |
| Tidal Volume,Delivered | | - | 500 |
| Positive End Expiratory Pressure | | - | 5 |
| Ventilator Model | | - | Hamilton Galileo |
| Ventilator ID | | - | 2955 |
| Resuscitation Bag and Mask Available | | Yes<br>Yes | |
| Suction Device Available | | - Yes<br>Yes | |
| Vent Alarms Customized to Patient | | - Yes<br>Yes | |
| SpO2 | | 100 | 100 |
| Saturation Probe Site | | - | Ear, right |
| Patient Position | | - | Semi-Fowler's |
| Patient Ready to Attempt Weaning | | - | No |
| VAP VTE Prophylaxis | | - | Mechanical |
| VAP Peptic Ulcer Prophylaxis | | - | Yes |
| VAP Oral Care | | - | See Below T38 |
| VAP Daily Sedation Interruption | | - | Performed |
| GI Symptoms | | - | See Below T41 |
| Gastrointestinal Defined Assessment | | - | See Below T46 |
| GI Additional Parameters Monitored | | - | Enteral tube |
| Bowel Sounds All Quadrants | | - | Hypoactive |
| Urine Color | | - | Yellow |
| Urine Description | | - | Clear |
| Genitourinary Defined Assessment | | - | See Below T49 |
| GU Additional Parameters Monitored | | - | Urinary cath- indwelling |
| Musculoskeletal Defined Assessment | | - | See Below T56 |
| Left Upper Extremity Description | | - | Pink |
| Right Upper Extremity Description | | - | Pink |
| Left Lower Extremity Description | | - | Pink |
| Right Lower Extremity Description | | - | Pink |
| Temperature Left Upper Extremity | | - | Warm |

Print Date/Time 1/19/2016 11:26 CST            Medical Record

*8299*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                OIG_00511

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ▉▉▉▉ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:              Disch Time:
FIN:   NWT0000090926403

---

## Assessments and Treatments

| Procedure | Recorded Date<br>Recorded Time<br>Recorded By | 1/19/2016<br>03:30 CST<br>Campbell RN,Shelby | 1/19/2016<br>03:15 CST<br>Campbell RN,Shelby |
|---|---|---|---|
| Temperature Right Upper Extremity | | - | Warm |
| Integumentary Defined Assessment | | - | See Below T61 |
| Integumentary Symptoms | | - | Incision/wound, Skin abnormality |
| Integumentary Additional Parameters | | - | Braden/Braden Q assessment |
| Sensory Perception Braden | | - | Completely limited |
| Moisture Braden | | - | Rarely moist |
| Activity Braden | | - | Bedfast |
| Mobility Braden | | - | Very limited |
| Nutrition Braden | | - | Very poor |
| Friction and Shear Braden | | - | Problem |
| Braden Score | | - | 10 |
| Neurological Symptoms | | - | See Below T69 |
| Is Patient Sedated? | | - | No |
| Level of Consciousness | | - | Obtunded |
| Neuro Additional Parameters Monitored | | - | See Below T82 |
| Eye Opening Response Glasgow | | - | None |
| Best Verbal Response Glasgow | | - | No response |
| Best Motor Response Glasgow | | - | No response to painful stimuli |
| Glasgow Coma Score | | - | 3 |
| PERRLA | | - | No |
| Right Pupil Description | | - | Dilated |
| Left Pupil Description | | - | Dilated |
| Right Pupil Reaction | | - | Nonreactive |
| Left Pupil Reaction | | - | Nonreactive |
| Right Pupil Size | | - | 6 |
| Left Pupil Size | | - | 6 |
| Eye Abnormality,Right | | - | Hazy film |
| Eye Abnormality,Left | | - | Hazy film |
| Left Upper Extremity Strength -ICU | | - | 0- Absent/Flaccid |
| Right Upper Extremity Strength -ICU | | - | 0- Absent/Flaccid |
| Left Lower Extremity Strength -ICU | | - | 0- Absent/Flaccid |
| Right Lower Extremity Strength -ICU | | - | 0- Absent/Flaccid |
| Left Upper Extremity Sensation | | - | Intact |
| Right Upper Extremity Sensation | | - | Intact |
| Left Lower Extremity Sensation | | - | Intact |
| Right Lower Extremity Sensation | | - | Intact |
| CN V Facial Sensation | | - | Corneal reflex absent |
| CN VII Facial Expression and Symmetry | | - | See Below T96 |
| CN IX,X Swallowing,Gag Reflex | | - | Gag reflex absent, Cough absent |
| Environmental Safety Implemented | | - | See Below T108 |
| History of Fall Morse | | - | Yes |
| Presence of Secondary Diagnosis Morse | | - | Yes |

Print Date/Time  1/19/2016 11:26 CST            Medical Record

8.256

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00512

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                Disch Time:
FIN:   NWT0000090926403

---

### Assessments and Treatments

| Procedure | Recorded Date | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| | Recorded Time | 03:30 CST | 03:15 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Use of Ambulatory Aid Morse | | – | None, bedrest, wheelchair, nurse |
| IV/Heparin Lock Fall Risk Morse | | – | Yes |
| Gait Weak or Impaired Fall Risk Morse | | – | Impaired |
| Mental Status Fall Risk Morse | | – | Forgets limitations |
| Morse Fall Risk Score | | – | 95 |
| Other Precautions in Place | | – | Skin, Fall |
| Activity Status ADL | | – | See Below [T111] |
| Antiembolism Device | | – | See Below [T114] |
| Diet Type | | – | NPO |
| Personal Care Provided | | – | See Below [T117] |
| Foley Catheter Care Done | | – | Yes |
| SpO2 Alarms On and Audible | | – | Yes |
| Function and Safety Documentation | | – | See Below [T118] |
| Nutrition and Feeding | | – | Meal record |
| Cuffed endotracheal tube 7.5 | | | |
| Endotracheal Tube Activity | | – | Assess |
| Endotracheal Tube Insertion Distance | | – | 27 |
| Endotracheal Tube Measured At | | – | Lips |
| Endotracheal Tube Placement | | – | Oral, right |
| Endotracheal Tube Status | | – | Patent, Secure, holder |
| Endotracheal Tube Position Confirmation | | – | Breath sounds |
| Endotracheal Tube Procedure and Care | | – | Suction |
| Left Antecubital 18 gauge | | | |
| Peripheral IV Activity: | | – | Assess |
| Peripheral IV Site Condition: | | – | No complications |
| Peripheral IV Drainage Description: | | – | None |
| Peripheral IV Infiltration Score: | | – | 0 |
| Peripheral IV Phlebitis Score: | | – | 0 |
| Peripheral IV Care: | | – | Flushed |
| Peripheral IV Dressing: | | – | Dry, Intact, Transparent |
| Peripheral IV Patency: | | – | No complications |
| Urethral 16 French | | | |
| Urinary Catheter Indications | | – | See Below [T122] |
| Urinary Catheter Activity Type | | – | Assess |
| Urinary Catheter Secured | | – | Stabilizing Device |
| Urinary Catheter Drainage System | | – | Urine meter |
| Urinary Catheter Drainage Bag Location | | – | Below bladder |
| Left Hip Lateral Present on admission | | | |
| Incision,Wound Description: | | – | See Below [T128] |
| Incision,Wound Surrounding Tissue: | | – | Erythema |
| Incision,Wound Drainage: | | – | Serosanguinous |
| Incision,Wound Dressing: | | – | Drainage present, Abdominal pads |

Print Date/Time 1/19/2016 11:26 CST          Medical Record

8 251

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00513

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▇▇▇▇ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

## Assessments and Treatments

| | Recorded Date | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| | Recorded Time | 03:30 CST | 03:15 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| Incision,Wound Pressure Ulcer Stage: | | – | Unstageable (slough or eschar) |
| Incision,Wound Photo Taken | | – | Yes |
| Incision/Wound Puncture Site Condition | | – | Ecchymotic |
| Incision,Wound Edge Description: | | – | Poorly defined |
| Incision,Wound Drainage amount: | | – | Small |
| Head Right | | | |
| Skin Abnormality Type | | – | Abrasions |
| Non-Tunneled Triple Internal jugular vein Left | | | |
| Central IV Activity: | | – | Assess |
| Central IV Indication: | | – | See Below T133 |
| Central IV Radiographic Confirmation: | | – | Yes |
| Central IV Site Condition: | | – | No complications |
| Central IV Dressing: | | – | See Below T137 |
| Central IV Drainage Description: | | – | None |
| Central IV Care: | | – | Flush with Normal Saline |
| Central IV Patency Proximal Port: | | – | No complications |
| Central IV Patency Medial Port: | | – | No complications |
| Central IV Patency Distal Port: | | – | No complications |
| Central IV CVP Line Status: | | – | Accurate, optimally damped |
| Central IV CVP Line Care: | | – | See Below T142 |
| Radial artery Right Single | | | |
| Arterial Line Activity: | | – | Assess |
| Arterial Line Status: | | – | Accurate, optimally damped |
| Arterial Line Care: | | – | See Below T147 |
| Arterial Line Site Condition: | | – | No complications |
| Arterial Line Dressing: | | – | Transparent |
| Arterial Line Dressing Condition: | | – | Dry, Intact |
| Arterial Line Drainage Description: | | – | None |
| Orogastric Oral | | | |
| Gastric Tube Activity | | – | Assess |
| Gastric Tube Method of Drainage | | – | Clamped |
| Gastric Tube Placement Confirmation | | – | Auscultation, X-Ray |
| Gastric Tube Procedure and Care | | – | Feed |
| Enteral Tube Position Marking | | – | 33 |
| Skin Condition Related to Enteral Tube | | – | Intact, no abnormalities |
| Enteral/Gastric Feed Supplement/Product | | – | Jevity 1.2 |
| Enteral/Gastric Tube Feed Rate | | – | 40 |
| Enteral/Gastric Tube Feed Mode | | – | Continuous |

Textual Results
T4:   1/19/2016 03:15 CST (Cardiovascular Defined Assessment)

Print Date/Time 1/19/2016 11:26 CST            Medical Record

*8252*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00514

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                  Disch Time:
FIN:   NWT0000090926403

---

*Assessments and Treatments*

---

Textual Results

T4:     1/19/2016 03:15 CST (Cardiovascular Defined Assessment)
        Capillary refill less than 3 seconds, Clear S1 and S2, Nail beds pink, No clubbing, No edema, No murmur or
        gallop, Peripheral pulses 2+
T9:     1/19/2016 03:15 CST (CV Additional Parameters Monitored)
        Pulses, Rhythm analysis/Telemetry
T15:    1/19/2016 03:15 CST (Respiratory Defined Assessment)
        Clear breath sounds all fields, No cough, No secretions, Respirations regular rate and rhythm, Respirations
        unlabored, Symmetric chest movement
T20:    1/19/2016 03:15 CST (Resp Additional Parameters Monitored)
        Artificial airway, Suction, VAP bundle, Ventilator settings
T29:    1/19/2016 03:15 CST (Ventilator Mode)
        APV-CMV (Adaptive Pressure Ventilation- Continuous Mandatory)
T38:    1/19/2016 03:15 CST (VAP Oral Care)
        Mouth swab, Chlorhexidine mouth swab, Brushed teeth
T41:    1/19/2016 03:15 CST (GI Symptoms)
        Abdomen description finding, Bowel sounds finding
T46:    1/19/2016 03:15 CST (Gastrointestinal Defined Assessment)
        No diarrhea, No nausea/vomiting, Non-tender abdomen, Passing flatus, Soft, non-distended abdomen
T49:    1/19/2016 03:15 CST (Genitourinary Defined Assessment)
        Adequate urine output, Bladder not distended, Clear urine, Continent, Non odorous urine
T56:    1/19/2016 03:15 CST (Musculoskeletal Defined Assessment)
        No amputations, No contractures, deformities, No swelling, Normal range of motion
T61:    1/19/2016 03:15 CST (Integumentary Defined Assessment)
        Skin color normal for ethnicity, Skin warm and dry, Elastic skin turgor, Oral mucosa (or mucous membranes) pink,
        moist, intact
T69:    1/19/2016 03:15 CST (Neurological Symptoms)
        Affect/Behavior not appropriate, Altered LOC
T82:    1/19/2016 03:15 CST (Neuro Additional Parameters Monitored)
        Glasgow coma assessment, Pupils assessment
T98:    1/19/2016 03:15 CST (CN VII Facial Expression and Symmetry)
        No Facial movement with nasal passage light touch
T108:   1/19/2016 03:15 CST (Environmental Safety Implemented)
        Bed in low position, Side rails up, Wheels locked when available
T111:   1/19/2016 03:15 CST (Activity Status ADL)
        Complete bedrest, Reposition every 2 hours
T114:   1/19/2016 03:15 CST (Antiembolism Device)
        Intermittent pneumatic compression devices, knee high
T117:   1/19/2016 03:15 CST (Personal Care Provided)
        Bed bath, Electrodes replaced, Oral care, Partial linen change
T118:   1/19/2016 03:15 CST (Function and Safety Documentation)
        Activity, Devices, Hygiene, Safety checks additional
T122:   1/19/2016 03:15 CST (Urinary Catheter Indications)
        Accurate I & O in critically ill patient
T128:   1/19/2016 03:15 CST (Incision, Wound Description:)
        Edges separated, Gaping, Full thickness
T133:   1/19/2016 03:15 CST (Central IV Indication:)
        Administration of medications or blood products
T137:   1/19/2016 03:15 CST (Central IV Dressing:)

Print Date/Time 1/19/2016 11:26 CST                    Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8253

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ▓▓▓▓▓ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

*Assessments and Treatments*

---

Textual Results
T137:  1/19/2016 03:15 CST (Central IV Dressing:)
       Intact, Antimicrobial patch, Dry, Transparent
T142:  1/19/2016 03:15 CST (Central IV CVP Line Care:)
       Dynamic response test performed, Leveled, zeroed, calibrated, Pressure device 300 mmHg
T147:  1/19/2016 03:15 CST (Arterial Line Care:)
       Dynamic response test, Leveled, zeroed, calibrated, Pressure device 300 mmHg

| | Recorded Date | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| | Recorded Time | 03:00 CST | 02:45 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| Oxygen Therapy | | Ventilator | - |
| SpO2 | | 100 | 100 |

| | Recorded Date | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| | Recorded Time | 02:30 CST | 02:15 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| SpO2 | | 100 | 100 |

| | Recorded Date | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| | Recorded Time | 02:00 CST | 01:45 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| SpO2 | | 100 | 100 |
| Neurological Symptoms | | See Below [T70] | - |
| Is Patient Sedated? | | No | - |
| Level of Consciousness | | Obtunded | - |
| Neuro Additional Parameters Monitored | | See Below [T83] | - |
| Eye Opening Response Glasgow | | None | - |
| Best Verbal Response Glasgow | | No response | - |
| Best Motor Response Glasgow | | No response to painful stimuli | - |
| Glasgow Coma Score | | 3 | - |
| PERRLA | | No | - |
| Right Pupil Description | | Dilated | - |
| Left Pupil Description | | Dilated | - |
| Right Pupil Reaction | | Nonreactive | - |
| Left Pupil Reaction | | Nonreactive | - |
| Right Pupil Size | | 6 | - |
| Left Pupil Size | | 6 | - |
| Eye Abnormality,Right | | Hazy film | - |
| Eye Abnormality,Left | | Hazy film | - |
| Left Upper Extremity Strength -ICU | | 0- Absent/Flaccid | - |
| Right Upper Extremity Strength -ICU | | 0- Absent/Flaccid | - |
| Left Lower Extremity Strength -ICU | | 0- Absent/Flaccid | - |
| CN V Facial Sensation | | Corneal reflex absent | - |

Print Date/Time 1/19/2016 11:26 CST          Medical Record

*8254*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00516

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ██████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

### Assessments and Treatments

| | Recorded Date | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| | Recorded Time | 02:00 CST | 01:45 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| **Procedure** | | | |
| CN VII Facial Expression and Symmetry | | See Below T99 | - |
| CN IX,X Swallowing,Gag Reflex | | Gag reflex absent, Cough absent | |

**Textual Results**

T70:   1/19/2016 02:00 CST (Neurological Symptoms)
       Affect/Behavior not appropriate, Altered LOC
T83:   1/19/2016 02:00 CST (Neuro Additional Parameters Monitored)
       Glasgow coma assessment, Pupils assessment
T99:   1/19/2016 02:00 CST (CN VII Facial Expression and Symmetry)
       No Facial movement with nasal passage light touch

| | Recorded Date | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| | Recorded Time | 01:30 CST | 01:15 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| **Procedure** | | | |
| SpO2 | | 100 | 100 |

| | Recorded Date | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| | Recorded Time | 01:00 CST | 00:45 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| **Procedure** | | | |
| SpO2 | | 100 | 100 |
| Patient Position | | Lying on left side | - |
| Neurological Symptoms | | See Below T71 | - |
| Is Patient Sedated? | | No | - |
| Level of Consciousness | | Obtunded | - |
| Neuro Additional Parameters Monitored | | See Below T84 | - |
| Eye Opening Response Glasgow | | None | - |
| Best Verbal Response Glasgow | | No response | - |
| Best Motor Response Glasgow | | No response to painful stimuli | - |
| Glasgow Coma Score | | 3 | - |
| PERRLA | | No | - |
| Right Pupil Description | | Dilated | - |
| Left Pupil Description | | Dilated | - |
| Right Pupil Reaction | | Nonreactive | - |
| Left Pupil Reaction | | Nonreactive | - |
| Right Pupil Size | | 6 | - |
| Left Pupil Size | | 6 | - |
| Eye Abnormality,Right | | Hazy film | - |
| Eye Abnormality,Left | | Hazy film | - |
| Left Upper Extremity Strength -ICU | | 0- Absent/Flaccid | - |
| Right Upper Extremity Strength -ICU | | 0- Absent/Flaccid | - |
| Left Lower Extremity Strength -ICU | | 0- Absent/Flaccid | - |

Print Date/Time 1/19/2016 11:26 CST          Medical Record

*8,255*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00517

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: [redacted] / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

## Assessments and Treatments

| | Recorded Date | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| | Recorded Time | 01:00 CST | 00:45 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| Right Lower Extremity Strength -ICU | | 0- Absent/Flaccid | - |
| CN V Facial Sensation | | Corneal reflex absent | - |
| CN VII Facial Expression and Symmetry | | See Below T100 | - |
| CN IX,X Swallowing,Gag Reflex | | Gag reflex absent, Cough absent | |

Textual Results
T71: 1/19/2016 01:00 CST (Neurological Symptoms)
    Affect/Behavior not appropriate, Altered LOC
T84: 1/19/2016 01:00 CST (Neuro Additional Parameters Monitored)
    Glasgow coma assessment, Pupils assessment
T100: 1/19/2016 01:00 CST (CN VII Facial Expression and Symmetry)
    No Facial movement with nasal passage light touch

| | Recorded Date | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| | Recorded Time | 00:30 CST | 00:20 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| SpO2 | | 100 | - |
| Patient Level of Assistance | | - | Not Done: Task Duplication O3 |
| Level of Cooperation and Comprehension | | - | Not Done: Task Duplication O3 |
| Weight bearing capability | | - | Not Done: Task Duplication O3 |
| Bilateral upper extremity strength | | - | Not Done: Task Duplication O3 |
| Medications affecting movement | | - | Not Done: Task Duplication O3 |
| Transfer Reposition Conditions | | - | Not Done: Task Duplication O3 |

| | Recorded Date | 1/19/2016 | 1/19/2016 |
|---|---|---|---|
| | Recorded Time | 00:15 CST | 00:00 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| Central Venous Pressure. | | 4 | 4 |
| SpO2 | | 100 | 100 |
| Neurological Symptoms | | See Below T72 | - |
| Is Patient Sedated? | | No | - |
| Level of Consciousness | | Obtunded | - |
| Neuro Additional Parameters Monitored | | See Below T85 | - |
| Eye Opening Response Glasgow | | None | - |
| Best Verbal Response Glasgow | | No response | - |
| Best Motor Response Glasgow | | No response to painful stimuli | - |
| Glasgow Coma Score | | 3 | - |
| PERRLA | | No | - |
| Right Pupil Description | | Dilated | - |
| Left Pupil Description | | Dilated | - |
| Right Pupil Reaction | | Nonreactive | - |

Print Date/Time 1/19/2016 11:26 CST          Medical Record

8256

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00518

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:      Disch Time:
FIN:   NWT0000090926403

## Assessments and Treatments

| | Recorded Date | 1/19/2016 | 1/19/2016 |
| --- | --- | --- | --- |
| | Recorded Time | 00:15 CST | 00:00 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| **Procedure** | | | |
| Left Pupil Reaction | | Nonreactive | – |
| Right Pupil Size | | 6 | – |
| Left Pupil Size | | 6 | – |
| Eye Abnormality,Right | | Hazy film | – |
| Eye Abnormality,Left | | Hazy film | – |
| Left Upper Extremity Strength -ICU | | 0- Absent/Flaccid | – |
| Right Upper Extremity Strength -ICU | | 0- Absent/Flaccid | – |
| Left Lower Extremity Strength -ICU | | 0- Absent/Flaccid | – |
| Right Lower Extremity Strength -ICU | | 0- Absent/Flaccid | – |
| CN V Facial Sensation | | Corneal reflex absent | – |
| CN VII Facial Expression and Symmetry | | See Below[T101] | – |
| CN IX,X Swallowing,Gag Reflex | | Gag reflex absent, Cough absent | – |

Textual Results
T72:   1/19/2016 00:15 CST (Neurological Symptoms)
     Affect/Behavior not appropriate, Altered LOC
T85:   1/19/2016 00:15 CST (Neuro Additional Parameters Monitored)
     Glasgow coma assessment, Pupils assessment
T101:   1/19/2016 00:15 CST (CN VII Facial Expression and Symmetry)
     No Facial movement with nasal passage light touch

| | Recorded Date | 1/18/2016 | 1/18/2016 |
| --- | --- | --- | --- |
| | Recorded Time | 23:45 CST | 23:43 CST |
| | Recorded By | Campbell RN,Shelby | Johnson Dawson RCP.S,Cindy L |
| **Procedure** | | | |
| Central Venous Pressure. | | 4 | – |
| Respiratory Rate Total | | – | 15 |
| Tidal Volume,Exhaled | | – | 486 |
| Minute Volume,exhaled | | – | 8.1 |
| End Expiratory Pressure | | – | 5 |
| Peak Inspiratory Pressure Measured | | – | 15 |
| Mean Airway Pressure Measured | | – | 8 |
| SpO2 | | 100 | – |
| Improvement of reason for mech vent | | – | No |
| Patient Ready to Attempt Weaning | | – | No |

| | Recorded Date | 1/18/2016 |
| --- | --- | --- |
| | Recorded Time | 23:41 CST |
| | Recorded By | Johnson Dawson RCP.S,Cindy L |
| **Procedure** | | |
| Ventilator Mode | | See Below[T30] |
| Ventilator Frequency,Mandatory | | 15 |
| Tidal Volume,Delivered | | 500 |

8.257

Print Date/Time 1/19/2016 11:26 CST      Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED   OIG_00519

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

## Assessments and Treatments

| | |
|---|---|
| Recorded Date | 1/18/2016 |
| Recorded Time | 23:41 CST |
| Recorded By | Johnson Dawson RCP.S,Cindy L |

| Procedure | |
|---|---|
| Positive End Expiratory Pressure | 5 |
| Sensitivity/Trigger | Flow Trigger |
| Inspiratory to Expiratory Ratio | 1:2 |
| Inspiratory Time | 1.32 |
| Inspiratory Time % | 33 |
| Ventilator Model | Hamilton Galileo |
| Ventilator ID | 2955 |
| Vent Alarms On and Functional | Yes |
| Vent Alarm Apnea | 20 |
| Vent Alarm High Pressure | 50 |
| Vent Alarm Low Pressure | 10 |
| Vent Alarm High Rate | 40 |
| Vent Alarm Low Rate | 9 |
| Vent Alarm High Minute Volume | 18 |
| Vent Alarm Low Minute Volume | 2 |
| Vent Alarm High Tidal Volume | 1000 |
| Vent Alarm Low Tidal Volume | 250 |
| Oxygen Therapy | Ventilator |
| SpO2 | 100 |
| Humidification | Warm |
| Humidifier Water Level | 3/4 |
| Humidification Temperature | 35 |

Textual Results
T30:   1/18/2016 23:41 CST (Ventilator Mode)
        APV-CMV (Adaptive Pressure Ventilation- Continuous Mandatory

| | | |
|---|---|---|
| Recorded Date | 1/18/2016 | 1/18/2016 |
| Recorded Time | 23:30 CST | 23:15 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |

| Procedure | | |
|---|---|---|
| Nail Bed Description Left Hand | Pink | - |
| Nail Bed Description Right Hand | Pink | - |
| Nail Bed Description Left Foot | Pink | - |
| Nail Bed Description Right Foot | Pink | - |
| Capillary Refill Left Hand | Less than 3 seconds | - |
| Capillary Refill Right Hand | Less than 3 seconds | - |
| Capillary Refill Left Foot | Less than 3 seconds | - |
| Capillary Refill Right Foot | Less than 3 seconds | - |
| Cardiovascular Defined Assessment | See Below T5 | - |
| CV Additional Parameters Monitored | See Below T10 | - |
| Neurovascular Check Extremity | All | - |
| Radial Pulse,Left | 1+ Thready | - |

Print Date/Time 1/19/2016 11:26 CST              Medical Record

*8.358*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00520

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON

Admit: 1/18/2016

MRN: NWT00751578

Disch:            Disch Time:

DOB/Sex: ███████ / Male

FIN:   NWT0000090926403

Attending: Galvan,Dan MD

## Assessments and Treatments

| Procedure | Recorded Date<br>Recorded Time<br>Recorded By | 1/18/2016<br>23:30 CST<br>Campbell RN,Shelby | 1/18/2016<br>23:15 CST<br>Campbell RN,Shelby |
|---|---|---|---|
| Radial Pulse,Right | | 1+ Thready | -- |
| Dorsalis Pedis Pulse,Left | | 1+ Thready | -- |
| Dorsalis Pedis Pulse,Right | | 1+ Thready | -- |
| Central Venous Pressure. | | 4 | 4 |
| Cardiac Rhythm | | Normal sinus rhythm | -- |
| Monitoring Lead | | II, V1/MCL1 | -- |
| Atrial Rate | | 99 | -- |
| Atrial Rhythm | | Regular | -- |
| Ventricular Rate | | 99 | -- |
| Ventricular Rhythm | | Regular | -- |
| PR Interval | | 0.12 | -- |
| PR Consistency | | Consistent | -- |
| P to QRS Ratio | | 1:1 | -- |
| QRS Duration | | 0.04 | -- |
| QRS Consistency | | Consistent | -- |
| QT Interval | | 0.35 | -- |
| T Wave | | Upright | -- |
| Cardiac Monitor Customized to Patient | Yes<br>Yes | | -- |
| Verification of Correct Lead Placement | | Yes | -- |
| Degrees Head of Bed Elevated | | 35 | -- |
| Temperature Left Lower Extremity | | Warm | -- |
| Temperature Right Lower Extremity | | Warm | -- |
| Respiratory Defined Assessment | | See Below T16 | -- |
| Resp Additional Parameters Monitored | | See Below T21 | -- |
| VAP Degrees Head of Bed Elevated | | 35 | -- |
| Breath Sounds Auscultated | | Anterior only | -- |
| All Lobes Breath Sounds | | Equal, Clear | -- |
| Suction Device | | In line suctioning, Yankauer | -- |
| Sputum Amount | | Scant | -- |
| Sputum Color | | Clear | -- |
| Artificial Airway Type | | Endotracheal tube | -- |
| Ventilator Mode | | See Below T31 | -- |
| Ventilator Frequency,Mandatory | | 15 | -- |
| Tidal Volume,Delivered | | 500 | -- |
| Positive End Expiratory Pressure | | 5 | -- |
| Ventilator Model | | Hamilton Galileo | -- |
| Ventilator ID | | 2955 | -- |
| Resuscitation Bag and Mask Available | Yes<br>Yes | | -- |

Print Date/Time  1/19/2016 11:26 CST       Medical Record

*8.259*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED     OIG_00521

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON                    Admit: 1/18/2016
MRN:    NWT00751578                        Disch:                    Disch Time:
DOB/Sex:        ███        / Male          FIN:    NWT0000090926403
Attending:  Galvan,Dan MD

## Assessments and Treatments

| Procedure | Recorded Date<br>Recorded Time<br>Recorded By | 1/18/2016<br>23:30 CST<br>Campbell RN,Shelby | 1/18/2016<br>23:15 CST<br>Campbell RN,Shelby |
|---|---|---|---|
| Suction Device Available | | Yes<br>Yes | - |
| Vent Alarms Customized to Patient | | Yes<br>Yes | - |
| SpO2 | | - | 100 |
| Saturation Probe Site | | Ear, right | - |
| Patient Position | | Semi-Fowler's | - |
| Patient Ready to Attempt Weaning | | No | - |
| VAP VTE Prophylaxis | | Mechanical | - |
| VAP Peptic Ulcer Prophylaxis | | Yes | - |
| VAP Oral Care | | See Below T39 | - |
| VAP Daily Sedation Interruption | | Performed | - |
| GI Symptoms | | See Below T42 | - |
| Gastrointestinal Defined Assessment | | See Below T47 | - |
| GI Additional Parameters Monitored | | Enteral tube | - |
| Bowel Sounds All Quadrants | | Hypoactive | - |
| Urine Color | | Yellow | - |
| Urine Description | | Clear | - |
| Genitourinary Defined Assessment | | See Below T50 | - |
| GU Additional Parameters Monitored | | Urinary cath- indwelling | - |
| Musculoskeletal Defined Assessment | | See Below T57 | - |
| Left Upper Extremity Description | | Pink | - |
| Right Upper Extremity Description | | Pink | - |
| Left Lower Extremity Description | | Pink | - |
| Right Lower Extremity Description | | Pink | - |
| Temperature Left Upper Extremity | | Warm | - |
| Temperature Right Upper Extremity | | Warm | - |
| Integumentary Defined Assessment | | See Below T62 | - |
| Integumentary Symptoms | | Incision/wound, Skin abnormality | - |
| Integumentary Additional Parameters | | Braden/Braden Q assessment | - |
| Sensory Perception Braden | | Completely limited | - |
| Moisture Braden | | Rarely moist | - |
| Activity Braden | | Bedfast | - |
| Mobility Braden | | Very limited | - |
| Nutrition Braden | | Very poor | - |
| Friction and Shear Braden | | Problem | - |
| Braden Score | | 10 | - |
| Neurological Symptoms | | See Below T73 | - |
| Is Patient Sedated? | | No | - |
| Level of Consciousness | | Obtunded | - |
| Neuro Additional Parameters Monitored | | See Below T86 | - |

Print Date/Time  1/19/2016 11:26 CST              Medical Record

*8260*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00522

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

## Assessments and Treatments

| Procedure | Recorded Date: 1/18/2016<br>Recorded Time: 23:30 CST<br>Recorded By: Campbell RN,Shelby | Recorded Date: 1/18/2016<br>Recorded Time: 23:15 CST<br>Recorded By: Campbell RN,Shelby |
|---|---|---|
| Eye Opening Response Glasgow | None | - |
| Best Verbal Response Glasgow | No response | - |
| Best Motor Response Glasgow | No response to painful stimuli | - |
| Glasgow Coma Score | 3 | - |
| PERRLA | No | - |
| Right Pupil Description | Dilated | - |
| Left Pupil Description | Round | - |
| Right Pupil Reaction | Nonreactive | - |
| Left Pupil Reaction | Nonreactive | - |
| Right Pupil Size | 6 | - |
| Left Pupil Size | 5 | - |
| Eye Abnormality,Right | Hazy film | - |
| Eye Abnormality,Left | Hazy film | - |
| Left Upper Extremity Strength -ICU | 0- Absent/Flaccid | - |
| Right Upper Extremity Strength -ICU | 0- Absent/Flaccid | - |
| Left Lower Extremity Strength -ICU | 0- Absent/Flaccid | - |
| Right Lower Extremity Strength -ICU | 0- Absent/Flaccid | - |
| Left Upper Extremity Sensation | Intact | - |
| Right Upper Extremity Sensation | Intact | - |
| Left Lower Extremity Sensation | Intact | - |
| Right Lower Extremity Sensation | Intact | - |
| CN V Facial Sensation | Corneal reflex absent | - |
| CN VII Facial Expression and Symmetry | See Below [T102] | - |
| CN IX,X Swallowing,Gag Reflex | Gag reflex absent, Cough absent | - |
| Environmental Safety Implemented | See Below [T109] | - |
| History of Fall Morse | Yes | - |
| Presence of Secondary Diagnosis Morse | Yes | - |
| Use of Ambulatory Aid Morse | None, bedrest, wheelchair, nurse | - |
| IV/Heparin Lock Fall Risk Morse | Yes | - |
| Gait Weak or Impaired Fall Risk Morse | Impaired | - |
| Mental Status Fall Risk Morse | Forgets limitations | - |
| Morse Fall Risk Score | 95 | - |
| Other Precautions in Place | Skin, Fall | - |
| Activity Status ADL | See Below [T112] | - |
| Antiembolism Device | See Below [T115] | - |
| Diet Type | NPO | - |
| Personal Care Provided | Oral care | - |
| Foley Catheter Care Done | Yes | - |
| SpO2 Alarms On and Audible | Yes | - |
| Function and Safety Documentation | See Below [T119] | - |
| Nutrition and Feeding | Meal record | - |
| Cuffed endotracheal tube 7.5 | | |

Print Date/Time 1/19/2016 11:26 CST                    Medical Record

*8261*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00523

**NWT- Northwest Texas Hospital**

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:      Disch Time:
FIN: NWT0000090926403

## Assessments and Treatments

| Procedure | Recorded Date<br>Recorded Time<br>Recorded By | 1/18/2016<br>23:30 CST<br>Campbell RN,Shelby | 1/18/2016<br>23:15 CST<br>Campbell RN,Shelby |
|---|---|---|---|
| Endotracheal Tube Activity | | Assess | -- |
| Endotracheal Tube Insertion Distance | | 27 | -- |
| Endotracheal Tube Measured At | | Lips | -- |
| Endotracheal Tube Placement | | Oral, right | -- |
| Endotracheal Tube Status | | Patent, Secure, holder | -- |
| Endotracheal Tube Position Confirmation | | Breath sounds | -- |
| Endotracheal Tube Procedure and Care | | Suction | -- |
| Left Antecubital 18 gauge | | | |
| Peripheral IV Activity: | | Assess | -- |
| Peripheral IV Site Condition: | | No complications | -- |
| Peripheral IV Drainage Description: | | None | -- |
| Peripheral IV Infiltration Score: | | 0 | -- |
| Peripheral IV Phlebitis Score: | | 0 | -- |
| Peripheral IV Care: | | Flushed | -- |
| Peripheral IV Dressing: | | Dry, Intact, Transparent | -- |
| Peripheral IV Patency: | | No complications | -- |
| Urethral 16 French | | | |
| Urinary Catheter Indications | | See Below [T123] | -- |
| Urinary Catheter Activity Type | | Assess | -- |
| Urinary Catheter Secured | | Stabilizing Device | -- |
| Urinary Catheter Drainage System | | Urine meter | -- |
| Urinary Catheter Drainage Bag Location | | Below bladder | -- |
| Left Hip Lateral Present on admission | | | |
| Incision,Wound Description: | | See Below [T129] | -- |
| Incision,Wound Surrounding Tissue: | | Erythema | -- |
| Incision,Wound Drainage: | | Serosanguinous | -- |
| Incision,Wound Dressing: | | Drainage present, Abdominal pads | -- |
| Incision,Wound Pressure Ulcer Stage: | | Unstageable (slough or eschar) | -- |
| Incision/Wound Puncture Site Condition | | Ecchymotic | -- |
| Incision,Wound Edge Description: | | Poorly defined | -- |
| Incision,Wound Drainage amount: | | Small | -- |
| Head Right | | | |
| Skin Abnormality Type | | Abrasions | -- |
| Non-Tunneled Triple Internal jugular vein Left | | | |
| Central IV Activity: | | Assess | -- |
| Central IV Indication: | | See Below [T134] | -- |
| Central IV Radiographic Confirmation: | | Yes | -- |
| Central IV Site Condition: | | No complications | -- |
| Central IV Dressing: | | See Below [T138] | -- |
| Central IV Drainage Description: | | None | -- |
| Central IV Care: | | Flush with Normal Saline | -- |
| Central IV Patency Proximal Port: | | No complications | -- |

Print Date/Time 1/19/2016 11:26 CST      Medical Record

*8262*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00524

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                  Disch Time:
FIN: NWT0000090926403

## Assessments and Treatments

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 23:30 CST | 23:15 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| Central IV Patency Medial Port: | | No complications | - |
| Central IV Patency Distal Port: | | No complications | - |
| Central IV CVP Line Status: | | Accurate, optimally damped | - |
| Central IV CVP Line Care: | | See Below T143 | - |
| Radial artery Right Single | | | |
| Arterial Line Activity: | | Assess | - |
| Arterial Line Status: | | Accurate, optimally damped | - |
| Arterial Line Care: | | See Below T148 | - |
| Arterial Line Site Condition: | | No complications | - |
| Arterial Line Dressing: | | Transparent | - |
| Arterial Line Dressing Condition: | | Dry, Intact | - |
| Arterial Line Drainage Description: | | None | - |
| Orogastric Oral | | | |
| Gastric Tube Activity: | | Assess | - |
| Gastric Tube Method of Drainage | | Clamped | - |
| Gastric Tube Placement Confirmation | | Auscultation, X-Ray | - |
| Gastric Tube Procedure and Care | | Feed c3 | - |
| Enteral Tube Position Marking | | 33 | - |
| Skin Condition Related to Enteral Tube | | Intact, no abnormalities | - |
| Enteral/Gastric Feed Supplement/Product | | Jevity 1.2 | - |
| Enteral/Gastric Tube Feed Rate | | 20 | - |
| Enteral/Gastric Tube Feed Mode | | Continuous | - |

Textual Results

T5: 1/18/2016 23:30 CST (Cardiovascular Defined Assessment)
Capillary refill less than 3 seconds, Clear S1 and S2, Nail beds pink, No clubbing, No edema, No murmur or gallop, Peripheral pulses 2+
T10: 1/18/2016 23:30 CST (CV Additional Parameters Monitored)
Pulses, Rhythm analysis/Telemetry
T16: 1/18/2016 23:30 CST (Respiratory Defined Assessment)
Clear breath sounds all fields, No cough, No secretions, Respirations regular rate and rhythm, Respirations unlabored, Symmetric chest movement
T21: 1/18/2016 23:30 CST (Resp Additional Parameters Monitored)
Artificial airway, Suction, VAP bundle, Ventilator settings
T31: 1/18/2016 23:30 CST (Ventilator Mode)
APV-CMV (Adaptive Pressure Ventilation- Continuous Mandatory
T39: 1/18/2016 23:30 CST (VAP Oral Care)
Mouth swab, Chlorihexidine mouth swab, Brushed teeth
T42: 1/18/2016 23:30 CST (GI Symptoms)
Abdomen description finding, Bowel sounds finding
T47: 1/18/2016 23:30 CST (Gastrointestinal Defined Assessment)
No diarrhea, No nausea/vomiting, Non-tender abdomen, Passing flatus, Soft, non-distended abdomen
T50: 1/18/2016 23:30 CST (Genitourinary Defined Assessment)
Adequate urine output, Bladder not distended, Clear urine, Continent, Non odorous urine

Print Date/Time 1/19/2016 11:26 CST                Medical Record

8263

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00525

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▆▆▆▆▆ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                      Disch Time:
FIN:   NWT0000090926403

---

### Assessments and Treatments

---

**Textual Results**

T57:    1/18/2016 23:30 CST (Musculoskeletal Defined Assessment)
        No amputations, No contractures, deformities, No swelling, Normal range of motion
T62:    1/18/2016 23:30 CST (Integumentary Defined Assessment)
        Skin color normal for ethnicity, Skin warm and dry, Elastic skin turgor, Oral mucosa (or mucous membranes) pink,
        moist, intact
T73:    1/18/2016 23:30 CST (Neurological Symptoms)
        Affect/Behavior not appropriate, Altered LOC
T86:    1/18/2016 23:30 CST (Neuro Additional Parameters Monitored)
        Glasgow coma assessment, Pupils assessment
T102:   1/18/2016 23:30 CST (CN VII Facial Expression and Symmetry)
        No Facial movement with nasal passage light touch
T109:   1/18/2016 23:30 CST (Environmental Safety Implemented)
        Bed in low position, Side rails up, Wheels locked when available
T112:   1/18/2016 23:30 CST (Activity Status ADL)
        Complete bedrest, Reposition every 2 hours
T115:   1/18/2016 23:30 CST (Antiembolism Device)
        Intermittent pneumatic compression devices, knee high
T119:   1/18/2016 23:30 CST (Function and Safety Documentation)
        Activity, Devices, Hygiene, Safety checks additional
T123:   1/18/2016 23:30 CST (Urinary Catheter Indications)
        Accurate I & O in critically ill patient
T129:   1/18/2016 23:30 CST (Incision, Wound Description:)
        Edges separated, Gaping, Full thickness
T134:   1/18/2016 23:30 CST (Central IV Indication:)
        Administration of medications or blood products
T138:   1/18/2016 23:30 CST (Central IV Dressing:)
        Intact, Antimicroblal patch, Dry, Transparent
T143:   1/18/2016 23:30 CST (Central IV CVP Line Care:)
        Dynamic response test performed, Leveled, zeroed, calibrated, Pressure device 300 mmHg
T148:   1/18/2016 23:30 CST (Arterial Line Care:)
        Dynamic response test, Leveled, zeroed, calibrated, Pressure device 300 mmHg

**Corrected**

c3:    Gastric Tube Procedure and Care
       Corrected from Clamp on 1/19/2016 01:20 CST by Campbell RN, Shelby

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 23:00 CST | 22:45 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| Central Venous Pressure. | | 4 | 4 |
| SpO2 | | 100 | 100 |

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 22:30 CST | 22:15 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| SpO2 | | 100 | 100 |

Print Date/Time 1/19/2016 11:26 CST                 Medical Record

*8.269*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                   OIG_00526

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: [redacted] / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                 Disch Time:
FIN:   NWT0000090926403

## Assessments and Treatments

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 22:00 CST | 21:45 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| Central Venous Pressure. | | 3 | - |
| SpO2 | | 100 | 100 |
| Neurological Symptoms | | See Below T74 | - |
| Is Patient Sedated? | | No | - |
| Level of Consciousness | | Obtunded | - |
| Neuro Additional Parameters Monitored | | See Below T87 | - |
| Eye Opening Response Glasgow | | None | - |
| Best Verbal Response Glasgow | | No response | - |
| Best Motor Response Glasgow | | No response to painful stimuli | - |
| Glasgow Coma Score | | 3 | - |
| PERRLA | | No | - |
| Right Pupil Description | | Dilated | - |
| Left Pupil Description | | Round | - |
| Right Pupil Reaction | | Nonreactive | - |
| Left Pupil Reaction | | Nonreactive | - |
| Right Pupil Size | | 6 | - |
| Left Pupil Size | | 5 | - |
| Eye Abnormality,Right | | Hazy film | - |
| Eye Abnormality,Left | | Hazy film | - |
| Left Upper Extremity Strength -ICU | | 0- Absent/Flaccid | - |
| Right Upper Extremity Strength -ICU | | 0- Absent/Flaccid | - |
| Left Lower Extremity Strength -ICU | | 0- Absent/Flaccid | - |
| CN V Facial Sensation | | Corneal reflex absent | - |
| CN VII Facial Expression and Symmetry | | See Below T103 | - |
| CN IX,X Swallowing,Gag Reflex | | Gag reflex absent, Cough absent | - |

Textual Results
T74:   1/18/2016 22:00 CST (Neurological Symptoms)
        Affect/Behavior not appropriate, Altered LOC
T87:   1/18/2016 22:00 CST (Neuro Additional Parameters Monitored)
        Glasgow coma assessment, Pupils assessment
T103:  1/18/2016 22:00 CST (CN VII Facial Expression and Symmetry)
        No Facial movement with nasal passage light touch

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 21:30 CST | 21:15 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| SpO2 | | 100 | 100 |

Print Date/Time 1/19/2016 11:26 CST          Medical Record

8265

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00527

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

## Assessments and Treatments

| | | |
|---|---|---|
| Recorded Date | 1/18/2016 | 1/18/2016 |
| Recorded Time | 21:00 CST | 20:45 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | |
| Central Venous Pressure. | 5 | -- |
| SpO2 | 100 | 100 |
| Patient Position | Lying on right side | -- |
| Neurological Symptoms | See Below T75 | -- |
| Is Patient Sedated? | No | -- |
| Level of Consciousness | Obtunded | -- |
| Neuro Additional Parameters Monitored | See Below T88 | -- |
| Eye Opening Response Glasgow | None | -- |
| Best Verbal Response Glasgow | No response | -- |
| Best Motor Response Glasgow | No response to painful stimuli | -- |
| Glasgow Coma Score | 3 | -- |
| PERRLA | No | -- |
| Right Pupil Description | Dilated | -- |
| Left Pupil Description | Round | -- |
| Right Pupil Reaction | Nonreactive | -- |
| Left Pupil Reaction | Nonreactive | -- |
| Right Pupil Size | 6 | -- |
| Left Pupil Size | 5 | -- |
| Eye Abnormality,Right | Hazy film | -- |
| Eye Abnormality,Left | Hazy film | -- |
| Left Upper Extremity Strength -ICU | 0- Absent/Flaccid | -- |
| Right Upper Extremity Strength -ICU | 0- Absent/Flaccid | -- |
| Left Lower Extremity Strength -ICU | 0- Absent/Flaccid | -- |
| CN V Facial Sensation | Corneal reflex absent | -- |
| CN VII Facial Expression and Symmetry | See Below T104 | -- |
| CN IX,X Swallowing,Gag Reflex | Gag reflex absent, Cough absent | -- |

Textual Results
T75:   1/18/2016 21:00 CST (Neurological Symptoms)
       Affect/Behavior not appropriate, Altered LOC
T88:   1/18/2016 21:00 CST (Neuro Additional Parameters Monitored)
       Glasgow coma assessment, Pupils assessment
T104:  1/18/2016 21:00 CST (CN VII Facial Expression and Symmetry)
       No Facial movement with nasal passage light touch

| | | |
|---|---|---|
| Recorded Date | 1/18/2016 | 1/18/2016 |
| Recorded Time | 20:30 CST | 20:15 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | |
| SpO2 | 100 | 100 |

Print Date/Time  1/19/2016 11:26 CST              Medical Record

8266

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00528

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:  NWT0000090926403

---

### Assessments and Treatments

Recorded Date        1/18/2016
Recorded Time        20:13 CST
Recorded By          Johnson Dawson RCP.S,Cindy L

Procedure

| | |
|---|---|
| Suction | Artificial airway |
| Suction Device | In line suctioning |
| Sputum Amount | Scant |
| Sputum Color | Clear |
| Artificial Airway Type | Endotracheal tube |
| Respiratory Rate Total | 15 |
| Tidal Volume,Exhaled | 493 |
| Minute Volume,exhaled | 7.4 |
| End Expiratory Pressure | 5 |
| Peak Inspiratory Pressure Measured | 15 |
| Mean Airway Pressure Measured | 8 |
| Cuffed endotracheal tube 7.5 | |
| Endotracheal Tube Activity | Assess |
| Endotracheal Tube Insertion Distance | 27 |
| Endotracheal Tube Measured At | Lips |
| Endotracheal Tube Placement | Oral, left |
| Endotracheal Tube Status | Patent, Secure, holder |
| Endotracheal Tube Cuff Pressure | 30 |
| Endotracheal Tube Cuff Pressure Method | Measured |
| Endotracheal Tube Position Confirmation | Breath sounds |
| Endotracheal Tube Procedure and Care | Reposition |

Recorded Date        1/18/2016
Recorded Time        20:11 CST
Recorded By          Johnson Dawson RCP.S,Cindy L

Procedure

| | |
|---|---|
| Ventilator Mode | See Below [T32] |
| Ventilator Frequency,Mandatory | 15 |
| Tidal Volume,Delivered | 500 |
| Positive End Expiratory Pressure | 5 |
| Sensitivity/Trigger | Flow Trigger |
| Inspiratory to Expiratory Ratio | 1:2 |
| Inspiratory Time | 1.32 |
| Inspiratory Time % | 33 |
| Ventilator Model | Hamilton Galileo |
| Ventilator ID | 2955 |
| Vent Alarms On and Functional | Yes |
| Vent Alarm Apnea | 20 |
| Vent Alarm High Pressure | 50 |
| Vent Alarm Low Pressure | 10 |
| Vent Alarm High Rate | 40 |
| Vent Alarm Low Rate | 9 |

Print Date/Time  1/19/2016 11:26 CST             Medical Record

*8267*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                    OIG_00529

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

## Assessments and Treatments

| | Recorded Date | 1/18/2016 |
| --- | --- | --- |
| | Recorded Time | 20:11 CST |
| | Recorded By | Johnson Dawson RCP.S,Cindy L |
| **Procedure** | | |
| Vent Alarm High Minute Volume | 18 | |
| Vent Alarm Low Minute Volume | 2 | |
| Vent Alarm High Tidal Volume | 1000 | |
| Vent Alarm Low Tidal Volume | 250 | |
| Oxygen Therapy | Ventilator | |
| SpO2 | 100 | |
| Humidification | Warm | |
| Humidifier Water Level | 3/4 | |
| Humidification Temperature | 35 | |

Textual Results
T32:  1/18/2016 20:11 CST (Ventilator Mode)
      APV-CMV (Adaptive Pressure Ventilation- Continuous Mandatory

| | Recorded Date | 1/18/2016 | 1/18/2016 |
| --- | --- | --- | --- |
| | Recorded Time | 20:00 CST | 19:45 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| **Procedure** | | | |
| Central Venous Pressure. | | 4 | – |
| SpO2 | | – | 100 |
| Neurological Symptoms | | See Below T76 | – |
| Is Patient Sedated? | | No | – |
| Level of Consciousness | | Obtunded | – |
| Neuro Additional Parameters Monitored | | See Below T89 | – |
| Eye Opening Response Glasgow | | None | – |
| Best Verbal Response Glasgow | | No response | – |
| Best Motor Response Glasgow | | No response to painful stimuli | – |
| Glasgow Coma Score | | 3 | – |
| PERRLA | | No | – |
| Right Pupil Description | | Dilated | – |
| Left Pupil Description | | Round | – |
| Right Pupil Reaction | | Nonreactive | – |
| Left Pupil Reaction | | Nonreactive | – |
| Right Pupil Size | | 6 | – |
| Left Pupil Size | | 5 | – |
| Eye Abnormality,Right | | Hazy film | – |
| Eye Abnormality,Left | | Hazy film | – |
| Left Upper Extremity Strength -ICU | | 0- Absent/Flaccid | – |
| Right Upper Extremity Strength -ICU | | 0- Absent/Flaccid | – |
| Left Lower Extremity Strength -ICU | | 0- Absent/Flaccid | – |
| Right Lower Extremity Strength -ICU | | 0- Absent/Flaccid | – |
| CN V Facial Sensation | | Corneal reflex absent | – |
| CN VII Facial Expression and Symmetry | | See Below T105 | – |

Print Date/Time 1/19/2016 11:26 CST                    Medical Record

8.268

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00530

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:  NWT00751578
DOB/Sex: ██████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                          Disch Time:
FIN:  NWT0000090926403

---

## *Assessments and Treatments*

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 20:00 CST | 19:45 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| CN IX,X Swallowing,Gag Reflex | | Gag reflex absent, Cough absent | -- |

Textual Results
T76:  1/18/2016 20:00 CST (Neurological Symptoms)
       Affect/Behavior not appropriate, Altered LOC
T89:  1/18/2016 20:00 CST (Neuro Additional Parameters Monitored)
       Glasgow coma assessment, Pupils assessment
T105: 1/18/2016 20:00 CST (CN VII Facial Expression and Symmetry)
       No Facial movement with nasal passage light touch

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 19:30 CST | 19:15 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| Nail Bed Description Left Hand | | -- | Pink |
| Nail Bed Description Right Hand | | -- | Pink |
| Nail Bed Description Left Foot | | -- | Pink |
| Nail Bed Description Right Foot | | -- | Pink |
| Capillary Refill Left Hand | | -- | Less than 3 seconds |
| Capillary Refill Right Hand | | -- | Less than 3 seconds |
| Capillary Refill Left Foot | | -- | Less than 3 seconds |
| Capillary Refill Right Foot | | -- | Less than 3 seconds |
| Cardiovascular Defined Assessment | | -- | See Below T6 |
| CV Additional Parameters Monitored | | -- | See Below T11 |
| Neurovascular Check Extremity | | -- | All |
| Radial Pulse,Left | | -- | 1+ Thready |
| Radial Pulse,Right | | -- | 1+ Thready |
| Dorsalis Pedis Pulse,Left | | -- | 1+ Thready |
| Dorsalis Pedis Pulse,Right | | -- | 1+ Thready |
| Cardiac Rhythm | | -- | Sinus tachycardia |
| Monitoring Lead | | -- | II, V1/MCL1 |
| Atrial Rate | | -- | 135 H |
| Atrial Rhythm | | -- | Regular |
| Ventricular Rate | | -- | 135 H |
| Ventricular Rhythm | | -- | Regular |
| PR Interval | | -- | 0.12 |
| PR Consistency | | -- | Consistent |
| P to QRS Ratio | | -- | 1:1 |
| QRS Duration | | -- | 0.04 |
| QRS Consistency | | -- | Consistent |
| QT Interval | | -- | 0.35 |
| T Wave | | -- | Upright |
| Cardiac Monitor Customized to Patient | | -- | Yes |

Print Date/Time 1/19/2016 11:26 CST          Medical Record

*8269*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00531

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

---

## Assessments and Treatments

| Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|
| Recorded Time | 19:30 CST | 19:15 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| **Procedure** | | |
| Verification of Correct Lead Placement | -- | Yes |
| Degrees Head of Bed Elevated | -- | 35 |
| Temperature Left Lower Extremity | -- | Warm |
| Temperature Right Lower Extremity | -- | Warm |
| Respiratory Defined Assessment | -- | See Below T17 |
| Resp Additional Parameters Monitored | -- | See Below T22 |
| VAP Degrees Head of Bed Elevated | -- | 35 |
| Breath Sounds Auscultated | -- | Anterior only |
| All Lobes Breath Sounds | -- | Equal, Clear |
| Suction Device | -- | In line suctioning, Yankauer |
| Sputum Amount | -- | Scant |
| Sputum Color | -- | Clear |
| Artificial Airway Type | -- | Endotracheal tube |
| Ventilator Mode | -- | See Below T33 |
| Ventilator Frequency,Mandatory | -- | 15 |
| Tidal Volume,Delivered | -- | 500 |
| Positive End Expiratory Pressure | -- | 5 |
| Ventilator Model | -- | Hamilton Galileo |
| Resuscitation Bag and Mask Available | -- | Yes |
| Suction Device Available | -- | Yes |
| Vent Alarms Customized to Patient | -- | Yes |
| SpO2 | 100 | 100 |
| Saturation Probe Site | -- | Ear, right |
| Patient Position | -- | Semi-Fowler's |
| Patient Ready to Attempt Weaning | -- | No |
| VAP VTE Prophylaxis | -- | Mechanical |
| VAP Peptic Ulcer Prophylaxis | -- | Yes |
| VAP Oral Care | -- | See Below T40 |
| VAP Daily Sedation Interruption | -- | Performed |
| GI Symptoms | -- | See Below T43 |
| Gastrointestinal Defined Assessment | -- | See Below T48 |
| GI Additional Parameters Monitored | -- | Enteral tube |
| Bowel Sounds All Quadrants | -- | Hypoactive |
| Urine Color | -- | Yellow |
| Urine Description | -- | Clear |
| Genitourinary Defined Assessment | -- | See Below T51 |
| GU Additional Parameters Monitored | -- | Urinary cath- indwelling |
| Musculoskeletal Defined Assessment | -- | See Below T58 |
| Left Upper Extremity Description | -- | Pink |
| Right Upper Extremity Description | -- | Pink |
| Left Lower Extremity Description | -- | Pink |

Print Date/Time 1/19/2016 11:26 CST          Medical Record

8270

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00532

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▬▬▬ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

## Assessments and Treatments

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 19:30 CST | 19:15 CST |
| | Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| Right Lower Extremity Description | | – | Pink |
| Temperature Left Upper Extremity | | – | Warm |
| Temperature Right Upper Extremity | | – | Warm |
| Integumentary Defined Assessment | | – | See Below T63 |
| Integumentary Symptoms | | – | Incision/wound, Skin abnormality |
| Integumentary Additional Parameters | | – | Braden/Braden Q assessment |
| Sensory Perception Braden | | – | Completely limited |
| Moisture Braden | | – | Rarely moist |
| Activity Braden | | – | Bedfast |
| Mobility Braden | | – | Very limited |
| Nutrition Braden | | – | Very poor |
| Friction and Shear Braden | | – | Problem |
| Braden Score | | – | 10 |
| Neurological Symptoms | | – | See Below T77 |
| Is Patient Sedated? | | – | No |
| Level of Consciousness | | – | Obtunded |
| Neuro Additional Parameters Monitored | | – | See Below T90 |
| Eye Opening Response Glasgow | | – | None |
| Best Verbal Response Glasgow | | – | No response |
| Best Motor Response Glasgow | | – | No response to painful stimuli |
| Glasgow Coma Score | | – | 3 |
| PERRLA | | – | No |
| Right Pupil Description | | – | Dilated |
| Left Pupil Description | | – | Round |
| Right Pupil Reaction | | – | Nonreactive |
| Left Pupil Reaction | | – | Nonreactive |
| Right Pupil Size | | – | 6 |
| Left Pupil Size | | – | 5 |
| Eye Abnormality,Right | | – | Hazy film |
| Eye Abnormality,Left | | – | Hazy film |
| Left Upper Extremity Strength -ICU | | – | 0- Absent/Flaccid |
| Right Upper Extremity Strength -ICU | | – | 0- Absent/Flaccid |
| Left Lower Extremity Strength -ICU | | – | 0- Absent/Flaccid |
| Right Lower Extremity Strength -ICU | | – | 0- Absent/Flaccid |
| Left Upper Extremity Sensation | | – | Intact |
| Right Upper Extremity Sensation | | – | Intact |
| Left Lower Extremity Sensation | | – | Intact |
| Right Lower Extremity Sensation | | – | Intact |
| CN V Facial Sensation | | – | Corneal reflex absent |
| CN VII Facial Expression and Symmetry | | – | See Below T106 |
| CN IX,X Swallowing,Gag Reflex | | – | Gag reflex absent, Cough absent |
| Environmental Safety Implemented | | – | See Below T110 |

Print Date/Time 1/19/2016 11:26 CST                    Medical Record

*8271*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                    OIG_00533

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ██████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

## Assessments and Treatments

| Procedure | Recorded Date 1/18/2016 Recorded Time 19:30 CST Recorded By Campbell RN,Shelby | Recorded Date 1/18/2016 Recorded Time 19:15 CST Recorded By Campbell RN,Shelby |
|---|---|---|
| History of Fall Morse | - | Yes |
| Presence of Secondary Diagnosis Morse | - | Yes |
| Use of Ambulatory Aid Morse | - | None, bedrest, wheelchair, nurse |
| IV/Heparin Lock Fall Risk Morse | - | Yes |
| Gait Weak or Impaired Fall Risk Morse | - | Impaired |
| Mental Status Fall Risk Morse | - | Forgets limitations |
| Morse Fall Risk Score | - | 95 |
| Other Precautions in Place | - | Skin, Fall |
| Activity Status ADL | - | See Below T113 |
| Antiembolism Device | - | See Below T116 |
| Diet Type | - | NPO |
| Personal Care Provided | - | Oral care |
| Foley Catheter Care Done | - | Yes |
| SpO2 Alarms On and Audible | - | Yes |
| Function and Safety Documentation | - | See Below T120 |
| Nutrition and Feeding | - | Meal record |
| Cuffed endotracheal tube 7.5 | | |
| Endotracheal Tube Activity | - | Assess |
| Endotracheal Tube Insertion Distance | - | 27 |
| Endotracheal Tube Measured At | - | Lips |
| Endotracheal Tube Placement | - | Oral, right |
| Endotracheal Tube Status | - | Patent, Secure, holder |
| Endotracheal Tube Position Confirmation | - | Breath sounds |
| Endotracheal Tube Procedure and Care | - | Suction |
| Left Antecubital 18 gauge | | |
| Peripheral IV Activity: | - | Assess |
| Peripheral IV Site Condition: | - | No complications |
| Peripheral IV Drainage Description: | - | None |
| Peripheral IV Infiltration Score: | - | 0 |
| Peripheral IV Phlebitis Score: | - | 0 |
| Peripheral IV Care: | - | Flushed |
| Peripheral IV Dressing: | - | Dry, Intact, Transparent |
| Peripheral IV Patency: | - | No complications |
| Urethral 16 French | | |
| Urinary Catheter Indications | - | See Below T124 |
| Urinary Catheter Activity Type | - | Assess |
| Urinary Catheter Secured | - | Stabilizing Device |
| Urinary Catheter Drainage System | - | Urine meter |
| Urinary Catheter Drainage Bag Location | - | Below bladder |
| Left Hip Lateral Present on admission | | |
| Incision,Wound Description: | - | See Below T130 |
| Incision,Wound Surrounding Tissue: | - | Erythema |

Print Date/Time 1/19/2016 11:26 CST          Medical Record

8272

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00534

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

---

### Assessments and Treatments

| Procedure | Recorded Date 1/18/2016 Recorded Time 19:30 CST Recorded By Campbell RN,Shelby | Recorded Date 1/18/2016 Recorded Time 19:15 CST Recorded By Campbell RN,Shelby |
|---|---|---|
| Incision,Wound Drainage: | – | Serosanguinous |
| Incision,Wound Dressing: | – | Drainage present, Abdominal pads |
| Incision,Wound Pressure Ulcer Stage: | – | Unstageable (slough or eschar) |
| Incision/Wound Puncture Site Condition: | – | Ecchymotic |
| Incision,Wound Edge Description: | – | Poorly defined |
| Incision,Wound Drainage amount: | – | Small |
| Head Right | | |
| Skin Abnormality Type | – | Abrasions |
| Non-Tunneled Triple Internal jugular vein Left | | |
| Central IV Activity: | – | Assess |
| Central IV Indication: | – | See Below T135 |
| Central IV Radiographic Confirmation: | – | Yes |
| Central IV Site Condition: | – | No complications |
| Central IV Dressing: | – | See Below T139 |
| Central IV Drainage Description: | – | None |
| Central IV Care: | – | Flush with Normal Saline |
| Central IV Patency Proximal Port: | – | No complications |
| Central IV Patency Medial Port: | – | No complications |
| Central IV Patency Distal Port: | – | No complications |
| Central IV CVP Line Status: | – | Accurate, optimally damped |
| Central IV CVP Line Care: | – | See Below T144 |
| Radial artery Right Single | | |
| Arterial Line Activity: | – | Assess |
| Arterial Line Status: | – | Accurate, optimally damped |
| Arterial Line Care: | – | See Below T149 |
| Arterial Line Site Condition: | – | No complications |
| Arterial Line Dressing: | – | Transparent |
| Arterial Line Dressing Condition: | – | Dry, Intact |
| Arterial Line Drainage Description: | – | None |
| Orogastric Oral | | |
| Gastric Tube Activity | – | Assess |
| Gastric Tube Method of Drainage | – | Clamped |
| Gastric Tube Placement Confirmation | – | Auscultation, X-Ray |
| Gastric Tube Procedure and Care | – | Clamp |
| Enteral Tube Position Marking | – | 33 |
| Skin Condition Related to Enteral Tube | – | Intact, no abnormalities |

Textual Results
T6:     1/18/2016 19:15 CST (Cardiovascular Defined Assessment)
          Capillary refill less than 3 seconds, Clear S1 and S2, Nail beds pink, No clubbing, No edema, No murmur or
          gallop, Peripheral pulses 2+
T11:    1/18/2016 19:15 CST (CV Additional Parameters Monitored)
          Pulses, Rhythm analysis/Telemetry

Print Date/Time 1/19/2016 11:26 CST          Medical Record

8273

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00535

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▬▬▬▬ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

| Assessments and Treatments |
| --- |

Textual Results

T17:  1/18/2016 19:15 CST (Respiratory Defined Assessment)
      Clear breath sounds all fields, No cough, No secretions, Respirations regular rate and rhythm, Respirations
      unlabored, Symmetric chest movement

T22:  1/18/2016 19:15 CST (Resp Additional Parameters Monitored)
      Artificial airway, Suction, VAP bundle, Ventilator settings

T33:  1/18/2016 19:15 CST (Ventilator Mode)
      APV-CMV (Adaptive Pressure Ventilation- Continuous Mandatory

T40:  1/18/2016 19:15 CST (VAP Oral Care)
      Mouth swab, Chlorihexidine mouth swab, Brushed teeth

T43:  1/18/2016 19:15 CST (GI Symptoms)
      Abdomen description finding, Bowel sounds finding

T48:  1/18/2016 19:15 CST (Gastrointestinal Defined Assessment)
      No diarrhea, No nausea/vomiting, Non-tender abdomen, Passing flatus, Soft, non-distended abdomen

T51:  1/18/2016 19:15 CST (Genitourinary Defined Assessment)
      Adequate urine output, Bladder not distended, Clear urine, Continent, Non odorous urine

T58:  1/18/2016 19:15 CST (Musculoskeletal Defined Assessment)
      No amputations, No contractures, deformities, No swelling, Normal range of motion

T63:  1/18/2016 19:15 CST (Integumentary Defined Assessment)
      Skin color normal for ethnicity, Skin warm and dry, Elastic skin turgor, Oral mucosa (or mucous membranes) pink,
      moist, intact

T77:  1/18/2016 19:15 CST (Neurological Symptoms)
      Affect/Behavior not appropriate, Altered LOC

T90:  1/18/2016 19:15 CST (Neuro Additional Parameters Monitored)
      Glasgow coma assessment, Pupils assessment

T106: 1/18/2016 19:15 CST (CN VII Facial Expression and Symmetry)
      No Facial movement with nasal passage light touch

T110: 1/18/2016 19:15 CST (Environmental Safety Implemented)
      Bed in low position, Side rails up, Wheels locked when available

T113: 1/18/2016 19:15 CST (Activity Status ADL)
      Complete bedrest, Reposition every 2 hours

T116: 1/18/2016 19:15 CST (Antiembolism Device)
      Intermittent pneumatic compression devices, knee high

T120: 1/18/2016 19:15 CST (Function and Safety Documentation)
      Activity, Devices, Hygiene, Safety checks additional

T124: 1/18/2016 19:15 CST (Urinary Catheter Indications)
      Accurate I & O in critically ill patient

T130: 1/18/2016 19:15 CST (Incision, Wound Description:)
      Edges separated, Gaping, Full thickness

T135: 1/18/2016 19:15 CST (Central IV Indication:)
      Administration of medications or blood products

T139: 1/18/2016 19:15 CST (Central IV Dressing:)
      Intact, Antimicrobial patch, Dry, Transparent

T144: 1/18/2016 19:15 CST (Central IV CVP Line Care:)
      Dynamic response test performed, Leveled, zeroed, calibrated, Pressure device 300 mmHg

T149: 1/18/2016 19:15 CST (Arterial Line Care:)
      Dynamic response test, Leveled, zeroed, calibrated, Pressure device 300 mmHg

Print Date/Time 1/19/2016 11:26 CST                    Medical Record

8.274

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                    OIG_00536

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▇▇▇▇ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                Disch Time:
FIN: NWT0000090926403

## Assessments and Treatments

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 19:11 CST | 19:10 CST |
| | Recorded By | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | |
| Absence of urinary tract infection SS | | - | Met |
| Education,urinary catheter care | | Needs further teaching | - |
| Education,urinary tract infection signs | | Needs further teaching | - |
| Activity Assistance | | Total Assistance. | - |
| Personal Care Provided | | Chlorhexidine bath | - |

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 19:10 CST | 19:00 CST |
| | Recorded By | Nations RN,Meagan | Campbell RN,Shelby |
| Procedure | | | |
| Central Venous Pressure. | | - | 1 L |
| Oxygen Therapy | | - | Ventilator |
| SpO2 | | - | 100 |
| Foley Urinary Retention/Obstruction | | No | - |
| Foley Continuous Bladder Irrigation | | No | - |
| Foley End of Life Care | | No | - |
| Foley Assist Healing Open Ulcers/Wounds | | Yes | - |
| Foley Strict IO Measurement | | Yes | - |
| Foley Strict Bedrest | | Yes | - |
| Foley Critically Ill | | Yes | - |
| Foley MD Order Not Follow Removal Proto | | No | - |
| Urinary Catheter Needs Assessment Review | | See Below T55 | - |

Textual Results
T55:   1/18/2016 19:10 CST (Urinary Catheter Needs Assessment Review)
       Reviewed and patient meets criteria for continued use of a catheter

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 18:45 CST | 18:30 CST |
| | Recorded By | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | |
| SpO2 | | 100 | 99 |

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 18:25 CST | 18:15 CST |
| | Recorded By | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | |
| SpO2 | | - | 100 |
| Right Antecubital 18 gauge | | | |
| Peripheral IV Activity: | | Discontinue | - |
| Peripheral IV Discontinue Date | | 1/18/2016 | - |
| Non-Tunneled Triple Internal jugular vein Left | | | |
| Central IV Activity: | | Insert | - |

Print Date/Time 1/19/2016 11:26 CST        Medical Record

8.275

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scan.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00537

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

## Assessments and Treatments

| | | |
|---|---|---|
| Recorded Date | 1/18/2016 | 1/18/2016 |
| Recorded Time | 18:25 CST | 18:15 CST |
| Recorded By | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | |
| Central Line Procedure Type | Emergent | - |
| Central IV Insert Date: | 1/18/2016 | - |
| Central IV Indication: | See Below T136 | - |
| Central IV Number of Attempts: | 1 | - |
| Central IV Radiographic Confirmation: | Yes | - |
| Central IV Site Condition: | No complications | - |
| Central IV Dressing: | See Below T140 | - |
| Central IV Dressing Changed Date: | 1/18/2016 18:26 CST | - |
| Central IV Drainage Description: | None | - |
| Central IV Care: | See Below T141 | - |
| Central IV Patency Proximal Port: | No complications | - |
| Central IV Patency Medial Port: | No complications | - |
| Central IV Patency Distal Port: | No complications | - |
| Central IV CVP Line Status: | Accurate, optimally damped | - |
| Central IV CVP Line Care: | See Below T145 | - |
| Radial artery Right Single | | |
| Arterial Line Activity: | Insert | - |
| Arterial Line Insert Date | 1/18/2016 | - |
| Arterial Line Status: | See Below T146 | - |
| Arterial Line Care: | See Below T150 | - |
| Arterial Line Site Condition: | No complications | - |
| Arterial Line Dressing: | Transparent | - |
| Arterial Line Dressing Condition: | Dry, Intact | - |
| Arterial Line Drainage Description: | None | - |

Textual Results
T136:   1/18/2016 18:25 CST (Central IV Indication:)
        Administration of medications or blood products, Poor peripheral access, Hemodynamic monitoring
T140:   1/18/2016 18:25 CST (Central IV Dressing:)
        Intact, Antimicrobial patch, Dry, Transparent
T141:   1/18/2016 18:25 CST (Central IV Care:)
        Cap(s) changed, Flush with Normal Saline, Line/Fluid reconciliation
T145:   1/18/2016 18:25 CST (Central IV CVP Line Care:)
        Correct catheter position confirmed, Connections secured, Dynamic response test performed, Leveled, zeroed,
        calibrated, Pressure device 300 mmHg
T146:   1/18/2016 18:25 CST (Arterial Line Status:)
        Accurate, optimally damped, Correlates with manual
T150:   1/18/2016 18:25 CST (Arterial Line Care:)
        Leveled, zeroed, calibrated, Pressure device 300 mmHg

8 276

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00538

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:
FIN: NWT0000090926403

Disch Time:

---

### Assessments and Treatments

| | Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|---|
| | Recorded Time | 18:00 CST | 17:45 CST | 17:30 CST |
| | Recorded By | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | | |
| SpO2 | | 99 | 96 | 100 |

| | Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|---|
| | Recorded Time | 17:15 CST | 17:00 CST | 16:45 CST |
| | Recorded By | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | | |
| SpO2 | | 94 | 92 L | 93 L |

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 16:30 CST | 16:15 CST |
| | Recorded By | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | |
| Right Eye Symptoms | Periorbital edema | - |
| Left Eye Symptoms | Periorbital edema | - |
| HEENT Defined Assessment | See Below T2 | - |
| HEENT Symptoms | Eye findings | - |
| Cardiovascular Defined Assessment | See Below T7 | - |
| CV Additional Parameters Monitored | See Below T12 | - |
| Radial Pulse,Left | 1+ Thready | - |
| Radial Pulse,Right | 1+ Thready | - |
| Dorsalis Pedis Pulse,Left | 1+ Thready | - |
| Dorsalis Pedis Pulse,Right | 1+ Thready | - |
| Cardiac Rhythm | Sinus tachycardia | - |
| Monitoring Lead | II, V1/MCL1 | - |
| Atrial Rate | 138 H | - |
| Atrial Rhythm | Regular | - |
| Ventricular Rate | 138 H | - |
| Ventricular Rhythm | Regular | - |
| T Wave | Upright, Tall | - |
| Cardiac Monitor Customized to Patient | Yes | - |
| Verification of Correct Lead Placement | Yes | - |
| Electrodes Replaced | No | - |
| Respiratory Defined Assessment | See Below T18 | - |
| Breath Sounds Auscultated | Anterior only | - |
| All Lobes Breath Sounds | Equal, Clear | - |
| Suction Device | In line suctioning, Yankauer | - |
| Sputum Amount | Moderate | - |
| Sputum Color | Cream | - |
| Sputum Consistency | Thick | - |
| Ventilator ID | 2955 | - |
| Resuscitation Bag and Mask Available | Yes | - |
| Suction Catheter Changed | No | - |

Print Date/Time 1/19/2016 11:26 CST        Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00539

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:  NWT0000090926403

## Assessments and Treatments

| Procedure | Recorded Date<br>Recorded Time<br>Recorded By | 1/18/2016<br>16:30 CST<br>Nations RN,Meagan | 1/18/2016<br>16:15 CST<br>Nations RN,Meagan |
|---|---|---|---|
| SpO2 | | 94 | 100 |
| Neurological Symptoms | | Altered LOC | -- |
| Is Patient Sedated? | | No | -- |
| Level of Consciousness | | Obtunded | -- |
| Neuro Additional Parameters Monitored | | See Below T91 | -- |
| Eye Opening Response Glasgow | | None | -- |
| Best Verbal Response Glasgow | | No response | -- |
| Best Motor Response Glasgow | | No response to painful stimuli | -- |
| Glasgow Coma Score | | 3 | -- |
| PERRLA | | No | -- |
| Right Pupil Description | | Dilated | -- |
| Left Pupil Description | | Round | -- |
| Right Pupil Reaction | | Nonreactive | -- |
| Left Pupil Reaction | | Nonreactive | -- |
| Right Pupil Size | | 6 | -- |
| Left Pupil Size | | 5 | -- |
| Eye Abnormality,Right | | Hazy film | -- |
| Eye Abnormality,Left | | Hazy film | -- |
| Left Upper Extremity Strength -ICU | | 0- Absent/Flaccid | -- |
| Right Upper Extremity Strength -ICU | | 0- Absent/Flaccid | -- |
| Left Lower Extremity Strength -ICU | | 0- Absent/Flaccid | -- |
| Right Lower Extremity Strength -ICU | | 0- Absent/Flaccid | -- |
| CN V Facial Sensation | | Corneal reflex absent | -- |
| CN VII Facial Expression and Symmetry | | See Below T107 | -- |
| CN IX,X Swallowing,Gag Reflex | | Gag reflex absent, Cough absent | |
| Cuffed endotracheal tube 7.5 | | | |
| Endotracheal Tube Activity | | Assess | -- |
| Endotracheal Tube Insertion Distance | | 27 | -- |
| Endotracheal Tube Measured At | | Lips | -- |
| Endotracheal Tube Status | | Patent, Secure, adhesive tape | -- |
| Endotracheal Tube Procedure and Care | | Suction | -- |

Textual Results
T2:    1/18/2016 16:30 CST (HEENT Defined Assessment)
        No eye, nose, or ear drainage, No eye, nose, or ear deformity, Tongue pink, intact
T7:    1/18/2016 16:30 CST (Cardiovascular Defined Assessment)
        Capillary refill less than 3 seconds, Clear S1 and S2, Nail beds pink, No clubbing, No edema, No murmur or
        gallop, Peripheral pulses 2+, Regular rate and rhythm, Tolerates activity
T12:   1/18/2016 16:30 CST (CV Additional Parameters Monitored)
        Pulses, Rhythm analysis/Telemetry
T18:   1/18/2016 16:30 CST (Respiratory Defined Assessment)
        Clear breath sounds all fields, No cough, No secretions, Respirations regular rate and rhythm, Respirations
        unlabored, Symmetric chest movement

Print Date/Time 1/19/2016 11:26 CST          Medical Record

8.278

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00540

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ██████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:  NWT0000090926403

---

## Assessments and Treatments

Textual Results
T91:   1/18/2016 16:30 CST (Neuro Additional Parameters Monitored)
       Cranial nerve assessment, Glasgow coma assessment, Pupils assessment, Tone and strength
T107:  1/18/2016 16:30 CST (CN VII Facial Expression and Symmetry)
       No Facial movement with nasal passage light touch

| Procedure | Recorded Date 1/18/2016 Recorded Time 16:06 CST Recorded By Diaz CRT,Manuel F | Recorded Date 1/18/2016 Recorded Time 16:00 CST Recorded By Nations RN,Meagan |
|---|---|---|
| Breath Sounds Auscultated | Anterior only | - |
| All Lobes Breath Sounds | Equal, Clear | - |
| Ventilator Mode | See Below T34 | - |
| Ventilator Frequency,Mandatory | 15 | - |
| Tidal Volume,Delivered | 500 | - |
| Positive End Expiratory Pressure | 5 | - |
| Sensitivity/Trigger | Flow Trigger | - |
| Inspiratory to Expiratory Ratio | 1:2.0 | - |
| Inspiratory Time | 1.32 | - |
| Inspiratory Time % | 33 | - |
| Ventilator Model | Hamilton Galileo | - |
| Ventilator ID | 2955 | - |
| Respiratory Rate Total | 15 | - |
| Respiratory Rate,Spontaneous | 0 L | - |
| Tidal Volume,Exhaled | 510 | - |
| Minute Volume,exhaled | 7.6 | - |
| Plateau Pressure | 15 | - |
| End Expiratory Pressure | 5 | - |
| Auto-PEEP | 0 | - |
| Compliance,Static | 33.333 | - |
| Compliance,Dynamic | 33.333 | - |
| Peak Inspiratory Pressure Measured | 15 | - |
| Mean Airway Pressure Measured | 7.7 | - |
| Vent Alarms On and Functional | Yes | - |
| Oxygen Therapy | Ventilator | - |
| SpO2 | 100 | - |
| Humidification | Warm | - |
| Humidifier Water Level | 3/4 | - |
| Humidification Temperature | 35.1 | - |
| Improvement of reason for mech vent | No | - |
| GI Symptoms | - | See Below T44 |
| Passing Flatus | - | No |
| GI Additional Parameters Monitored | - | Enteral tube |
| Bowel Sounds All Quadrants | - | Hypoactive |
| Bowel Sounds LUQ | - | Hypoactive |
| Bowel Sounds RUQ | - | Hypoactive |

Print Date/Time 1/19/2016 11:26 CST          Medical Record

8.279

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00541

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:   NWT0000090926403

## Assessments and Treatments

| Procedure | Recorded Date: 1/18/2016<br>Recorded Time: 16:06 CST<br>Recorded By: Diaz CRT,Manuel F | 1/18/2016<br>16:00 CST<br>Nations RN,Meagan |
|---|---|---|
| Bowel Sounds LLQ | – | Hypoactive |
| Bowel Sounds RLQ | – | Hypoactive |
| Urine Color | – | Yellow |
| Urine Description | – | Clear |
| Genitourinary Defined Assessment | – | See Below T52 |
| GU Additional Parameters Monitored | – | Urinary cath- indwelling |
| Musculoskeletal Defined Assessment | – | See Below T59 |
| Integumentary Defined Assessment | – | See Below T64 |
| Integumentary Symptoms | – | Incision/wound, Skin abnormality |
| Left Antecubital 18 gauge | | |
| Peripheral IV Activity: | – | Assess |
| Peripheral IV Number of Attempts: | – | 0 |
| Peripheral IV Site Condition: | – | No complications |
| Peripheral IV Drainage Description: | – | None |
| Peripheral IV Infiltration Score: | – | 0 |
| Peripheral IV Phlebitis Score: | – | 0 |
| Peripheral IV Care: | – | Flushed |
| Peripheral IV Dressing: | – | Dry, Intact |
| Peripheral IV Patency: | – | No complications |
| Urethral 16 French | | |
| Urinary Catheter Indications | – | See Below T125 |
| Urinary Catheter Activity Type | – | Assess |
| Urinary Catheter Secured | – | Stabilizing Device |
| Urinary Catheter Drainage System | – | Urine meter |
| Urinary Catheter Drainage Bag Location | – | Below bladder |
| Left Hip Lateral Present on admission | | |
| Incision,Wound Description: | – | See Below T131 |
| Incision,Wound Surrounding Tissue: | – | Erythema, Weeping |
| Incision,Wound Drainage: | – | Serosanguinous |
| Incision,Wound Dressing: | – | Drainage present, Abdominal pads |
| Incision,Wound Pressure Ulcer Stage: | – | IV |
| Incision,Wound Photo Taken | – | No |
| Incision/Wound Puncture Site Condition | – | Ecchymotic |
| Incision,Wound Edge Description: | – | Poorly defined |
| Incision,Wound Drainage amount: | – | Small |
| Head Right | | |
| Skin Abnormality Type | – | Abrasions |

Textual Results
T34:    1/18/2016 16:06 CST (Ventilator Mode)
        APV-CMV (Adaptive Pressure Ventilation- Continuous Mandatory
T44:    1/18/2016 16:00 CST (GI Symptoms)

Print Date/Time 1/19/2016 11:26 CST            Medical Record

*8280*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00542

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ████████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN: NWT0000090926403

---

### Assessments and Treatments

Textual Results
T44: 1/18/2016 16:00 CST (GI Symptoms)
       Abdomen description finding, Abdomen palpation finding, Bowel sounds finding
T52: 1/18/2016 16:00 CST (Genitourinary Defined Assessment)
       Adequate urine output, Bladder not distended, Clear urine, Continent, Non odorous urine
T59: 1/18/2016 16:00 CST (Musculoskeletal Defined Assessment)
       No amputations, No contractures, deformities, No swelling, Normal range of motion
T64: 1/18/2016 16:00 CST (Integumentary Defined Assessment)
       Skin color normal for ethnicity, Elastic skin turgor
T125: 1/18/2016 16:00 CST (Urinary Catheter Indications)
       Accurate I & O in critically ill patient
T131: 1/18/2016 16:00 CST (Incision, Wound Description:)
       Edges separated, Gaping, Full thickness

| | Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
| --- | --- | --- | --- | --- |
| | Recorded Time | 15:45 CST | 15:30 CST | 15:15 CST |
| | Recorded By | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | | |
| SpO2 | | 99 | 100 | 100 |

| | Recorded Date | 1/18/2016 | 1/18/2016 |
| --- | --- | --- | --- |
| | Recorded Time | 15:00 CST | 14:45 CST |
| | Recorded By | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | |
| SpO2 | | 100 | 100 |

| | Recorded Date | 1/18/2016 | 1/18/2016 |
| --- | --- | --- | --- |
| | Recorded Time | 14:42 CST | 13:00 CST |
| | Recorded By | Nations RN,Meagan | Palma MRT,Edwardo |
| Procedure | | | |
| Correct Patient Site Side Procedure | | - | Verified |
| Neurological Symptoms | | Posturing | - |
| Posture Neuro | | Arms/Legs internally rotated | - |
| Eye Opening Response Glasgow | | None | - |
| Best Verbal Response Glasgow | | No response | - |
| Best Motor Response Glasgow | | See Below T93 | - |
| Glasgow Coma Score | | 6 | - |
| Left Upper Extremity Strength -ICU | | Abnormal Flexion (Decorticate) | - |
| Right Upper Extremity Strength -ICU | | Abnormal Flexion (Decorticate) | - |
| Left Lower Extremity Strength -ICU | | Withdraw to pain | - |
| Right Lower Extremity Strength -ICU | | Withdraw to pain | - |
| CN V Facial Sensation | | Corneal reflex absent | - |
| CN IX,X Swallowing,Gag Reflex | | Gag reflex absent, Cough present | - |

Textual Results
T93: 1/18/2016 14:42 CST (Best Motor Response Glasgow)
       Flexes and withdraws to painful stimuli

---

Print Date/Time 1/19/2016 11:26 CST                    Medical Record                    *8,281*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00543

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:  NWT00751578
DOB/Sex:  ▇▇▇▇▇  / Male
Attending:  Galvan,Dan MD

Admit: 1/18/2016
Disch:                         Disch Time:
FIN:  NWT0000090926403

## Assessments and Treatments

| | Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|---|
| | Recorded Time | 12:48 CST | 12:45 CST | 12:30 CST |
| | Recorded By | Nations RN,Meagan | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | | |
| Oxygen Therapy | | – | Ventilator | Ventilator |
| SpO2 | | – | 100 | 100 |
| Oxygen Flow Rate | | – | 50 | 50 |
| Left Antecubital 18 gauge | | | | |
| Peripheral IV Activity | | Assess | – | – |
| Peripheral IV Number of Attempts: | | 0 | – | – |
| Peripheral IV Site Condition: | | No complications | – | – |
| Peripheral IV Drainage Description: | | None | – | – |
| Peripheral IV Infiltration Score: | | 0 | – | – |
| Peripheral IV Phlebitis Score: | | 0 | – | – |
| Peripheral IV Care: | | Flushed | – | – |
| Peripheral IV Dressing: | | Dry, Intact | – | – |
| Peripheral IV Patency: | | No complications | – | – |
| Right Antecubital 18 gauge | | | | |
| Peripheral IV Activity: | | Assess | – | – |
| Peripheral IV Site Condition: | | No complications | – | – |
| Peripheral IV Drainage Description: | | None | – | – |
| Peripheral IV Infiltration Score: | | 0 | – | – |
| Peripheral IV Phlebitis Score: | | 0 | – | – |
| Peripheral IV Care: | | Flushed | – | – |
| Peripheral IV Dressing: | | Dry, Intact | – | – |
| Peripheral IV Patency: | | No complications | – | – |

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 12:26 CST | 12:15 CST |
| | Recorded By | Nations RN,Meagan | Nations RN,Meagan |
| Procedure | | | |
| Right Eye Symptoms | | Periorbital edema, Reddened eye | – |
| Left Eye Symptoms | | Periorbital edema, Reddened eye | – |
| HEENT Defined Assessment | | See Below T3 | – |
| HEENT Symptoms | | Eye findings | – |
| Cardiovascular Symptoms | | Irregular heart rhythm | – |
| Heart Rhythm | | Irregular | – |
| Cardiovascular Defined Assessment | | See Below T8 | – |
| CV Additional Parameters Monitored | | See Below T13 | – |
| Cardiac Rhythm | | Sinus bradycardia | – |
| Monitoring Lead | | II, V1/MCL1 | – |
| Atrial Rate | | 59 L | – |
| Atrial Rhythm | | Regular | – |
| Ventricular Rate | | 59 L | – |
| Ventricular Rhythm | | Regular | – |
| T Wave | | Upright, Tall | – |

Print Date/Time 1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by some
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8282

OIG_00544

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ▓▓▓▓ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                Disch Time:
FIN:   NWT0000090926403

## Assessments and Treatments

| Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|
| Recorded Time | 12:26 CST | 12:15 CST |
| Recorded By | Nations RN,Meagan | Nations RN,Meagan |
| **Procedure** | | |
| Cardiac Monitor Customized to Patient | Yes | - |
| Verification of Correct Lead Placement | Yes | - |
| Electrodes Replaced | No | - |
| Respiratory Defined Assessment | See Below T19 | - |
| Breath Sounds Auscultated | Anterior only | - |
| All Lobes Breath Sounds | Equal, Clear | - |
| Suction Device | In line suctioning, Yankauer | - |
| Sputum Amount | Moderate | - |
| Sputum Color | Cream | - |
| Sputum Consistency | Thick | - |
| Resuscitation Bag and Mask Available | Yes | - |
| Suction Catheter Changed | Yes | - |
| SpO2 | - | 100 |
| GI Symptoms | See Below T45 | - |
| Passing Flatus | No | - |
| GI Additional Parameters Monitored | Enteral tube | - |
| Bowel Sounds All Quadrants | Hypoactive | - |
| Bowel Sounds LUQ | Hypoactive | - |
| Bowel Sounds RUQ | Hypoactive | - |
| Bowel Sounds LLQ | Hypoactive | - |
| Bowel Sounds RLQ | Hypoactive | - |
| Urine Color | Yellow | |
| Urine Description | Clear | - |
| Genitourinary Defined Assessment | See Below T53 | - |
| GU Additional Parameters Monitored | Urinary cath- indwelling | - |
| Musculoskeletal Defined Assessment | See Below T60 | - |
| Integumentary Defined Assessment | See Below T65 | - |
| Integumentary Symptoms | Incision/wound, Skin abnormality | - |
| Neuro Additional Parameters Monitored | See Below T92 | - |
| Eye Opening Response Glasgow | None | - |
| Best Verbal Response Glasgow | No response | - |
| Best Motor Response Glasgow | See Below T94 | - |
| Glasgow Coma Score | 6 | - |
| Left Upper Extremity Strength -ICU | Withdraw to pain | - |
| Right Upper Extremity Strength -ICU | Withdraw to pain | - |
| Left Lower Extremity Strength -ICU | Withdraw to pain f8 | - |
| Right Lower Extremity Strength -ICU | Withdraw to pain f8 | - |
| Tone,Left Upper Extremity | Normal | - |
| Tone,Right Upper Extremity | Normal | - |
| Tone,Left Lower Extremity | Normal | - |
| Tone,Right Lower Extremity | Normal | - |

Print Date/Time 1/19/2016 11:26 CST          Medical Record

8283

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00545

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:         NWT00751578
DOB/Sex:           / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                          Disch Time:
FIN:   NWT0000090926403

## Assessments and Treatments

| Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|
| Recorded Time | 12:26 CST | 12:15 CST |
| Recorded By | Nations RN,Meagan | Nations RN,Meagan |
| **Procedure** | | |
| CN V Facial Sensation | Corneal reflex absent | - |
| CN IX,X Swallowing,Gag Reflex | Gag reflex absent, Cough absent | - |
| Cuffed endotracheal tube 7.5 | | |
| Endotracheal Tube Activity | Assess | - |
| Endotracheal Tube Insertion Distance | 27 | - |
| Endotracheal Tube Measured At | Lips | - |
| Endotracheal Tube Status | Patent, Secure, adhesive tape | - |
| Endotracheal Tube Procedure and Care | Suction | - |
| Urethral 16 French | | |
| Urinary Catheter Indications | See Below T126 | - |
| Urinary Catheter Activity Type | Assess | - |
| Urinary Catheter Secured | Stabilizing Device | - |
| Urinary Catheter Drainage System | Urine meter | - |
| Urinary Catheter Drainage Bag Location | Below bladder | - |
| Left Hip Lateral Present on admission | | |
| Incision,Wound Description: | See Below T132 | - |
| Incision,Wound Surrounding Tissue: | Erythema, Weeping | - |
| Incision,Wound Drainage: | Serosanguinous | - |
| Incision,Wound Dressing: | Drainage present, Abdominal pads | - |
| Incision,Wound Pressure Ulcer Stage: | IV | - |
| Incision,Wound Photo Taken | No | - |
| Incision/Wound Puncture Site Condition | Ecchymotic | - |
| Incision,Wound Edge Description: | Poorly defined | - |
| Incision,Wound Drainage amount: | Small | - |
| Head Right | | |
| Skin Abnormality Type | Abrasions | - |

Textual Results
T3:    1/18/2016 12:26 CST (HEENT Defined Assessment)
        No eye, nose, or ear deformity, Tongue pink, intact
T8:    1/18/2016 12:26 CST (Cardiovascular Defined Assessment)
        Capillary refill less than 3 seconds, Clear S1 and S2, Nail beds pink, No clubbing, No edema, No murmur or
        gallop, Peripheral pulses 2+, Tolerates activity
T13:   1/18/2016 12:26 CST (CV Additional Parameters Monitored)
        Pulses, Rhythm analysis/Telemetry
T19:   1/18/2016 12:26 CST (Respiratory Defined Assessment)
        Clear breath sounds all fields, No cough, No secretions, Respirations regular rate and rhythm, Respirations
        unlabored, Symmetric chest movement
T45:   1/18/2016 12:26 CST (GI Symptoms)
        Abdomen description finding, Abdomen palpation finding, Bowel sounds finding
T53:   1/18/2016 12:26 CST (Genitourinary Defined Assessment)
        Adequate urine output, Bladder not distended, Clear urine, Continent, Non odorous urine
T60:   1/18/2016 12:26 CST (Musculoskeletal Defined Assessment)

Print Date/Time  1/19/2016 11:26 CST            Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scma
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8284

OIG_00546

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▓▓▓▓▓ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                 Disch Time:
FIN:    NWT0000090926403

## Assessments and Treatments

### Textual Results

T60:    1/18/2016 12:26 CST (Musculoskeletal Defined Assessment)
        No amputations, No contractures, deformities, No swelling, Normal range of motion
T65:    1/18/2016 12:26 CST (Integumentary Defined Assessment)
        Skin color normal for ethnicity, Elastic skin turgor
T92:    1/18/2016 12:26 CST (Neuro Additional Parameters Monitored)
        Cranial nerve assessment, Glasgow coma assessment, Pupils assessment, Tone and strength
T94:    1/18/2016 12:26 CST (Best Motor Response Glasgow)
        Flexes and withdraws to painful stimuli
T126:   1/18/2016 12:26 CST (Urinary Catheter Indications)
        Accurate I & O in critically ill patient
T132:   1/18/2016 12:26 CST (Incision, Wound Description:)
        Edges separated, Gaping, Full thickness

### Footnotes

f8:    Left Lower Extremity Strength - ICU, Right Lower Extremity Strength - ICU
       Positive bibinski

| Procedure | Recorded Date 1/18/2016 Recorded Time 12:13 CST Recorded By Diaz CRT,Manuel F | 1/18/2016 11:42 CST SYSTEM | 1/18/2016 11:40 CST Dillard RN,Alissa A |
|---|---|---|---|
| Hyperbilirubin Graph Results | – | 1.30 | – |
| RT Respiratory Assessment | See Below T24 | – | – |
| RT Respiratory Symptoms | Breath sounds | – | – |
| Breath Sounds Auscultated | Anterior only | – | – |
| All Lobes Breath Sounds | Equal, Clear | – | – |
| Ventilator Mode | See Below T35 | – | – |
| Ventilator Frequency,Mandatory | 15 | – | – |
| Tidal Volume,Delivered | 500 | – | – |
| Positive End Expiratory Pressure | 5 | – | – |
| Sensitivity/Trigger | Flow Trigger | – | – |
| Inspiratory to Expiratory Ratio | 1:2.0 | – | – |
| Inspiratory Time | 1.32 | – | – |
| Inspiratory Time % | 33 | – | – |
| Ventilator Model | Hamilton Galileo | – | – |
| Ventilator ID | 2955 | – | – |
| Respiratory Rate Total | 15 | – | – |
| Respiratory Rate,Spontaneous | 0 L | – | – |
| Tidal Volume,Exhaled | 518 | – | – |
| Minute Volume,exhaled | 7.8 | – | – |
| Plateau Pressure | 15 | – | – |
| End Expiratory Pressure | 5 | – | – |
| Auto-PEEP | 0 | – | – |
| Compliance,Static | 33.333 | – | – |
| Compliance,Dynamic | 33.333 | – | – |
| Peak Inspiratory Pressure Measured | 15 | – | – |

Print Date/Time  1/19/2016 11:26 CST              Medical Record

8 285
Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED              OIG_00547

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex:  ▮▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

## Assessments and Treatments

| Procedure | Recorded Date<br>Recorded Time<br>Recorded By | 1/18/2016<br>12:13 CST<br>Diaz CRT,Manuel F | 1/18/2016<br>11:42 CST<br>SYSTEM | 1/18/2016<br>11:40 CST<br>Dillard RN,Alissa A |
|---|---|---|---|---|
| Mean Airway Pressure Measured | | 8.4 | - | - |
| Vent Alarms On and Functional | | Yes | - | - |
| Oxygen Therapy | | Ventilator | - | - |
| SpO2 | | 100 | - | - |
| Humidification | | Warm | - | - |
| Humidifier Water Level | | 3/4 | - | - |
| Humidification Temperature | | 35.0 | - | - |
| Improvement of reason for mech vent | | No | - | - |
| Genitourinary Defined Assessment | | - | - | See Below T54 |
| GU Additional Parameters Monitored | | - | - | Urinary cath- indwelling |
| Urethral 16 French | | | | |
| Urinary Catheter Indications | | - | - | See Below T127 |
| Urinary Catheter Activity Type | | - | - | Insert |
| Urinary Catheter Insertion Date/Time | | - | - | 1/18/2016 |
| Urinary Catheter Balloon Inflation | | - | - | 10 mL sterile water |
| Urinary Catheter Drainage System | | - | - | Dependent drainage bag |
| Urinary Catheter Drainage Bag Location | | - | - | Below bladder |

Textual Results

T24:    1/18/2016 12:13 CST (RT Respiratory Assessment)
        Respirations regular rate and rhythm, Respirations unlabored, Symmetric chest movement
T35:    1/18/2016 12:13 CST (Ventilator Mode)
        APV-CMV (Adaptive Pressure Ventilation- Continuous Mandatory
T54:    1/18/2016 11:40 CST (Genitourinary Defined Assessment)
        Adequate urine output, Bladder not distended, Clear urine, Continent, Non odorous urine
T127:   1/18/2016 11:40 CST (Urinary Catheter Indications)
        Accurate I & O in critically ill patient

| Procedure | Recorded Date<br>Recorded Time<br>Recorded By | 1/18/2016<br>11:39 CST<br>Dillard RN,Alissa A | 1/18/2016<br>11:38 CST<br>Dillard RN,Alissa A | 1/18/2016<br>11:25 CST<br>SYSTEM |
|---|---|---|---|---|
| Oxygen Therapy | | - | Ventilator | - |
| SpO2 | | - | 100 | - |
| Neurological Defined Assessment | | - | See Below T78 | - |
| Neuro Additional Parameters Monitored | | - | Glasgow coma assessment | - |
| Eye Opening Response Glasgow | | - | None | - |
| Best Verbal Response Glasgow | | - | No response | - |
| Best Motor Response Glasgow | | - | No response to painful stimuli | - |
| Glasgow Coma Score | | - | 3 | - |
| D-VTE Risk Category | | - | - | Low |
| Left Antecubital 18 gauge | | | | |
| Peripheral IV Activity: | | Insert | - | - |

Print Date/Time 1/19/2016 11:26 CST                    Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scb
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8286

OIG_00548

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:  NWT0000090926403

---

### Assessments and Treatments

| | Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|---|
| | Recorded Time | 11:39 CST | 11:38 CST | 11:25 CST |
| | Recorded By | Dillard RN,Alissa A | Dillard RN,Alissa A | SYSTEM |
| Procedure | | | | |
| Peripheral IV Insert Date | | 1/18/2016 | - | - |
| Peripheral IV Number of Attempts: | | 1 | - | - |
| Peripheral IV Site Condition: | | No complications | - | - |
| Peripheral IV Drainage Description: | | None | - | - |
| Peripheral IV Infiltration Score: | | 0 | - | - |
| Peripheral IV Phlebitis Score: | | 0 | - | - |
| Peripheral IV Care: | | Flushed, Saline lock | - | - |
| Peripheral IV Dressing: | | Dry, Intact | - | - |
| Right Antecubital 18 gauge | | | | |
| Peripheral IV Activity: | | Insert | - | - |
| Peripheral IV Insert Date | | 1/18/2016 | - | - |
| Peripheral IV Number of Attempts: | | 1 | - | - |
| Peripheral IV Site Condition: | | No complications | - | - |
| Peripheral IV Drainage Description: | | None | - | - |
| Peripheral IV Infiltration Score: | | 0 | - | - |
| Peripheral IV Phlebitis Score: | | 0 | - | - |
| Peripheral IV Care: | | Flushed, Saline lock | - | - |
| Peripheral IV Dressing: | | Dry, Intact | - | - |

Textual Results
T78:    1/18/2016 11:38 CST (Neurological Defined Assessment)
Affect calm, cooperative, and appropriate, Alert, Appropriate body movements/gait, Appropriate communication for age, Clear speech, Facial symmetry, Moves all extremities equally, No numbness or tingling, Normal strength, Normal vision, PERRLA, Responds appropriately to stimuli

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 11:05 CST | 10:48 CST |
| | Recorded By | Dillard RN,Alissa A | Wrestley MRT,Lea Anne |
| Procedure | | | |
| Correct Patient Site Side Procedure | | - | Verified |
| Eye Opening Response Glasgow | | None | - |
| Best Verbal Response Glasgow | | No response | - |
| Best Motor Response Glasgow | | No response to painful stimuli | - |
| Glasgow Coma Score | : | 3 | - |

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 10:30 CST | 10:15 CST |
| | Recorded By | Dillard RN,Alissa A | Dillard RN,Alissa A |
| Procedure | | | |
| Oxygen Therapy | | Ventilator | - |
| SpO2 | | 99 | - |
| Eye Opening Response Glasgow | | - | None |
| Best Verbal Response Glasgow | | - | No response |

Print Date/Time 1/19/2016 11:26 CST                   Medical Record

*8297*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00549

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ▮▮▮▮ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

## Assessments and Treatments

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 10:30 CST | 10:15 CST |
| | Recorded By | Dillard RN,Alissa A | Dillard RN,Alissa A |
| Procedure | | | |
| Best Motor Response Glasgow | | - | No response to painful stimuli |
| Glasgow Coma Score | | - | 3 |

| | Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|---|
| | Recorded Time | 10:00 CST | 09:30 CST | 09:26 CST |
| | Recorded By | Dillard RN,Alissa A | Dillard RN,Alissa A | Walls RRT,Olivia |
| Procedure | | | | |
| RT Documentation and Procedures | | - | - | See Below [T26] |
| Suction | | - | - | Artificial airway, Inline |
| Suction Device | | - | - | In line suctioning |
| Sputum Amount | | - | - | Large |
| Sputum Color | | - | - | Brown |
| Sputum Consistency | | - | - | Thick |
| Artificial Airway Type | | - | - | Endotracheal tube |
| Ventilator Mode | | - | - | See Below [T36] |
| Ventilator Frequency,Mandatory | | - | - | 15 |
| Tidal Volume,Delivered | | - | - | 500 |
| Positive End Expiratory Pressure | | - | - | 5 |
| Sensitivity/Trigger | | - | - | Flow Trigger |
| Inspiratory to Expiratory Ratio | | - | - | 1:2.0 |
| Inspiratory Time | | - | - | 1.32 |
| Inspiratory Time % | | - | - | 33 |
| Ventilator Model | | - | - | Hamilton Galileo |
| Ventilator ID | | - | - | 2955 |
| HME (Heat Moisture Exchanger) | | - | - | No |
| Resuscitation Bag and Mask Available | | - | - | Yes |
| Respiratory Rate Total | | - | - | 15 |
| Respiratory Rate,Spontaneous | | - | - | 0 [L] |
| Tidal Volume,Exhaled | | - | - | 467 |
| Minute Volume,exhaled | | - | - | 7.7 |
| Plateau Pressure | | - | - | 17 |
| End Expiratory Pressure | | - | - | 5 |
| Auto-PEEP | | - | - | 0 |
| Compliance,Static | | - | - | 29.412 |
| Compliance,Dynamic | | - | - | 27.778 |
| End Tidal CO2 | | - | - | 15 [L] |
| Ventilator charges | | - | - | See Below [T37] |
| Peak Inspiratory Pressure Measured | | - | - | 18 |
| Mean Airway Pressure Measured | | - | - | 8.9 |
| Suction Catheter Changed | | - | - | Yes |
| Ventilator Circuit Changed | | - | - | No |
| Ventilator Disinfected | | - | - | No |

Print Date/Time 1/19/2016 11:26 CST          Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by acm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8288

OIG_00550

NWT- Northwest Texas Hospital

Patient:  RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex:  ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

---

### Assessments and Treatments

| Procedure | Recorded Date 1/18/2016 Recorded Time 10:00 CST Recorded By Dillard RN,Alissa A | Recorded Date 1/18/2016 Recorded Time 09:30 CST Recorded By Dillard RN,Alissa A | Recorded Date 1/18/2016 Recorded Time 09:26 CST Recorded By Walls RRT,Olivia |
|---|---|---|---|
| Vent Alarms On and Functional | – | – | Yes |
| Vent Alarm Apnea | – | – | 20 |
| Vent Alarm High Pressure | – | – | 50 |
| Vent Alarm Low Pressure | – | – | 10 |
| Vent Alarm High Rate | – | – | 40 |
| Vent Alarm Low Rate | – | – | 9 |
| Vent Alarm High Minute Volume | – | – | 18 |
| Vent Alarm Low Minute Volume | – | – | 2 |
| Vent Alarm High Tidal Volume | – | – | 1000 |
| Vent Alarm Low Tidal Volume | – | – | 250 |
| Oxygen Therapy | Ventilator | Ventilator | Ventilator |
| SpO2 | 96 | 95 | 96 |
| Humidification | – | – | Warm |
| Humidifier Water Level | – | – | Full |
| Humidification Temperature | – | – | 35.0 |
| Improvement of reason for mech vent | – | – | No |
| Cuffed endotracheal tube 7.5 | | | |
| Endotracheal Tube Activity | – | – | Insert (Intubate) |
| Endotracheal Tube Insertion Distance | – | – | 26 |
| Endotracheal Tube Measured At | – | – | Lips |
| Endotracheal Tube Placement | – | – | Oral, right |
| Endotracheal Tube Status | – | – | Patent, Secure, holder |
| Endotracheal Tube Position Confirmation | – | – | See Below [T121] |
| ETT Insert Date | – | – | 1/18/2016 |
| Endotracheal Tube Procedure and Care | – | – | Suction |

Textual Results
T26:    1/18/2016 09:26 CST (RT Documentation and Procedures)
        Artificial airway, Suction, Ventilator Information
T36:    1/18/2016 09:26 CST (Ventilator Mode)
        APV-CMV (Adaptive Pressure Ventilation- Continuous Mandatory
T37:    1/18/2016 09:26 CST (Ventilator charges)
        VENTILATOR MGMT INITIAL DAY, EXHALED CARB DIOXIDE TEST
T121:   1/18/2016 09:26 CST (Endotracheal Tube Position Confirmation)
        Breath sounds, Chest X-Ray, End-tidal CO2

| Procedure | Recorded Date 1/18/2016 Recorded Time 09:20 CST Recorded By Dillard RN,Alissa A | Recorded Date 1/18/2016 Recorded Time 09:16 CST Recorded By Granados RN,Ricardo F. |
|---|---|---|
| Oxygen Therapy | – | Ventilator |
| SpO2 | – | 94 |
| Eye Opening Response Glasgow | None | – |

Print Date/Time  1/19/2016 **11:26 CST**              Medical Record

*8 289*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scb
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00551

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:    NWT00751578
DOB/Sex: ▓▓▓▓ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

---

## Assessments and Treatments

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 09:20 CST | 09:16 CST |
| | Recorded By | Dillard RN,Alissa A | Granados RN,Ricardo F. |
| Procedure | | | |
| Best Verbal Response Glasgow | | No response | -- |
| Best Motor Response Glasgow | | No response to painful stimuli | - |
| Glasgow Coma Score | | 3 | - |

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 09:14 CST | 09:11 CST |
| | Recorded By | Granados RN,Ricardo F. | Granados RN,Ricardo F. |
| Procedure | | | |
| History of Fall Morse | | - | Yes |
| Presence of Secondary Diagnosis Morse | | - | Yes |
| Use of Ambulatory Aid Morse | | - | None, bedrest, wheelchair, nurse |
| IV/Heparin Lock Fall Risk Morse | | - | Yes |
| Gait Weak or Impaired Fall Risk Morse | | - | Impaired |
| Mental Status Fall Risk Morse | | - | Forgets limitations |
| Morse Fall Risk Score | | - | 95 |
| Suicidal Ideation | | - | Unable to obtain |
| Threatened/Physically Hurt in Past Year | | Unable to obtain | - |
| Cultural Practices to be honored? | | Unable to obtain | - |

| | Recorded Date | 1/18/2016 |
|---|---|---|
| | Recorded Time | 09:07 CST |
| | Recorded By | |
| Procedure | | |
| Atrial Rate | | 76 |
| Ventricular Rate | | 76 |
| PR Interval | | 140 |
| QRS Duration | | 70 |
| QT Interval | | 422 |
| Calculated P Axis | | 81 |
| Calculated R Axis | | 122 |
| Calculated T Axis | | 61 |
| Diagnosis (Muse) | | See Below T14 |
| QTC Calculation(Bezet) | | 474 |
| EKG URL Result | | **NOT VALUED** |

Textual Results
T14:    1/18/2016 09:07 CST (Diagnosis (Muse))

Normal sinus rhythm
Right atrial enlargement
Right axis deviation
Pulmonary disease pattern
Abnormal ECG

Print Date/Time 1/19/2016 11:26 CST                    Medical Record

8290

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00552

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:     NWT00751578
DOB/Sex: ▉▉▉▉ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:    NWT0000090926403

---

## Assessments and Treatments

Textual Results
T14:    1/18/2016 09:07 CST (Diagnosis (Muse))
        No previous ECGs available
        Confirmed by NAMBIAR MD, RAJESH (22) on 1/18/2016 10:26:32 AM

Order Comments
O3:     Safe Patient Handling
        Ordered by Discern Expert.

---

## Infection Control

|  |  |
|---|---|
| Recorded Date | 1/18/2016 |
| Recorded Time | 09:16 CST |
| Recorded By | Granados RN,Ricardo F. |

| Procedure |  |
|---|---|
| Alcohol and Drug Use | No |
| Employee of Institutional Living | No |
| Health Care Employee | No |
| History of Exposure to TB | No |
| History of Positive Chest X-Ray for TB | No |
| History of Positive TB Skin Test | No |
| Homeless | No |
| Known Immunosuppression | No |
| Recent Immigrant | No |
| Resident of Institutional Living | No |
| Bloody Sputum | No |
| Fatigue | No |
| Fever | No |
| Loss of Appetite | No |
| Night Sweats | No |
| Persistent Cough > 3 Weeks | No |
| Weight Loss | No |
| Travel Out of Country | No |
| MRSA Screen Hx MRSA | No |

---

## Perioperative Documentation

| Recorded Date | 1/19/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| Recorded Time | 03:15 CST | 23:30 CST | 19:15 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | | |
| Devices | SCD | SCD | SCD |

---

Print Date/Time 1/19/2016 11:26 CST                    Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by sc
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8291

OIG_00553

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▓▓▓▓ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:            Disch Time:
FIN: NWT0000090926403

## Vascular Access

| | | |
|---|---|---|
| Recorded Date | 1/19/2016 | 1/18/2016 |
| Recorded Time | 03:15 CST | 23:30 CST |
| Recorded By | Campbell RN,Shelby | Campbell RN,Shelby |
| Procedure | | |
| Left Antecubital 18 gauge | | |
| Peripheral IV Activity: | Assess | Assess |
| Peripheral IV Site Condition: | No complications | No complications |
| Peripheral IV Drainage Description: | None | None |
| Peripheral IV Infiltration Score: | 0 | 0 |
| Peripheral IV Phlebitis Score: | 0 | 0 |
| Peripheral IV Care: | Flushed | Flushed |
| Peripheral IV Dressing: | Dry, Intact, Transparent | Dry, Intact, Transparent |
| Peripheral IV Patency: | No complications | No complications |
| Non-Tunneled Triple Internal jugular vein Left | | |
| Central IV Activity: | Assess | Assess |
| Central IV Indication: | See Below T133 | See Below T134 |
| Central IV Radiographic Confirmation: | Yes | Yes |
| Central IV Site Condition: | No complications | No complications |
| Central IV Dressing: | See Below T137 | See Below T138 |
| Central IV Drainage Description: | None | None |
| Central IV Care: | Flush with Normal Saline | Flush with Normal Saline |
| Central IV Patency Proximal Port: | No complications | No complications |
| Central IV Patency Medial Port: | No complications | No complications |
| Central IV Patency Distal Port: | No complications | No complications |
| Central IV CVP Line Status: | Accurate, optimally damped | Accurate, optimally damped |
| Central IV CVP Line Care: | See Below T142 | See Below T143 |
| Radial artery Right Single | | |
| Arterial Line Activity: | Assess | Assess |
| Arterial Line Status: | Accurate, optimally damped | Accurate, optimally damped |
| Arterial Line Care: | See Below T147 | See Below T148 |
| Arterial Line Site Condition: | No complications | No complications |
| Arterial Line Dressing: | Transparent | Transparent |
| Arterial Line Dressing Condition: | Dry, Intact | Dry, Intact |
| Arterial Line Drainage Description: | None | None |

Textual Results
T133:   1/19/2016 03:15 CST (Central IV Indication:)
      Administration of medications or blood products
T134:   1/18/2016 23:30 CST (Central IV Indication:)
      Administration of medications or blood products
T137:   1/19/2016 03:15 CST (Central IV Dressing:)
      Intact, Antimicrobial patch, Dry, Transparent
T138:   1/18/2016 23:30 CST (Central IV Dressing:)
      Intact, Antimicrobial patch, Dry, Transparent
T142:   1/19/2016 03:15 CST (Central IV CVP Line Care:)
      Dynamic response test performed, Leveled, zeroed, calibrated, Pressure device 300 mmHg
T143:   1/18/2016 23:30 CST (Central IV CVP Line Care:)

Print Date/Time 1/19/2016 11:26 CST       Medical Record

*8292*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by sc&o
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00554

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON                                     Admit: 1/18/2016
MRN:    NWT00751578                                          Disch:                    Disch Time:
DOB/Sex: ███████ / Male                                      FIN:    NWT0000090926403
Attending: Galvan,Dan MD

| | Vascular Access | |
|---|---|---|

Textual Results
T143:  1/18/2016 23:30 CST (Central IV CVP Line Care:)
       Dynamic response test performed, Leveled, zeroed, calibrated, Pressure device 300 mmHg
T147:  1/19/2016 03:15 CST (Arterial Line Care:)
       Dynamic response test, Leveled, zeroed, calibrated, Pressure device 300 mmHg
T148:  1/18/2016 23:30 CST (Arterial Line Care:)
       Dynamic response test, Leveled, zeroed, calibrated, Pressure device 300 mmHg

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 19:15 CST | 18:25 CST |
| | Recorded By | Campbell RN,Shelby | Nations RN,Meagan |
| Procedure | | | |
| Left Antecubital 18 gauge | | | |
| Peripheral IV Activity: | | Assess | - |
| Peripheral IV Site Condition: | | No complications | - |
| Peripheral IV Drainage Description: | | None | - |
| Peripheral IV Infiltration Score: | | 0 | - |
| Peripheral IV Phlebitis Score: | | 0 | - |
| Peripheral IV Care: | | Flushed | - |
| Peripheral IV Dressing: | | Dry, Intact, Transparent | - |
| Peripheral IV Patency: | | No complications | - |
| Right Antecubital 18 gauge | | | |
| Peripheral IV Activity: | | - | Discontinue |
| Peripheral IV Discontinue Date | | - | 1/18/2016 |
| Non-Tunneled Triple Internal jugular vein Left | | | |
| Central IV Activity: | | Assess | Insert |
| Central Line Procedure Type | | - | Emergent |
| Central IV Insert Date: | | - | 1/18/2016 |
| Central IV Indication: | | See Below T135 | See Below T136 |
| Central IV Number of Attempts: | | - | 1 |
| Central IV Radiographic Confirmation: | | Yes | Yes |
| Central IV Site Condition: | | No complications | No complications |
| Central IV Dressing: | | See Below T139 | See Below T140 |
| Central IV Dressing Changed Date: | | - | 1/18/2016 18:26 CST |
| Central IV Drainage Description: | | None | None |
| Central IV Care: | | Flush with Normal Saline | See Below T141 |
| Central IV Patency Proximal Port: | | No complications | No complications |
| Central IV Patency Medial Port: | | No complications | No complications |
| Central IV Patency Distal Port: | | No complications | No complications |
| Central IV CVP Line Status: | | Accurate, optimally damped | Accurate, optimally damped |
| Central IV CVP Line Care: | | See Below T144 | See Below T145 |
| Radial artery Right Single | | | |
| Arterial Line Activity: | | Assess | Insert |
| Arterial Line Insert Date | | - | 1/18/2016 |
| Arterial Line Status: | | Accurate, optimally damped | See Below T146 |
| Arterial Line Care: | | See Below T149 | See Below T150 |

Print Date/Time 1/19/2016 11:26 CST                         Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

8293

OIG_00555

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ███████ / Male
Attending: Galvan,Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:  NWT0000090926403

---

### Vascular Access

| | | |
|---|---|---|
| Recorded Date | 1/18/2016 | 1/18/2016 |
| Recorded Time | 19:15 CST | 18:25 CST |
| Recorded By | Campbell RN,Shelby | Nations RN,Meagan |
| **Procedure** | | |
| Arterial Line Site Condition: | No complications | No complications |
| Arterial Line Dressing: | Transparent | Transparent |
| Arterial Line Dressing Condition: | Dry, Intact | Dry, Intact |
| Arterial Line Drainage Description: | None | None |

Textual Results
T135:   1/18/2016 19:15 CST (Central IV Indication:)
        Administration of medications or blood products
T136:   1/18/2016 18:25 CST (Central IV Indication:)
        Administration of medications or blood products, Poor peripheral access, Hemodynamic monitoring
T139:   1/18/2016 19:15 CST (Central IV Dressing:)
        Intact, Antimicrobial patch, Dry, Transparent
T140:   1/18/2016 18:25 CST (Central IV Dressing:)
        Intact, Antimicrobial patch, Dry, Transparent
T141:   1/18/2016 18:25 CST (Central IV Care:)
        Cap(s) changed, Flush with Normal Saline, Line/Fluid reconciliation
T144:   1/18/2016 19:15 CST (Central IV CVP Line Care:)
        Dynamic response test performed, Leveled, zeroed, calibrated, Pressure device 300 mmHg
T145:   1/18/2016 18:25 CST (Central IV CVP Line Care:)
        Correct catheter position confirmed, Connections secured, Dynamic response test performed, Leveled, zeroed,
        calibrated, Pressure device 300 mmHg
T146:   1/18/2016 18:25 CST (Arterial Line Status:)
        Accurate, optimally damped, Correlates with manual
T149:   1/18/2016 19:15 CST (Arterial Line Care:)
        Dynamic response test, Leveled, zeroed, calibrated, Pressure device 300 mmHg
T150:   1/18/2016 18:25 CST (Arterial Line Care:)
        Leveled, zeroed, calibrated, Pressure device 300 mmHg

| | | | |
|---|---|---|---|
| Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
| Recorded Time | 16:00 CST | 12:48 CST | 11:39 CST |
| Recorded By | Nations RN,Meagan | Nations RN,Meagan | Dillard RN,Alissa A |
| **Procedure** | | | |
| Left Antecubital 18 gauge | | | |
| Peripheral IV Activity: | Assess | Assess | Insert |
| Peripheral IV Insert Date: | - | - | 1/18/2016 |
| Peripheral IV Number of Attempts: | 0 | 0 | 1 |
| Peripheral IV Site Condition: | No complications | No complications | No complications |
| Peripheral IV Drainage Description: | None | None | None |
| Peripheral IV Infiltration Score: | 0 | 0 | 0 |
| Peripheral IV Phlebitis Score: | 0 | 0 | 0 |
| Peripheral IV Care: | Flushed | Flushed | Flushed, Saline lock |
| Peripheral IV Dressing: | Dry, Intact | Dry, Intact | Dry, Intact |
| Peripheral IV Patency: | No complications | No complications | - |
| Right Antecubital 18 gauge | | | |

Print Date/Time  1/19/2016 11:26 CST                    Medical Record

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

R299

OIG_00556

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN: NWT00751578
DOB/Sex: ▓▓▓▓ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                     Disch Time:
FIN: NWT0000090926403

## Vascular Access

| Recorded Date | 1/18/2016 | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| Recorded Time | 16:00 CST | 12:48 CST | 11:39 CST |
| Recorded By | Nations RN, Meagan | Nations RN, Meagan | Dillard RN, Alissa A |
| Procedure | | | |
| Peripheral IV Activity: | - | Assess | Insert |
| Peripheral IV Insert Date | - | - | 1/18/2016 |
| Peripheral IV Number of Attempts: | - | - | 1 |
| Peripheral IV Site Condition: | - | No complications | No complications |
| Peripheral IV Drainage Description: | - | None | None |
| Peripheral IV Infiltration Score: | - | 0 | 0 |
| Peripheral IV Phlebitis Score: | - | 0 | 0 |
| Peripheral IV Care: | - | Flushed | Flushed, Saline lock |
| Peripheral IV Dressing: | - | Dry, Intact | Dry, Intact |
| Peripheral IV Patency: | - | No complications | - |

## Quality Measure Info

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 11:25 CST | 11:25 CST |
| | Recorded By | Harper PA, David Shane | Harper PA, David Shane |
| Procedure | | | |
| Reg VTE Reason Not Received vD | | Low risk, no prophylaxis needed | - |
| Reg UHS Rea Mech VTE Proph Not Received | | - | See Below [T152 f9] |
| Reg UHS Rea Pharm VTE Proph Not Received | | See Below [T154 f9] | - |

Textual Results
T152:   1/18/2016 11:25 CST (Reg UHS Rea Mech VTE Proph Not Received)
        Low Risk, No prophylaxis required
T154:   1/18/2016 11:25 CST (Reg UHS Rea Pharm VTE Proph Not Received)
        Low Risk, No prophylaxis required

Footnotes
f9:     Reg UHS Rea Mech VTE Proph Not Received, Reg UHS Rea Pharm VTE Proph Not Received
        Patient evaluated by provider as Low Risk for VTE

| | Recorded Date | 1/18/2016 | 1/18/2016 |
|---|---|---|---|
| | Recorded Time | 11:25 CST | 09:14 CST |
| | Recorded By | Harper PA, David Shane | Granados RN, Ricardo F. |
| Procedure | | | |
| Tobacco Use Screening | | - | See Below [T151] |
| Reg VTE Reason Not Received vD | | Low risk, no prophylaxis needed | - |
| Reg UHS Rea Mech VTE Proph Not Received | | See Below [T153 f9] | - |
| Reg UHS Rea Pharm VTE Proph Not Received | | See Below [T155 f9] | - |

Textual Results
T151:   1/18/2016 09:14 CST (Tobacco Use Screening)
        Unable to Obtain Due to Cognitive Impairment
T153:   1/18/2016 11:25 CST (Reg UHS Rea Mech VTE Proph Not Received)

Print Date/Time 1/19/2016 11:26 CST                     Medical Record

*8.295*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                     OIG_00557

NWT- Northwest Texas Hospital

Patient: RODGERS, ALTON
MRN:      NWT00751578
DOB/Sex: ▮▮▮▮▮ / Male
Attending: Galvan, Dan MD

Admit: 1/18/2016
Disch:                    Disch Time:
FIN:      NWT0000090926403

---

## Quality Measure Info

**Textual Results**

T153:   1/18/2016 11:25 CST (Reg UHS Rea Mech VTE Proph Not Received)
        Low Risk, No prophylaxis required
T155:   1/18/2016 11:25 CST (Reg UHS Rea Pharm VTE Proph Not Received)
        Low Risk, No prophylaxis required

**Footnotes**

f9:     Reg UHS Rea Mech VTE Proph Not Received, Reg UHS Rea Pharm VTE Proph Not Received
        Patient evaluated by provider as Low Risk for VTE

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by ___
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00558



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL

# OFFENDER
## WARNING TO BE GIVEN BEFORE
## WRITTEN STATEMENT

NAME OF PERSON RECEIVING THE WARNING: _Joe Greggs 1877484_
Printed Name

✓ (1)  You have the right to remain silent and not make any statement at all and that any statement you make may be used in evidence against you at your trial.

✓ (2)  Any statement you make probably will be used as evidence against you in court.

✓ (3)  You have the right to have a lawyer present to advise you prior to any questioning and during any questioning.

✓ (4)  If you are unable to employ a lawyer, you have the right to have a lawyer appointed to advise you prior to and during questioning, and

✓ (5)  You have the right to terminate the interview at any time.

✓ (6)  You are a SUSPECT in a CRIMINAL CASE. If you choose to reserve your rights as set out above, Disciplinary Rules and Procedures for offenders number XIV.D.32 and 33 do not apply and you will not be disciplined for refusing to waive the above stated rights.

I have read and/or have had the above rights read to me by **Investigator** _T. Burge, R. Kendall_

and I fully understand the above rights given to me at _10:54 AM_ on _1-18-2016_ .
Time       Date

_Joe Greggs_<br>Signature

*I knowingly, intelligently and voluntarily waive the above stated rights and give the following statement.*
*The following statement is true and correct. I have not been promised anything, nor have I been forced or coerced in any way to give this voluntary statement.*

My name is _JOE GREGGS_ and I reside at ██████████ Unit,

██████████ Texas. My telephone number is ██████████ . My birth date is _____

and my Social Security Number is _____ . My Offender Number is _1877484_

**Subscribed And Sworn To Before Me By:** _Joe Greggs_
Signature

Printed Name

On this the _18_ day of _JANUARY 2016_ _____
Notary Public In and For The State of Texas

*OR*

Witness: _____      _____
Signature                  Police Officer's Signature

_ROGER KENDALL INV. #454_      _Tim Burge Inv. 410_
Printed Name                Printed Name, Rank, and ID Number

Page _1_ of _1_

CC-0405 (07/2008) Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED      OIG_00559

**Texas Department of Criminal Justice**
**OFFICE OF THE INSPECTOR GENERAL**

## CONSENT TO SEARCH — EMPLOYEE RWK
## PERSON

I, _Joe Greggs 1877484_ on the _18_ day of _JAN_, _2016_

have been requested by, _Roger Kendall_, Investigator with the Texas

Department of Criminal Justice – Office of the Inspector General, to conduct a search of my person.  Said

Investigator has requested the following sample(s):

| | | |
|---|---|---|
| _____ | BLOOD | (Taken by medical personnel) |
| ✓ | SALIVA | ~~(Taken by medical personnel)~~ RWK  INVESTIGATOR KENDALL |
| _____ | HEAD HAIR | |
| | _____ | CUT |
| | _____ | COMBED |
| | _____ | PLUCKED |
| _____ | PUBIC HAIR | |
| | _____ | CUT |
| | _____ | COMBED |
| | _____ | PLUCKED |

The said Investigator has informed me of the following information:

_____     I do not have to give the above listed sample(s).

_____     He has not promised me anything, threatened me or coerced me in any way to give the
              above listed sample(s).

_____     I am giving the sample(s) voluntarily.

_____     I am a SUSPECT IN A CRIMINAL CASE.  If I choose to refuse to consent to the
              search and seizing of the above listed sample(s), General Rules of Conduct, Executive
              Directive # PD-22 (Rev. 2) numbers 30 and 32 does not apply and I will not be
              disciplined for refusing to give my consent to a search.  *This warning only applies in
              Criminal Cases and does not apply in any Administrative proceedings.*

I, _Joe Greggs_, do voluntarily give _Roger Kendall (and others
assisting)_,

Investigator with the Texas Department of Criminal Justice – Office of the Inspector General, my consent to
take the above listed sample(s).

SIGNED this the _18_ day of _JANUARY 2016_.

_____  #10        _Joe Greggs_ _____
Witness                                          RWK    Employee Giving Consent

_____                 _____
Witness                                          Investigator Requesting Consent to Search

CC-0190  (07/2005)

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00560



**Texas Department of Criminal Justice**
**OFFICE OF THE INSPECTOR GENERAL**

# REPORT OF INTERVIEW

| | | | |
|---|---|---|---|
| Case #: | 1600000656 | Date of Interview: | 1/18/2016 |
| Name of Person Interviewed: | Offender Joe Greggs | Identification #: | 1877484 |
| Investigator: | Timothy W. Burge | | |

On January 18, 2016, during an OIG interview, Investigator Kendall and I read Offender Greggs his Miranda Warning, he acknowledged he understood his rights, waived them and gave a verbal statement. Offender Greggs stated that he and Offender Rodgers play fought about three or four days earlier and he accidently hit Offender Rodgers in the mouth causing a small cut on Offender Greggs' right hand between his second and third knuckles. Offender Greggs stated that he did not know if Offender Rodgers' head hit the wall or not, causing Offender Rodgers' head injuries. Offender Greggs further stated that Offender Rodgers would not get out of bed to eat or drink for the past five days or more. He said the last time he talked Offender Rodgers was last night around 8:00 PM, on January 17, 2016. He said Offender Rodgers told him in prior to January 17, 2016, about his bed sore and showed it to him, but he said Offender Rodgers refused to put in a medical call to received treatment for the bed sore. Offender Greggs denied that Offender Rodgers ever approached him about sex and he told Offender Rodgers not to ever bring up them having sex. Offender Greggs stated that Offender Rodgers always took his medication. He said he would get upset that Offender Rodgers hardly ever took a shower and he would tell him to take one. Offender Greggs gave consent for us obtain a buccal saliva swab for DNA analysis.

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

93

OIG_00561

**Texas Department of Criminal Justice**
**OFFICE OF THE INSPECTOR GENERAL**

## VOLUNTARY STATEMENT

STATEMENT OF _Jessie R Carrizales_

GIVEN THIS DATE: _January 19, 2016_ AT _____ O'CLOCK ☑ AM ☐ PM

My name is: _Jessie Rockey Carrizales'_

Date of birth: ███████████ I can be contacted at telephone number: ███████████

and at address:

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

At about 05:45 am I relieved officer Moro at Northwest Texas Hospital. We escorted offender Alton Rodgas #1369.028 to Nuclear Medicine and at 10:05 the nurse could not find a pulse, code was called and Cpr was started I removed hand restraints where Offender could be shocked if needed at 10:20 am they said offender had no pulse at 1045. An offender was escorted back to his room B 210

Subscribed And Sworn To Before Me By: _Jessie Carrizales_
Signature

_Jessie Carrizales_
Printed Name

On this the _19_ day of _January 2016_

Notary Public In and For The State of Texas

**OR**

Witness: _____
Signature

_____
Printed Name

_[signature]_
Police Officer's Signature

Timothy W. Burge, Investigator, 207
Printed Name, Rank, and ID Number

Page _1_ of _____

CC-0355 (07/2005)

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00562

**Texas Department of Criminal Justice**
**OFFICE OF THE INSPECTOR GENERAL**

# VOLUNTARY STATEMENT

STATEMENT OF _Henry Box_

GIVEN THIS DATE: _19th Jan_ AT _11:20_ O'CLOCK ☒ AM ☐ PM

My name is: _Henry Box_

Date of birth: ▇▇▇ I can be contacted at telephone number: ( )

and at address: _Clements Unit_

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

I officier Henry Box C.O.4 Relieved officier Palacias at 0545AM on the 19th at HwTH Rm B210 I kept an accurate time sheet on offenders Alton Rogers #1369028 until we went to Nuclear Medicine at 0955 at 1005 at Nuclear Medicine the Nurse could not find a pulse and called the code. I then pushed the crash cart into room where medical personal could Reach it. They were giving CPR and chest compressions. at 1020 they said they had no pulse and we escorted offender back to room B210 according to Nurse the doctor would have to call time of Death.

Subscribed And Sworn To Before Me By:

Signature

Printed Name _Henry Box_

On this the _19_ day of _January 2016_

Notary Public In and For The State of Texas

OR

Witness: _____

Signature

_____

Printed Name

Police Officer's Signature

Timothy W. Burge, Investigator, 207

Printed Name, Rank, and ID Number

Page _1_ of _1_

CC-0355 (07/2005)

_11.1_

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00563

Mon 1-18-16    Sat. Snyder

| A521.9 | 1/18 | Calvillo | # | 8 2 1 1 5 6 | KN | 2/60 | Mateas / Moses |
| A521.3 | 1/18 | Rojero | # | 1 9 7 1 5 4 9 | BC | 2/60 | Barrow / Mosquedo |
| A521.2 | 1/18 | Prescott | # | 7 3 7 6 7 7 | BC | 2/60 | Carrizales / P. Green |

BC A Alton Rodgers # 1369028 departed by ambulance @ 0840 escorted by OFC's Carrasco, Hall, Curtis. A was out BC OFC Costianes & OMT Battles were notified @ 0844 A. Rodgers was admitted to B-210 at 1140 BC Sgt. Noe and OMT Battles were notified @ 1145

Monday 01-18-2016    Sgt. J. Slugs

| A521.4 | 1/18 | Calvillo | # | 8 2 1 1 5 6 | KN | 2/60 | Christian / Phot Turosy sy |
| A521.3 | 1/18 | Rojero | # | 1 9 7 1 5 4 1 9 | BC | 2/60 | Eskew / Bonar |
| A521.2 | 1/18 | Prescott | # | 7 3 7 6 1 7 | BC | 2/60 | Collier / Smith |
| B-310 | 1/18 | Rodgers | # | 1 3 6 9 0 2 8 | BC | 3/60 | Clark / Mora / Policies |

### B210    Rodgers Alton # 1369028

| 545 | 1/19 | Shift Change Box, Carrizales, Hacker | Box |
| 0600 | 1/19 | Secure | Box |
| 0609 | 1/19 | Nurse checking IV | Box |
| 0622 | 1/19 | Nurse checking IV | Box |
| 0630 | 1/19 | Secure | Box |
| 0700 | 1/19 | Nurse in Room Replacing stickers | Box |
| 0700 | 1/19 | Checking Fluids Nurse change shift | Box |
| 0705 | 1/19 | DR Shane Harper Evaluated Patient | Box |
| 0215 | 1/19 | Nurse Scanning Patient and Putting New IV | Box |
| 0730 | 1/19 | All Secure | Sgt Snyder |
| 0250 | 1/19 | Nurse in Room IV Beeping | Box |
| 0800 | 1/19 | New IV Solution Bag Flush Lines | Box |
| 0817 | 1/19 | Respitory in Room Checking $CO_2$ Level | Box |
| 0830 | 1/19 | Nurse Hanging Replacement Meds IV | Box |
| 0832 | 1/19 | Respitory Testing $CO_2$ Level | Box |
| 0845 | 1/19 | $CO_2$ level Test is Done | Box |
| 0900 | 1/9 | Secure | Box |
| 930 | 1/9 | Secure | Box |
| 0945 | 1/9 | Nurse Preparing Patient to take for Nuc Medicine | Box |

11.2

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED    OIG_00564

| 0855 | 4/19 | Respitory at Room Now going to Nuclear Med | | | Box |
| 1005 | 4/19 | Coded at Nuclear No Pulse CPR Started | | | Box |
| 1045 | 4/19 | Back at Room B210 | | | Box |
| 1130 | 4/19 | OT 24 officer Burge Arrived | | | Box |
| 1214 | 4/19 | Dr Galvan Pronounced O/F Dead | | | Sgt Snyder |

☆ SO-13 (10/92)

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by son
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

13

OIG_00565



L-J - No shirts (BLA)

0840 Arrived By Ambulance, 0844 hot Food AC CO Cassiano & OMT Co Battles
855 put on ventilator — Canish
858 x-ray chest — Canish
905 OEG cot Here making DC pictures. — Canish
952 chang IV Bag — Canish
10 01 cat scan — Canish
10 30 Back in room — Canish
11 00 Secure — Canish
11 40 moved to B 210 — Canigher
12 00 Secure — Canicle
1210 Nurse in room medication — S. Klein
1230 Dr. and nurses in room checking on patient withdrawing S. Klein
1245 1/8 Nurse (when √ing Monitor — Sgt Snyder
1300 All secure. — S. Klein
1301 Nurses in room preparing to do flow test — S. Klein
1302 leaving for Nix clewis med — S. Klein
1406 return to b 210 — S. Klein
1415 switches to soft restraints — S. Klein

>SO-13 (10/92)

114

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED   OIG_00566

| Time | Activity | Detail | Initials |
|------|----------|--------|----------|
| 1420 | Nurse in room | checking pupil reaction | S. Klein |
| 1425 | Nurse in serum | Assessing of | |
| 1430 | All secure | | S. Klein |
| 1453 | Nurse in room | drawing blood | S. Klein |
| 1800 | All secure | | S. Klein |
| 1503 | Nurse in room | draw blood | S. Klein |
| 1522 | Dr in room | pick line IV | S. Klein |
| 1530 | All secure | | S. Klein |
| 1558 | Nurse in room | X rays | S. Klein |
| 1600 | All secure | | S. Klein |
| 1609 | Nurse in room | check vitals | S. Klein |
| 1635 | All secure | | S. Klein |
| 1640 | Nurse in room | medication | S. Klein |
| 1800 | All secure | | S. Klein |
| 1730 | Shift change | | O. Palacios |
| 1740 | All secure | | O. Palacios |
| 1800 | Nurse in room | check vitals | O. Palacios |
| 1810 | Doctor in room | e-line IV | O. Palacios |
| 1830 | All secure | | O. Palacios |
| 1840 | Nurse in room | check vitals | O. Palacios |
| 1900 | All secure | | O. Palacios |
| 1930 | Nurse in room | check vitals | O. Palacios |
| 2000 | 1/hr Nurse in Room | | |
| 2020 | Secure | RT in Room. | |
| 2048 | Nurse in room | NS IV | O. Palacios |
| 2100 | All secured | | O. Palacios |
| 2130 | Nurse in room | checking vitals | O. Palacios |
| 2200 | All secured | | O. Palacios |
| 2225 | Nurse in room | check vitals | |
| 2300 | All secure | | |
| 2315 | Nurse in room | check vitals | O. Palacios |
| 2320 | | | |

Certified copy of OIG criminal case 1600006662 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08-16-2047 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

| Time | Activity | Notes | Officer |
|---|---|---|---|
| 2335 | All secure | | O. Palacios |
| 2340 | Nurse in room | Check vidals | O. Palacios |
| 0003 | All secure | | O. Palacios |
| 0011 | Nurse in room | | O. Palacios |
| 0047 | All Secure | | St St |
| 0057 | Nurse & doctor in room | check vidals | O. Palacios |
| 0110 | All secure | | O. Palacios |
| 0130 | Doctor in room | took pictures | O. Palacios |
| 0148 | Nurse in room | change sheets | O. Palacios |
| 0202 | All secured | | O. Palacios |
| 0215 1/19 | All Secure | | St St |
| 0240 | Nurse in room | exchange IV | O. Palacios |
| 0300 | All secure | | O. Palacios |
| 0312 | Nurse in room | check vidals | |
| 0334 | All secure | | |
| 0342 | All Secure | | St St |
| 0400 | Nurse in room | check vidals | O. Palacios |
| 0474 | All secure. | | O. Palacios |
| 0500 | Nurse in room | check vidals | O. Palacios |
| 0511 | Nurse in room | blood drawn | O. Palacios |
| 0530 | All secure | | O. Palacios |
| 0545 1/19 | shift change | Secure Box, Hocker, lacrittes | Box #B |

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

Texas Department of Criminal Justice
**OFFICE OF THE INSPECTOR GENERAL**

## VOLUNTARY STATEMENT

STATEMENT OF Rusti Hacker

GIVEN THIS DATE: January 19, 2016 AT 11:20 O'CLOCK ☒ AM ☐ PM

My name is: Rusti, Hacker

Date of birth: ██████████ I can be contacted at telephone number: ( )

and at address: Clements Unit

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

I Officer Rusti Hacker CO3 relieved Officer Clark at 0545 Am On the 19th of January at NWTH Rm B210. At 0955 Am I escorted Offender Alton Rogers TDCJ# 1369028 to Nuclear medicine. At 1005 Am the nurse could not find a pulse, called code and cpr was started. Officer J Carrizales removed hand restraints where Offender could be shocked if needed. At 1020 Am they said Offender had no pulse. 1045 Am Offender was escorted back to room B210.

Subscribed And Sworn To Before Me By: Rusti Hacker

Rusti Hacker
_____
Printed Name

On this the 19 day of January 2016

Notary Public In and For The State of Texas

OR

Witness: _____
Signature

_____
Printed Name

Timothy W. Burge, Investigator, 207
Printed Name, Rank, and ID Number

Police Officer's Signature

Page 1 of 1

CC-0355 (07/2005)

12

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00569

Texas Department of Criminal Justice
**Institutional Division**
**Inter-Office Communications**

To _____    Date _____

From _____    Subject _____

ON 1/18/16 ON C-POD AROUND 2:30 A.M. I HEARD

BUMPING NEXT DOOR LIKE SOMEONE WAS FIGHTING. THEN

I HEARD A BIG BANG LIKE SOMEONE HIT THAR

HEAD. THEN ANOTHER FOUR TIMES AFTER THAT, SO I REALLY

DON'T KNOW WHAT WAS HAPPENING BUT I BELIEVE THEY

WERE FIGHTING.

Refused to sign
Hudson, Dominique #1504965
HSC212T

Witnessed by:
Cf. Anastasio Madrid
1-19-16

13

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED



**Texas Department of Criminal Justice**
**OFFICE OF THE INSPECTOR GENERAL**

## VOLUNTARY STATEMENT

STATEMENT OF *Johnny B. Kemp #397641*

GIVEN THIS DATE: *JAN 20, 2016* AT *3:02* O'CLOCK ☐ AM ☑ PM

My name is: *Johnny B. Kemp #397641*

Date of birth: ▓▓▓▓▓▓▓▓ I can be contacted at telephone number: (   )

and at address: *Clements Unit*

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.* 1/18/16 I WAS

ASSIGN AS A SSI in High Security ECB.
I was in C-pod talking to inmate Hudson in
C-pod 212. I was told that - that was not the first
time inmate Greggs has jumped on inmate Rogers. Inmate
Hudson told me the nite before inmate Rogers was found
unconscious in his cell. He inmate Hudson heard threw
the wall something being banged up against the wall.
He inmate Hudson felt like Greggs was banging his
cellie head against the wall. The reason inmate Hudson
did not say anything to the officers was because he
did not want to be looked at as a Snitch.

Subscribed And Sworn To Before Me By: *Johnny B. Kemp #397641*
Signature

*Johnny B. Kemp #397641*
Printed Name

On this the *20* day of *January 2016*

Notary Public In and For The State of Texas

OR

Witness: _____
Signature

_____
Printed Name

Police Officer's Signature

Timothy W. Burge, Investigator, 410
Printed Name, Rank, and ID Number

Page _____ of _____

CC-0355 (07/2005)

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

14

OIG_00571

## Texas Department of Criminal Justice
## Programs and Services Division

# Inter-Office Communication

**TO:**          **Senior Warden Martin**
                 **Assistant Warden Beach**
                 **Assistant Warden Nash**

**FROM:**        Jerry Billington
                 Chaplain I
                 Clements Unit, TDCJ-ID

**DATE:**        20-Jan-16

**SUBJECT:**     Inmate Death: **Rodgers, Alton 1369028**

Please find attached the paperwork for the above referenced inmate's death, i.e.

IOC (4)
Inmates Death Worksheet (4)
Copy of Eform (4)
Next of Kin letter- (4)
Log of Action (4)


PC:
Duty Warden Nash:  - IOC -Inmate Death Worksheet- Eform- Next of Kin Letter-Log of Action

Regional of Chaplains: IOC -Inmate Death Worksheet- Eform- Next of Kin Letter-Log of Action

OIG: IOC -Inmate Death Worksheet- Eform- Next of Kin Letter- Log of Action

Unit Property Officer: Inmate Death Worksheet

Use of Force: – IOC-Inmate Death Worksheet-Eform-Next of Kin Letter-Log of Action

File: IOC -Inmate Death Worksheet- Eform- Next of Kin letter

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

## OFFENDER DEATH NOTIFICATION WORKSHEET

To: _Warden Nash_   Date: _01-18-16_

From: _Chaplain Billington_   Subject: Offender Death Notification

1. *Offender Information:*

   Name: _Rodgers, Alton_   TDCJ#: _1369028_ Unit: _Clements_
   Cause of Death: _Homicide_
   Date of Death: _01-19-16_   Time of Death: _1214_
   Place of Death (unit/hospital): _Northwest Texas Hospital_
   Certifying Physician/RN/JP: _Dr. Galvan_

2. *Next of Kin Contact (In order of priority, "Next of Kin" shall mean: Spouse; Adult children or guardians of minor children; Parents; Siblings):*

   Date: _01-20-16_   Time: _1035_
   Name: ▮▮▮▮▮▮▮   Relationship: ▮▮▮▮
   Address: ▮▮▮▮▮▮▮▮▮
   City/State/Zip: ▮▮▮▮▮▮▮▮   Tel.: ▮▮▮▮▮▮

3. *Objection to Autopsy by Next of Kin (DO NOT Ask For Permission to Conduct an Autopsy):*

   Yes _____   No _✓_   Unable to contact _____   N/A _____

4. *Other Family / Friend Contact:*

   Date: _____   Time: _____
   Name: _____   Relationship: _____
   Address: _____
   City/State/Zip: _____   Tel.: ( )

5. *Sheriff's Office / Police Department Contact:*

   Date: _01-19-16_   Time: _1050_
   SO/PD: ▮▮▮▮▮▮   Contact Person: _Officer Farmer_

6. *Burial Arrangements:*

   _✓_ **The family will claim the body.** The family was instructed to call the Carnes Funeral Home at (409)986-9900.

   _____ **The family will not claim the body.** The family was instructed to send a message by overnight mail or fax (936/295-8073) to the Huntsville Unit Warden with the following statement: "I am unable to claim the body of offender _____, TDCJ# _____. I am requesting that he/she be buried in the TDCJ prison cemetery." Name, address, telephone number, and relationship to the offender should be included in the letter or fax.

   _____ **I was unable to contact a family member or friend, burial is recommended in the TDCJ cemetery** (Fax this worksheet to the Huntsville Unit Warden).

7. *Reports – Send a copy of the Death Notification E-Mail, IOC detailing the notification process, letter of condolence to the family, and this worksheet to:*

   _____ Unit Warden;
   _____ Director of Chaplaincy Operations; and
   _____ Chaplain's unit file

Chaplain's Signature: _Jerry Billington_   Date: _01-20-16_

_15.2_

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

*Chaplaincy Manual Policy 11.04 – Att. B*
*Revised 06/06*

OIG_00573

Case 2:16-cv-00216-Z-BR   Document 444-2   Filed 06/21/19   Page 368 of 391   PageID 7630

```
-------------------------- SYSM ELECTRONIC FORMS ENTRY ------------------- 4.4.E
User ID: BJ00148                                   02:55pm - Wed, Jan 20, 2016
Enter Command ===>

*.  *************************DEATH NOTIFICATION*****************************

INMATE: Rodgers, Alton L            TDCJ# 1369028
DATE OF DEATH: 01/19/2016
CUSTODY: G5        STATUS:         RACE: B        DOB:              AGE:
CAUSE OF DEATH: Homicide           TIME: 1214     DOCTOR: Galvan
PLACE OF DEATH: Northwest Texas Hospital
DUTY WARDEN: Nash                   TIME: NA
JUSTICE OF THE PEACE: NA            TIME: NA
TDCJ-ID-IAD: NA                     TIME: NA
CARNES FUNERAL HOME: NA             TIME: NA
CHAPLAIN: Bollacker/Billington      TIME: 1300
EAC: I-00858-01-16                  TIME: NA
APPROVAL OF AUTOPSY BY N.O.K.  ( X )YES   (   )NO   (   )  UNABLE TO CONTACT
N.O.K.                             TIME 1225    HRS    PHONE
ADDRESS:                           FAMILY WILL( X ) WILL NOT(  ) CLAIM BODY
ADDRESS:
LOCATION OF BODY: Tarrant County
LOCATION OF INMATE PROPERTY: ECB Property
COMMANDS: Up Down Top Bottom Send TRansfer DELete FInal Copy Print SET{SCR}
```

15.3

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                OIG_00574



## Texas Department of Criminal Justice

**Brad Livingston**
Executive Director

Date: January 20, 2016

Subj: Alton Rodgers 1369028

Dear █████

It is with the deepest sense of sadness and grief that I write this letter. I know that the sense of loss is far greater among you and the members of Alton's family. Our preliminary investigation into your Alton's death indicates that he was a homicide victim. The incident happened on January 18th. Alton was taken to the hospital and unfortunately passed away on January 19th at 1214 PM.

The funeral home which will receive the body of your loved one is Carnes Funeral Home near Houston. Their phone number (409) 986-9900 and as I stated to during our conversation you may contact the funeral home to arrange claiming his body. As is customary when an offender dies in the custody of this Agency, local and state officials will do an investigation in regard to his death.

At a time like this, it may be difficult to process the feelings we have. It is always a comfort to me when I grieve the loss of a loved one to acknowledge my faith in God, even in the midst of the sorrows through which we sometimes pass. One Scripture I use which helps me in my grief is from the Gospel of John, chapter 14: "Do not let your hearts be troubled. You believe in God; believe also in me. In my Father's house are many rooms; if it were not so, I would have told you. I am going there to prepare a place for you. And if I go and prepare a place for you, I will come back and take you to be with me, that where I am you may be also."

Alton experienced some difficulties in his journey in this life. It is our hope and prayer that he will find peace in the next.

On behalf of the entire Texas Department of Criminal Justice staff, I want to extend our deepest sympathies in the passing of Alton. May the Lord comfort you and all of his family and help you all in their great loss.

Sincerely,

*Jerry Billington*

Reverend Jerry Billington
Chaplain I
William Clements Jr. Unit

---

*Our mission is to provide public safety, promote positive change in offender*
*behavior, reintegrate offenders into society, and assist victims of crime.*

P.O. Box 99
Huntsville, Texas 77342-0099
www.tdcj.state.tx.us

*15.4*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00575

<u>Log of Action</u>

<u>Rodgers, Alton L. 1369028</u>

<u>Tuesday January 19, 2016</u> – <u>Chaplain Billington</u>

- <u>0900</u> Warden Nash called to see if offender's mother (MO) ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ had returned call to Chaplain Bollacker from the message he left on Monday January 18th. Warden Nash also gave me (FA) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

- <u>0905</u> Called Chaplain Bollacker to ask him if he'd heard from MO. I left message for Chaplain Bollacker to call.

- <u>0915</u> Called Warden Nash and he informed me that he had talked to Warden Nash and MO had not returned call.

- <u>0915</u> Called MO and there was no answer. Called FA got message that the number was not able to take calls at this time.

- <u>1000</u> Called MO no answer left message to call unit. Called FA number again got a message that the number had been disconnect or was no longer in service. Called Warden Nash and he instructed me to contact Dallas County Deputy Sheriff for notification.

- <u>1015</u> Looked in Whitepages at the addresses listed on the Family Sheet PF10 for MO and FA. Mother was not at the address listed on her PF10 screen. FA address ▓▓▓▓▓▓▓▓▓▓▓▓ was a match in the Whitepages.

- <u>1050</u> Called Dallas County Sheriff at 214-749-8641 to make notification. Address was in the Dallas city limits therefore the Dallas Police Department would need to make the notification. She gave the DPD phone number ▓▓▓ ▓▓▓▓ Called DPD with the information for FA ▓▓▓▓▓▓ to call unit and ask for the Chaplain's department.

/5.5

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00576

- <u>1145</u> Officer Farmer from DPD, badge number 8386, called. She informed me she went to address and FA did not live there. The current tenant had lived there for 2 years and does not know anyone by that name.

- <u>1150</u> Called Warden Nash to inform him of the events of 1050 and 1145. Warden Nash said that's all we could do for now. He would keep us informed if there were further developments.

<u>Wednesday January 20, 2016</u>

- <u>0820</u> Per conversation with Warden Beach asked me to called MO. Called ███████████. No answer LM.
  Warden Beach look up his cousin ██████████ who was listed on his family page, and he is an offender at the ████████ He found the phone number of offender ████████████████████████
  (offender Rodgers Aunt-(AU)).

- <u>0905</u> called AU ████████████████████ there was no answer and I left a message. Then called an alternate number of ██████████████and reached █████ (UN) ████████████████. Asked ████████████ if he had a contact number for offender Rodgers mother. He said yes but he would have to call us back with the number.

- <u>0925</u> Offenders brother (BRO)████████████ called. I informed him of the death. He asked what had happened and I informed him that his death was the result of a homicide. BRO asked questions as to what happened. I told him this was an ongoing investigation and details could not be released. He became argumentative and asked to speak to a Warden. I handed phone Warden Beach talked to BRO Warden talked briefly and then the called was disconnected. During call BRO gave me offenders MO phone number ████████ ████████████

- <u>0930</u> BRO called back and talked to Warden Beach. He was argumentative with him also and Warden Beach then ended the call. Due to the fact that the BRO was argumentative BRO did not convey that the family would

15.6

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED
OIG_00577

Log of Action

Rogers, Alton #1369028

At approximately 1300 Hrs. This date I contacted the Bill Clements Unit by Telephone I spoke with central dispatch who informed me that Capt. Keesee wanted to speak to me. Capt. Keesee informed me that we have an inmate, Rogers at the Northwest Texas Hospital, that I needed to contact Security and they would escort me to the inmate. Upon arrival I spoke with Linda Morales at the reception desk who contacted security. The Sgt. on duty escorted me to a nuclear medison room where they were working with a subject wrapped in a sheet. He announced himself and asked if it was ok for the Chaplain to come in. There were three correctional officers there two at the door and one seated further in the room next to the bed. Officer Hall who was seated, I asked him if he had the inmates travel card. He stated his information is in that white bag on the counter. I found papers identifying the inmate as Alton Rodgers T.D.C.J. #1369028

After approximately one hour Hospital personnel determined Mr. Rodgers should be moved to a regular room.

14:39 hrs. Called Warden Nash on the Unit, He gave me two names of family members to contact ███████████████████ I called that number it is no longer in service.

███████████████ (mom) ████████████

I called that number got the voice mail I left a message that her son Alton had been taken to the hospital would she please call me on my cell, I would give her more information.

14:45hrs.  Called Warden Nash informed him I was unable to make contact with family members, left a message for Mother to call me back.

15:30 Hrs. Hospital personnel informed me Mr. Rodgers was now stable and his health was somewhat improved.

15:45 Hrs. Sgt. of Hospital security called the Unit spoke with Warden Nash about Mr. Rodgers' condition, I then spoke with Warden Nash he stated there was no reason for me to stay at the hospital that I could leave.

16:30 hrs. I left the hospital, no further action was taken by me.

Chaplain Bollacker

*Bollacker*

*15.8*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00578



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL

# REPORT OF INTERVIEW

| | | | |
|---|---|---|---|
| Case #: | 1600000656 | Date of Interview: | 1/21/2016 |
| Name of Person Interviewed: | Offender Joe Greggs | Identification #: | 1877484 |
| Investigator: | Timothy W. Burge | | |

On January 21, 2016, during an OIG interview, Investigator Kendall and I re-read Offender Greggs his Miranda Warning, he acknowledged he understood his rights, waived them, and gave a verbal statement. He stated that he did know why he was being told he starved and had "Killed" his cell mate (Offender Rodgers). He said he did not think he "Killed" his cell mate and denied that he starved him. When we told Offender Greggs of Offender Rodgers' injuries that consisted of his skull being fractured, Offender Greggs stated that, the night before when Offender Rodgers was found unresponsive on January 18, 2016, he and Offender Rodgers had fought and Offender Rodgers had hit his head hard on the floor and he had to help Offender Rodgers up to his bed on the top bunk. He said that on January 14, 2016, they fought and picked Offender Rodgers up and slammed him and Offender Rodgers had hit his head on the floor hard  He said that was when he caused his hand injury hitting Offender Rodgers in the mouth. He said he stopped fighting because Offender Rodgers was hurt and could not get up. He said he had to help Offender Rodgers up and Offender Rodgers got onto his bunk. He said Offender Rodgers did not ask him to get him medical help. He said while they were fighting both times on January 14, and 17, 2016, he picked Offender Rodgers' body up in the air and slammed him making his head hit the concrete floor. Offender Greggs alleged that what made him fight Offender Rodgers on January 14, and 17, 2016, was that Offender Rodgers tried to come on to him sexually and he lost his temper, got mad, and pushed him against the wall. He said that was when he picked his body up and slammed him on the floor with his head hitting first. He said that after their fight on January 14, 2016, he helped Offender Rodgers on to his bunk, Offender Rodgers never came down from his bunk again. When questioned about their fight on January 17, 2016, Offender Greggs stated, "I'm guilty." Offender Greggs was re-questioned about the night of January, 17, 2016, Offender Greggs stated Offender Rodgers came down off his bunk and took a swing at him and they fought again. He said he picked Offender Rodgers up and threw him down two times and when he tried to help him up to his bunk he slipped and the back of Offender Rodgers' head hit the wall. He said that he did get Offender Rodgers onto his bed, and Offender Rodgers tried to help him, but it was more on him (Offender Greggs), to get him up there. Offender Greggs said Offender Rodgers did not move after that. Offender Greggs said the reason he did not call for help for Offender Rodgers was because he knew he was going to get into trouble for what he did to him.

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00579

Texas Department of Criminal Justice
OFFICE OF THE INSPECTOR GENERAL

## VOLUNTARY STATEMENT

STATEMENT OF ACIE Holmes 1798756

GIVEN THIS DATE: 1-21-16 AT 2:30 O'CLOCK ☐ AM ☐ PM

My name is: ACIE Holmes

Date of birth: ███████  I can be contacted at telephone number: ( )

and at address: clements

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

1-17-16 Time 11:40 I heard punchs comeing from
210 next door to me, IT sounding like punchs to the body
I even heard from a cross the run somebody say his
celly Just took his tray again ATH

A TH

Subscribed And Sworn To Before Me By: acie Holmes

Signature

ACIE Holmes 1798756
Printed Name

On this the 21st day of JANUARY 2016

Notary Public In and For The State of Texas

OR

Witness: _____

Signature

Police Officer's Signature

_____  Rick FERNANDES Inv. 433
Printed Name   Printed Name, Rank, and ID Number

Page 1 of 1

CC-0255 (02/2005)

17

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00580

Texas Department of Criminal Justice
OFFICE OF THE INSPECTOR GENERAL

## VOLUNTARY STATEMENT

STATEMENT OF **HUDSON DOMINIQUE #1504965**

GIVEN THIS DATE: **1/21/16**    AT **3:07**    O'CLOCK    ☐ AM  ☑ PM

My name is: **DOMINIQUE HUDSON #**

Date of birth: ███████    I can be contacted at telephone number: ( )

and at address: **CLEMENTS UNIT**

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

ON 1/18/16 AROUND 2:30 A.M I HEARD BUMPING
CONSIDE FROM C-POD 210 CELL, I HEARD A COUPLE
LOUD BUMPS. IT SOUND LIKE AS IF SOMEONE
WAS WRESTLING OR FIGHTING. DJH

DJH

Subscribed And Sworn To Before Me By: *Dominique [Signature]*

Signature

DOMINIQUE HUDSON #1504965
Printed Name

On this the **21st** day of **JANUARY 2016**

Notary Public In and For The State of Texas

OR

Witness: _____
Signature

Police Officer's Signature

*Rick Fernandes Inv. 433*
Printed Name, Rank, and ID Number

Printed Name

Page **1** of **1**

18

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00581

Texas Department of Criminal Justice
OFFICE OF THE INSPECTOR GENERAL

## VOLUNTARY STATEMENT

STATEMENT OF  Maes, Martha

GIVEN THIS DATE: 1/22/2016   AT  9:10   O'CLOCK  ☑ AM ☐ PM

My name is: Martha Maes

Date of birth: ▨▨▨▨   I can be contacted at telephone number: ▨▨▨▨

and at address: Clements Unit

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

On 1/19/2016, as the Safe Prison PREA manager, I Sgt. M. Maes looked at Offenders Rodgers, Alton #1369028 and Offender Greggs, Joe #1877484 commissary spends, which resulted in identifing that Offender Rodgers had made a recent spend through commissary on 1/05/2016, therefore I called Ms. Teresa Carroll (Commissary Supervisor) if she could meet me at the High Security Commissary to retrieve the original receipts and lists of the transactions. We met up at 12 building gate where I also met up with Warden Beach and reported to him what I was doing. I proceeded to High Security Commissary and was able to locate original documents for spends 1/05/16, 11/18/15 and 10/13/15 belonging to Offender Rodgers, Alton.

Subscribed And Sworn To Before Me By:

_Martha Maes_
Signature

_Martha Maes_
Printed Name

On this the  22nd day of  JANUARY 2016

Notary Public In and For The State of Texas

OR

_Rick Fernandez_
Police Officer's Signature

Rick FERNANDES Inv. 433
Printed Name, Rank, and ID Number

Witness: _____
Signature

_____
Printed Name

Page  1  of  2

CC-0355 (02/2005)

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

191

OIG_00582

Office of the Inspector General

(Continuation)

Voluntary Statement of: *Martha Maes*

I also gathered the original commissory documents for Offender Greggs, Joe 1877484 dated 11/18/15 and 10/08/15 in which were compared to the last store that was made for Offender Rodgers, ~~and~~ on 11/05/2016. It is my opinion that Offender Greggs wrote the list for Offender Rodgers. There is an actual thumb print on the original receipt but at this time it is unknown who the print belongs to. I immediately reported my findings to Warden Beach and Major Boggs. Then all the original documents were directly taken to OIG Mr. Richard Fernandes and turned in for evidence. I Received a copy of this statement. M.M.

M.M.

**Subscribed And Sworn To Before Me By:** _Martha Maes_
                                                        Signature

                                                        _Martha Maes_
                                                        Printed Name

On this the 22ᴺᴰ day of JANUARY 2016

                                                        Notary Public In and For The State of Texas

                                            OR

**Witness:** _____                    _Rick Fernandez_
                Signature                    Police Officer's Signature

        _____                          Rick FERNANDES Inv. 433
        Printed Name                         Printed Name, Rank, and ID Number

Page 2 of 2

19.2

CC-0395 (02/2005) Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00583



# Texas Department of Criminal Justice

**Clements Unit**
9601 Spur 591
Amarillo, Texas 79107
(806) 381-7080

Warden Martin,

On 1/19/2016, I Sgt. M. Maes and as the Safe Prison PREA manager, I took it upon myself to look at Offender Rodgers, Alton Lamont #1369028 and Offender Greggs, Joe #1877484 commissary spends. I reviewed the spends and saw that offender Rodgers, Alton #1369028 had made a recent spend through commissary on 1/05/2015, therefore I called Ms. Teresa Carroll (Commissary Supervisor) if she could meet me at the High Security Commissary so I could gather the original commissary receipt and lists of the transactions. We met at 12 building gate where I also met up with Warden Beach and reported to him of what I was doing. I proceeded to High Security Commissary to retrieve the items. I was able to locate the commissary spends for 1/05/16, 11/18/15 and 10/13/15 belonging to offender Rodgers, Alton #1369028 and also gathered the commissary spends for Offender Greggs, Joe #1877484 dated 11/18/15 and I looked at some of the other ones. I compared the known writing of Offender Greggs to the last store that was made for offender Rodgers, and it is my opinion that Offender Greggs wrote the list for Offender Rodgers. There is an actual thump print on the original receipt but it is unknown who's print is on it. I immediately reported my findings to Warden Beach and Major Boggs then all the original documents were directly taken to OIG Mr. Richard Fernandez and turned in for evidence.
This was at the end of the day at 1700 hour so I went home.

Sgt. Martha Maes / USPPM

*Sgt. M. Maes*

ADMINISTRATIVE
APPROVAL BY:

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

Certified copy of OIG criminal case 1600000656 to Rotramel Dorla-0000 Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

193

OIG_00584

```
CSINIB01            TEXAS DEPARTMENT OF CRIMINAL JUSTICE          01/19/16
                       TRUST FUND BANKING HISTORY                 14:01:27
                       AS OF 01/15/16 23.03.31

TDCJ-NO 01877484 NAME- GREGGS,JOE                      CURRENT-BAL-      .48

   DATE     AMOUNT UT TP RPT-PG  CD DESCRIPTION              SENDEE
 07/09/15      .00    CM BCB9/IR B4                          0709151309450810483
 08/11/15      .00    CM BCB9/IR B4                          0811151316450810483
 08/21/15      .00    CM BCB1/IR B4                          0821151036455474778
 09/14/15    50.00    WU 0257/14 B1 1628701092      000124   ████████
 09/24/15    24.63    CM BCB1/IR B4                          0924151147450810483
 10/08/15    22.80    CM BCB1/IR B4                          1008151042450810483
 10/08/15      .00    CO BCB1/IN I                 I         1008151042450810483
 11/18/15     2.35    CM BCB1/IR B4                          1118151149525797760


            END OF HISTORY DATA        PRESS ENTER FOR MORE RECORDS
 PF4 PREVIOUS RECORDS PF2 FIRST RECORD OF HISTORY PF9 FIRST REC OF CURRENT MONTH
 ENTER TDCJ NUMBER:        OR SID NUMBER:
```

194

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00585

```
CSINIB01              TEXAS DEPARTMENT OF CRIMINAL JUSTICE            01/19/16
                         TRUST FUND BANKING HISTORY                  14:00:43
                         AS OF 01/15/16 23.03.31

TDCJ-NO 01369028 NAME- RODGERS,ALTON LAMONT              CURRENT-BAL-    144.81

    DATE     AMOUNT UT TP RPT-PG  CD DESCRIPTION              SENDEE
 11/12/15     50.00   WU 0316/20 B1 9933835325        000471 ▮▮▮▮▮▮▮▮
 11/18/15     47.08   CM BCB1/IR B4              1118151158525797760
 12/18/15-l    .00    CM BCB1/IR B4              1218150946525797760
 01/05/16 .'  39.38   CM BCB1/IR B4              0105161133525797760
 01/07/16    100.00   WU 0007/13 B1 8947158223   000214 ▮▮▮▮▮▮▮▮



                   END OF HISTORY DATA         PRESS ENTER FOR MORE RECORDS
 PF4 PREVIOUS RECORDS PF2 FIRST RECORD OF HISTORY PF9 FIRST REC OF CURRENT MONTH
 ENTER TDCJ NUMBER:              OR SID NUMBER:
```

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

195

```
CSINIB01              TEXAS DEPARTMENT OF CRIMINAL JUSTICE          01/19/16
                         TRUST FUND BANKING HISTORY                 14:00:36
                         AS OF 01/15/16 23.03.31


TDCJ-NO 01369028 NAME- RODGERS,ALTON LAMONT            CURRENT-BAL-    144.81


   DATE     AMOUNT UT TP RPT-PG  CD DESCRIPTION            SENDEE
 07/16/15    37.15   OP 9108/33  B4 ERH BOOKSELLER COMPANY         00174
 07/20/15    10.00   WU 0201/10  B1 A0018421010087       000177
 07/20/15    30.00   WU 0201/11  B1 6229022678           000473
 07/21/15    75.00   WU 0202/25  B1 1196632441           000031
 07/21/15    23.93   CM BCB1/IR  B4                        0721151409450810483
 07/27/15    36.10   OP 9227/30  B4 ERH BOOKSELLER COMPANY         00073
 08/17/15    67.45   CM BCB1/IR  B4                        0817151058455474778
 08/31/15    30.28   CM JM19/IR  B4                        0831151035451069155
 09/15/15    12.78   CM BCB9/IR  B4                        0915151030450810483
 09/15/15      .00   CO BCB9/IN  I                  I      0915151030450810483
 10/12/15   100.00   WU 0285/11  B1 5082628881           000374
 10/13/15    25.05   WU 0286/01  B1    TP13593175        000003
 10/13/15    24.53   CM BCB9/IR  B4                        1013151030450810483
 11/06/15    19.25   OP 5818/30  B4 EDWARD R HAMILTON BOOK C       00175
                                    PRESS ENTER FOR MORE RECORDS
PF4 PREVIOUS RECORDS PF2 FIRST RECORD OF HISTORY PF9 FIRST REC OF CURRENT MONTH
ENTER TDCJ NUMBER:          OR SID NUMBER:
```

*196*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00587

```
Location...: 0376 - 01              Commissary & Trust Fund                              Date: 1/05/16
Salesperson: RJ00107                  CLEMENTS HI SECURITY                               Time: 11:33:18
                                   Commissary Purchase Receipt                           Page:    1

Purchaser: RODGERS,ALTON LAMONT                                             Housing: HS-C2        CELL10
ID Number: 01369028                 Beginning Account Balance:   $84.19     Begin Spend Limit:    $25.00
Item Number   Item Description         Unit Price    Quantity    Ext.Amt    Class             Spend Limit

00191         RAMEN-CHILI NOODLES 3 OZ        .27         34       9.18     REGU                 $15.82
09305         CORN CHIPS 16 OZ              1.55           2       3.10     REGU                 $12.72
00008         BBQ CHIPS 8 OZ               1.35           1       1.35     REGU                 $11.37
00031         BANG CHIP/WHOLE SHOOT N MATCH 1.35          1       1.35     REGU                 $10.02
04145         *DUPLEX CREAM COOKIES 16 OZ  1.20           4       4.80     REGU                  $5.22
00084         KEEFE PLANTATION COFFEE 4.5 OZ  .95         2       1.90     REGU                  $3.32
01193         PEPPERMINT STICK               .10         10       1.00     REGU                  $2.32
01195         RAINBOW FRUIT STICK            .10         10       1.00     REGU                  $1.32
00190         *HOT SAUCE 5 OZ                .50          2       1.00     REGU                   $.32
01042         STAMP-FOREVER                  .49         30      14.70     CORR

                                   Transaction Total:     96      $39.38
                        Sales Tax included in above amount:        $.16
                                 Ending Account Balance:          $44.81    End Spend Limit:       $.32
```



Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00588

## COMMISSARY ORDER SLIP
### SLIP MUST BE FILLED OUT COMPLETELY

| QTY | ITEM-DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 34 | chili soup sub Hot veg soup | .27 | 9.18 |
| 2 | corn chip sub party mix | 1.55 | 3.10 |
| 1 | BBQ chip Big bang | 1.35 | 1.35 |
| 1 | Big bang chip | 1.35 | 1.35 |
| 2 | Vanilla cream cookies sub | 1.20 | 2.40 |
| 2 | duplex | 1.20 | 2.40 |
| 2 | Brown bags coffee sub Black bag | .95 | 1.90 |
| 10 | mint sticks | .10 | 1.00 |
| 10 | fruit sticks | .10 | 1.00 |
| 2 | hot sauce | .50 | 1.00 |
| 30 | stamps | .49 | 14.70 |
| 1 | Thermal Top 31 | 7.50 | 7.50 |
| 1 | men's fresh start care | 14.00 | 14.00 |
| 1 | winter pack | 9.00 | 9.00 |
| 1 | Peanut Pack | 15.00 | 15.00 |

1-5-15

DAI

TOTAL

**DO NOT TEAR! LEAVE FULL LENGTH !**
**ALL SALES FINAL! NO EXCHANGE!**

ALTON Rodgers.        1369028
NAME                  NUMBER

HSC 210               1-5-15
LOCATION              DATE

SO-7 (Rev. 2/86)

198

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                OIG_00589

## COMMISSARY ORDER SLIP

SLIP MUST BE FILLED OUT COMPLETELY

| QTY | ITEM DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | BROWN BAG COFFEE | .95 | .95 |
| 1 | HOT SAUCE | .50 | .50 |
| 1 | Cheese curls | .50 | .50 |
| 4 | mint sticks | .10 | .40 |

7

11,18,15

TOTAL

DO NOT TEAR! LEAVE FULL LENGTH !
ALL SALES FINAL! NO EXCHANGE!

Joe Greggs                    1877484
NAME                          NUMBER

HSL 210 ⓑ                    11,18,15
LOCATION                      DATE

SO-7 (Rev. 2/86)

199

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00590

Location...: 0376 - 01                     Commissary & Trust Fund                          Date: 11/18/15
Salesperson: RJ00107                       CLEMENTS HI SECURITY                              Time: 11:58:08
                                           Commissary Purchase Receipt                       Page: 2

Purchaser: RODGERS,ALTON LAMONT                                                  Housing: HS-C2        CELL10
ID Number: 01369028              Beginning Account Balance:        $131.27       Begin Spend Limit:    $95.00
Item Number    Item Description      Unit Price    Quantity       Ext.Amt        Class          Spend Limit

00094          DIAL BAR SOAP  1.25 OZ          .20        5          1.00        HYGN               $94.00
00119          ANTIPERSPIRANT 3 OZ MENNEN     2.15        1          2.15        HYGN               $91.85
00771          BABY SHAMPOO 15 OZ             1.25        1          1.25        HYGN               $90.60
01328          WRITING TABLET 50 SHEETS #1285 1.85        3          5.55        CORR               $85.05
01329          TYPING PAPER PAD 50 SHTS #1283  .85        3          2.55        CORR               $82.50
01365          DICTIONARY                     6.50        1          6.50        CORR               $76.00
01351          BLACK INK PEN/OFFENDER PROP     .30       10          3.00        CORR               $73.00
01437          3 INCH TOOTHBRUSH               .40        1           .40        HYGN               $72.60
01440          COMB-POCKET                     .35        1           .35        HYGN               $72.25
00885          CHILL TOWEL BY FROGG TOGG      6.50        1          6.50        EMRN
00899          SHORTS-4X GYM/MEN              6.65        1          6.65        EMRN
00834          SHOWER SZ 11 RUBBER SHOE       7.00        1          7.00        EMRN
01338          #10 BUSINESS ENVELOPE           .03       66          1.98        CORR               $70.27

.

Location...: 0376 - 01                     Commissary & Trust Fund                          Date: 11/18/15
Salesperson: RJ00107                       CLEMENTS HI SECURITY          7.10                 Time: 11:58:08
                                           Commissary Purchase Receipt                       Page:  2

Purchaser: RODGERS,ALTON LAMONT                                                  Housing: HS-C2        CELL10
ID Number: 01369028              Beginning Account Balance:        $131.27       Begin Spend Limit:    $95.00
Item Number    Item Description      Unit Price    Quantity       Ext.Amt        Class          Spend Limit

00103          TOOTHPASTE-COLGATE GEL 6 OZ    2.20        1          2.20        HYGN               $68.07

                            Transaction Total:    96         $47.08
              Sales Tax included in above amount:            $3.27
                        Ending Account Balance:             $84.19        End Spend Limit:    $68.07

******OFFENDERS MUST FILL OUT TWO IDENTICAL SO-7'S (ORDER FORMS),AND WILL NOT   USE RED INK ON THESE FORMS. ALL SALES
   SUSPECTED EXTORTION AND TRAFFIC AND TRADING WILL BE INVESTIGATED!  ALL STAMPS  AND ENVELOPES MUST HAVE OFFENDERS NA
                           NUMBER 'IN INK' WITHIN ONE HOUR OF PURCHASE!******
                   SIGNATURE _____     THUMBPRINT_____

19.10

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00591

Certified copy of OIG criminal case 1600000656 to Rohstein Donatelli re : Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.

UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

```
Location...: 0376 - 01              Commissary & Trust Fund                        Date: 11/18/15
Salesperson: RJ00107                 CLEMENTS HI SECURITY                           Time: 11:49:07
                                     Commissary Purchase Receipt                   Page:    1
Purchaser: GREGGS,JOE                                                    Housing: HS-C2      CELL10
ID Number: 01877484          Beginning Account Balance:    $2.83        Begin Spend Limit:   $2.83
Item Number . Item Description       Unit Price  Quantity   Ext.Amt     Class        Spend Limit

00084      BEST PLANTATION COFFEE 4.5 OZ      .95        1      .95     REGU              $1.88
00198      *HOT SAUCE 5 OZ                    .50        1      .50     REGU              $1.38
00091      D-CHEESE CURLS CHIPS 3 OZ          .50        1      .50     REGU              $.88
01193      PEPPERMINT STICK                   .10        4      .40     REGU              $.48

                         Transaction Total:      7     $2.35
             Sales Tax included in above amount:       $.03
                      Ending Account Balance:          $.48     End Spend Limit:         $.48
```

******OFFENDERS MUST FILL OUT TWO IDENTICAL SO-7'S (ORDER FORMS),AND WILL NOT   USE RED INK ON THESE FORMS. ALL SALES
SUSPECTED EXTORTION AND TRAFFIC AND TRADING WILL BE INVESTIGATED!  ALL STAMPS  AND ENVELOPES MUST HAVE OFFENDERS NA
                            NUMBER 'IN IVA WITHIN ONE HOUR OF PURCHASE!******
             SIGNATURE _____         THUMBPRINT

## COMMISSARY ORDER SLIP
### SLIP MUST BE FILLED OUT COMPLETELY

| QTY | ITEM-DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Deodorant-white Speed Stick | $2.15 | $2.15 |
| 5 | DIAL SOAP POWERA FRESH | .20 | .20 |
| 2 | BRAY SHAMPOO/SUB/ STONE 30 | 1.25 | 1.25 |
| 3 | WRITING PAD | 1.81 | 5.20 |
| 2 | TYPING PAPER | 1.43 | 3.00 |
| 1 | PILLOW KEY/SUB/DICTIONARY/SPANISH | 6.00 | 6.00 |
| 10 | DUICE PENS | .80 | 2.30 |
| 8 | TOOTH BRUSH STAPLE | .40 | 1.65 |
| 2 | STAPLE COMBS | .35 | .70 |
| 1 | Cut down Towel | 6.00 | 6.00 |
| 1 | Bum Shorts/SUB/SHORTS | 7.30 | 7.30 |
| 1 | SHOWER SHOES/SUB/SHOES | 7.00 | 7.00 |
| 60 | ENVELOPES PLAIN | 3 | 2.70 |
| 1 | Plastic Notebook Spiral | 3.50 | 3.50 |
| 3 | CARBON paper | 1.09 | 3.80 |
| 2 | ERASER | .35 | .70 |
| 30 | STAMPS | .49 | 14.70 |
| 2 | STORAGE FOLDER | 1.00 | 1.00 |
| 2 | MANILA ENVELOPES | 2.25 | 4.50 |
| 1 | COLGATE TOOTH PASTE | 2.10 | 4.20 |

| 57 | 11-13-13 |  | $23.00 |
|---|---|---|---|
|  | DATE |  | TOTAL |

### DO NOT TEAR! LEAVE FULL LENGTH !
### ALL SALES FINAL! NO EXCHANGE!

Alton Hodges                     1369023
NAME                             NUMBER

ECO - C-210                      11-13 - 13
LOCATION                         DATE

SO-7 (Rev. 2/86)

*1912*

Location...: 0376 - 02
Salesperson: GM00089

Commissary & Trust Fund
CLEMENTS HI SECURITY
Commissary Purchase Receipt

Date: 10/13/15
Time: 10:31:13
Page:    1

Purchaser: RODGERS, ALTON LAMONT
ID No    : 01369028

Housing: HS-C1      CELL06
Beginning Account Balance:    $100.00    Begin Spend Limit:    $25.00

| Item Number | Item Description | Unit Price | Quantity | Ext.Amt | Class | Spend Limit |
|---|---|---|---|---|---|---|
| 1274 | CLIPPERS-NAIL | .30 | 2 | .60 | REGU | $24.40 |
| 01406 | LACES-54IN. WHITE | .55 | 2 | 1.10 | REGU | $23.30 |
| 00075 | *INSTANT RICE 8 OZ | .85 | 2 | 1.70 | REGU | $21.60 |
| 01127 | D-BUTTERSCOTCH CANDY | .85 | 2 | 1.70 | REGU | $19.90 |
| 00084 | BEST PLANTATION COFFEE 4.5 OZ | .95 | 1 | .95 | REGU | $18.95 |
| 01193 | PEPPERMINT STICK | .10 | 10 | 1.00 | REGU | $17.95 |
| 00214 | *NO CALORIE SWEETNER 100 CT | 1.05 | 1 | 1.05 | REGU | $16.90 |
| 01195 | RAINBOW FRUIT STICK | .10 | 10 | 1.00 | REGU | $15.90 |
| 01104 | D-BABY RUTH CANDY BAR | .80 | 1 | .80 | REGU | $15.10 |
| 00003 | BIG RED DRINK 12 OZ. | .55 | 3 | 1.65 | REGU | $13.45 |
| 00182 | RAMEN-L/S SPICY VEGETABLE | .27 | 24 | 6.48 | REGU | $6.97 |
| 23008 | WASH CLOTH "TCI" | .85 | 1 | .85 | REGU | $6.12 |
| 09305 | CORN CHIPS 16 OZ | 1.55 | 1 | 1.55 | REGU | $4.57 |

Location...: 0376 - 02
Salesperson: GM00089

Commissary & Trust Fund
CLEMENTS HI SECURITY
Commissary Purchase Receipt

Date: 10/13/15
Time: 10:31:13
Page:    2

106

Purchaser: RODGERS, ALTON LAMONT
ID Number: 01369028

Housing: HS-C1      CELL06
Beginning Account Balance:    $100.00    Begin Spend Limit:    $25.00

| Item Number | Item Description | Unit Price | Quantity | Ext.Amt | Class | Spend Limit |
|---|---|---|---|---|---|---|
| 00124 | *SALTINE CRACKERS 4 OZ | .35 | 3 | 1.05 | REGU | $3.52 |
| 04145 | *DUPLEX CREAM COOKIES 16 OZ | 1.20 | 1 | 1.20 | REGU | $2.32 |
| 00091 | CHEESE CURLS CHIPS 3 OZ | .50 | 1 | .50 | REGU | $1.82 |
| 00031 | BIG BANG CHIP | 1.35 | 1 | 1.35 | REGU | $.47 |

|  |  |  |
|---|---|---|
| Transaction Total: | 66 | $24.53 |
| Sales Tax included in above amount: |  | $.67 |
| Ending Account Balance: |  | $75.47 |

End Spend Limit:    $.47

******OFFENDERS MUST FILL OUT TWO IDENTICAL SO-7'S (ORDER FORMS), AND WILL NOT   USE RED INK ON THESE FORMS. ALL SALES
 SUSPECTED EXTORTION AND TRAFFIC AND TRADING WILL BE INVESTIGATED!  ALL STAMPS  AND ENVELOPES MUST HAVE OFFENDERS NA
 NUMBER 'IN INK' WITHIN ONE HOUR OF PURCHASE!******

SIGNATURE _Alton Rodgers_     THUMBPRINT _____

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

OIG_00594

## COMMISSARY ORDER SLIP
### SLIP MUST BE FILLED OUT COMPLETELY

| QTY | ITEM-DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | NAIL CLIPPER'S | .30 | .60 |
| 2 | LACE'S-54IN WHITE | .55 | 1.10 |
| 2 | INSTANT RICE | .85 | 1.70 |
| 2 | BUTTER SCOTCH CANDY | .85 | 1.70 |
| 1 | PLANTATION COFFE | .95 | .95 |
| 1 | SWEETENER | 1.05 | 1.05 |
| 10 | MINT STICKS | .11 | 1.10 |
| 10 | FRUIT-STICKS | .11 | 1.10 |
| 1 | BABY RUTH CANDY | .80 | .80 |
| 3 | BIG RED | .55 | 1.65 |
| 24 | HOT N SPICY | .27 | 6.48 |
| 1 | WAS CLOTH | .70 | .70 |
| 2 | HONEY BUN BOX | 1.00 | 2.00 |
| 5 | HOT FRIE'S | .30 | 1.50 |
| 1 | CORN CHIPS | 1.55 | 1.55 |
| 3 | SALTINE CRACKER'S | .35 | 1.05 |
| 1 | DUPLEX COOKIE'S | 1.20 | 1.20 |
| 1 | CHEESE CURLS | .50 | .50 |
| 2 | MARIA COOKIE'S | .50 | 1.00 |
| 1 | BIG BANG CHIPS | 1.35 | 1.35 |

51   10 - -15

DATE

**TOTAL** $25.00

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED

Location...: 0376 - 01                  Commissary & Trust Fund              Date: 10/08/15
Salesperson: GM000089                     CLEMENTS HI SECURITY                Time: 10:42:52
                                       Commissary Purchase Receipt                 Page:    1

Purchaser: GREGGS, JOE                                                   Housing: HS-D1      CELL16
ID Number: 01877484                  Beginning Account Balance:  $25.63  Begin Spend Limit:  $25.00
Item Number   Item Description          Unit Price  Quantity  Ext.Amt  Class         Spend Limit

00191      RAMEN CHILI NOODLES 3 OZ          .27       20      5.40    REGU            $19.60
09305      CORN CHIPS 16 OZ                 1.55        1      1.55    REGU            $18.05
04145      *DUPLEX CREAM COOKIES 16 OZ      1.20        1      1.20    REGU            $16.85
00084      BEST PLANTATION COFFEE 4.5 OZ    .95         1       .95    REGU            $15.90
01193      PEPPERMINT STICK                 .10        10      1.00    REGU            $14.90
00081      BBQ CHIPS 8 OZ                  1.35         1      1.35    REGU            $13.55
00190      *HOT SAUCE 5 OZ                  .50         1       .50    REGU            $13.05
01195      RAINBOW FRUIT STICK              .10        10      1.00    REGU            $12.05
00238      CHEESE SQUEEZE W/JALAPENO       1.65         1      1.65    REGU            $10.40
09741      PARTY SNACK MIX 11 OZ           1.55         1      1.55    REGU             $8.85
51036      T-*KOSHER-CHILI & BEANS 12 OZ   1.75         1      1.75    REGU             $7.10
00091      CHEESE CURLS CHIPS 3 OZ          .50         2      1.00    REGU             $6.10
09720      *FLOUR TORTILLA 12 PK            .85         1       .85    REGU             $5.25

Location...: 0376 - 01                  Commissary & Trust Fund              Date: 10/08/15
Salesperson: GM000089                     CLEMENTS HI SECURITY                Time: 10:42:52
                                       Commissary Purchase Receipt                 Page:    2

Purchaser: GREGGS, JOE                                                   Housing: HS-D1      CELL16
ID Number: 01877484                  Beginning Account Balance:  $25.63  Begin Spend Limit:  $25.00
Item Number   Item Description          Unit Price  Quantity  Ext.Amt  Class         Spend Limit

01431      MOUTHWASH-ALC.FREE              1.20         1      1.20    HYGN             $4.05
00094      DIAL BAR SOAP 1.25 OZ            .20         5      1.00    HYGN             $3.05
03008      WASH CLOTH "TCI"                 .85         1       .85    REGU             $2.20

                              Transaction Total:       58     $22.80
                   Sales Tax included in above amount:         $.39
                            Ending Account Balance:           $2.83    End Spend Limit:   $2.20

116

******OFFENDERS MUST FILL OUT TWO IDENTICAL SO-7'S (ORDER FORMS),AND WILL NOT   USE REQ_ING ON THESE FORMS. ALL SALES
   SUSPECTED EXTORTION AND TRAFFIC AND TRADING WILL BE INVESTIGATED!  ALL STAMPS  AND ENVELOPES MUST HAVE OFFENDERS NA
                        NUMBER 'IN INK WITHIN ONE HOUR OF PURCHASE******
                        SIGNATURE  _Joe Gregg_              THUMBPRINT

1915

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED                    OIG_00596

**COMMISSARY**
SLIP MUST BE FILLED OUT

| QTY | ITEM DESCRIPTION | | PRICE |
|---|---|---|---|
| 20 | soups chili | 27 | 5.40 |
| 1 | CORN chips | 155 | 1.55 |
| 1 | duplex cookies | 1.20 | 1.20 |
| 1 | Brown bag COFFEE | 95 | 95 |
| 10 | mint sticks | 10 | 1.00 |
| 1 | BBQ chips | 150 | 1.50 |
| 1 | Hot sauce | 50 | .50 |
| 4 | Fruit sticks | 10 | 40 |
| 1 | Squeeze cheese | 2.10 | 2.10 |
| 1 | Party mix | 155 | 1.55 |
| 1 | Flour-Tortilla | 85 | .85 |
| 1 | Refried Beans | 145 | 1.45 |
| 2 | cheese curls | .50 | 1.00 |
| 4 | Peanuts-Hot | 25 | 1.00 |
| 1 | mouthwash | 1.20 | 1.20 |
| 5 | Dial soaps | 20 | 1.00 |
| 1 | wash cloth | 70 | .70 |
| | mug | 1.05 | 1.05 |
| | sticks | 10 | .60 |

TOTAL

*1916*

Certified copy of OIG criminal case 1600000656 to Rothstein Donatelli re: Protective Order Cause 2:16-CV-216 on 08.18.2017 by scm.
UNAUTHORIZED COPYING OR DISTRIBUTION PROHIBITED          OIG_00597